Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
James S. Miller (SBN 317363)
james.miller@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:     (650) 849-6666

Attorneys for Plaintiff
ASETEK DANMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>              Plaintiff,<br><br>          v.<br><br>COOLIT SYSTEMS, INC.<br><br>              Defendant. | CASE NO.<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiff Asetek Danmark A/S ("Asetek"), by and through their attorneys, and for their Complaint against Defendant CoolIT Systems, Inc. ("CoolIT"), allege as follows:

## NATURE OF ACTION

1.  This Complaint seeks judgment that CoolIT has infringed and continues to infringe Asetek's U.S. Patent Nos. 8,240,362 ("the '362 patent"); 8,245,764 ("the '764 patent"); 9,733,681 ("the '681 patent"); 10,078,354 ("the '354 patent"); and 10,078,355 ("the '355 patent") (collectively, "the Patents-in-Suit"). Each of these patents relates to liquid cooling systems and methods for cooling heat-generating electronic components.

## THE PARTIES

2.  Asetek is a corporation organized and existing under the laws of Denmark, and has a location at Assensvej 2, DK-9220 Aalborg East, Denmark. Asetek is the owner of the Patents-in-Suit.

3.  Upon information and belief, CoolIT is a corporation operating and existing under the laws of Canada and its principal place of business is at 10 – 2928 Sunridge Way NE, Calgary, Alberta, Canada T1Y 7H9.

## JURISDICTION AND VENUE

4.  This is an action for patent infringement arising under the United States Patent Laws, 35 U.S.C. § 100 *et seq*. Subject matter jurisdiction is proper under 28 U.S.C. §§ 1331 and 1338(a).

5.  This Court has personal jurisdiction over CoolIT because CoolIT infringes the Patents-in-Suit in the United States, in California, and in this judicial district. CoolIT maintains a Website, www.coolitsystems.com, via which it advertises and promotes its infringing products to customers, including customers in the United States, in California, and in this judicial district. Among other things, upon information and belief, CoolIT offers to sell and sells its infringing products to Corsair Components, Inc. and/or Corsair Memory, Inc. (collectively "Corsair") in this judicial district for importation, promotion, sales, and distribution to end-users throughout the United States, including in California and in this judicial district. Corsair's principal place of business is in Fremont, California, in this judicial district. CoolIT's website directs customers to Corsair's website for retail sales. Upon information and belief, CoolIT has entered into one or more contracts with Corsair for a retail collaboration and the promotion, importation, offers for sale, sale, and

distribution of CoolIT products, including products that infringe the Patents-in-Suit, to end-users in the United States (including California and this judicial district). Upon information and belief, CoolIT derives substantial revenue from its sales of infringing products to Corsair in California and this judicial district, and CoolIT purposefully avails itself of the privilege of conducting activities in California, thus invoking the benefits and protections of the laws of California.

6.   On information and belief, the CoolIT products accused of infringement in this Complaint are used in computers (and thus infringe the Patents-in-Suit) in California and in this judicial district.

7.   Venue is proper in this judicial district.

## FACTUAL BACKGROUND

8.   Asetek is the world leading provider of liquid cooling systems for heat-generating electronic components, such as CPUs and GPUs. Asetek's business is dedicated entirely to liquid-cooling, which makes up 100% of its revenue. Asetek's solutions are used by leading original equipment manufacturers ("OEM") servicing the datacenter, server, gaming, workstation, and high performance PC markets. Asetek is also the leading provider of liquid cooling products for the enthusiast/do-it-yourself market, which includes end-users who buy and self-install liquid cooling systems into their computers.

9.   Asetek's patented combination of a pump, a dual chambered reservoir, and a cold plate into a single pump unit—which is claimed in the Patents-in-Suit—provides the benefits of improved pumping and heat removal efficiencies in a compact (narrow profile) design that enables the pump unit to be installed directly on the CPU/GPU of a computer motherboard, graphics card, or a server. In addition to improved efficiency and compactness, Asetek's patented designs have greatly reduced and/or eliminated the risk of coolant leakage and have enabled pre-filled (factory assembled and sealed) liquid cooling products that are easy to install and use. Asetek's patented designs have also made manufacturing of liquid cooling products simpler and less costly.

10. CoolIT identifies itself as a provider of Direct Contact Liquid Cooling (DCLC) solutions to datacenters, Hyperscalers, desktop OEMs, and enthusiasts. Upon information and belief, CoolIT offers to sell, sells, distributes, and imports in and into the United States at least various

COMPLAINT FOR PATENT INFRINGEMENT

1   versions/generations of the H60, H100i Extreme Performance, H100i RGB Platinum, H100i RGB

2   Platinum SE, H110i Extreme Performance, and H115i RGB Platinum liquid coolers (and variants

3   thereof) that infringe the Patents-in-Suit. Upon information and belief, CoolIT offers to sell and sells

4   at least the H60, H100i Extreme Performance, H100i RGB Platinum, H100i RGB Platinum SE,

5   H110i Extreme Performance, and H115i RGB Platinum (and variants thereof) to Corsair in the

6   United States, in California, and in this judicial district as part of Corsair's HydroSeries™ product

7   line. Upon information and belief, CoolIT offers to sell and sells one or more of the H60, H100i

