| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Arpita Bhattacharyya (SBN 316454)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone:   (650) 849-6600<br>Facsimile:   (650) 849-6666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Heidi L. Keefe (SBN 178960)<br>hkeefe@cooley.com<br>Reuben H. Chen (SNB 228725)<br>rchen@cooley.com<br>Daniel J. Knauss (SBN 267414)<br>dknauss@cooley.com<br>Lam K. Nguyen (SNB 265285)<br>lnguyen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 849-7400<br><br>Attorneys for Defendant<br>COOLIT SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>          Plaintiff,<br><br>     v.<br><br>COOLIT SYSTEMS, INC.,<br><br>          Defendant. | CASE NO. 3:19-cv-00410-EMC<br><br>**STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CoolIT Systems, Inc. ("CoolIT") hereby stipulate and respectfully request that the Court **continue the Initial Case Management Conference in this case from May 29, 2019, to the next available date convenient to the Court, which the parties understand is June 13, 2019,** for the reasons explained below:

1. On February 4, 2019, the Court scheduled an Initial CMC for April 25, 2019 (ECF No. 12).

2. On April 5, 2019, the Court rescheduled the Initial CMC for May 29, 2019 (ECF No. 21).

3. Lead counsel for Asetek is scheduled to appear in district court in Colorado on that same date, May 29, 2019, for a pretrial conference in another case. At the request of Asetek's counsel, CoolIT's counsel has agreed to this stipulated request to continue the Initial CMC to the next date available to the Court, which the parties understand is June 13, 2019.

THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request that the Initial CMC be continued from May 29, 2019 to June 13, 2019.

Respectfully submitted,

Dated: April 11, 2019          FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP

                               By:  */s/ Robert F. McCauley*
                                    Robert F. McCauley
                                    Attorneys for Plaintiff
                                    ASETEK DANMARK A/S

Dated: April 11, 2019          COOLEY LLP

                               By:  */s/ Lam K. Nguyen*
                                    Lam K. Nguyen
                                    Attorneys for Defendant
                                    COOLIT SYSTEMS, INC.

**ATTESTATION**

Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for CoolIT Systems, Inc.

Dated: April 11, 2019                    FINNEGAN, HENDERSON, FARABOW,
                                                          GARRETT & DUNNER, LLP


                                                   By: */s/ Robert F. McCauley*
                                                          Robert F. McCauley
                                                          Attorneys for Plaintiff
                                                          ASETEK DANMARK A/S

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference in this case is continued to June 13, 2019, at 10:30 a.m.

Dated: _____       _____
　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Northern District of California