COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

Attorneys for Defendant and
Counter-claimant
COOLIT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>   Plaintiff and<br>   Counter-defendant,<br><br>   v.<br><br>COOLIT SYSTEMS, INC.,<br><br>   Defendant and<br>   Counter-claimant. | Case No.  3:19-cv-00410-EMC<br><br>**DECLARATION OF REUBEN H. CHEN IN SUPPORT OF COOLIT SYSTEMS, INC.'S MOTION TO STRIKE ASETEK DANMARK A/S'S INVALIDITY CONTENTIONS AGAINST U.S. PATENT NO. 8,746,330**<br><br>DATE:<br>TIME:       1:30PM<br>LOCATION: San Francisco Courthouse<br>                    Courtroom 5 – 17th Floor<br>                    450 Golden Gate Ave.<br>                    San Francisco, CA 94102<br>JUDGE:     Hon. Edward M. Chen |

I, Reuben Chen, do hereby declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Cooley LLP, counsel for Defendant and Counter-plaintiff CoolIT Systems, Inc. ("CoolIT") in the above-entitled action. I submit this declaration in support of CoolIT's Motion to Strike Asetek Danmark A/S ("Asetek")'s Invalidity Contentions Against U.S. Patent No. 8,746,330 ("the '330 patent"). The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

**IDENTIFICATION OF EXHIBITS**

2. Attached hereto as **Exhibit 1** is a true and correct copy of Asetek's invalidity contentions under Patent L.R. 3-3 against CoolIT's asserted patents served in this action.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a claim chart attached to Asetek's invalidity contentions comparing the asserted claims of the '330 Patent to U.S. Patent No. 5,998,240 to Hamilton et al. ("Hamilton").

4. Attached hereto as **Exhibit 3** is a true and correct copy of a claim chart attached to Asetek's invalidity contentions comparing the asserted claims of the '330 Patent to U.S. Patent No. 7,259,965 to Chang et al. ("Chang").

5. Attached hereto as **Exhibit 4** is a true and correct copy of a claim chart attached to Asetek's invalidity contentions comparing the asserted claims of the '330 Patent to U.S. Patent Publication 2008/0301941 to Anderson et al. ("Anderson").

6. Attached hereto as **Exhibit 5** is a true and correct copy of Asetek's Petition for *Inter Partes* Review ("IPR") of the '330 patent, filed on May 27, 2015 with the United States Patent Trial and Appeal Board ("PTAB").

7. Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Dr. Donald E. Tilton, filed as Exhibit 1002 to Asetek's IPR Petition.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the PTAB's Decision to Institute Asetek's IPR2015-01276 on December 9, 2015.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the PTAB's Final Written Decision for IPR2015-01276, upholding the validity of the challenged '330 patent claims.

10. Attached hereto as **Exhibit 9** is a true and correct copy of U.S. Patent No. 5,998,240 to Hamilton et al. ("Hamilton").

11. Attached hereto as **Exhibit 10** is a true and correct copy of U.S. Patent No. 7,259,965 to Chang et al. ("Chang").

12. Attached hereto as **Exhibit 11** is a true and correct copy of U.S. Patent Publication 2008/0301941 to Anderson et al. ("Anderson").

13. Attached hereto as **Exhibit 12** is a true and correct copy of U.S. Patent Publication No. 2006/0096738, published May 11, 2006, to Kang et al. ("Kang").

14. Attached hereto as **Exhibit 13** is a true and correct copy of U.S. Patent No. 5,099,311, issued March 24, 1992, to Bonde et al. ("Bonde").

15. Attached hereto as **Exhibit 14** is a true and correct copy of U.S. Patent No. 6,827,128, issued December 7, 2004, to Philpott et al. ("Philpott").

16. Attached hereto as **Exhibit 15** is a true and correct copy of U.S. Patent Publication No. 2007/0163750, published July 19, 2007, to Bhatti et al. ("Bhatti").

17. Attached hereto as **Exhibit 16** is a true and correct copy of U.S. Patent No. 4,450,472, issued May 22, 1984, to Tuckerman et al. ("Tuckerman").

18. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge

EXECUTED at Palo Alto, California on this 17th day of October, 2019.

*/s/ Reuben H. Chen*
Reuben H. Chen
Attorneys for Defendant and Counter-plaintiff
COOLIT SYSTEMS, INC.