Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:  (650) 849-6600
Facsimile:  (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, <br><br> Plaintiff and Counterdefendant, <br><br> v. <br><br> COOLIT SYSTEMS, INC., <br><br> Defendant and Counterclaimant. | CASE NO. 3:19-cv-00410-EMC <br><br> **[PROPOSED] ORDER GRANTING ASETEK DANMARK A/S'S MOTION FOR LEAVE TO FILE A TWO PAGE SUR-SURREPLY RE ITS MOTION TO STRIKE COOLIT SYSTEMS, INC.'S INVALIDITY CONTENTIONS AGAINST U.S. PATENT NO. 8,245,764** <br><br> Hearing Date:  November 21, 2019 <br><br> Motion Under Submission |

**[PROPOSED] ORDER**

The Court having reviewed Asetek Danmark A/S's Motion for Leave to File a Two Page Sur-Surreply in Support of its Motion to Strike CoolIT System, Inc.'s Invalidity Contentions Against U.S. Patent No. 8,245,764, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

Asetek Danmark A/S's Motion for Leave is GRANTED. Asetek may file its Two Page Sur-Surreply in Support of its Motion to Strike CoolIT System, Inc.'s Invalidity Contentions Against U.S. Patent No. 8,245,764.

IT IS SO ORDERED.

Dated: _____          _____
                                      Honorable Edward M. Chen
                                      United States District Court Judge
                                      Northern District of California