Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff and<br>        Counterdefendant,<br><br>    v.<br><br>COOLIT SYSTEMS, INC.,<br><br>        Defendant and<br>        Counterclaimant. | CASE NO. 3:19-cv-00410-EMC<br><br>**ASETEK'S ADDENDUM TO CLARIFY ITS PROPOSED SCHEDULE IN FURTHER JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         December 22, 2020<br>Time:        1:30 PM<br>Location:   Courtroom 5, 17th Floor<br>Judge:       Hon. Edward M. Chen |

Plaintiff and Counterdefendant Asetek Danmark A/S ("Asetek") and Defendant and Counterclaimant CoolIT Systems, Inc. ("CoolIT") jointly submitted a FURTHER JOINT CASE MANAGEMENT STATEMENT (Dkt. No. 201) on December 15, 2021. This addendum clarifies Asetek's proposed case schedule to specifically include two details that were negotiated between the parties and explained in Asetek's opposition to CoolIT's pending motion to amend pleadings (Dkt. 191 at 11, citing Dkt. 186-6 at 4), but which were not expressly stated in Asetek's proposed schedule in the joint statement. Asetek's points of clarification are in redline below; the table is otherwise the same as in the joint case management conference statement.

| Event | Asetek's Proposed Dates assuming Capellix included but not CoolIT's "new design" | CoolIT's Proposed Dates assuming the Capellix and/or "new design" are included in this case |
|---|---|---|
| **Asetek's proposal**: If the Court orders that the Capellix product be included as an accused product in the present case, Asetek to serve (a) identification of asserted claims from the '362, '354, '355, '601, and '196 patents against accused CoolIT products including Capellix (subject to an overall limit of 16 claims with no more than 5 claims per patent and no new claims from the '362, '354, and '355 patents, i.e., claims for these patents must be from the previously selected 16 claims), and (b) Asetek to serve amended infringement contentions including the Capellix product and the '601 and 196 patent <span style="color:red">(Asetek to include no new infringement theories against the Capellix product)</span>. If the Court orders inclusion of CoolIT's prototype "new design" in this action, then <span style="color:red">new infringement contentions including new theories/positions, as well as</span> full claim construction negotiations under the Patent Local Rules, briefing, and a hearing will be required, neither of the schedules proposed to the right will be adequate, and a further meet and confer should be ordered. | 5 court days after Court order permitting inclusion of the Capellix products in the present case | No later than 10 court days after Court order permitting inclusion of the Capellix products and/or CoolIT's new design in the present case. |
| **CoolIT's proposal**: If the court orders that the Capellix products and/or CoolIT's new design be included as accused products in the instant case, Asetek to serve (a) identification of asserted claims from all asserted patents against CoolIT products (including Capellix and CoolIT's new design) subject to an overall limit of 16 claims with no more than 5 claims per patent and no new claims identified from the '362, '354, and '355 patents; and (b) amended infringement contentions including the | | |

| | | |
|---|---|---|
| Capellix products, CoolIT's new design, and the '601 and '196 patents. | | |
| **Asetek's proposal:** If the Court orders that the Capellix products be included as an accused product in the present case, CoolIT to serve invalidity contentions for the '196 and '601 patents (CoolIT to include no new prior art against the '196 and '601 patents that are not already elected by CoolIT against Asetek's '362, '354, and '355 patents).<br><br>**CoolIT's proposal:** If the Court orders that the Capellix products and/or CoolIT's new design be included as an accused product in the present case, CoolIT to serve invalidity contentions for the '196 and '601 patents | 10 court days after Asetek serves infringement contentions | No later than 15 court days after Asetek serves amended infringement contentions. |
| Deadline to move to add parties or amend the pleadings | January 15, 2021 or 5 court days after Court order permitting inclusion of the Capellix product in this case | January 15, 2021 or 5 court days after Court order permitting inclusion of the Capellix products and/or CoolIT's new design in this case, whichever is later. |
| Exchange of preliminary claim constructions and extrinsic evidence for the claim terms "plurality of [juxtaposed] fins" and "side[s] of the fins" in CoolIT's '330 patent | January 7, 2021 | January 28, 2021 |
| Joint Claim Construction and Prehearing Statement and Expert Reports | January 21, 2021 | As stated above, CoolIT does not believe separate claim construction briefing is necessary, but provides the following, alternate claim construction dates:<br>February 11, 2021 |
| Completion of Claim Construction Discovery | January 29, 2021 | February 19, 2021 |
| Opening Claim Construction Brief (CoolIT) | February 4, 2021 | February 26, 2021 |
| Responsive Claim Construction Brief (Asetek) | February 18, 2021 | March 12, 2021 |
| Reply Claim Construction Brief (CoolIT) | February 25, 2021 | March 19, 2021 |
| Claim Construction Hearing | March 11, 2021 (or at the Court's convenience) | At the Court's convenience. |
| Fact discovery cut-off | March 26, 2021 | July 29, 2021 |
| Opening expert reports | April 9, 2021 | July 29, 2021 |
| Rebuttal expert reports | April 30, 2021 | August 19, 2021 |

| | | |
|---|---|---|
| Expert discovery cut-off | May 14, 2021 | September 9, 2021 |
| Deadline to file dispositive motions | July 15, 2021 | September 9, 2021 |
| Hearing on dispositive motions | August 19, 2021 | October 14, 2021 |
| Meet and confer re pretrial conference statements | September 28, 2021 | November 9, 2021 |
| Joint pretrial conference statement/trial briefs | October 12, 2021 | November 30, 2021 |
| Objections due | October 21, 2021 | December 10, 2021 |
| Pretrial conference | Nov. 2, 2021 | December 21, 2021 at 2:30 P.M. |
| Trial | Nov. 29, 2021 | January 24, 2022[1] |
| Estimate of trial length (in days) | 10-12 court days | 7-10 court days |

Dated: December 18, 2020         FINNEGAN, HENDERSON, FARABOW,
                                   GARRETT & DUNNER, LLP


                                 By: */s/ Robert McCauley*
                                     Robert F. McCauley
                                     Attorneys for Plaintiff and Counterdefendant
                                     ASETEK DANMARK A/S

---

[1] CoolIT's proposed trial date was chosen to minimize issues with witness availability during the holidays.