1
2
3
4
5
6
7
8
9
10
11
12
13
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | Case No.  3:19-cv-00410-EMC |
| Plaintiff and Counter-defendant, | [P~~ROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTIONS DEADLINES |
| v. | |
| COOLIT SYSTEMS, INC., | |
| Defendant and Counter-claimant, | |
| CORSAIR GAMING, INC. and CORSAIR MEMORY, INC., | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 3-19-CV-00410-EMC
[P~~ROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO
EXTEND DISPOSITIVE MOTIONS DEADLINES

**[PROPOSED] ORDER**

Having reviewed Defendants CoolIT Systems, Inc., Corsair Gaming, Inc., and Corsair Memory, Inc.'s (collectively "Defendants") Motion to Extend Dispositive Motions Deadlines, the Declaration of Reuben H. Chen and exhibits attached thereto, and [Proposed] Order, Defendants' Motion is GRANTED. The dispositive motions schedule is as follows:

| Event | Proposed Dates |
| --- | --- |
| Last day to file dispositive motions | February 10, 2022 |
| Last day to file opposition to dispositive motions | February 27, 2022 |
| Last day to file replies in support of dispositive motions | March 3, 2022 |
| Hearing on dispositive motions | March 17, 2022 or at the Court's earliest convenience |

Dated: January 19, 2022

_____
Honorable Edward M. Chen
United States District Court Judge
Northern District of California