1

2

3

4

5

6

7

8

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)
DEEPA KANNAPPAN (313573)
(dkannappan@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

GREENBERG TRAURIG, LLP
KYLE D. CHEN (SBN 239501)
kchen@gtlaw.com
1900 University, Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone:   (650) 289-7887
Facsimile:    (650) 328-8508

9

10

11

Attorneys for Defendant and Counter-claimant
COOLIT SYSTEMS, INC. and Defendants
CORSAIR GAMING, INC. and CORSAIR
MEMORY, INC.

12

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN FRANCISCO DIVISION

16

17

18

19

20

21

22

23

24

25

ASETEK DANMARK A/S,

Plaintiff and
Counter-defendant,

v.

COOLIT SYSTEMS, INC.,

Defendant and
Counter-claimant,

CORSAIR GAMING, INC. and CORSAIR
MEMORY, INC.,

Defendants.

Case No.  3:19-cv-00410-EMC

**Declaration of Reuben H. Chen in
Support of Defendants' Notice of
Motion and Motion for Summary
Judgment**

Date:       May 5, 2022
Time:       1:30 pm
Location:  Courtroom 5, 17th Floor
Judge:      Hon. Edward M. Chen

26

27

28

I, Reuben H. Chen, do hereby declare as follows:

1.      I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Cooley LLP, counsel for Defendant and Counter-claimant CoolIT Systems, Inc. ("CoolIT"), Defendant Corsair Gaming, Inc., and Defendant Corsair Memory, Inc. (collectively, "Defendants") in the above-entitled action.  I submit this declaration in support of Defendants' Notice of Motion and Motion for Summary Judgment.  The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of email between Joel Dion to Robert McCauley, sent on September 11, 2014, with attachment.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of a Reply to Office Action, dated December 18, 2008.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of the Rebuttal Report of Dr. John P. Abraham Regarding Infringement of Asetek Danmark A/S's Asserted Patent Claims, served December 8, 2021.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of USPTO's Office Action, Final Rejection, mailed March 20, 2009.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a Reply to Office Action, dated April 4, 2011.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of USPTO's Notice of Allowance and Fee(s) Due, mailed April 8, 2011.

8       Attached hereto as **Exhibit 7** is a true and correct copy of the Expert Report of Dr. David B. Tuckerman Regarding Infringement of U.S. Patent Nos. 8,240,362; 10,613,601; and 10,599,196, served November 3, 2021.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the Expert Report of Dr. David B. Tuckerman Regarding Validity of U.S. Patent Nos. 8,240,362; 10,613,601; and 10,599,196, served December 8, 2021.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Initial Expert Report of Dr. David B. Tuckerman Regarding Invalidity of U.S. Patent Nos. 8,743,330; 9,603,284; and 10,274,266, November 3, 2021.

11.     Attached hereto as **Exhibit 9-A** is a true and correct copy of Exhibit A to Dr. Tuckerman's Invalidity Report, served November 3, 2021.

12.     Attached hereto as **Exhibit 9-B** is a true and correct copy of Exhibit B to Dr. Tuckerman's Invalidity Report, served November 3, 2021.

13.     Attached hereto as **Exhibit 9-C** is a true and correct copy of Exhibit C to Dr. Tuckerman's Invalidity Report, served November 3, 2021.

14.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition transcript of Andre Eriksen, conducted on August 24, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the court.

15.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the Expert Reports of Himanshu Pokharna, Ph.D. in Response to Dr. Tuckerman's Report on Invalidity of U.S. Patent Nos. 8,743,330; 9,603,284; and 10,274,266, served December 8, 2021.

16.     Attached hereto as **Exhibit 12** is a true and correct copy of Asetek's Sales Data Sheet bearing Bates number ASE-CLT00045045.

17.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the deposition transcript of Dr. David B. Tuckerman, conducted on March 18, 2022. Relevant portions of the deposition transcript have been highlighted for the convenience of the court.

18.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the deposition transcript of Dr. David B. Tuckerman, conducted on December 30, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the court.

19.     Attached hereto as **Exhibit 15** is a true and correct copy of the Initial Expert Report of Dr. Carl-Fredrik Stein Regarding Pump Impeller Designs And Performances, served November 3, 2021.

20.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the deposition transcript of Dr. Carl-Fredrik Stein, conducted on January 11, 2022. Relevant portions of the

-2-

deposition transcript have been highlighted for the convenience of the court.

21.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of 2014 trial transcript for Asetek Danmark A/S v. CMI USA, Inc., fka Cooler Master USA, Inc., No. 13-cv-00457-JST (N.D. Cal.). Relevant portions of the transcript have been highlighted for the convenience of the court.

22.     Attached hereto as **Exhibit 18** is a true and correct copy of Judge John S. Tigar's April 21, 2015 Findings of Fact and Conclusions of Law in Asetek Danmark A/S v. CMI USA, Inc., fka Cooler Master USA, Inc., No. 13-cv-00457-JST (N.D. Cal.).

23.     Attached hereto as **Exhibit 19** is a true and correct copy of the Claim Construction Order in Asia Vital Components Co., Ltd. v. Asetek Danmark A/S. No. 16-cv-7160-JST (N.D. Cal.), dated January 17, 2018.

24.     Attached hereto as **Exhibit 20** is a true and correct copy of Korean Utility Model No. 20-0314041, application date February 25, 2003, bearing Bates numbers COOLIT0004768-785.

25.     Attached hereto as **Exhibit 21** is a true and correct copy of the Final Verdict Form in Asetek Danmark A/S v. CMI USA, Inc., fka Cooler Master USA, Inc., No. 13-cv-00457-JST (N.D. Cal.).

26.     Attached hereto as **Exhibit 22** is a true and correct copy of Asetek's Revised Proposed Verdict Form in Asetek Danmark A/S v. CMI USA, Inc., fka Cooler Master USA, Inc., No. 13-cv-00457-JST (N.D. Cal.).

27.     Attached hereto as **Exhibit 23** is a true and correct copy of the hearing transcript in *Asetek Danmark A/S v. CoolIT Systems, Inc.,* No. C 19-00410 EMC (N.D. Cal.). Relevant portions of the transcript have been highlighted for the convenience of the court.

28.     Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the deposition transcript of Dr. David B. Tuckerman, conducted on December 20, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the court.

29.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the deposition transcript of Dr. David B. Tuckerman, conducted on December 22, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the court.

30.     Attached hereto as **Exhibit 26** is a true and correct copy of the Materials Considered list from the Expert Report of Dr. David B. Tuckerman Regarding Invalidity of U.S. Patent Nos. 8,746,330; 9,603,284; and 10,274,266, served on November 3, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED at Sunnyvale, California on this 31st day of March, 2022.


/s/ *Reuben H. Chen*
Reuben H. Chen

-4-