# EXHIBIT 7
## FILED UNDER SEAL (PUBLIC VERSION)