# EXHIBIT 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4               Case No. 3:19-cv-00410-EMC
 5
 6   ASETEK DANMARK A/S,
 7         Plaintiff and
             Counter-Defendant,
 8
        v.
 9
     COOLIT SYSTEMS INC.,
10
             Defendant and
11           Counter-Claimant,
12   COOLIT SYSTEMS USA INC.,
     COOLIT SYSTEMS ASIA PACIFIC
13   LIMITED, COOLIT SYSTEMS
     (SHENZHEN) CO., LTD.,
14
             Defendants,
15
     CORSAIR GAMING INC., and
16   CORSAIR MEMORY INC.,
17         Defendants.
18
19        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
20           VIDEO DEPOSITION OF ANDRÉ S. ERIKSEN
21          PURSUANT TO FRCP 30(B)(1) AND 30(B)(6)
22                VOLUME I - PAGES 1-146
23              TUESDAY, AUGUST 24, 2021
24                   AALBORG, DENMARK
25
```

                                            Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       BE IT REMEMBERED THAT, pursuant to the Federal

2   Rules of Civil Procedure, the Zoom video deposition

3   of ANDRÉ S. ERIKSEN was taken before Marilynn

4   Hoover, California CSR No. 8841; on Tuesday, August

5   24, 2021, at the hour of 4:05 p.m. CEST; the witness

6   testifying from Aalborg, Denmark.

7

8   FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

9       BY MR. ROBERT F. McCAULEY

10      3300 Hillview Avenue

11      Palo Alto, California 94304

12      Telephone:  650-849-6600

13      E-mail:  Robert.McCauley@finnegan.com

14      On behalf of Plaintiff and Counter-defendant

15

16  COOLEY, LLP

17      BY MR. REUBEN H. CHEN

18      3175 Hanover Street

19      Palo Alto, California 94304

20      Telephone:  650-843-5000

21      E-mail:  RChen@cooley.com

22      On behalf of Defendants Corsair Gaming Inc.,

23      Corsair Memory Inc., and CoolIT Systems Inc.

24

25  ALSO PRESENT:  David West, videographer

                                              Page  2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    EXAMINATION INDEX

 2                                                PAGE

 3    Examination by Mr. Chen                       6

 4

 5

 6                     EXHIBIT INDEX

 7    EXHIBIT NO.  DESCRIPTION                     PAGE

 8    Exhibit 78   Korean Intellectual Property

 9                 Office Patent No. 2003-0031027   67

10    Exhibit 163  U.S. Patent No. 8,240,362        17

11    Exhibit 164  U.S. Patent No. 8,245,764        17

12    Exhibit 165  U.S. Patent No. 9,733,681        17

13                 (re-marked as Exhibit 178 in

14                 volume 2 of the deposition)

15    Exhibit 165  U.S. Patent No. 10,078,354       17

16    Exhibit 166  U.S. Patent No. 10,078,355       17

17    Exhibit 167  U.S. Patent No. 10,613,601       17

18    Exhibit 168  U.S. Patent No. 10,599,196       17

19    Exhibit 169  Stipulation regarding

20                 representative products          30

21    Exhibit 170  USPTO judgment                   45

22    Exhibit 171  02 March 2012 Gen 4 status       49

23    Exhibit 172  U.S. Patent No. 8,746,330       109

24    Exhibit 173  U.S. Patent No. 9,603,284       109

25    Exhibit 174  U.S. Patent No. 9,057,567       109
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1                    EXHIBIT INDEX (CONT.)

2    EXHIBIT NO.   DESCRIPTION                         PAGE

3    Exhibit 175   U.S. Patent No. 10,274,266          109

4    Exhibit 176   02 March 2012 Gen 4 status          131

5    Exhibit 177   Plaintiff Asetek Danmark A/S's

6                  second supplemental objections

7                  and responses to defendant

8                  CoolIT Systems Inc.'s first set

9                  of interrogatories to plaintiff

10                 Asetek Danmark A/S (Nos. 1, 5,

11                 7, 8, and 9)                        131

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          TUESDAY, AUGUST 24, 2021; AALBORG, DENMARK

2          THE VIDEOGRAPHER:  Okay.  Good afternoon.    16:05

3   We are on the record.  The time is 4:05 p.m. Danish    16:05

4   time.  The date today is August 24th, 2021.    16:05

5          Please note that microphones are sensitive    16:05

6   and may pick up whispering and private    16:05

