UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　Plaintiff and<br>　　　　Counter-defendant,<br><br>　v.<br><br>COOLIT SYSTEMS, INC.,<br><br>　　　　Defendant and<br>　　　　Counter-claimant,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.<br><br>　　　　Defendants. | Case No. 3:19-cv-00410-EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION TO STRIKE EXHIBIT 275 UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 3-19-CV-00410-EMC
[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO SEAL

**[PROPOSED] ORDER**

Having reviewed Defendants' Administrative Motion for Leave to File Motion to Strike Exhibit 275 Under Seal, Defendants' Motion is GRANTED. IT IS HEREBY ORDERED: The unredacted version of Defendants' Motion to Strike shall be filed under seal.

Dated: _____

Honorable Edward M. Chen
United States District Court Judge
Northern District of California

Cooley LLP
Attorneys at Law
Palo Alto

1.

Case No. 3-19-cv-00410-EMC
[Proposed] Order Granting Defendants'
Administrative Motion to Seal