COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)
DEEPA KANNAPPAN (313573)
(dkannappan@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

GREENBERG TRAURIG, LLP
KYLE D. CHEN (SBN 239501)
kchen@gtlaw.com
1900 University, Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone:   (650) 289-7887
Facsimile:    (650) 328-8508

Attorneys for Defendant and Counter-claimant
COOLIT SYSTEMS, INC. and Defendants
CORSAIR GAMING, INC. and CORSAIR
MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>v.<br><br>COOLIT SYSTEMS, INC.,<br><br>    Defendant and<br>    Counter-claimant,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>    Defendants. | Case No. 3:19-cv-00410-EMC<br><br>**DECLARATION OF REUBEN H. CHEN IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE EXHIBIT 275** |

I, Reuben H. Chen, do hereby declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Cooley LLP, counsel for Defendant and Counter-claimant CoolIT Systems, Inc. ("CoolIT"), Defendant Corsair Gaming, Inc., and Defendant Corsair Memory, Inc. (collectively, "Defendants") in the above-entitled action. I submit this declaration in support of Defendants' Notice of Motion and Motion to Strike Exhibit 275. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Dr. David B. Tuckerman Regarding Invalidity of U.S. Patent Nos. 8,746,330; 9,603,284; and 10,274,266, served on November 3, 2021.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the deposition transcript of Dr. David Tuckerman, conducted December 20, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the Court.

3. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition transcript of Dr. David Tuckerman, conducted March 18, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the Court.

3. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the Expert Report of Himanshu Pokharna, Ph.D. In Response to Dr. Tuckerman's Report on Invalidity of U.S. Patent Nos. 8,746,330; 9,603,284; and 10,274, 266, served on December 8, 2021.

3. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the deposition transcript of Dr. David Tuckerman, conducted December 22, 2021. Relevant portions of the deposition transcript have been highlighted for the convenience of the Court.

4. Attached hereto as **Exhibit 6** is a true and correct copy of CoolIT's Second Set of Requests For Production of Documents and Things to Asetek (Nos. 99-109), dated September 20, 2019.

5. Attached hereto as **Exhibit 7** is a true and correct copy of Asetek's Objections and Responses to CoolIT's Second Set of Requests For Production of Documents and Things to Asetek

(Nos. 99-109).

6. Attached hereto as **Exhibit 8** is a true and correct copy of the Materials Considered list from the Expert Report of Dr. David B. Tuckerman Regarding Invalidity of U.S. Patent Nos. 8,746,330; 9,603,284; and 10,274,266, served on November 3, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED at Sunnyvale, California on this 31st day of March, 2022.

/s/ *Reuben H. Chen*
Reuben H. Chen

-2-