# EXHIBIT 5

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN FRANCISCO DIVISION
 4
 5      ASETEK DANMARK A/S,             )
                                        )
 6           Plaintiff and              )
             Counter-Defendant,         )
 7                                      )
        vs.                             ) Case No. 3:19-cv-00410-EMC
 8                                      )
        COOLIT SYSTEMS, INC.,           )
 9                                      )
             Defendant and              )
10           Counter-Claimant.          )
                                        )
11      COOLIT SYSTEMS USA INC.,        )
        COOLIT SYSTEMS ASIA PACIFIC     )
12      LIMITED, COOLIT SYSTEMS         )
        (SHENZHEN) CO., LTD.,           )
13                                      )
             Defendants,                )
14                                      )
        COSAIR GAMING INC., and         )
15      CORSAIR MEMORY INC.,            )
                                        )
16           Defendants.                )
                                        )
17
18           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19              DEPOSITION OF DAVID TUCKERMAN, Ph.D.
20                   MONDAY, DECEMBER 22, 2021
21
22
23      Reported Remotely and Stenographically by:
24      JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25      Job No. 4997336
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7     REMOTE DEPOSITION OF DAVID TUCKERMAN, Ph.D., located
 8     in Lake Stevens, Washington, taken on behalf of the
 9     Defendants and Counter-Claimants CoolIT entities and
10     Corsair entities, beginning at 9:10 a.m., on Wednesday,
11     December 22, 2021, sworn remotely by Janis Jennings,
12     Certified Shorthand Reporter No. 3942, CLR, CCRR,
13     located in the City of Walnut Creek, County of
14     Contra Costa, State of California.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1    REMOTE APPEARANCES:
 2
 3    For Plaintiff and Counter-Defendant Asetek Danmark
 4    A/S:
 5         FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
 6         BY:  ARPITA BHATTACHARYYA, ESQ.
 7         3300 Hillview Avenue
 8         Palo Alto, California  94304
 9         650.849.6600
10         arpita.byattacharyya@finnegan.com
11
12    For Defendants and Counter-Claimant CoolIT entities and
13    Corsair entities:
14         COOLEY RLLP
15         BY:  REUBEN CHEN, ESQ.
16              DUSTIN KNIGHT, ESQ.
17         3175 Hanover Street
18         Palo Alto, California  94304
19         650.843.5000
20         rchen@cooley.com
21         dknight@cooley.com
22
23         Also Present:
24              SOSEH KEVORKIAN, Videographer
25
```

```
 1                           I N D E X

 2

 3    WITNESS                                              PAGE

 4    DAVID TUCKERMAN, Ph.D.

 5

 6

 7          EXAMINATION BY MR. KNIGHT                        9

 8

 9

10

11                    QUESTIONS NOT ANSWERED

12

13                    PAGE           LINE

14                     53             24

15                    232             20

16

17

18

19

20

21

22

23

24

25
```

Page 4

```
 1                        E X H I B I T S

 2

 3     EXHIBIT                                              PAGE

 4     Exhibit 276    Exhibit A Materials Considered in       11

 5                    Preparation of Non-Infringement

 6                    Expert Report

 7     Exhibit 277    Corrected Supplemental Declaration      16

 8                    of Donald E. Tilton IPR2020-00825

 9     Exhibit 278    Excerpt page from Tuckerman             26

10                    Rebuttal Expert Report w/redlines

11     Exhibit 279    Photographs of gaskets                 103

12     Exhibit 279-A  Photographs of gaskets Gen 4,          129

13                    Gen 5, Gen 6, Gen 7

14     Exhibit 280    Exhibit A to Himanshu Pokharna         161

15                    Report Re Infringement

16     Exhibit 281    United States Patent Application       189

17                    2006/0096738;

