# EXHIBIT A

## TO THE DECLARATION OF ARPITA BHATTACHARYYA IN SUPPORT OF ASETEK DANMARK A/S'S MOTION FOR PARTIAL SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3               SAN FRANCISCO DIVISION
 4     ASETEK DANMARK A/S,        )
                                  )
 5         Plaintiff and         ) Case No. 3:19-cv-00410-EMC
           Counterdefendant,     )
 6                                )
       v.                         )
 7                                )
       COOLIT SYSTEMS, INC.,      )
 8                                )
           Defendant and          )
 9         Counterclaimant,       )
                                  )
10     COOLIT SYSTEMS USA INC.,  )
       COOLIT SYSTEMS ASIA        )
11     PACIFIC LIMITED, COOLIT   )
       SYSTEMS (SHENZHEN) CO.,   )
12     LTD., CORSAIR GAMING,      )
       INC., CORSAIR MEMORY,      )
13     INC.,                      )
                                  )
14         Defendants.            )
       ------------------------)
15                        - - -
16            THURSDAY, JANUARY 6, 2022
17                        - - -
18
19         REMOTE Videotaped Deposition of HIMANSHU
20     POKHARNA, PH.D., beginning at 9:16 a.m., before
21     Nancy J. Martin, a Registered Merit Reporter,
22     Certified Shorthand Reporter.  All parties appeared
23     remotely.
24     Job no. 5008250
25     Pages 1 - 142
```

                                                    Page 1

```
 1      A P P E A R A N C E S :
 2
        KENNETH DYER, ESQ.
 3      DICKINSON WRIGHT PLLC
        800 West California Avenue
 4      Suite 110
        Sunnyvale, California 94086
 5      kdyer@dickinsonwright.com
        Counsel for Defendants and Counterclaimants
 6
        -and-
 7
        KYLE D. CHEN, ESQ.
 8      GREENBERG TRAURIG LLP
        1900 University Avenue
 9      Fifth Floor
        East Palo Alto, California  94303-2283
10      (650) 289-7887
        kchen@gtlaw.com
11      Counsel for Defendants and Counterclaimants CoolIT
        Systems, Inc.
12
13
        ARPITA BHATTACHARYYA, ATTORNEY AT LAW
14      FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
        Stanford Research Park
15      3300 Hillview Avenue
        Second Floor
16      Palo Alto, California  94304-1203
        (650) 849-6600
17      arpita.bhattacharyya@finnegan.com
        Counsel for Plaintiff
18
19
        ALSO PRESENT:
20
        JOHN ABRAHAM
21
        DAVID WEST, LEGAL VIDEOGRAPHER
22
23
24
25
```

                                                      Page  2

1       patents?

2           A.   Yes.

3           Q.   Is it fair to say that, sitting here today,

4       you are not in a position to say, one way or the

5       other, if there are any material differences between

6       CoolIT's initial new design and the Tamriel design as

7       they relate to Asetek's patent claims?

8           A.   I believe there's only a cosmetic difference

9       between the two systems.  So I don't see any reason

10      why there should not be a difference, but I have not

11      done a detailed analysis to say that with hundred

12      percent certainty.

13          Q.   Dr. Pokharna, are you aware that all asserted

14      claims of CoolIT's '567 patent have been found

15      unpatentable by the patent office?

16          A.   Yes, I believe PTAB has invalidated the

17      claims of '567, but I believe that CoolIT is appealing

18      that decision.

19          Q.   Are you aware that claims 1, 2, 5, and 9 of

20      the '266 patent have also been found unpatentable by

21      the patent office?

22          A.   I am aware that some of the claims were found

23      to be unpatentable, but I will just believe you that

24      those were the claim numbers.  I don't have them

25      committed to my memory.

Veritext Legal Solutions
866 299-5127

1          Q.   I can represent to you that all the asserted

2     claims, except claims 13 and 15 of the '266 patent,

3     have been found unpatentable by the Patent Office.

4          A.   Okay.   I believe that.

5          Q.   Okay.   So let's just focus on claim 15 and 16

6     of the '266 patent.   Okay?

7          A.   Sorry, you mean 13 and 15?

8          Q.   Sorry.   Yes.   Claims 13 and 15 of the '266

9     patent.

10          And you could probably answer this question

11     from the top of your head, but if you need to look at

12     your report, the claim chart for the '266 patent is

13     Exhibit 337D.

14          A.   Okay.

15          Q.   So you may recall, from the work you have

16     done for the IPR involving the '266 patent, that there

17     was a dispute between the parties regarding the

18     priority date of some of the claims of the '266

19     patent; right?

20          A.   I recall that.

21          Q.   And I'll represent to you that claims 13 and

22     15 were not involved in that priority dispute.

23          A.   Okay.

24          Q.   So in doing your analysis for claims 13 and

25     15 of the '266 patent, what priority date did you

