| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>REUBEN H. CHEN (228725)<br>(rchen@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>LAM K. NGUYEN (265285)<br>(lnguyen@cooley.com)<br>ALEXANDRA LEEPER (307310)<br>aleeper@cooley.com<br>DEEPA KANNAPPAN (313573)<br>(dkannappan@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400 | DUSTIN M. KNIGHT (*pro hac vice*)<br>(dknight@cooley.com)<br>11951 Freedom Drive, 16th Floor<br>Reston, VA 20190<br>Telephone: (703) 456-8000<br>Facsimile: (703) 456-8100<br><br>GREENBERG TRAURIG, LLP<br>KYLE D. CHEN (239501)<br>kchen@gtlaw.com<br>1900 University, Avenue, 5th Floor<br>East Palo Alto, CA 94304<br>Telephone: (650) 289-7887<br>Facsimile: (650) 328-8508 |

Attorneys for Defendant and Counter-claimant COOLIT SYSTEMS, INC. and Defendants CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>v.<br><br>COOLIT SYSTEMS, INC.,<br><br>    Defendant and<br>    Counter-claimant,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>    Defendants. | Case No. 3:19-cv-00410-EMC<br><br>**DECLARATION OF REUBEN CHEN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Reuben Chen, do hereby declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Cooley LLP, counsel for Defendant and Counter-Plaintiff CoolIT Systems, Inc. ("CoolIT") and Defendants Corsair Gaming, Inc. and Corsair Memory, Inc. (collectively, "Corsair") in the above-entitled action. I submit this declaration in support of Defendants' Administrative Motion to File Under Seal. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

2. The factual representations made in the motion to seal filed concurrently with this declaration are true.

3. Through my work on behalf of CoolIT and Corsair, I have become familiar with CoolIT's and Corsair's practices regarding the treatment of sensitive business and technical information. Unless otherwise stated, the facts I set forth in this declaration are based on my personal knowledge or knowledge I obtained through my review of corporate records or other investigation. If called upon as a witness, I could testify to them competently under oath.

4. CoolIT seeks to seal Exhibits 1, 9, and 12 the Declaration of Reuben Chen in support of Defendants' Motion to Exclude Certain Opinions of Dr. David B. Tuckerman. These documents contains highly sensitive and confidential proprietary, technical information relating to CoolIT's products and business practices.

5. I believe the information requested to be sealed is narrowly tailored. CoolIT seeks to seal only three exhibits to the Chen Declaration. CoolIT considers this confidential information to be highly sensitive, and CoolIT does not publicly disclose such information, which would cause competitive harm to CoolIT.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED at Sunnyvale, California on this 31st day of March 2022.

/s/ Reuben Chen
Reuben Chen