Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　Plaintiff and<br>　　　　Counterdefendant,<br><br>ASETEK USA, INC.,<br><br>　　　　Counterdefendant,<br><br>　　v.<br><br>COOLIT SYSTEMS, INC.,<br><br>　　　　Defendant and<br>　　　　Counterclaimant,<br><br>COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.,<br><br>　　　　Defendants,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>　　　　Defendants. | CASE NO. 3:19-cv-00410-EMC<br><br>**DECLARATION OF ARPITA BHATTACHARYYA IN SUPPORT OF ASETEK DANMARK A/S'S MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. JOHN P. ABRAHAM UNDER *DAUBERT* FOR MISCONSTRUING AND MISAPPLYING THE PARTIES' STIPULATED CLAIM CONSTRUCTION**<br><br>Date:　　　　May 5, 2022<br>Time:　　　　1:30 PM<br>Location:　　Courtroom 5, 17th Floor<br>Judge:　　　Hon. Edward M. Chen |

Decl. of A. Bhattacharyya ISO Asetek's Motion
to Exclude Certain Opinions of Dr. Abraham
Case No. 3:19-cv-00410-EMC

I, Arpita Bhattacharyya, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff and Counterdefendant Asetek Danmark A/S ("Asetek") in the above-entitled action. I submit this declaration in support of Asetek's Motion to Exclude Certain Opinions of Dr. John P. Abraham Under *Daubert* for Misconstruing and Misapplying the Parties' Stipulated Claim Construction. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

## IDENTIFICATION OF EXHIBITS

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 8,240,362 titled "Cooling System for a Computer System" issued by the United States Patent and Trademark Office on August 14, 2012.

3. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 10,599,196 titled "Cooling System for a Computer System" issued by the United States Patent and Trademark Office on March 24, 2020.

4. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the Rebuttal Report of Dr. John P. Abraham Regarding Infringement of Asetek Danmark A/S's Asserted Patent Claims, dated December 8, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of CoolIT Systems Inc.'s Petition for *Inter Partes* Review of Asetek's U.S. Patent No. 10,078,355 in IPR2020-00522, dated February 7, 2020.

6. Attached hereto as **Exhibit E** is a true and correct copy of an excerpt of the transcript from the January 7, 2022 deposition of John P. Abraham, CoolIT's expert.

## RELEVANT FACTS CITED IN ASETEK'S MOTION

7. Each of the Asetek patents have claims that recite a "reservoir" that comprises an "upper" or "pump chamber," and a "lower" or "thermal exchange chamber."

8. I met and conferred with counsel for CoolIT concerning the parties' stipulated claim construction for "reservoir," and the additional limitations on this term alleged by Dr. Abraham in

1

Decl. of A. Bhattacharyya ISO Asetek's Motion
to Exclude Certain Opinions of Dr. Abraham
Case No. 3:19-cv-00410-EMC

paragraphs 54 and 55 of his rebuttal report were never raised or discussed during the meet-and-confer.

I declare under penalty of perjury under the laws of the United States for the forgoing is true and correct. Executed this 31st day of March 2022, at Palo Alto, California

By:    */s/ Arpita Bhattacharyya*
       Arpita Bhattacharyya
       *Attorneys for Plaintiff and Counterdefendant*
       *ASETEK DANMARK A/S and*
       *Counterdefendant ASETEK USA, INC.*