8   Extreme Performance, H100i RGB Platinum, H100i RGB Platinum SE, H110i Extreme

9   Performance, and H115i RGB Platinum product configurations to other resellers/retailers or

10  additional customers in the United States under different names or different exterior (cosmetic)

11  finishing, but having the same fundamental pump unit structure and function, that also infringe the

12  Patents-in-Suit.

13      11. Upon information and belief, CoolIT also offers to sell and sells in the United States

14  additional liquid cooling products that have CoolIT's E3 pump technology with split-flow cold

15  plates and/or EP2 active cold plates, each of which infringes the Patents-in-Suit. Such infringing

16  products include but are not limited to the Ninja Developer Platform for Intel® Xeon Phi™

17  Processor (formerly Knights Landing or KNL) and other liquid cooling products designed for and

18  compatible with Intel and AMD processors, including Intel® Xeon® Scalable CPUs. Upon

19  information and belief, CoolIT sells or offers to sell such infringing products in the United States to

20  desktop and server OEMs and ODMs (Original Design Manufacturer), or directly to end-users with

21  or without intermediate retailers/resellers. Upon information and belief, CoolIT also offers to sell

22  and sells liquid cooling products that have CoolIT's E3 pump technology with split-flow cold plates,

23  or variants thereof, to Corsair in the United States, in California, and in this judicial district, and

24  Corsair has sold or offered to sell such liquid cooling products in the United States, in California,

25  and in this judicial district as part of Corsair's gaming PCs branded as Corsair One or Corsair One

26  Pro.

27      12. Upon information and belief, CoolIT also offers to sell and sells in the United States

28  RackDCLC and server-level cooling loops having active cold plates to datacenter/server

3

1    OEMs/ODMs and Hyperscalers. Upon information and belief, the active cold plates of the

2    RackDCLC and server-level cooling loops incorporate CoolIT's E3 pump technology with split-flow

3    cold plates and/or have the same fundamental pump unit structure and function as the H60, H100i

4    Extreme Performance, H100i RGB Platinum, H100i RGB Platinum SE, H110i Extreme

5    Performance, and H115i RGB Platinum liquid coolers, each of which infringes the Patents-in-Suit.

6    Upon information and belief, CoolIT sold or offered to sell its RackDCLC with active cold plates to

7    Ciara Technologies. which has sold or offered to sell the RackDCLC with active cold plates to

8    Akamai Technologies and/or other end-users in the United States.

9         13. All of the CoolIT products described in ¶¶ 10-12 above are collectively referred to as

10   "Accused Products" hereinafter. Upon information and belief, each of the Accused Products has the

11   same fundamental pump unit structure and configuration; any differences between the products are

12   irrelevant to the claims of the Patents-in-Suit and to CoolIT's infringement of the same.

13   Accordingly, Counts I-V below refer to CoolIT's H100i RGB Platinum as a representative product

14   for all of the Accused Products. Upon information and belief, Asetek's infringement allegations for

15   the H100i RGB Platinum are also applicable to all of the Accused Products.

16        14. The '764 and '362 patents were the subject of a prior patent infringement lawsuit

17   between Asetek and CoolIT (Case No. 12-cv-04498-EMC), which was filed in 2012 and settled in

18   June 2015. Therefore, CoolIT has actual knowledge of the '362 and the '764 patents. In addition,

19   and on information and belief, CoolIT has long monitored Asetek's patent filings and issued patents.

20   The other Patents-in-Suit—the '681, the '354, and the '355 patents—are continuations of the '362

21   and the '764 patents. Therefore, upon information and belief, CoolIT has known of the '681, the

22   '354, and the '355 patents since shortly after each issued.

23        15. In addition, Asetek sent a cease-and-desist letter to CoolIT in July 2016 notifying CoolIT

24   that its liquid cooling products based on its allegedly redesigned pump unit still infringed Asetek's

25   '362 and '764 patents. The July 2016 letter also informed CoolIT that Asetek is entitled to damages

26   for sales of CoolIT's infringing products starting February 6, 2015 because the damages

27   determination for the settlement of the prior litigation only covered CoolIT's infringing sales up to

28   February 5, 2015. Despite its knowledge of the Patents-in-Suit and the cease-and-desist letter,

COMPLAINT FOR PATENT INFRINGEMENT

1   CoolIT has continued to offer for sale and sell the Accused Products to customers in the United

2   States without the consent or authority of Asetek.

3                                          **COUNT I**

4                          **Infringement of U.S. Patent No. 8,240,362**

5          16. Asetek owns the entire right, title, and interest in and to the '362 patent. A true and

6   correct copy of the '362 patent is attached hereto as Exhibit A.

7          17. Upon information and belief, CoolIT has directly infringed one or more claims of the

8   '362 patent under 35 U.S.C. § 271(a) by, among other things, offering for sale, selling, importing

9   and/or distributing the Accused Products in and into the United States.

10         18. The Accused Products infringe at least claim 14 of the '362 patent, either literally and/or

11  under the doctrine of equivalents.

12         19. Upon information and belief, the Accused Products are cooling systems for processing

13  units positioned on a motherboard of a computer and comprise the claimed elements of at least claim

14  14 of the '362 patent.

15

16

17                          

18

19

20

21

22         20. Upon information and belief, the Accused Products include "a reservoir configured to

23  be coupled to the processing unit positioned on the motherboard at a first location, the reservoir

24  being adapted to pass a cooling liquid therethrough." For example, as the image of the representative

25  H100i RGB Platinum product below shows, the Accused Products include a reservoir configured to

26  be coupled to a processing unit positioned on the motherboard at a first position and the reservoir is

27  adapted to pass cooling liquid therethrough.