7   conversations.  Audio and video recording will    16:05

8   continue to take place unless all parties agree to    16:05

9   go off the record.    16:05

10          This is media unit 1 of the video-recorded    16:05

11   deposition of André Eriksen, volume 1, taken by    16:05

12   counsel for defendant and counterclaimant in the    16:05

13   matter of Asetek Danmark A/S versus CoolIT Systems    16:05

14   Inc. et al., filed in the United States District    16:05

15   Court, Northern District of California, San    16:05

16   Francisco Division.  The case number,    16:05

17   3:19cv00410-EMC.    16:05

18          The deposition is being conducted using    16:06

19   Remote Counsel technology, and all participants are    16:06

20   attending remotely.  My name is David West; I'm the    16:06

21   videographer.  The court reporter is Marilynn    16:06

22   Hoover.  We represent Veritext Legal Solutions.  I'm    16:06

23   not related to any party in this action, nor am I    16:06

24   financially interested in the outcome.    16:06

25          Counsel will now state their appearances    16:06

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | and affiliations for the record.  If there are any | 16:06 |
| 2 | objections to proceeding, please state them at the | 16:06 |
| 3 | time of your appearance, beginning with the noticing | 16:06 |
| 4 | attorney. | 16:06 |
| 5 | MR. CHEN:  This is Reuben Chen for | 16:06 |
| 6 | defendant and counterclaimant CoolIT Systems Inc. | 16:06 |
| 7 | and defendants Corsair Gaming Inc. and Corsair | 16:06 |
| 8 | Memory Inc. | 16:06 |
| 9 | MR. McCAULEY:  Robert McCauley on behalf | 16:06 |
| 10 | of Asetek Danmark A/S and Mr. Eriksen. | 16:06 |
| 11 | THE VIDEOGRAPHER:  Thank you. | 16:06 |
| 12 | The court reporter may now swear the | 16:06 |
| 13 | witness in, and we will continue. | 16:06 |
| 14 | ANDRÉ ERIKSEN, | 16:06 |
| 15 | called as a witness, being duly sworn on oath, was | 16:06 |
| 16 | examined and did testify as follows: | 16:06 |
| 17 | THE REPORTER:  Thank you.  You may begin, | 16:07 |
| 18 | counsel. | 16:07 |
| 19 | MR. CHEN:  Thank you, Ms. Reporter. | 16:07 |
| 20 | EXAMINATION | 16:07 |
| 21 | BY MR. CHEN: | 16:07 |
| 22 | Q.   Good afternoon, Mr. Eriksen. | 16:07 |
| 23 | A.   Good afternoon. | 16:07 |
| 24 | Q.   Could you please state your full name for | 16:07 |
| 25 | the record. | 16:07 |

Page 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | split-flow.  Many others have done it -- Danger Den | 20:22 |
| 2 | has done it, I believe Koolance has done it -- and | 20:23 |
| 3 | split-flow has been used in many applications. | 20:23 |
| 4 | Q.   But you haven't compared the Antarctica | 20:23 |
| 5 | device to the exact claims of CoolIT's four patents | 20:23 |
| 6 | in front of you; correct? | 20:23 |
| 7 | A.   What I said was -- and you asked me | 20:23 |
| 8 | whether I had; and, as I informed you earlier, I | 20:23 |
| 9 | don't analyze patent claims and try to speculate on | 20:23 |
| 10 | the coverage.  I use external help for that. | 20:23 |
| 11 | Q.   Right.  So you can't say one way or the | 20:23 |
| 12 | other whether Antarctica is prior art to the CoolIT | 20:23 |
| 13 | patents; correct? | 20:23 |
| 14 | MR. McCAULEY:  Objection. | 20:23 |
| 15 | THE WITNESS:  No. | 20:23 |
| 16 | MR. McCAULEY:  Mischaracterizes prior | 20:23 |
| 17 | testimony. | 20:23 |
| 18 | THE WITNESS:  That's not correct.  What I | 20:23 |
| 19 | said was I had got external help to see what it is | 20:23 |
| 20 | CoolIT's claims are covering, and then I compare | 20:23 |
| 21 | that with the Antarctica, and then I come to my | 20:23 |
| 22 | opinion that you asked me about and you got it. | 20:24 |
| 23 | Q.   BY MR. CHEN:  Are there any other | 20:24 |
| 24 | products, besides Antarctica, that you believe are | 20:24 |
| 25 | prior art to CoolIT's four patents in front of you? | 20:24 |

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. McCAULEY:  Objection. | 20:24 |
| 2 | Mischaracterizes prior testimony. | 20:24 |
| 3 | THE WITNESS:  I would have to read the | 20:24 |
| 4 | patents to really give you an honest answer to that. | 20:24 |