18                    ASE-CLT00044566 - 44574

19

20

21

22

23

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    PREVIOUSLY MARKED EXHIBITS
 2
 3       EXHIBIT                                                PAGE
 4       Exhibit 259     Expert Report of Dr. David B.           115
 5                       Tuckerman Regarding Invalidity
 6                       of U.S. Patent Nos. 8,746,330;
 7                       9,603,284; and 10,274,266
 8       Exhibit 259-A   Exhibit A; Invalidity Claim Chart       144
 9                       for U.S. Patent 8,746,330
10       Exhibit 259-B   Exhibit B; Invalidity Claim Chart       144
11                       for U.S. Patent 9,603,284
12       Exhibit 259-C   Exhibit C; Invalidity Claim Chart       144
13                       for U.S. Patent 10,274,266
14       Exhibit 259-D   Exhibit D; Curriculum Vitae of          144
15                       David B. Tuckerman
16       Exhibit 259-E   Exhibit E; Materials Considered in      144
17                       Preparation of Invalidity Expert
18                       Report
19       Exhibit 259-F   Exhibit F; Infringement                 144
20                       Contentions photographs
21       Exhibit 263     United States Patent No. 8,746,330      118
22       Exhibit 264     United States Patent No. 9,603,284      118
23       Exhibit 265     United States Patent No. 10,274,266     118
24
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|   | PREVIOUSLY MARKED EXHIBITS |
|---|---|

1
2
3  EXHIBIT                                                                    PAGE
4  Exhibit 266  Rebuttal Expert Report of Dr. David                            11
5               Tuckerman Regarding Non-Infringement
6               of U.S. Patent Nos. 8,746,330;
7               9,603,284; and 10,274,266
8  Exhibit 273  United States Patent No. 5,998,240;                           144
9               ASE-CLT00044523 - 44537

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

|    |                                                                            |       |
|----|----------------------------------------------------------------------------|-------|
| 1  | WEDNESDAY, DECEMBER 22, 2021; 9:10 A.M.                                    |       |
| 2  |                                                                            |       |
| 3  |                                                                            | 09:05 |
| 4  | THE VIDEOGRAPHER: Good morning. We are                                     | 09:05 |
| 5  | going on the record at 9:10 a.m. on December 22nd,                         | 09:10 |
| 6  | 2021. This is media unit 1 of the video recorded                           | 09:10 |
| 7  | deposition of Dr. David Tuckerman taken by counsel                         | 09:10 |
| 8  | for defendant in the matter of Asetek Danmark A/S                          | 09:10 |
| 9  | versus CoolIT Systems, Incorporated and all related                        | 09:11 |
| 10 | cross actions, filed in the United States District                         | 09:11 |
| 11 | Court for the Northern District of California. Case                        | 09:11 |
| 12 | number 3:19-cv-00410-EMC.                                                  | 09:11 |
| 13 | This deposition is being held by Veritext                                  | 09:11 |
| 14 | Virtual via Zoom web conferencing. My name is Soseh                        | 09:11 |
| 15 | Kevorkian from the firm Veritext and I'm the                               | 09:11 |
| 16 | videographer. Our court reporter is Janis Jennings                         | 09:11 |
| 17 | also from the firm Veritext.                                               | 09:11 |
| 18 | At this time, would counsel and all present                                | 09:11 |
| 19 | please identify themselves for the record.                                 | 09:11 |
| 20 | MR. KNIGHT: I am Dustin -- oh, go ahead,                                   | 09:11 |
| 21 | Arpita.                                                                    | 09:11 |
| 22 | MS. BHATTACHARYYA: No, go ahead, Dustin.                                   | 09:11 |
| 23 | Go ahead.                                                                  | 09:11 |
| 24 | MR. KNIGHT: Thank you. Thank you.                                          | 09:11 |
| 25 | You have Dustin Knight and my colleague                                    | 09:11 |