```
1    apply?
2         A.  I applied 200- -- I believe it's some date in
3    2007.  And I will need to look up the exact date.
4    It's certainly not 2011, which was the other priority
5    date that you referred to earlier in the dispute.
6         Q.  The asserted claims 13 and 15 of the '266
7    patent are directed to a fluid heat exchanger;
8    whereas, the asserted claims 1, 2, 5, and 9 of the
9    '266 patent are directed to a heat exchange system;
10   right?
11            MR. DYER:  Objection.  Vague.  Outside the
12   scope.
13            THE WITNESS:  Yes, but the first line of
14   claim 1 is directed to heat exchange system, and 13 is
15   to fluid heat exchanger.
16   BY MS. BHATTACHARYYA:
17        Q.  The fluid heat exchanger is a component of
18   the heat exchange system; correct?
19            MR. DYER:  Objection.  Vague.
20            THE WITNESS:  It depends.  It -- it could be,
21   or it could be the same thing as well.  A fluid heat
22   exchanger is certainly a heat exchange system, but
23   heat exchange system is a bit broader to me than a
24   fluid heat exchanger.  But this certainly does not
25   mean that a heat exchange system could not just be a
```

Page 53

1     fluid heat exchanger.

2     BY MS. BHATTACHARYYA:

3         Q.   The fluid heat exchanger that is recited in

4     claims 13 and 15 of the '266 patent and in the other

5     CoolIT patents as well does not include the pump and

6     other components of the entire heat exchange system;

7     correct?

8            MR. DYER:  Objection.  Mischaracterizes the

9     record.  Vague.

10           THE WITNESS:  Fluid heat exchanger, that

11    is -- that the claim 13 invention describes is limited

12    to the component that comes in -- or a system that

13    comes in contact with the heat-generating device, like

14    a CPU or a GPU.  However, because of the use of the

15    phrase "comprises," it does not, I believe, exclude

16    other features that might be present in a system that

17    has all of these features.

18    BY MS. BHATTACHARYYA:

19        Q.   There was a claim construction for fluid heat

20    exchanger; right, Dr. Pokharna?

21        A.   Can I just refresh my memory about that?

22        Q.   Sure.  I can direct you to your report at

23    page 6 where the claim constructions are listed.

24        A.   Yeah.  Yeah.  I recall that.  Thanks for

25    reminding me about that.

1      does not enclose the peripheral side wall of the cold

2      plate which you have referred to as the head spreader

3      plate; correct?

4           A.   Yes.   The same answer.   The way the fastening

5      is done is with removable fasteners such that they

6      don't need to enclose the side walls of the thermal

7      exchange chamber.

8           Q.   Dr. Pokharna, now is probably a good time for

9      a break.   We have been going for close to an hour and

10     a half.

11          A.   Okay.   How long?

12          Q.   We can discuss that once we go off the

13     record.

14               THE VIDEOGRAPHER:   We're off the record at

15     11:51 a.m.

16               (WHEREUPON a recess was taken from 11:51 a.m.

17               to 12:33 p.m.)

18               THE VIDEOGRAPHER:   We are back on the record.

19     The time is 12:33 p.m.

20     BY MS. BHATTACHARYYA:

21          Q.   Welcome back, Dr. Pokharna.

22          A.   Thank you.

23          Q.   Dr. Pokharna, during the break -- breaks that

24     we have taken during the deposition, did you have any

25     conversation with counsel regarding the substance of

Page 62

1    the testimony that you have given or you will give in

2    the deposition?

3         A.   No.

4         Q.   I just want to remind you that there's a

5    standing order in this case that says witnesses should

6    not have any communication with counsel regarding the

7    substance of their deposition during any breaks.

8              Do you understand that?

9         A.   I did not.  I understand that, and I did not

10   have any sort of communication, E-mail, written, text,

11   call, et cetera.

12        Q.   Okay.  Thank you.

13             So -- okay.  All independent claims of the

14   '330 patent, the '284 patent and claim 13 of the '266

15   patent recite a plate positioned over and overlying

16   the microchannel fins; right?

17        A.   Yes.

18        Q.   So for Asetek's Gen 4 product, what part of

19   the device are you referring to as the claimed --

20   sorry -- claimed plate?

21        A.   So it's shown on, I believe it's page 8 of

22   exhibit marked 337A, and it's essentially the features

23   here, the metal plate here that's upon the

24   Generation 4.

25        Q.   You are not considering the rubber gasket

Page 63

1    that surrounds and holds the metal plate as part of

2    the claimed plate for the Asetek Gen 4 products;

3    right?

4         A.   Yes.  That slide from Gen 4, the black seal

5    that is providing -- the black part that is providing

6    the sealing, as well as the gasket function for --

7    between the heat exchange plate and the housing, is --

8    I'm not mapping that as a part of the plate.

9         Q.   Just so the record is clear, the black part

10   that is providing -- sorry.  By "the black part that

11   is providing the sealing," you mean the -- the rubber

12   gasket that the plate -- the plate is attached to;

13   right?

14        A.   Yes.  This rubber piece, black -- the plate

15   is positioned inside, is not mapped explicitly as a

16   part of the plate.

17        Q.   And that would be correct for all asserted