28

21. Upon information and belief, the reservoir of the Accused Products includes "an upper chamber and a lower chamber, the upper chamber and lower chamber being separate chambers containing cooling liquid that are separated by at least a horizontal wall and fluidly coupled together by one or more passageways, at least one of the one or more passageways being a substantially circular passageway positioned on the horizontal wall." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products includes an upper chamber and a lower chamber separated by at least a horizontal wall and fluidly coupled together by one or more passageways. Further, at least one of the passageways on the horizontal wall is substantially circular and positioned on the horizontal wall.



22. Upon information and belief, the reservoir of the Accused Products includes "a heat exchanging interface configured to be placed in separable thermal contact with the processing unit, the heat exchanging interface being removably attached to the reservoir such that the heat exchanging interface forms a boundary wall of the lower chamber and the reservoir." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the

COMPLAINT FOR PATENT INFRINGEMENT

1  Accused Products includes a heat exchanging interface configured to be placed in separable thermal

2  contact with the processing unit and is removably attached (e.g., using screws, fasteners, or brackets)

3  to the reservoir such that the heat exchanging interface forms a boundary wall of the lower chamber

4  of the reservoir.



12  23. Upon information and belief, the Accused Products include "a heat radiator configured to

13  be positioned at a second location horizontally spaced apart from the first location when the

14  reservoir is coupled to the processing unit." For example, as the image of the representative H100i

15  RGB Platinum product below shows, the Accused Products include a heat radiator configured to be

16  positioned at a second location horizontally spaced apart from the first location when the reservoir is

17  coupled to the processing unit.



26  24. Upon information and belief, the Accused Products further include "a fan adapted to

27  direct air to the heat radiator to dissipate heat from the cooling liquid to the surrounding

28  atmosphere." For example, as the image of the representative H100i RGB Platinum product below

COMPLAINT FOR PATENT INFRINGEMENT

shows, the Accused Products include a fan that is adapted to direct air to the heat radiator to dissipate heat from the cooling liquid to the surrounding atmosphere.



25. Upon information and belief, the Accused Products further include "a pump configured to circulate cooling liquid between the reservoir and the heat radiator, the pump including a motor having a rotor, a stator, and an impeller having the equivalent (under the doctrine of equivalents) of curved blades, the impeller being mechanically coupled to the rotor and at least partially submerged in the cooling liquid of the reservoir, wherein a speed of the impeller is configured to be varied independent of the speed of the fan." For example, as the images of the representative H100i RGB Platinum product below show, the Accused Products include a pump configured to circulate cooling liquid between the reservoir and the heat radiator, the pump having a stator and a rotor. The pump also includes an impeller with blades that circulate the cooling liquid and perform substantially the same function, in substantially the same way, to achieve substantially the same results as the claimed curved impeller blades, and thus is equivalent to the claimed impeller of claim 14 under the doctrine of equivalents. The impeller is mechanically coupled to the rotor and at least partially submerged in the cooling liquid in the reservoir. Because separate motors drive the fan and the pump, a speed of the impeller is configured to be varied independent of the speed of the fan.

1



2

3

4

5

6

7

8

9    26. Upon information and belief, CoolIT has induced and continues to actively induce direct

10   infringement of at least claim 14 of the '362 patent by others (such as its distributors, retailers,

11   resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(b). CoolIT knew of

12   the '362 patent, and upon information and belief, CoolIT has taken affirmative steps that have

13   encouraged, aided and abetted (and continues to encourage, aid and abet) direct infringement by its

14   distributors, retailers, resellers, customers, and end-users in the United States, and CoolIT has known

15   that its induced acts constitute infringement of the '362 patent or has been willfully blind to the

16   infringement. These acts include, but are not limited to, CoolIT's manufacture and supply of the

17   Accused Products, promotion on its website, providing user manuals/guides instructing its

18   customers/end users how to install and use the Accused Products, and on information and belief, its

19   contracts and agreements with dealers, resellers, retailers, and distributors (including Corsair) for the

20   promotions, offers to sell, and sales of the Accused Products in the United States.

21   27. Upon information and belief, CoolIT has contributed to and continues to contribute to the

22   direct infringement of at least claim 14 of the '362 patent by others (such as its distributors, retailers,

23   resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(c). Upon information

24   and belief, CoolIT supplies important (material) components of the Accused Products (as well as

25   instructions for the same) to its distributors, retailers, resellers, customers, and end-users in the

26   United States, including Corsair. Upon information and belief, CoolIT knew or was willfully blind

27   that the combination for which its components were especially made was both patented and

28

COMPLAINT FOR PATENT INFRINGEMENT

1   infringing, that the Accused Products are not a staple article or commodity of commerce, and has no

2   substantial non-infringing uses.

3       28. Upon information and belief, CoolIT has infringed the '362 patent in an egregious and

4   willful manner and with knowledge of the '362 patent, or was willfully blind to the risk of

5   infringement.

6       29. CoolIT's infringement of the '362 patent has caused and continues to cause damages and

7   irreparable harm to Asetek.