| 5 | Q.  BY MR. CHEN:  Well, sitting here today, do | 20:24 |
| 6 | you recall any other prior art products or | 20:24 |
| 7 | references, besides Antarctica, to the CoolIT | 20:24 |
| 8 | patents in front of you? | 20:24 |
| 9 | A.  Yes.  The Koolance and the Danger Den. | 20:24 |
| 10 | Q.  Any others? | 20:24 |
| 11 | (Reporter request.) | 20:24 |
| 12 | THE WITNESS:  Danger Den is | 20:24 |
| 13 | straightforward Danger and Den, D-E-N; and the other | 20:24 |
| 14 | one, Koolance, is K-O-O-L-A-N-C-E. | 20:24 |
| 15 | THE REPORTER:  Thank you. | 20:25 |
| 16 | THE WITNESS:  You're welcome. | 20:25 |
| 17 | Q.  BY MR. CHEN:  Were there channels used in | 20:25 |
| 18 | the Antarctica product? | 20:25 |
| 19 | A.  Yes. | 20:25 |
| 20 | Q.  Do you know the widths of those channels? | 20:25 |
| 21 | A.  It will be a best guess. | 20:25 |
| 22 | Q.  What's your best guess? | 20:25 |
| 23 | A.  I will say between 0.6 and 0.8 | 20:25 |
| 24 | millimeters.  I actually invented the tool to making | 20:25 |
| 25 | the fins; I just don't recall how wide they were. | 20:26 |

Page 117

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Do you know the widths of the Koolance | 20:26 |
| 2 | channels? | 20:26 |
| 3 | A.   No, not at all.  I will have to see a | 20:26 |
| 4 | sample or drawing or something like that.  I just -- | 20:26 |
| 5 | I just remember back in the days that, before I | 20:26 |
| 6 | think CoolIT even existed, you know, these products | 20:26 |
| 7 | were on the market. | 20:26 |
| 8 | Q.   Do you know the widths of the Danger Den | 20:26 |
| 9 | product? | 20:26 |
| 10 | A.   No. | 20:26 |
| 11 | Q.   Do you know the widths of the channels on | 20:26 |
| 12 | that product? | 20:26 |
| 13 | A.   Yeah, I got you.  No, I don't. | 20:26 |
| 14 | MR. CHEN:  Okay.  Thank you. | 20:26 |
| 15 | Okay.  We've been going for just about an | 20:27 |
| 16 | hour.  Why don't we take a break at this point, and | 20:27 |
| 17 | then we can just also discuss how long we're going | 20:27 |
| 18 | to go for the rest of today. | 20:27 |
| 19 | THE WITNESS:  That's fine.  How long?  Ten | 20:27 |
| 20 | minutes?  Five minutes? | 20:27 |
| 21 | MR. CHEN:  Yeah, let's take a ten-minute | 20:27 |
| 22 | break. | 20:27 |
| 23 | THE WITNESS:  Okay. | 20:27 |
| 24 | MR. McCAULEY:  Reuben, I've been | 20:27 |
| 25 | informed -- | 20:27 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    REPORTER CERTIFICATE

 2

 3        I, MARILYNN HOOVER, CSR No. 8841 for the State

 4    of California, do hereby certify:

 5        That prior to being examined, the witness named

 6    in the foregoing deposition was duly sworn to

 7    testify the truth, the whole truth, and nothing but

 8    the truth;

 9        That said deposition was taken down by me in

10    shorthand at the time and place therein named, and

11    thereafter reduced by me to typewritten form; and

12    that the same is a true, correct, and complete

13    transcript of the said proceedings.

14             Before completion of the deposition,

15    review of the transcript [X] was [ ] was not

16    requested.  If requested, any changes made by the

17    deponent (and provided to the reporter) during the

18    period allowed shall be appended hereto.

19        I further certify that I am not interested in

20    the outcome of the action.

21        Witness my hand this 26th day of August 2021.

22

23

24             Marilynn Hoover, RPR

25             California CSR No. 8841
```

Page 142

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                   CERTIFICATE OF WITNESS

 2

 3

 4        I, ANDRÉ S. ERIKSEN, do hereby certify that I

 5    have read the foregoing portion of the transcript of

 6    my deposition taken on Wednesday, the 24th day of

 7    August 2021, and that the said transcript is true

 8    and correct except for such corrections as I may

 9    have noted on the previous page.

10

11

12

13                    _____

14                    ANDRÉ S. ERIKSEN

15

16

17

18

19    Subscribed and sworn to before me

20    this ـــــــ day of ـــــــــــــــ 2021.

21

22

23    _____

24    Notary Public, State of ـــــــــــــ

25    My Commission Expires:  ـــــــــــــ
```

Page 143