Page 8

| | | |
|---|---|---|
| 1 | Reuben Chen with Cooley LLP on behalf of CoolIT and | 09:11 |
| 2 | Corsair. | 09:11 |
| 3 | MS. BHATTACHARYYA:  Arpita Bhattacharyya | 09:11 |
| 4 | from Finnegan LLP on behalf of plaintiffs Asetek | 09:12 |
| 5 | Denmark A/S. | 09:12 |
| 6 | THE WITNESS:  And I'm David Bazeley | 09:12 |
| 7 | Tuckerman. | 09:12 |
| 8 | THE VIDEOGRAPHER:  Okay.  Thank you. | 09:12 |
| 9 | Janis, whenever you are ready. | 09:12 |
| 10 | | |
| 11 | DAVID TUCKERMAN, Ph.D., | |
| 12 | the witness herein, was sworn and | |
| 13 | testified as follows: | |
| 14 | | 09:12 |
| 15 | DEPOSITION REPORTER:  Thank you. | 09:12 |
| 16 | Please begin, Counsel. | 09:12 |
| 17 | | |
| 18 | EXAMINATION | 09:12 |
| 19 | BY MR. KNIGHT: | 09:12 |
| 20 | Q.   Good morning, Mr. Tuckerman. | 09:12 |
| 21 | A.   Good morning. | 09:12 |
| 22 | Q.   How are you doing today? | 09:12 |
| 23 | A.   I am okay.  Thank you. | 09:12 |
| 24 | Q.   Great.  I'm doing very well.  Thank you for | 09:12 |
| 25 | asking. | 09:12 |

| | | |
|---|---|---|
| 1 | Q. Great. | 09:16 |
| 2 | A. Yeah. | 09:16 |
| 3 | Q. Okay. Okay. Dr. Tuckerman, when did you | 09:16 |
| 4 | begin preparing your rebuttal report on | 09:16 |
| 5 | noninfringement? | 09:16 |
| 6 | A. Well, it -- I think it would have been | 09:16 |
| 7 | very -- well, it would have been after the report | 09:16 |
| 8 | came in, which -- I mean, it would have been after | 09:16 |
| 9 | seeing [audio interference] submission so | 09:16 |
| 10 | mid/early -- early December. | 09:16 |
| 11 | Q. Okay. And who did you speak with in | 09:17 |
| 12 | preparing your rebuttal report on noninfringement? | 09:17 |
| 13 | A. Oh, Counsel, Arpita. | 09:17 |
| 14 | Q. Was there anyone else? | 09:17 |
| 15 | A. I mean there was -- Rob McCauley gave me | 09:17 |
| 16 | some pointers on deposition protocol, but the | 09:17 |
| 17 | technical aspects of the report were all with | 09:17 |
| 18 | Arpita. | 09:17 |
| 19 | Q. Okay, great. And, Dr. Tuckerman, your | 09:17 |
| 20 | counsel would already tell you this, but you should | 09:17 |
| 21 | not divulge any confidential information in terms of | 09:17 |
| 22 | conversations that you've had with your attorneys. | 09:17 |
| 23 | Do you understand that? | 09:17 |
| 24 | A. Right. Okay. Yeah, I understand. | 09:17 |
| 25 | Q. Great. Great. | 09:17 |

Page 12

```
 1            Dr. Tuckerman, have you ever spoken with       09:18
 2   anyone at Asetek?                                       09:18
 3       A.   I have not spoken with anyone from Asetek.     09:18
 4       Q.   Okay.  Okay.  And do you speak Danish,         09:18
 5   Dr. Tuckerman?                                          09:18
 6       A.   No, I do not.                                  09:18
 7       Q.   Okay.  Do you read Danish?                     09:18
 8       A.   I can't say that I do.                         09:18
 9       Q.   Okay.  Okay.  Now, did you review any of       09:18
10   Asetek's documents in preparing your rebuttal           09:18
11   report?                                                 09:18
12       A.   There -- well, there was a -- I mean, there    09:18
13   was a deposition from Eriksen that I recall.  The --    09:18
14   there was -- I mean, there was -- can I see the         09:18
15   Materials Considered list?                              09:19
16       Q.   Yes.  It should be in the folder, so feel      09:19
17   free to review that to refresh your recollection.       09:19
18            DEPOSITION REPORTER:  Dr. Tuckerman, I think   09:19
19   we're getting your notifications in the audio, if       09:19
20   you're able to shut that off, please.                   09:19
21            THE WITNESS:  I don't -- really?               09:19
22            DEPOSITION REPORTER:  Well, it was             09:19
23   somebody's.  I thought it was yours, but I could be     09:19
24   wrong.                                                  09:19
25            THE WITNESS:  I'm not hearing anything.  I
```