18   claims of the CoolIt patents that recite the claimed

19   term "plate"; right?  So let me ask that.

20             With respect to Asetek's Gen 4 product, for

21   all asserted claims of CoolIT's patents, you are not

22   mapping the rubber gasket piece as part of the claimed

23   plate; correct?

24        A.   The rubber gasket piece is serving a few

25   different functions on this Gen 4 product.  It's

Page 64

1    forming a seal between the plate and the housing, but

2    it is also forming a gasket between the housing -- and

3    the -- I guess it's called the outer -- the housing

4    and the outer limit of the heat sink or the heat sink

5    at the bottom.

6            So the gasket, what you're calling as the

7    black piece as a gasket, is performing both of those

8    functions, and it's not explicitly mapped to the

9    claimed plate.

10        Q.   Thank you for that.

11            I just want to make -- have it clear for the

12   record that the answer that you just gave applies to

13   all of the asserted CoolIt claims that recites the

14   claimed term "plate" vis-a-vis the Asetek Gen 4

15   products; right?

16        A.   Give me a moment to confirm that, please.

17        Q.   Okay.  Go ahead.

18            (The witness reviewed the documents.)

19            THE WITNESS:  Yes, that's correct.

20   BY MS. BHATTACHARYYA:

21        Q.   For Asetek's Gen 5 product -- strike that.

22            I'll direct you to the part of the claim

23   chart which starts discussing the Gen 5.  Maybe that

24   would be easier.

25            The discussion of Gen 5 starts on page 30 of

Page 65

1    Exhibit 337A.

2          A.   Yes, I'm there.

3          Q.   So for Asetek's Gen 5 product, you are

4    mapping the claimed term "plate" to the rubber gasket

5    that overlies the plurality of fins and microchannels

6    on the heat spreader plate; right?

7               MR. DYER:   Objection.   Mischaracterizes the

8    report.

9               THE WITNESS:   In my report, we have mapped

10   the portion of what you are calling -- or what

11   Dr. Tuckerman calls a rubber gasket.   The portion that

12   overlies the channels is the claimed plate.

13   BY MS. BHATTACHARYYA:

14         Q.   The portion that -- strike that.

15              The portion of the structure that overlies

16   the microchannels and fins on the heat spreader plate

17   is a rubber gasket; correct?

18              MR. DYER:   Objection.   Mischaracterizes.

19              THE WITNESS:   It's a plate that Dr. Tuckerman

20   is calling rubber gasket.   If I were -- my way, I

21   would rather characterize it as plate seal assembly.

22   BY MS. BHATTACHARYYA:

23         Q.   That portion of the -- strike that.

24              The structure that overlies the fins and

25   microchannels and the heat spreader plate is a

                                              Page 66

1     compliant structure; correct?

2          MR. DYER:  Objection.  Vague.

3          THE WITNESS:  To me, "compliant" is a

4     relative term.  And just in the way that plate is

5     compliant enough to cover the top of each of the

6     microchannels, as disclosed in the embodiments in '330

7     and the rest of the patents, the plate seal assembly

8     that you are calling as rubber gasket is similarly

9     performing the job of covering the tops of the

10    channel.

11         Whether it is compliant or not is not

12    something that is material to its function for

13    performing the task that is attached to it, as per the

14    specifications of and -- and the claims of the patents

15    from CoolIt.

16    BY MS. BHATTACHARYYA:

17    Q.  Dr. Pokharna, I'm not asking you about the

18    functions of the plate.  I'm just asking you the --

19    the structure that you have labeled as the plate of

20    Asetek's Gen 5 product, that structure is made of a

21    compliant material; correct?

22    A.  Just like the plate is also made out of the

23    compliant material, the structure on top here also is

24    made out of compliant material.

25    Q.  I don't know what plate you're referring to.

Page 67

1          So I -- I'm not talking about a plate.  I'm

2     just talking about the Gen 5 device, and I'm asking

3     you, the structure within the Gen 5 -- Asetek's Gen 5

4     device, which you have mapped as the plate, is made of

5     a compliant material; correct?

6          A.  Anything that is claimed as plate to cover

7     the top of the channels will need to have some

8     compliancy in it to cover the top of the channels.  In

9     the same manner, the accused devices have these plate

10    seal assembly that is made out of material that has

11    some compliance in it.

12         Q.  Dr. Pokharna, that doesn't answer my

13    question.  I'll ask you again.

14         In Asetek's Gen 5 device, the structure that

15    you have mapped as the claimed plate is made of a

16    compliant material; correct?

17         MR. DYER:  Objection.  Asked and answered.

18         THE WITNESS:  Exactly that allows a

19    disclosure of '266 and other items from CoolIt.  The

20    plate is performing the task of covering the channels

21    which requires it to have some level of compliancy.

22         Compliancy, by itself, is sort of -- to a

23    person of ordinary skill in the art, when they are

24    reading the claimed patent and its prosecution

25    histories, to them, compliancy means something that

Page 68

 1     can be used to cover the top of the channels.

 2          When you have this whole assembly together,

 3     the plate is forming the top of the channels.  And for