8   <b><u>COUNT II</u></b>

9   <b><u>Infringement of U.S. Patent No. 8,245,764</u></b>

10      30. Asetek owns the entire right, title, and interest in and to the '764 patent. A true and

11  correct copy of the '764 patent is attached hereto as Exhibit B.

12      31. Upon information and belief, CoolIT has directly infringed one or more claims of the

13  '764 patent under 35 U.S.C. § 271(a) by, among other things, offering for sale, selling, importing

14  and/or distributing the Accused Products in and into the United States.

15      32. The Accused Products infringe at least claim 1 of the '764 patent, either literally and/or

16  under the doctrine of equivalents.

17      33. Upon information and belief, the Accused Products are cooling systems for heat-

18  generating components comprising the claimed elements of at least claim 1 of the '764 patent.



26      34. Upon information and belief, the Accused Products include "a double-sided chassis to

27  mount a pump configured to circulate a cooling liquid, the pump comprising a stator and an impeller,

28  the impeller being positioned on the underside of the chassis and the stator being positioned on the

upper side of the chassis and isolated from the cooling liquid." For example, as the images of the representative H100i RGB Platinum product below show, the Accused Products include a double-sided chassis mounted with a pump that has a stator and an impeller, with the impeller positioned on the underside of the chassis and the stator positioned on the upper side of the chassis and isolated from the cooling liquid.





35. Upon information and belief, the Accused Products further include "a reservoir adapted to pass the cooling liquid therethrough." For example, as the image of the representative H100i RGB Platinum product below shows, the Accused Products include a reservoir adapted to pass cooling liquid through it.



36. Upon information and belief, the reservoir of the Accused Products includes "a pump chamber including the impeller and formed below the chassis, the pump chamber being defined by at least an impeller cover having one or more passages for the cooling liquid to pass through." For

example, as the images of the representative H100i RGB Platinum product below shows, the reservoir of the Accused Products include a pump chamber formed below the chassis and housing the pump impeller, the pump chamber comprising at least an impeller cover with one or more passages.



37. Upon information and belief, the Accused Products include a reservoir that further includes "a thermal exchange chamber formed below the pump chamber and vertically spaced apart from the pump chamber, the pump chamber and the thermal exchange chamber being separate chambers that are fluidly coupled together by one or more passages." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products includes a thermal exchange chamber that is vertically spaced apart from the pump chamber, with the thermal exchange chamber formed below the pump chamber. Both the pump chamber and thermal exchange chamber are separate chambers that are fluidly coupled together by one or more passages.



38. Upon information and belief, the thermal exchange chamber of the reservoir of the Accused Products further includes "a heat-exchanging interface, the heat exchanging interface

forming a boundary wall of the thermal exchange chamber, and configured to be placed in thermal

contact with a surface of the heat-generating component." For example, as the images of the

representative H100i RGB Platinum product below show, the Accused Products include a heat-

exchanging interface that forms a boundary wall of the thermal exchange chamber and is configured

with one side to be placed in thermal contact with a surface of the heat-generating component.



39. Upon information and belief, the Accused Products include a "heat radiator fluidly

coupled to the reservoir and configured to dissipate heat from the cooling liquid." For example, as

the image of the representative H100i RGB Platinum product below shows, the Accused Products

include a heat radiator fluidly coupled to the reservoir and configured to dissipate heat from the

cooling liquid.



40. Upon information and belief, CoolIT has induced and continues to actively induce direct

infringement of at least claim 1 of the '764 patent by others (such as its distributors, retailers,

resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(b). CoolIT knew of

the '764 patent, and upon information and belief, CoolIT has taken affirmative steps that have

1    encouraged, aided and abetted (and continues to encourage, aid and abet) direct infringement by its

2    distributors (including Corsair), retailers, resellers, customers, and end-users in the United States,

3    and CoolIT has known that its induced acts constitute infringement of the '764 patent or has been

4    willfully blind to the infringement. These acts include, but are not limited to, CoolIT's manufacture

5    and supply of the Accused Products, promotion on its website, providing user manuals/guides

6    instructing its customers/end users how to install and use the Accused Products, and on information

7    and belief, its contracts and agreements with dealers, resellers, retailers, and distributors for the

8    promotions, offers to sell, and sales of the Accused Products in the United States.

9    41. Upon information and belief, CoolIT has contributed to and continues to contribute to the

10   direct infringement of at least claim 1 of the '764 patent by others (such as its distributors, retailers,

11   resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(c). Upon information

12   and belief, CoolIT supplies important (material) components of the Accused Products (as well as

13   instructions for the same) to its distributors, retailers, resellers, customers, and end-users in the

14   United States, including Corsair. Upon information and belief, CoolIT knew or was willfully blind

15   that the combination for which its components were especially made was both patented and

16   infringing, that the Accused Products are not a staple article or commodity of commerce, and has no

17   substantial non-infringing uses.

18   42. Upon information and belief, CoolIT has infringed the '764 patent in an egregious and

19   willful manner and with knowledge of the '764 patent, or was willfully blind to the risk of

20   infringement.

21   43. CoolIT's infringement of the '764 patent has caused and continues to cause damages and

22   irreparable harm to Asetek.

23                              **COUNT III**

24                  **Infringement of U.S. Patent No. 9,733,681**

25   44. Asetek owns the entire right, title, and interest in and to the '681 patent. A true and

26   correct copy of the '681 patent is attached hereto as Exhibit C.