Page 13

| | | |
|---|---|---|
| 1 | mean, what I could do is -- let me -- I mean, I had | 09:19 |
| 2 | my mail open so that is where I had to go to open up | 09:19 |
| 3 | this Zoom meeting.  So I closed my email. | 09:19 |
| 4 | There's -- let's see -- I think -- I'm hoping you | 09:20 |
| 5 | won't hear any more.  I mean, I didn't hear | 09:20 |
| 6 | anything, but anyway... | 09:20 |
| 7 |        DEPOSITION REPORTER:  Thank you. | 09:20 |
| 8 |        THE WITNESS:  I don't know if it was me. | 09:20 |
| 9 |        Okay.  So you asked about -- what was your | 09:20 |
| 10 | question again? | 09:20 |
| 11 | BY MR. KNIGHT: | 09:20 |
| 12 |    Q.   Sure.  I just asked you if you reviewed any | 09:20 |
| 13 | Asetek documents in preparing your rebuttal | 09:20 |
| 14 | noninfringement report. | 09:20 |
| 15 |    A.   I don't see anything here other than the | 09:20 |
| 16 | deposition transcript of Andre Eriksen taken on | 09:21 |
| 17 | August 24th and 25th.  So that's it. | 09:21 |
| 18 |    Q.   Okay.  And that Materials Considered list, | 09:21 |
| 19 | is that a complete list of the materials that you | 09:21 |
| 20 | reviewed in preparing your noninfringement report? | 09:21 |
| 21 |    A.   As far as I can recall, yes. | 09:21 |
| 22 |    Q.   Okay. Okay.  Now, for the opinions in your | 09:21 |
| 23 | rebuttal report, did you write those opinions? | 09:21 |
| 24 |    A.   They were written in collaboration with | 09:21 |
| 25 | counsel. | 09:21 |

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1
2
3
4
5      I, David B. Tuckerman, do hereby declare under
6   penalty of perjury that I have read the foregoing
7   transcript; that I have made corrections as appear
8   noted, in ink, initialed by me, or attached hereto; that
9   my testimony as contained herein, as corrected, is true
10  and correct.
11         EXECUTED this ____ day of _____,
12  2022, at _____, _ _____.
13                  (City)                    (State)
14
15
16
                              _____
17                            David B. Tuckerman
18
19
20
21
22
23
24
25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            I, JANIS JENNINGS, CSR No. 3942, Certified
2     Shorthand Reporter, certify:
3            That the foregoing proceedings were taken
4     before me at the time and place therein set forth, at
5     which time the witness was duly sworn by me;
6            That the testimony of the witness, the
7     questions propounded, and all objections and statements
8     made at the time of the examination were recorded
9     stenographically by me and were thereafter transcribed;
10           That the foregoing pages contain a full, true
11    and accurate record of all proceedings and testimony.
12           Pursuant to F.R.C.P. 30(e)(2) before
13    completion of the proceedings, review of the transcript
14    [X] was [ ] was not requested.
15           I further certify that I am not a relative or
16    employee of any attorney of the parties, nor financially
17    interested in the action.
18           I declare under penalty of perjury under the
19    laws of California that the foregoing is true and
20    correct.
21           Dated this 3rd day of January 2022.
22
23
24    JANIS JENNINGS, CSR NO. 3942
25    CLR, CCRR

Page 236

Veritext Legal Solutions
866 299-5127