 4     that, it might need to have some compliancy.  And --

 5     but its structure and function, from the point of view

 6     of the patent '266, is the same.

 7     BY MS. BHATTACHARYYA:

 8          Q.   Okay.  Dr. Pokharna, you're not answering my

 9     question.  So I -- if you want to evade it, you can

10     evade and give vague answers, but, you know, I'm going

11     to keep asking you.

12          So I'm going to -- and maybe let's take a

13     look at Exhibit 337C where you have mapped the same

14     structure that you map as the plate to a compliant

15     member.  So maybe -- maybe that will help you answer

16     my question.

17          MR. DYER:  When there's a question pending,

18     I'll let him answer.  But, Counsel, I'd appreciate it

19     if you don't scold the witness or make comments like

20     "evading the questions."  That's not appropriate.

21     Just ask your question.

22          MS. BHATTACHARYYA:  Once the record -- so the

23     record is clear -- again, Mr. Dyer, please stop with

24     the speaking objections and comments.  Just stop.

25          MR. DYER:  Counsel, I'm commenting on your

                                             Page 69

1    comment.  You shouldn't be scolding a witness like

2    that.  It's not appropriate, period.

3              MS. BHATTACHARYYA:  And as if CoolIt's

4    counsel has not called Asetek's experts names and

5    alluded to him lying on the record?  So, please, save

6    me that.  And please stop commenting.

7              MR. DYER:  I just made my comment.  You can

8    do -- you can do whatever you want --

9              MS. BHATTACHARYYA:  And do not do that -- and

10   do not do that again, Mr. Dyer.

11             MR. DYER:  I will if you make a comment like

12   that again.

13             MS. BHATTACHARYYA:  Well, the record shows

14   that Dr. Pokharna is evading my question.  You can

15   disagree.  You could disagree.  Just say, "I

16   disagree."

17             MR. DYER:  Oh, I do disagree.

18             MS. BHATTACHARYYA:  That's --

19             MR. DYER:  Ask a question.

20             MS. BHATTACHARYYA:  And that's -- and you

21   should just stop at that.  Do not then go -- no need

22   to make a speech.  That's all I'm saying.

23             MR. DYER:  All right.  The record is clear.

24             THE WITNESS:  So in Exhibit C, I do call the

25   portion of the plate seal assembly that is forming

                                        Page 70

1          A.   That's correct.

2          Q.   So the portion of the gasket that overlies

3     the microchannel fins is also made of a compliance

4     material; correct?

5               MR. DYER:  Objection.  Asked and answered

6     three times.

7               THE WITNESS:  So, again, the portion of the

8     gasket that overlies the microchannel fins is

9     providing the cover for the fins.  And whether it is

10    compliant or not is immaterial because from the

11    previous disclosures, it's not a limitation that was

12    there in the disclosure.

13    BY MS. BHATTACHARYYA:

14         Q.   I'm not asking you that.  And, Dr. Pokharna,

15    you are not answering my question.  I'm asking you the

16    portion of the -- let's take it this way,

17    Dr. Pokharna.  The gasket that overlies the

18    microchannel fins in Asetek's Gen 5 product is made of

19    rubber; right?

20              MR. DYER:  Objection.  Mischaracterizes the

21    record.  Mischaracterizes his testimony and his

22    report.

23              THE WITNESS:  I -- I have not done a material

24    analysis on that, but it is -- I believe some of them

25    say EPDM on them.  So I guess it's made out of EPDM.

Page 76

1    BY MS. BHATTACHARYYA:

2         Q.   And EPDM is a compliant material; correct?

3              MR. DYER:  Objection.  Asked and answered.

4    Lacks foundation.

5              THE WITNESS:  EPDM is a soft material, yes.

6    BY MS. BHATTACHARYYA:

7         Q.   EPDM is a type of rubber; correct?

8         A.   That's right.  Just like your roofing is also

9    made out of EPDM, the roofing on the homes is also

10   made out of EPDM plates.  Yes.

11        Q.   So you agree EPDM is rubber?

12             MR. DYER:  Objection.  Asked and answered.

13             THE WITNESS:  To be honest, I don't know if

14   it is a kind of rubber or kind of plastic.  But --

15   yeah, I'm not hundred percent sure if it is a kind of

16   rubber or a kind of -- it's probably more like some

17   kind of manmade rubber.

18   BY MS. BHATTACHARYYA:

19        Q.   Let's look at page 17 of Exhibit 337C.

20        A.   I'm there.

21        Q.   Claim 1 of the '567 patent requires "the

22   compliant member to at least partially define an

23   opening positioned over the groove, wherein the

24   compliant member and the groove together define a

25   portion of an inlet manifold configured to

                                             Page 77

1    hydraulically couple in parallel each of the

2    microchannels to at least one other of the

3    microchannels"; right?

4         A.   Right.

5         Q.   The portion of the rubber gasket that is --

6    that overlies the microchannel fins is the compliant

7    member that defines an opening position over the

8    groove; right?

9              MR. DYER:  Objection.  The question is vague.

10             (The witness reviewed the document.)

11   BY MS. BHATTACHARYYA:

12        Q.   Dr. Pokharna, let's strike that question.

13             Let's look at page 20 of Exhibit 337C.

14        A.   I'm there.