27

28

COMPLAINT FOR PATENT INFRINGEMENT

45. Upon information and belief, CoolIT has directly infringed one or more claims of the '681 patent under 35 U.S.C. § 271(a) by, among other things, offering for sale, selling, importing and/or distributing the Accused Products in and into the United States.

46. The Accused Products infringe at least claim 1 of the '681 patent, either literally and/or under the doctrine of equivalents.

47. Upon information and belief, the Accused Products are liquid cooling systems for cooling a heat-generating component of a computer comprising the claimed elements of at least claim 1 of the '681 patent.



48. Upon information and belief, the Accused Products include "a double sided chassis adapted to mount a pump configured to circulate a cooling liquid, the pump comprising a motor with a stator and an impeller, the impeller being positioned on one side of the chassis and the stator being positioned on an opposite side of the chassis and isolated from the cooling liquid." For example, as the images of the representative H100i RGB Platinum product below show, the Accused Products include a double-sided chassis mounted with a pump that has a stator and an impeller, with the impeller positioned on one side of the chassis and the stator positioned on the opposite side and isolated from cooling liquid.

1
2
3
4
5
6
7
8
9

10    49. Upon information and belief, the Accused Products further include "a reservoir adapted
11 to pass the cooling liquid therethrough." For example, as the image of the representative H100i RGB
12 Platinum product below shows, the Accused Products include a reservoir adapted to pass cooling
13 liquid therethrough.



14
15
16
17
18
19
20

21    50. Upon information and belief, the reservoir of the Accused Products includes "a pump
22 chamber including an impeller." For example, as the image of the representative H100i RGB
23 Platinum product below shows, the Accused Products comprise a pump chamber that houses the
24 impeller.

25
26
27
28

1
2
3
4
5
6
7



8      51. Upon information and belief, the reservoir of the Accused Products includes "a thermal

9  exchange chamber formed below the pump chamber and vertically spaced apart from the pump

10  chamber, the pump chamber and the thermal exchange chamber being separate enclosed chambers

11  that are fluidly coupled." For example, as the images of the representative H100i RGB Platinum

12  product below show, the reservoir of the Accused Products includes a thermal exchange chamber

13  placed below and vertically spaced apart from the pump chamber. The pump chamber and thermal

14  exchange chamber are separately enclosed and fluidly coupled.

15
16



17
18
19
20
21
22

23      52. Upon information and belief, the reservoir of the Accused Products includes "a heat-

24  exchanging interface removably coupled to the reservoir, the heat exchanging interface forming a

25  boundary wall of the thermal exchange chamber and configured to be placed in thermal contact with

26  a surface of the heat-generating component."  For example, as the images of the representative

27  H100i RGB Platinum product below show, the reservoir of the Accused Product has a heat-

28  exchanging interface that is removably coupled to the reservoir (e.g., using screws, fasteners, or

17

brackets) and configured to be placed in thermal contact with a surface of the heat-generating component.



53. Upon information and belief, the Accused Products include "a heat radiator adapted to pass the cooling liquid therethrough, the heat radiator being fluidly coupled to the reservoir and positioned at a location horizontally spaced apart from the heat-generating component, the heat radiator being configured to dissipate heat from the cooling liquid." For example, as the image of the representative H100i RGB Platinum product below shows, the Accused Products include a heat radiator adapted to pass the cooling liquid therethrough and is fluidly coupled to the reservoir and positioned at a location horizontally spaced apart from the heat-generating component and is configured to dissipate heat from the cooling liquid.



54. Upon information and belief, the Accused Products include "a fan configured to direct air through the heat radiator, the fan being driven by a motor separate from the motor of the pump." For example, as the image of the representative H100i RGB Platinum product below shows, the Accused

Products include a fan configured to direct air through the heat radiator and the fan is driven by a motor separate from the motor of the pump.



55. Upon information and belief, the Accused Products include "a control system configured to independently control a speed of the pump and a speed of the fan." For example, as the image of the representative H100i RGB Platinum product below shows, the Accused Products include a control system configured to allow independent control of a speed of the pump and a speed of the fan.

56. Upon information and belief, the pump chamber of the Accused Products includes "an inlet positioned below the center of the impeller configured to enable the cooling liquid to enter the center of the pump chamber." For example, as the image of the representative H100i RGB Platinum product below shows, the pump chamber of the Accused Products has an inlet positioned below the

center of the impeller configured to enable the cooling liquid to enter the center of the pump chamber.



57. Upon information and belief, the pump chamber of the Accused Products includes "an outlet that fluidly couples the pump chamber to the thermal exchange chamber via a first passage, the outlet is positioned along an outer circumference of the pump chamber and is configured to direct the cooling liquid driven by the impeller through the first passage to the thermal exchange chamber." For example, as the images of the representative H100i RGB Platinum product below show, the pump chamber of the Accused Products includes an outlet that fluidly couples the pump chamber to the thermal exchange chamber via a first passage and the outlet is positioned along the outer circumference of the pump chamber and configured to direct cooling liquid driven by the impeller through the first passage to the thermal exchange chamber.



58.     Upon information and belief, the first passage of the reservoir of the Accused Products "directs the cooling liquid into the thermal exchange chamber between a first end and a

COMPLAINT FOR PATENT INFRINGEMENT

second end of the thermal exchange chamber." For example, as the image of the representative H100i RGB Platinum product below shows, the reservoir of the Accused Products includes a first passage that directs cooling liquid into the thermal exchange chamber between a first end and a second end of the thermal exchange chamber.