15        Q.   You have mapped an opening in the rubber

16   gasket that overlies the microchannel fins as opening

17   in the compliant member.  Do you see that?

18        A.   Yes.  Just give me a moment here.  I'm sorry,

19   I'm looking at the...

20             (The witness reviewed the document.)

21             THE WITNESS:  That's right.  This opening in

22   the compliant member is pointing to kind of the -- the

23   backside of that home or the -- the passageway that is

24   connecting, I believe in this case, the inlet port, to

25   the aperture; right?  So there is sort of a conical

Page 78

1     subset that is formed that is -- you can see on the

2     left side picture where like you see aperture.  So

3     that entire section is -- that passageway which is

4     connecting the inlet port to the groove, the opening

5     in the compliant member is pointing to essentially a

6     hole in that seal.

7     BY MS. BHATTACHARYYA:

8          Q.  The portion of the rubber gasket that

9     overlies the microchannels and microchannel fins of

10    the heat spreader plate, that portion is made of a

11    compliant material; correct?

12              MR. DYER:  Objection.  Asked and answered.

13              THE WITNESS:  I'm sorry.  You may have to

14    repeat the question again.

15    BY MS. BHATTACHARYYA:

16         Q.  The portion of the rubber gasket in Asetek's

17    Gen 5 product that overlies the microchannels and

18    microchannel fins of the heat spreader plate is made

19    of a compliant material; correct?

20              MR. DYER:  Objection.  Asked and answered.

21              THE WITNESS:  I believe that what we are

22    referring to is the portion of the compliant seal that

23    is positioned over the groove and providing the

24    sealing between the second side of the housing and --

25    and the plate side of this plate seal assembly is made

1    out of compliant member.

2    BY MS. BHATTACHARYYA:

3        Q.  Since it is a one-piece material, the other

4    side of that structure, the portions of the rubber

5    gasket that overlies the fins and microchannels of the

6    heat spreader plate is also a compliant material;

7    correct?

8        A.  It's -- the entire plate fin assembly in

9    these products is made out of the same material.

10       Q.  I think -- I don't think you answered my

11   question.  I'm not talking about the plate fin

12   assembly.  I'm talking about the rubber gasket that

13   overlies the microchannel fin and plates of the heat

14   spreader plate.

15           MR. DYER:  Objection.  You're

16   mischaracterizing his testimony.  He's calling it one

17   thing and you're calling it another.

18           MS. BHATTACHARYYA:  That's why I'm setting

19   the record straight.

20   BY MS. BHATTACHARYYA:

21       Q.  I'm not talking about the heat spreader

22   plate.  I'm talking about the gasket that overlies the

23   microchannels and fins of the heat spreader plate.

24   That gasket, and especially the portion of the gasket

25   that overlies the microchannel and microchannel fins,

Page 80

1    is made of a compliant material; right?

2         MR. DYER:  Objection.  Mischaracterizes

3    testimony.  Mischaracterizes his report.

4         THE WITNESS:  Yeah.  So that portion of

5    gasket that overlies the microchannel is what I'm

6    referring to as the plate.  And I'm -- I'm agreeing

7    that that entire assembly is made out of the same

8    material.

9    BY MS. BHATTACHARYYA:

10        Q.  And that same material is the compliant

11   material; correct?

12        MR. DYER:  Objection.  Asked and answered

13   multiple times.

14        THE WITNESS:  Because it has to perform the

15   seal operation, where the compliance is really

16   important, it is -- the entire part is made out of

17   what you would call a compliant material.

18   BY MS. BHATTACHARYYA:

19        Q.  Let's take a look at Exhibit 337D which

20   charts the '266 patent.

21        A.  Yes.

22        Q.  Let's go to page 19, which shows your mapping

23   for the element 1[d] of claim 1 of the '266 patent.

24   Do you see your annotation of, "A pair of complaint

25   surfaces flanking the opening"?

1          A.  Yes, I do.

2          Q.  The compliant surfaces flanking the opening,

3     that's the portion of the rubber gasket in Asetek's

4     Gen 5 product that you have mapped as the claimed

5     plate with respect to various other CoolIt claims;

6     right?

7                MR. DYER:  Objection.  Mischaracterizes his

8     testimony.  Mischaracterizes his report.

9                (The witness reviewed the document.)

10               THE WITNESS:  In the context of '266 patent's

11    mapping from claim 1, yes, we have -- I have mapped it

12    to the -- what is claimed as -- as plate to be the

13    compliant member.

14    BY MS. BHATTACHARYYA:

15         Q.  I think I know what you mean, but I have to

16    get the record clear here.  So you agree that the

17    portion of the rubber gasket in Asetek's Gen 5

18    product, that you have mapped as the plate recited in

19    various Asetek claims, is a compliant structure?

20               MR. DYER:  Same objections.

21               THE WITNESS:  I would agree with your

22    statement with just, instead of rubber gasket, I do

23    want to call it the plate gasket assembly.

24    BY MS. BHATTACHARYYA:

25         Q.  By plate gasket assembly, you are referring

Page 82

1    to the structure in the Asetek Gen 5 devices that

2    overlies the microchannels and microchannel fins of

3    the heat spreader plate; correct?