59. Upon information and belief, the thermal exchange chamber of the Accused Products includes "at least one second passage configured to direct the cooling liquid out of the thermal exchange chamber, the at least one second passage is positioned at either the first end or the second end of the thermal exchange chamber." For example, as the image of the representative H100i RGB Platinum product below shows, the thermal exchange chamber of the Accused Products has at least one second passage configured to direct cooling liquid out of the thermal exchange chamber and is positioned at either the first or the second end of the thermal exchange chamber.



COMPLAINT FOR PATENT INFRINGEMENT

60. Upon information and belief, CoolIT has induced and continues to actively induce direct infringement of at least claim 1 of the '681 patent by others (such as its distributors, retailers, resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(b). CoolIT knew of the '681 patent, and upon information and belief, CoolIT has taken affirmative steps that have encouraged, aided and abetted (and continues to encourage, aid and abet) direct infringement by its distributors (including Corsair), retailers, resellers, customers, and end-users in the United States, and CoolIT has known that its induced acts constitute infringement of the '681 patent or has been willfully blind to the infringement. These acts include, but are not limited to, CoolIT's manufacture and supply of the Accused Products, promotion on its website, providing user manuals/guides instructing its customers/end users how to install and use the Accused Products, and on information and belief, its contracts and agreements with dealers, resellers, retailers, and distributors for the promotions, offers to sell, and sales of the Accused Products in the United States.

61. Upon information and belief, CoolIT has contributed to and continues to contribute to the direct infringement of at least claim 1 of the '681 patent by others (such as its distributors, retailers, resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(c). Upon information and belief, CoolIT supplies important (material) components of the Accused Products (as well as instructions for the same) to its distributors, retailers, resellers, customers, and end-users in the United States, including Corsair. Upon information and belief, CoolIT knew or was willfully blind that the combination for which its components were especially made was both patented and infringing, that the Accused Products are not a staple article or commodity of commerce, and has no substantial non-infringing uses.

62. Upon information and belief, CoolIT has infringed the '681 patent in an egregious and willful manner and with knowledge of the '681 patent, or was willfully blind to the patent and the risk of infringement.

63. CoolIT's infringement of the '681 patent has caused and continues to cause damages and irreparable harm to Asetek.

## COUNT IV

## Infringement of U.S. Patent No. 10,078,354

1       64. Asetek owns the entire right, title, and interest in and to the '354 patent. A true and

2   correct copy of the '354 patent is attached hereto as Exhibit D.

3       65. Upon information and belief, CoolIT has directly infringed one or more claims of the

4   '354 patent under 35 U.S.C. § 271(a) by, among other things, offering for sale, selling, importing

5   and/or distributing the Accused Products in and into the United States.

6       66. The Accused Products infringe at least claim 15 of the '354 patent, either literally and/or

7   under the doctrine of equivalents.

8       67. Upon information and belief, the Accused Products are cooling systems for computer

9   processing units comprising the claimed elements of at least claim 15 of the '354 patent.

10

11



12

13

14

15

16       68. Upon information and belief, the Accused Products include "a reservoir configured to

17   circulate a cooling liquid therethrough." For example, as the image of the representative H100i RGB

18   Platinum product below shows, the Accused Products include a reservoir configured to circulate a

19   cooling liquid therethrough.

20

21



22

23

24

25

26

27

28

COMPLAINT FOR PATENT INFRINGEMENT

69. Upon information and belief, the reservoir of the Accused Products includes "an upper and a lower chamber, wherein the upper chamber and the lower chamber are vertically displaced fluid-containing chambers that are each surrounded by boundary walls." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products includes an upper chamber and a lower chamber that are vertically displaced and fluid-containing and are surrounded by boundary walls.



70. Upon information and belief, the reservoir of the Accused Products includes "a first passage that fluidly couples the lower chamber to the upper chamber." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products includes a first passage that fluidly couples the lower chamber and the upper chamber.



1
2
3
4

71. Upon information and belief, the reservoir of the Accused Products includes "a second passage positioned at a perimeter of the lower chamber." For example, as the image of the representative H100i RGB Platinum product below shows, the reservoir of the Accused Products has a second passage positioned at a perimeter of the lower chamber.



5
6
7
8
9
10
11
12

13
14
15
16
17
18
19
20

72. Upon information and belief, the first passage of the Accused Products "directs the cooling liquid into the lower chamber where the cooling liquid splits and is directed along a plurality of channels from a central region of the lower chamber outward, where the cooling liquid is collected and directed from the lower chamber through the second passage."  For example, as the images of the representative H100i RGB Platinum product below show, the first passage of the reservoir of the Accused Product directs cooling liquid into the lower chamber where the cooling liquid splits and is directed along a plurality of channels from the center outward. The cooling liquid is collected and then directed from the lower chamber through the second passage.