4         A.  Yes, it overlies that as well as provides a

5    seal as well as gasketing at various fluid boundaries,

6    and especially within --

7              (The reporter requested clarification.)

8              THE WITNESS:  And especially between the

9    housing and the blade portion of the plate gasket

10   assembly.

11   BY MS. BHATTACHARYYA:

12        Q.  The portion -- strike that.

13             The structure in Asetek's Gen 5 product that

14   you have mapped as the claimed plate in various CoolIt

15   claims is a compliant structure; correct?

16             MR. DYER:  Objection.  Asked and answered.

17             THE WITNESS:  Just like a plate that needs to

18   provide the upper boundary of the channels, this --

19   what you call as a compliant member is providing that

20   boundary on top of the microchannels.

21   BY MS. BHATTACHARYYA:

22        Q.  It's not about what I am calling,

23   Dr. Pokharna.  I'm asking for your opinion.  The

24   Asetek Gen 5 product, the structure that overlies the

25   microchannels -- microchannels and microchannel fins

Page 83

1      in the heat spreader plate, is a compliant structure;

2      correct?

3              MR. DYER:  Objection.  Asked and answered.

4              THE WITNESS:  I think -- so when a person of

5      ordinary skill in the art looks at a structure being

6      compliant or not, it is relative to the function that

7      it is supposed to perform.  If the top structure

8      was -- top structure on -- to cover the top of the

9      channels was totally compliant, then it could not hold

10     any pressure differential across the channels or of

11     the two sides of this, quote/unquote, compliant

12     member, and therefore, it would not perform the duty

13     of forming the top of the channels.

14              I mean, in the limit, compliancy could be

15     like, you know, something that is totally sloppy and

16     with slightest of pressure differential, it can

17     deform.  And there is a certain level of stiffness

18     also that is required to cover the top of the

19     channels.

20              So the entire compliancy that you are

21     referring to in that has to do with forming the fluid

22     seals between the housing and the claimed plate.  From

23     the point of view of covering the top of the

24     microchannels, if it had absolutely compliancy like

25     you are referring to, then it will not perform its

1    function as a plate.

2          So from the point of view of performance or

3    its function as the claimed plate, I don't believe it

4    has compliancy because during operation, it's not

5    going to be deforming.  Although there is pressure

6    differential on the two sides of the plate, the -- one

7    side of the plate has liquid coming in.  So that's

8    presumably at -- at higher pressure.  And the fluid

9    going through the channels is -- because of the

10   pressure drop, has lower pressure.  If it had -- if it

11   was absolutely compliant, it wouldn't hold any

12   pressure differential.  So it requires some stiffness

13   also to perform its job as the top of the

14   microchannel.

15         So from that point of view, from

16   microchannel's point of view, from the point of view

17   of its job as -- to cover the top of the channels,

18   it's fairly stiff.

19   BY MS. BHATTACHARYYA:

20       Q.  Dr. Pokharna, I'm not talking about

21   structural rigidity or stiffness.  I am asking you

22   about the materials.  So let's take a look at page 19

23   of Exhibit 337D.

24       A.  Uh-huh.

25       Q.  You are annotating portions of the structure

Page 85

1     that overlies the microchannels and fins of the heat

2     spreader plate as a pair of compliant surfaces.  Do

3     you see that?

4          A.   Yes.

5          Q.   And with respect to other CoolIt asserted

6     claims that recite the claim term "plate," you have

7     referred to the same portion of the structure

8     overlying the microchannels and fins as the plate;

9     correct?

10         A.   That's correct.

11         Q.   Ergo, the -- the structure in the Asetek

12    Gen 5 device that overlies the microchannel fins and

13    microchannels of the heat spreader plate, which you

14    have referred to as the claimed plate, are all -- also

15    have compliant surfaces; correct?

16             MR. DYER:  Objection.  Mischaracterizes his

17    testimony.  Asked and answered and is argumentative.

18             THE WITNESS:  Just because it may have some

19    compliancy does not preclude it from performing the

20    function of the claimed plate in various CoolIt

21    patents.

22    BY MS. BHATTACHARYYA:

23         Q.   Again, I'm not asking you about the functions

24    of the plate.  I'm just saying the portion of the

25    Asetek Gen 5 product that you refer to as the claimed

Page 86

1    plate, that portion is made of a compliant material;

2    correct?

3            MR. DYER:  Objection.  Asked and answered.

4    BY MS. BHATTACHARYYA:

5        Q.  And I'm not talking about whether that

6    portion can perform the function of a plate or not.

7    Leave that aside.  I am only talking about the

8    material of the structure that you refer to as the

9    claimed plate in Asetek's Gen 5 product.

10           MR. DYER:  I object again.  Asked and

11   answered.

12           THE WITNESS:  Again, simply because it's

13   made -- the entire assembly is made out of same

14   material as the various gaskets, in that sense, I

15   guess you could -- you could call it as compliant

16   material.