21
22
23
24
25
26
27
28

COMPLAINT FOR PATENT INFRINGEMENT

1

2

3

4

5

6

7

8

9

10

11

12



13    73. Upon information and belief, the reservoir of the Accused Products includes "a heat

14  exchanging interface attached to the reservoir to form a boundary wall of the lower chamber, the

15  heat exchanging interface provides thermal contact between the processing unit and the cooling

16  liquid." For example, as the images of the representative H100i RGB Platinum product below show,

17  the reservoir of the Accused Products has a heat exchanging interface attached to the reservoir to

18  form a boundary wall of the lower chamber and provides thermal contact between the processing

19  unit and the cooling liquid.

20

21

22     

23

24

25

26    74. Upon information and belief, the reservoir of the Accused Products includes "a pump

27  having a motor and an impeller, the impeller being positioned within the upper chamber of the

28  reservoir."  For example, as the image of the representative H100i RGB Platinum product below

shows, the reservoir of the Accused Products has a pump that includes a motor and an impeller, and the impeller is positioned within the upper chamber.



75. Upon information and belief, the Accused Products include "a radiator spaced apart from and fluidly coupled to the reservoir."  For example, as the image of the representative H100i RGB Platinum product below shows, the Accused Product has a radiator spaced apart from and fluidly coupled to the reservoir.



76. Upon information and belief, CoolIT has induced and continues to actively induce direct infringement of at least claim 15 of the '354 patent by others (such as its distributors, retailers, resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(b). CoolIT knew of the '354 patent, and upon information and belief, CoolIT has taken affirmative steps that have encouraged, aided and abetted (and continues to encourage, aid and abet) direct infringement by its distributors (including Corsair), retailers, resellers, customers, and end-users in the United States, and CoolIT has known that its induced acts constitute infringement of the '354 patent or has been

1  willfully blind to the infringement. These acts include, but are not limited to, CoolIT's manufacture

2  and supply of the Accused Products, promotion on its website, providing user manuals/guides

3  instructing its customers/end users how to install and use the Accused Products, and on information

4  and belief, its contracts and agreements with dealers, resellers, retailers, and distributors for the

5  promotions, offers to sell, and sales of the Accused Products in the United States.

6  77. Upon information and belief, CoolIT has contributed to and continues to contribute to the

7  direct infringement of at least claim 15 of the '354 patent by others (such as its distributors, retailers,

8  resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(c). Upon information

9  and belief, CoolIT supplies important (material) components of the Accused Products (as well as

10  instructions for the same) to its distributors, retailers, resellers, customers, and end-users in the

11  United States, including Corsair. Upon information and belief, CoolIT knew or was willfully blind

12  that the combination for which its components were especially made was both patented and

13  infringing, that the Accused Products are not a staple article or commodity of commerce, and has no

14  substantial non-infringing uses.

15  78. Upon information and belief, CoolIT has infringed the '354 patent in an egregious and

16  willful manner and with knowledge of the '354 patent, or was willfully blind to the patent and the

17  risk of infringement.

18  79. CoolIT's infringement of the '354 patent has caused and continues to cause damages and

19  irreparable harm to Asetek.

20  **COUNT V**

21  **Infringement of U.S. Patent No. 10,078,355**

22  80. Asetek owns the entire right, title, and interest in and to the '355 patent. A true and

23  correct copy of the '355 patent is attached hereto as Exhibit E.

24  81. Upon information and belief, CoolIT has directly infringed one or more claims of the

25  '355 patent under 35 U.S.C. § 271(a) by, among other things, offering for sale, selling, importing

26  and/or distributing the Accused Products in and into the United States.

27  82. The Accused Products infringe at least claim 1 of the '355 patent, either literally and/or

28  under the doctrine of equivalents.

1    83. Upon information and belief, the Accused Products are liquid cooling systems for cooling

2  a heat-generating component of a computer comprising the claimed elements of at least claim 1 of

3  the '355 patent.



4

5

6

7

8

9

10

11    84. Upon information and belief, the Accused Products include "a reservoir configured to

12  circulate a cooling liquid therethrough." For example, as the image of the representative H100i RGB

13  Platinum product below shows, the Accused Products include a reservoir configured to circulate a

14  cooling liquid therethrough.



15

16

17

18

19

20

21

22

23    85. Upon information and belief, the reservoir of the Accused Products includes "a pump

24  chamber housing an impeller and defined at least in part by an impeller cover and a double-sided

25  chassis, the impeller being positioned on one side of the chassis and a stator of the pump is

26  positioned on an opposite side of the chassis." For example, as the images of the representative

27  H100i RGB Platinum product below show, the reservoir of the Accused Products includes a pump

28  chamber housing an impeller and defined in part by an impeller cover and a double-sided chassis,

and the impeller is positioned on one side of the chassis and a stator of the pump is on the opposite side of the chassis.



86. Upon information and belief, the reservoir of the Accused Products includes "a thermal exchange chamber disposed between the pump chamber and the heat-generating component when the system is installed on the heat-generating component." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products includes a thermal exchange chamber positioned between the pump chamber and the heat generating component when the system is installed on the heat-generating component.



87. Upon information and belief, the reservoir of the Accused Products includes "a heat-exchanging interface forming a boundary wall of the thermal exchange chamber, the heat-exchanging interface has an outer surface configured to be placed in thermal contact with a surface of the heat-generating component and an inner surface that defines a plurality of channels that direct the flow of a cooling liquid within the thermal exchange chamber." For example, as the images of the representative H100i RGB Platinum product below show, the reservoir of the Accused Products have a heat-exchanging interface forming a boundary wall of the thermal exchange chamber and has an outer surface configured to be placed in thermal contact with a surface of the heat-generating component and an inner surface that defines a plurality of channels that direct the flow of a cooling liquid within the thermal exchange chamber.