17           But, again, from the point of view of

18   channels, it -- and the flow through the channels,

19   it's not really compliant, or it will not really

20   perform the function of being a plate on top because

21   it will move under pressure, and it could exactly

22   prohibit it from doing the function that it is

23   supposed to do on top of the channels.

24   BY MS. BHATTACHARYYA:

25       Q.  Even the compliant material can have some

Page 87

1     microchannels communicate with each other fluidly in

2     between -- within each microchannel length.

3         Q.  So you are interpreting the claim term

4     "blade" to include both the metal plate that's in the

5     Asetek accused Gen 4 product as well as the gasket

6     that is in Asetek's accused Gen 5, 6, and 7 products;

7     correct?

8             MR. DYER:  Objection.  Mischaracterizes the

9     report and his testimony.

10            THE WITNESS:  No, that's -- that's certainly

11    not true, Counsel.

12    BY MS. BHATTACHARYYA:

13        Q.  What is your -- so with respect to Asetek's

14    Gen 4 product, you are referring to the metal plate as

15    the claimed plate recited in various CoolIt claims;

16    correct?

17        A.  That is correct, yeah.

18        Q.  And with respect to Asetek's accused Gen 5,

19    6, and 7 products, you are referring to the gasket

20    structure that is made of rubber as the claimed plate;

21    correct?

22            MR. DYER:  Objection.  Mischaracterizes

23    testimony.  Mischaracterizes his report.

24            THE WITNESS:  The entire what I call as plate

25    seal assembly is not the claimed plate.  Just like the

Page 90

1     specifications of various CoolIt patents, starting

2     with '330, shows that the seal that is filling the gap

3     between the second side of the housing and top of the

4     plate could be an integral part of the claimed plate

5     in the Gen 5, 6, 7 of the accused Asetek products, the

6     seal and some other functions are integrated together

7     with the plate to form plate seal assembly.

8     BY MS. BHATTACHARYYA:

9          Q.  Dr. Pokharna, I don't think that answers my

10    question, but perhaps I should rephrase my question.

11    That may help you answer it.

12              With respect to Asetek's accused Gen 5, 6,

13    and 7 products, you are referring to the portion of

14    the gasket structure that overlies the

15    microchannels -- microchannels and microchannel fins

16    of the heat spreader plate as the claimed plate;

17    correct?

18         A.  That's correct.

19         Q.  In Asetek's accused Gen 5, 6, and 7 products,

20    the portion of the gasket structure that overlies the

21    microchannels and microchannel fins of the heat

22    spreader plate is made of EPDM; correct?

23              MR. DYER:  Objection.  Asked and answered.

24              THE WITNESS:  Yes, it's made of EPDM.

25    BY MS. BHATTACHARYYA:

                                              Page 91

1        Q.   You're interpreting the claim term "plate" in

2    CoolIt's claims to include both a metal plate, as in

3    the Gen 4 products, as well as a structure made of

4    EPDM, as in Asetek's Gen 5, 6, and 7 products;

5    correct?

6        A.   There is no material limitations for the

7    plate in the disclosure of '266 and various other

8    CoolIt patents.  And it has a structure that is

9    substantially two-dimensional -- it's structure that

10   is flat -- I don't want to say -- a structure that is

11   substantially flat, and it has to perform a job of

12   covering the top of the channels.  And both the metal

13   plate and the EPDM are performing that job.

14            There are lots of other material properties

15   which could have additional limitations, but those

16   limitations are not present in the disclosure or the

17   claims of '26- -- '330 and the -- some of the other

18   CoolIt patents.

19            So I do not believe that there is any other

20   limitation that is present.  For example, right, I

21   mean, you know, they could be optically transferring

22   or optically opaque.  They could be electrically

23   conductive or nonconductive.  None of those kinds of

24   limitations are present; therefore, we could map the

25   plate to be metal or plate to be some other material,

Page 92

1    like EPDM, that is performing the function of covering

2    the top of the channels.

3        Q.  So you're interpreting the claim term "plate"

4    to cover any kind of material, be it rigid or

5    compliant, as long as it performs the function of a

6    plate; is that right?

7            MR. DYER:  Objection.  Mischaracterizes his

8    testimony.

9            THE WITNESS:  This material could not be so

10   floppy that it could not regain the pressure

11   differentials across this plate and distorts against

12   that minutia stuff of stress.  Those materials could

13   not perform the function of a plate.

14           But there is nothing limiting about a plate.

15   I mean even from -- look at it from the point of view

16   of like, you know, your household; right?  I mean we

17   use -- I mean I certainly use Styrofoam plates or

18   paper plates.  You know, I mean, in fact, I just

19   picked up a plate from my home just like earlier

20   today, and that was used to kind of -- it was left

21   over from feeding a baby.  And, you know, this is the

22   plate and, you know, it's flexible like anything;

23   right?

24           I mean just within my home today, in the

25   morning I walked over and picked up some things that

Page 93