88. Upon information and belief, the Accused Products include "a heat radiator adapted to pass the cooling liquid therethrough, the heat radiator being fluidly coupled to the reservoir via fluid conduits, the heat radiator being configured to dissipate heat from the cooling liquid." For example, as the image of the representative H100i RGB Platinum product below shows, the Accused Products have a heat radiator adapted to pass cooling liquid therethrough and fluidly coupled to the reservoir via fluid conduits and configured to dissipate heat from the cooling liquid.

COMPLAINT FOR PATENT INFRINGEMENT

1

2

3

4

5

6



7  89. Upon information and belief, the pump chamber of the Accused Products includes "an

8  inlet defined by the impeller cover positioned below a center of the impeller configured to enable the

9  cooling liquid to flow into the center of the pump chamber." For example, as the image of the

10  representative H100i RGB Platinum product below shows, the pump chamber of the Accused

11  Products has an inlet defined by the impeller cover positioned below a center of the impeller

12  configured to enable the cooling liquid to flow into the center of the pump chamber.

13

14

15



16

17

18

19

20  90. Upon information and belief, the pump chamber of the Accused Products includes "an

21  outlet defined by the impeller cover positioned tangentially to the circumference of the impeller."

22  For example, as the image of the representative H100i RGB Platinum product above shows, the

23  pump chamber of the Accused Products has an outlet defined by the impeller cover positioned

24  tangentially to the circumference of the impeller.

25  91. Upon information and belief, CoolIT has induced and continues to actively induce direct

26  infringement of at least claim 1 of the '355 patent by others (such as its distributors, retailers,

27  resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(b). CoolIT knew of

28  the '355 patent, and upon information and belief, CoolIT has taken affirmative steps that have

COMPLAINT FOR PATENT INFRINGEMENT

1    encouraged, aided and abetted (and continues to encourage, aid and abet) direct infringement by its

2    distributors (including Corsair), retailers, resellers, customers, and end-users in the United States,

3    and CoolIT has known that its induced acts constitute infringement of the '355 patent or has been

4    willfully blind to the infringement. These acts include, but are not limited to, CoolIT's manufacture

5    and supply of the Accused Products, promotion on its website, providing user manuals/guides

6    instructing its customers/end users how to install and use the Accused Products, and on information

7    and belief, its contracts and agreements with dealers, resellers, retailers, and distributors for the

8    promotions, offers to sell, and sales of the Accused Products in the United States.

9    92. Upon information and belief, CoolIT has contributed to and continues to contribute to the

10   direct infringement of at least claim 1 of the '355 patent by others (such as its distributors, retailers,

11   resellers, customers, and end-users) in the United States under 35 U.S.C. § 271(c). Upon information

12   and belief, CoolIT supplies important (material) components of the Accused Products (as well as

13   instructions for the same) to its distributors, retailers, resellers, customers, and end-users in the

14   United States, including Corsair. Upon information and belief, CoolIT knew or was willfully blind

15   that the combination for which its components were especially made was both patented and

16   infringing, that the Accused Products are not a staple article or commodity of commerce, and has no

17   substantial non-infringing uses.

18   93. Upon information and belief, CoolIT has infringed the '355 patent in an egregious and

19   willful manner and with knowledge of the '355 patent, or was willfully blind to the patent and the

20   risk of infringement.

21   94. CoolIT's infringement of the '355 patent has caused and continues to cause damages and

22   irreparable harm to Asetek.

23   ## PRAYER FOR RELIEF

24   WHEREFORE, Asetek respectfully prays that the Court enter judgment in its favor and

25   award the following relief against CoolIT:

26   A.      A judgment in favor of Asetek that CoolIT has infringed (directly, contributorily,

27   and by inducement) the Patents-in-Suit;

28   B.      A judgment in favor of Asetek that CoolIT's infringement of the Patents-in-Suit has

been willful;

C.    Preliminarily and permanently enjoin CoolIT and its officers, directors, employees, agents, licensees, representatives, affiliates, related companies, servants, successors and assigns, and any and all persons acting in privity or in concert with any of them, from further infringing upon the Patents-in-Suit;

D.    Award Asetek actual damages pursuant to 35 U.S.C. § 284, in an amount to be determined at trial, as a result of CoolIT's infringement of the Patents-in-Suit;

E.    Award Asetek pre- and post-judgment interest on all damages awarded, as well as supplemental damages;

F.    Order that damages for infringement of the Patents-in-Suit be trebled as provided for by 35 U.S.C. § 284 for CoolIT's willful infringement of the Patents-in-Suit;

G.    Find this to be an exceptional case and award Asetek its costs and attorney's fees under 35 U.S.C. § 285; and

H.    Award and grant Asetek such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND TRIAL BY JURY

Asetek demands a jury trial on all matters triable to a jury.


Dated: January 23, 2019                              FINNEGAN, HENDERSON, FARABOW,
                                                                      GARRETT & DUNNER, LLP


                                                                By:___/s/ *Robert F. McCauley*_____
                                                                      Robert F. McCauley
                                                                      Attorneys for Plaintiff
                                                                      ASETEK DANMARK A/S

COMPLAINT FOR PATENT INFRINGEMENT