```
 1    were -- I mean I'll point to you another thing which I
 2    picked up from my son.  And he's 21 years old and
 3    doing bodybuilding and, you know, he refers to this as
 4    rubber plate.  This is called a rubber plate in
 5    weightlifting.  And, you know, it's without rubber.
 6    You would call it stiff under your definition,
 7    completely stiff, in fact.  Probably it's made out of
 8    EDPM.
 9            Again, my home, I just got it repaired, and
10    the roofing guy brought in -- I had a leak in my
11    skylight, and he brought in EPDM plates that were --
12    you know, I could not -- I could not bend it with my
13    hand.
14            So just looking at this as, you know, in a
15    very simple manner that it is, you know, compliant or
16    it is stiff, I mean, from a point of view of a POSITA,
17    when he looks at these patents in its entirety, the
18    plate has a function of covering the top of the
19    channels.  They -- as long as they cover the top of
20    the channels without allowing the fluids to leak out
21    of it, it is a plate from the point of view of person
22    of ordinary skill in the art.
23            Now, we cannot say the plate is coming made
24    out of China.  I mean it could be made out of silicone
25    or could be made out of Styrofoam, which is, you know,
```

Page 94

1     EPS or something that is fairly soft.  So, you know,

2     there's no additional limitation that -- that, you

3     know, we are trying to bring in.

4          Q.  The '330 patent and the 2007 provisional do

5     not provide any disclosure for the material of the

6     plate; correct?

7          A.  Yes.  It's not limiting.

8          Q.  And are you aware that the Patent Office has

9     found that there is no disclosure for a compliant

10    plate in the 2007 provisional and the '330 patent?

11         MR. DYER:  Objection.  Mischaracterizes.

12         THE WITNESS:  Frankly, I disagree with that

13    position from PTAB.  I believe that there is ample

14    disclosure which I have laid out in those IPRs that

15    you referred to earlier.

16         Furthermore, like I laid out earlier, from a

17    point of view of POSITA, if this was so compliant,

18    then it could not perform its function because it

19    might distort against the pressure -- pressure

20    differential that is present between two sides of the

21    plate.

22         Compliancy, again, is not a material

23    property.  The reason that that entire discussion came

24    in in the further 2011 disclosure had to do with the

25    fact that the compliant insert was substantially

Page 95

1    thick, and therefore, if it is made out of more solid

2    materials, you know, more stiff materials, then it

3    will have no compliancy at all if it was made out of

4    more -- you know, I should say, tougher materials,

5    right, because toughness is more related to the

6    material property than compliancy.

7    BY MS. BHATTACHARYYA:

8        Q.   Dr. Pokharna, I understand that you disagree

9    with the position taken by the patent office.  But I'm

10   just asking you, you are aware that the patent office

11   disagreed with you with respect to whether there is

12   disclosure for a compliant member or plate in the 2007

13   provisional; correct?

14           MR. DYER:  Objection.  Mischaracterizes.

15           THE WITNESS:  I -- I believe the patent

16   office did disagree from certain parts of my analysis.

17   I don't recall exactly all the details of their

18   argument.

19   BY MS. BHATTACHARYYA:

20       Q.   Let's switch gears a little bit.

21           MR. DYER:  Counsel, I'm not sure what the --

22   it seems like we've been on the record for a while, so

23   if it's a good point to break -- I may be wrong, but

24   it's my brain, seems to think it's been pretty long.

25           MS. BHATTACHARYYA:  It's been a little over

Page 96

```
 1              C E R T I F I C A T E

 2        I do hereby certify that the aforesaid testimony

 3   was taken before me, pursuant to notice, at the time

 4   and place indicated; that said deponent was by me duly

 5   sworn to tell the truth, the whole truth, and nothing

 6   but the truth; that the testimony of said deponent was

 7   correctly recorded in machine shorthand by me and

 8   thereafter transcribed under my supervision with

 9   computer-aided transcription; that the deposition is a

10   true and correct record of the testimony given by the

11   witness; and that I am neither of counsel nor kin to

12   any party in said action, nor interested in the

13   outcome thereof.

14

15

16

17              Nancy J. Martin, RMR, CSR

18

19   Dated:  January 10, 2022

20

21   (The foregoing certification of this transcript does

22   not apply to any reproduction of the same by any

23   means, unless under the direct control and/or

24   supervision of the certifying shorthand reporter.)

25
```

Page 139