# Exhibit C

Exhibit C



Deposition of:
# Marc Hodes , Ph.D.

*November 2, 2020*

In the Matter of:

# CoolIT Systems, Inc. v. Asetek Danmark A/S

Veritext Legal Solutions

800-734-5292 | calendar-dmv@veritext.com |

Page 1

1          UNITED STATES PATENT AND TRADEMARK OFFICE

2           BEFORE THE PATENT TRIAL AND APPEAL BOARD

3     COOLIT SYSTEMS, INC.      :

4         Petitioner            :

5              Vs.              : Case No.:

6     ASETEK DANMARK A/S        : IPR2020-00522

7         Patent Owner          :

8                     --------------------

9

10           Deposition of MARC HODES, Ph.D., was

11    taken via Zoom on Monday, November 2, 2020,

12    commencing at 12:26 p.m., at 1600 Massachusetts

13    Avenue, Unit 802, Cambridge, Massachusetts, before

14    MICHELE D. LAMBIE, Notary Public.

15                     --------------------

16

17

18

19

20    Reported By:

21              Michele D. Lambie, CSR-RPR

Page 2

1    APPEARANCES:

2              ON BEHALF OF THE PETITIONER

3        Greenberg Traurig LLP

4              KYLE CHEN, ESQUIRE

5              kchen@gtlaw.com

6              1900 University Avenue

7              5th Floor

8              Palo Alto, California 94303

9              (650) 289-7887

10

11

12              ON BEHALF OF THE PATENT OWNER:

13        Finnegan Henderson Farabow Garrett & Dunner, LLP

14              ARPITA BHATTACHARYYA, ESQUIRE

15              arpita.bhattacharyya@finnegan.com

16              3300 Hillview Avenue, 2nd Floor

17              Palo Alto, California 94304

18              (650) 849-6650

19

20

21    ALSO PRESENT:  Ken Dyer, Esquire

Page 3

1                    EXAMINATION INDEX

2

 WITNESS:  MARC HODES, Ph.D.                PAGE
3       BY MS. BHATTACHARYYA              4
        BY MR. CHEN                           65
4       R BY MS. BHATTACHARYYA               67
        RE BY MR. CHEN                        83
5       RE BY MS. BHATTACHARYYA              86

6

7

8                      EXHIBIT INDEX
9             (Attached to Transcript.)
10                                          MARKED
  MARC HODES, Ph.D.
11   Exhibit 1003 Declaration of Marc Hodes, Ph.D.  4
12
   Exhibit 1005 Duan Documentation            4
13
   Exhibit 1006 Certified Translation of       4
14               Unexamined Patent Gazette
15   Exhibit 2015 Declaration for 354 Patent    53
16
17        (Exhibits attached to transcript.)
18
19
20
21

1          P R O C E E D I N G S

2              (Whereupon, Hodes Deposition Exhibit No.

3     1003, Declaration of Marc Hodes, Ph.D., marked for

4     identification.)

5              (Whereupon, Hodes Deposition Exhibit No.

6     1005, Duan Documentation, marked for

7     identification.)

8              (Whereupon, Hodes Deposition Exhibit No.

9     1006, Certified Translation of Unexamined Patent

10    Gazette, marked for identification.)

11                 MARC HODES, Ph.D.,

12    the Deponent, called for examination via Zoom by

13    the Defendant, being first duly sworn to tell the

14    truth, the whole truth, and nothing but the truth,

15    testified as follows:

16                    EXAMINATION

17         BY MS. BHATTACHARYYA:

18      Q.   Good morning, Dr. Hodes.  Will you please

19    state and spell your full name for the record?

20      A.   Sure.  It's Marc, M-A-R-C, Hodes, H-O-D,

21    as in David, E-S.

Page 5

1        Q.    Dr. Hodes, have you been deposed before?

2        A.    No.

3        Q.    Since -- since you have not been deposed

4    before, I'll just go over some basic rules of how

5    this deposition will proceed today.

6        A.    Okay.

7        Q.    As CoolIT's Counsel has already told you,

8    I'll ask you a series of questions.  If you don't

9    understand any of my questions, please feel free to

10   ask me to clarify, and I'll be happy to do that.  I

11   can also restate my question.

12       A.    Okay.

13       Q.    Also, as the court reporter already

14   mentioned to you, please try and give verbal

15   answers to my questions.  Generally, in every day

16   conversation, people nod their head or shake their

17   head.  Those type of gestures will be very hard for

18   the court reporter to transcribe, so please wait a

19   second and give a verbal answer to my question.

20   And I'll try to not talk over you, and I expect

21   that you don't do the same because it will be very

Page 6

1    hard to transcribe.

2         A.    Okay.

3         Q.    And Mr. Chen will -- might object to some

4    of my questions, but if you understand my question,

5    you should still answer it unless it involves a

6    question of privilege, attorney/client privilege.

7    In that case, we'll see if we can -- maybe Mr. Chen

8    and I will confer.  We will figure out if there's

9    an attorney/client privilege issue, but aside from

10   privilege questions, even if there's an objection

11   by Mr. Chen, you should answer my question.

12         If you need to take a break at any time

13   during the deposition, please feel free to ask me.

14   We'll take a break about every hour, hour and a

15   half in between, but if you do need a break any

16   time, just -- just let me know.  I will only ask

17   that if there's a question pending, that you answer

18   my question before we take a break.

19         A.    Okay.

20         Q.    As Mr. Chen may have already told you,

21   you are not supposed to confer with Counsel about

1    the substance of your deposition today during

2    breaks, do you understand that?

3        A.   Yes.

4        Q.   And do you understand that you are under

5    an oath to answer my questions truthfully and

6    completely?

7        A.   Yes, I do.

8        Q.   A deposition works the same way as if

9    you're testifying in a court of law under oath, do

10   you understand that?

11       A.   Yes, I do.

12       Q.   And I'm sure the answer to this is no,

13   but are you under the influence of alcohol or any

14   drugs that would impair your ability to answer my

15   questions truthfully and completely today?

16       A.   No, I'm not under the influence of any

17   alcohol or drugs.

18       Q.   Okay.  So are you ready to begin?

19       A.   Yes.  Sure.

20       Q.   And just to clarify, if I refer to Asetek

21   during this deposition, I mean Asetek Danmark A/S,

Page 8

1    do you understand that?

2         A.    Yes.

3         Q.    And if I say CoolIT or CoolIT, I mean

4    CoolIT Systems, Inc., do you understand that?

5         A.    Yes.

6         Q.    So, Dr. Hodes, can you tell me what you

7    have done to prepare for the deposition today?

8         A.    Sure.  Do you want me to tell you what I

9    have done in the past few days or in general?

10        Q.    You can -- you can answer the question in

11   general everything that you have done leading up to

12   the deposition today.

13        A.    Sure.  I examined the materials

14   considered and ultimately prepared my declaration.

15   And then for the past couple of weeks, I've

16   reviewed the materials considered and my

17   declaration, and I also looked at the preliminary

18   patent owner's response and the institution

19   decision.

20        Q.    Approximately how much time did you spend

21   over the past couple of weeks going over these

Page 9

1    materials in preparation for the deposition today?

2         A.    I'd say a full work week approximately.

3         Q.    Would you say about 30 to 40 hours?

4         A.    Yes, about 40 hours.

5         Q.    Did you meet with anyone to prepare for

6    your deposition today?

7         A.    Yes.  I met with Counsel.

8         Q.    And by Counsel, do you mean Mr. Chen?

9         A.    Yes, and also Mr. Dyer.

10        Q.    When did you meet with them?

11        A.    I met with them over the past two to

12   three weeks once I was notified that I was going to

13   be deposed today.

14        Q.    And did you meet with them in person or

15   by video?

16        A.    Only by Zoom and on the phone.

17        Q.    Okay.  Approximately how much time did

18   you spend in talking to Mr. Chen and Mr. Dyer?

19        A.    I would say Mr. Chen, approximately 15

20   hours, and Mr. Dyer, approximately, at most, two

21   hours.

1      Q.   And the approximately 15 hours that you

2   met with Mr. Chen, was that for this particular

3   deposition for the Asetek's 355 patent, or are the

4   hours estimate that you're giving me, is that for

5   this particular deposition or for all of the

6   depositions that are coming up in this week?

7      A.   Yeah, that would be --

8           MR. CHEN:  I'm going to caution you not

9   to reveal attorney/client communication.  You can

10   answer.

11          THE WITNESS:  It would be for all three

12   depositions this week.

13   BY MS. BHATTACHARYYA:

14      Q.   Okay.  So, earlier when you said you

15   spent about a week's worth of time reviewing all of

16   the materials, did you mean the materials for all

17   three depositions this week for the 355 patent, the

18   354 patent, and the 681 patent?

19      A.   Yes, I did.

20      Q.   Okay.  Can you tell me approximately how

21   much time you spent for the deposition today, for

1    today's IPR involving Asetek's 355 patent?

2        A.    Sure.   For the 355 patent, I would

3    estimate that it was half the total time that I

4    previously stated.

5        Q.    Approximately how much time would that

6    be?

7        A.    Well, let's say for the 355 patent in and

8    of itself, I would have spent about 20 hours.

9        Q.    When is the last time you met with

10   Mr. Chen and Mr. Dyer?

11       A.    The last time I met with Mr. Chen was

12   this morning, and the last time I met with Mr. Dyer

13   was last Friday.

14       Q.    And the last time you met with Mr. Chen,

15   was that in preparation for the deposition today?

16       A.    Yes, it was.

17       Q.    And the last time you met with Mr. Dyer

18   on Friday, was that in preparation for the

19   deposition today?

20       A.    Yes.

21       Q.    Aside from this IPR against Asetek's 355

Page 12

1    patent, the 354 patent, and the 681 patent, have

2    you been retained as an expert in any other

3    litigation?

4         A.   Yes, I have.

5         Q.   Which case is that?

6         A.   There's another case between Asetek and

7    CoolIT that I have been retained as an expert on.

8    I don't have the case number handy.

9         Q.   Is that a District Court litigation?

10        A.   It is a -- a case in which Asetek was the

11   petitioner rather than Asetek as here, but I

12   don't -- I'm not especially familiar with all of

13   the various legal terms.

14        Q.   Have you been retained as an expert in a

15   litigation -- and maybe I should just clarify the

16   terminology.  So, what I'm asking you is that have

17   you been retained as an expert in the court case

18   between Asetek and CoolIT?

19        A.   I guess --

20             MR. CHEN:  Objection.  Vague.

21             THE WITNESS:  Yeah, the -- the other case

Page 13

```
 1    I also did a declaration.  It was through a

 2    different firm, but it's between CoolIT and Asetek

 3    again.

 4    BY MS. BHATTACHARYYA:

 5        Q.   In what context did you prepare a

 6    declaration for the other case?

 7        A.   I prepared a declaration for the other

 8    case in the context of a petition filed by Asetek

 9    against CoolIT and gave my expert opinion in a

10    declaration.  It was a few months ago, so I don't

11    remember all of the details.  It hasn't been

12    something that I have been working on the past

13    couple of months.

14        Q.   Okay.  Do you recall which law firm that

15    you worked with in preparing that declaration for

16    the other case?

17        A.   Yes.  It was a law firm called Ganz

18    Pollard.

19        Q.   Okay.  And how many declarations did you

20    prepare for the Ganz Pollard law firm?

21        A.   One declaration for them.
```

Page 14

```
 1        Q.   Okay.  Have you worked with any attorneys
 2   at Cooley LLP?
 3        A.   I briefly conferred with one attorney at
 4   Cooley.
 5        Q.   Which attorney was that?
 6        A.   Reuben Chen.
 7        Q.   And did -- your discussion with Reuben
 8   Chen was in relation to which matter?
 9        A.   It was in relation to this declaration.
10        Q.   What do you mean by this declaration?
11        A.   I'm sorry, this deposition.
12        Q.   Okay.  The deposition that we are in
13   right now for Asetek's 355 patent?
14        A.   Yes.
15        Q.   And when did you talk to Mr. Reuben Chen?
16        A.   I talked to Mr. Reuben Chen yesterday.
17        Q.   By phone or by video?
18        A.   By video.
19        Q.   And for how long?
20        A.   About 15 minutes.
21        Q.   And was the discussion with Mr. Reuben
```

Page 15

1    Chen in relation to your preparation for the

2    deposition today?

3         A.   Yes.

4         Q.   I want to circle back to my earlier

5    question about the District Court litigation

6    between Asetek and CoolIT.  I understand you have

7    been retained for the three IPR petitions that have

8    been filed by CoolIT against Asetek's patents, and

9    it sounds like you have been retained as an expert

10   for the two petitions that Asetek filed against

11   CoolIT's patents, am I correct?

12        A.   Yes.  I remember -- I believe it was one

13   petition by Asetek against CoolIT.

14        Q.   Okay.

15        A.   It may have been two, but my vague

16   recollection is one.

17        Q.   Okay.  And I know all of these

18   proceedings can get complicated, but these

19   proceedings are -- you know, involve the Patent

20   Office, and we commonly refer to them as the PTAB,

21   which is the Patent Trial and Appeal Board, and

Page 16

```
 1    then there's the District Court litigation
 2    involving all of these patents which are in
 3    the -- ongoing in the Northern District of
 4    California.
 5            So, my question to you is have you been
 6    retained as an expert in that District Court
 7    litigation?
 8        A.   My understanding is -- is yes.
 9        Q.   Have you done any work on behalf of
10    CoolIT for that District Court litigation?
11        A.   Yes.  Through Ganz Pollard, I prepared a
12    declaration.
13        Q.   And is that the same declaration you
14    mentioned earlier which was for Asetek's petition
15    against -- at least one of Asetek's petitions
16    against CoolIT, right?
17        A.   Yes.
18        Q.   Okay.
19        A.   Correct.
20        Q.   Let me ask you a slightly different
21    question.
```

Page 17

1       A.    Sure.

2       Q.    Aside from the three declarations that

3    you submitted for the three petitions that CoolIT

4    filed against Asetek's patent and the at least one

5    declaration that you prepared for the Ganz Pollard

6    law firm for a petition filed by Asetek against

7    CoolIT's patent, have you done any other work for

8    CoolIT?

9       A.    No, I have not.

10      Q.    Have you done any other work for

11   Mr. Chen's firm, Greenberg Traurig?

12      A.    No, I have not.

13      Q.    Have you done any other work for

14   Mr. Reuben Chen at the Cooley law firm?

15      A.    No, I have not done any other work for

16   Mr. Reuben Chen.

17      Q.    Have you been retained as an expert in

18   any other District Court or patent office

19   proceeding by any party other than CoolIT?

20      A.    Yes.

21      Q.    What case is that?

Page 18

1        A.   I have been retained by a firm called

2    Middleton as an expert to prepare a declaration,

3    which has not been done yet, in a matter entirely

4    unrelated to any thermal electronics cooling or

5    thermal management or a subject matter pertinent to

6    this case.

7        Q.   What subject matter does that declaration

8    relate to?

9        A.   It relates to heat transfer between the

10   human body and an inanimate object so far as

11   comfort is concerned.

12       Q.   You said that that declaration has not

13   been prepared yet.  Are you in the process of

14   preparing that declaration?

15       A.   Yes, I am in the process of preparing

16   that declaration.

17       Q.   And that matter involves an IPR; is that

18   correct?

19       A.   It --

20            MR. CHEN:  Objection.  Vague.

21            THE WITNESS:  It's at the very early

1    stages.  So, so far, all I've done was to examine a

2    patent in the prior art and start to discuss terms.

3    BY MS. BHATTACHARYYA:

4        Q.   Okay.  My question was just, it's -- the

5    declaration that you have started working on, is

6    that in relation to a -- a patent office proceeding

7    like the one we are dealing with here, or is this a

8    court proceeding?

9        A.   I don't know all of the nontechnical

10   details, because so far, I was given a patent from

11   the company not representing my client to read and

12   a series of prior art patents to read and comment

13   upon, but I haven't gotten into the -- to the

14   details of exactly what's going on from a legal

15   perspective yet.  I have only focused on the

16   technical matters at hand to date.

17       Q.   Okay.  Other than this one other matter

18   for the law firm Middleton, have you been hired as

19   a technical expert in any other court proceeding or

20   patent office proceeding?

21       A.   No, I have not.

1      Q.    Dr. Hodes, can you go to Exhibit 1003,

2    which is your declaration that you submitted for

3    this IPR proceeding, IPR2020-00522?

4      A.    Sure.  And I have it in front of me now.

5      Q.    Can you confirm that this is your

6    signature on the first page of the declaration

7    marked as Exhibit 1003?

8      A.    Yes, I can.

9      Q.    Is your CV, which is attached as Appendix

10   A to your declaration, current or reasonably

11   current?

12     A.    I will confirm that.  Yes.  It's dated

13   October 30th, 2019, so it's -- it's essentially

14   current.

15     Q.    Is there anything you would like to add

16   to your CV?

17     A.    No, there's nothing I would like to add

18   to my CV.

19     Q.    Do you stand by all of the opinions in

20   your declaration marked as Exhibit 1003?

21     A.    Yes, I do.

Page 21

1      Q.   Are there -- are you aware of any

2    mistakes in your declaration that you would like to

3    correct today?

4      A.   I'm aware of misunderstandings in my

5    declaration insofar as my review of the preliminary

6    patent owner response document that I also

7    reviewed.

8      Q.   Are you aware of any mistakes in the

9    words in your declaration that you would like to

10   correct?

11     A.   No, I'm not.

12     Q.   Have you talked to anyone at CoolIT,

13   besides Mr. Dyer, to prepare your declaration?

14     A.   No.  The only person I have ever spoken

15   to at -- at CoolIT would be Mr. Dyer.

16     Q.   Who prepared the first draft of the

17   declaration marked as Exhibit 1003?

18     A.   So, the declaration was prepared

19   last -- well, January/February of this year.  The

20   way it was prepared was a rather iterative process

21   where I was provided with the prior art to be

Page 22

1    considered and, of course, the 355 patent.   I

2    proceeded to discuss those materials with Counsel

3    at CoolIT, and then there was a lot of iteration

4    and discussion, and eventually I came up with a

5    document where the opinions that are expressed in,

6    i.e., the declaration are my opinions and my

7    opinions alone.

8        Q.   Did you type in the first draft of this

9    declaration?

10       A.   I didn't type the declaration word for

11   word.  I received materials, including the prior

12   art, in the 355 patent and discussed them and then

13   received materials about the claims, discussed them

14   and edited them, discussed them more and edited

15   them more and eventually crafted the declaration as

16   such.

17       Q.   My question to you is who sent you the

18   first draft of the declaration?

19       A.   So --

20            MR. CHEN:  Objection.  Vague.  Compound.

21   Assumes facts not in testimony.

Page 23

1              THE WITNESS:  So, assuming -- sorry.
2      Insofar as the first draft of the
3      declaration -- before the first draft, I received a
4      claim chart after our discussions, iterated upon
5      the claim chart.  I edited it, rewrote parts of it,
6      and then my opinions were assembled by Counsel into
7      the format that the declaration is currently in,
8      and then I continued to edit it many times until I
9      was content that all of the opinions expressed in
10     the declaration were exclusively my opinions based
11     on the material considered in the declaration as
12     specified in it at the beginning.
13     BY MS. BHATTACHARYYA:
14         Q.   Who sent you the claim chart that you
15     mentioned?
16         A.   It was ten months ago, and there were
17     several attorneys that were involved at Greenberg
18     Traurig.  I believe for the 355, it was an attorney
19     who I had recalled his name being Xavier.
20         Q.   And when you said that you went back and
21     forth with Counsel at CoolIT, do you mean attorneys

Page 24

1    at Greenberg Traurig?

2         A.    Sorry.  Yes, I do mean attorneys at -- at

3    Greenberg Traurig.  I didn't meet Ken until the

4    last few weeks.

5         Q.    And who assembled your opinion into a

6    draft of the declaration?

7         A.    I can't recall declaration by declaration

8    because I was preparing three declarations

9    simultaneously.  I just remember the names of the

10   attorneys that I worked with, in addition to

11   Mr. Chen, being Xavier and another attorney with

12   the first name Vivek, and there were a couple of

13   other attorneys that played a lesser role, but

14   I -- you know, I don't even remember the names.

15        Q.    Was your main attorney contact at

16   Greenberg Traurig Mr. Kyle Chen?

17        A.    Yes.  My -- my primary contact was -- was

18   Mr. Kyle Chen at Greenberg Traurig.

19        Q.    And did you consult with Mr. Kyle Chen in

20   the process of preparing the three declarations

21   against Asetek's patents?

1        A.    Yes.   I discussed matters that appeared

2    in the declaration with Mr. Chen during my

3    preparation of the declaration.

4        Q.    And how frequent were your discussions

5    with Mr. Kyle Chen during the preparation of your

6    three declarations against Asetek's patents?

7        A.    I would say they were every day or two.

8        Q.    And how long was this process of

9    preparing the three declarations against Asetek's

10   355, 354, and 681 patents?

11       A.    That process was a couple of weeks, give

12   or take.

13       Q.    And during this couple of weeks of

14   preparing the three declarations against Asetek's

15   patents, you talked to Mr. Kyle Chen on a regular

16   basis; is that right?

17       A.    Yes.   That's correct.

18       Q.    Did you meet with any of the attorneys at

19   Greenberg Traurig in person in preparing your three

20   declarations against Asetek's 355, 354, and 681

21   patents?

1        A.    No.   We never -- we never had any

2    in-person meetings.

3        Q.    The reason I asked is because this was in

4    January and February when we still used to meet

5    people face-to-face.

6        A.    Yeah.   I mean, I remember shortly

7    thereafter everything changed.

8        Q.    Yes.   Yes.

9        A.    It's like a different era.

10        Q.    I understand it may be difficult because

11    you said you were working on three separate

12    declarations at the same time, but can you

13    approximate the amount of time that you spent in

14    preparing your declaration against Asetek's 355

15    patent?

16        A.    Sure.   Let's see.   I would say it was all

17    told a full week's of work, so roughly a dozen

18    hours.

19        Q.    And does a dozen hours involve reviewing

20    the claim chart, the materials, editing the draft

21    of the declaration, etcetera?

Page 27

1      A.    Yes.

2      Q.    Let's turn to paragraph 8 of your

3   declaration marked as Exhibit 1003.

4      A.    Sure.   Paragraph 8 you said?

5      Q.    Yes.

6      A.    Okay.   I have got it open.

7      Q.    You have that, Dr. Hodes?

8      A.    Yes, I do.

9      Q.    Okay.   In paragraph 8 of your declaration

10   you state, My primary consulting client is CoolIT

11   Systems, Inc., acting as a -- as an expert on

12   thermal management in general, including liquid

13   cooling and advising on integration of pumps onto

14   heat exchangers to cool CPUs.   Do you see that?

15      A.    Yes.

16      Q.    By consulting client, what do you mean?

17      A.    I mean, the end client that was actually

18   filing the petitions.

19      Q.    Have you done any -- any consulting work

20   for CoolIT besides this declaration for the IPR

21   proceedings?

Page 28

1    A.    No.   I've never -- I've never done

2    anything else for -- for CoolIT.

3        Q.    And just so I'm clear, you have not done

4    any consulting work for CoolIT with respect to

5    development of CoolIT's products; is that right?

6        A.    Yes.   You're correct.

7        Q.    And what do you mean by advising on

8    integration of pumps onto heat exchangers to cool

9    CPUs?

10       A.    I'm just reading the paragraph again

11   here.   Well, I mean based -- essentially, I have a

12   lot of experience with liquid cooling, which

13   involves pumps that I was evaluating the materials

14   considered from an expert's perspective is the way

15   I viewed it.

16       Q.    By materials considered, do you mean the

17   materials that are listed in paragraph 11 of your

18   declaration?

19       A.    Let me just check.   Yes.   Those are the

20   materials that I evaluated.

21       Q.    Dr. Hodes, just give me two seconds.   I'm

Page 29

1   just going to grab my cup of water.

2        A.   Yes, take your time.

3        Q.   Okay.  I'm back.

4        A.   Great.

5        Q.   What is your understanding of a heat

6   exchanger?

7        A.   My understanding of a heat exchanger is a

8   piece of hardware that facilitates the exchange of

9   thermal energy between two objects, say, a liquid

10  and a gas, so that they come closer to an

11  equilibrium state.

12       Q.   So, you said a cold plate is a heat

13  exchanger?

14       A.   A cold plate in the sense that it takes

15  heat out of a solid object that facilitates the

16  transfer of that heat into a liquid is one body of

17  a heat exchanger.

18       Q.   And what did you mean by integration of

19  pumps onto heat exchangers in paragraph 8 of your

20  declaration?

21       A.   Sure.  What I meant by integration of

1    pumps onto heat exchangers was in respect -- with

2    respect to making the overall system used for

3    cooling more compact, basically bringing the pump

4    closer to the heat exchanger rather than having it

5    displaced from the heat exchanger by significant

6    lengths of conduit.

7         Q.   So, if a pump is in close proximity to a

8    heat exchanger, would you consider that an

9    integration of the heat exchanger and the pump?

10             MR. CHEN:  Objection.  Lacks foundation.

11   Incomplete hypothetical.

12             THE WITNESS:  So, if a pump is in close

13   proximity of a heat exchanger, I would say you

14   could consider the two to be integrated.

15   BY MS. BHATTACHARYYA:

16        Q.   So, if a pump is located on top of a heat

17   exchanger and the pump and the heat exchanger

18   are -- are connected by short tubing, you would

19   consider that pump and that heat exchanger to be

20   integrated; is that correct?

21             MR. CHEN:  Same objections.  Sorry.  Same

1    objections.

2            THE WITNESS:  So, if a pump and a heat

3    exchanger are such that the housing for the pump is

4    in contact with the heat exchanger, I would

5    consider them to be integrating.  There are

6    different degrees of integrating.

7    BY MS. BHATTACHARYYA:

8       Q.   If the pump and the heat exchanger are

9    separated by a small space, but they're still close

10   to each other, would you consider that pump and

11   that heat exchanger to be integrated?

12           MR. CHEN:  Objection.  Outside the scope,

13   and the same objection before.

14           THE WITNESS:  Again, a pump and a heat

15   exchanger are contacting one another via only, say,

16   a soft material between them to dampen the

17   vibrations from the pump, I would consider them to

18   be integrated.  But to integrate them further as in

19   some of the material that's considered in the

20   declaration, they don't even need that much.  So,

21   as I said before, that would be an even higher

Page 32

1    degree of integration.

2    BY MS. BHATTACHARYYA:

3        Q.    Just so I understand and since you're

4    talking about degrees of integration, if a pump and

5    a heat exchanger are separated by a material that

6    dampens pump vibrations --

7        A.    Sure.

8        Q.    -- and the pump and the heat exchanger

9    are connected by a tubing, you would consider that

10   an integration of the pump and the heat exchanger?

11           MR. CHEN:  Lacks foundation.  Incomplete

12   hypothetical.  Asked and answered.  Outside the

13   scope.

14           THE WITNESS:  Yes, relative to the -- the

15   situation where the pump is physically separated

16   from the heat exchanger via substantial lengths of

17   conduit.  So, if I go to the declaration, if I may?

18   BY MS. BHATTACHARYYA:

19       Q.    Sure.

20       A.    Can you see my screen, Arpita?

21       Q.    Your -- what do you mean by your screen?

Page 33

1      I can see the declaration on my end.

2          A.   Can you see me scrolling through it?

3          Q.   No.  I can only --

4          A.   Sorry.

5          Q.   So you can tell me what paragraph I need

6      to go to, --

7          A.   Sure.

8          Q.   -- and I will go there.

9          A.   Okay.  If you go to -- I'm just looking

10     through the declaration.  Give me a second here.

11              (Whereupon, there was a pause for

12     document examination.)

13              THE WITNESS:  Sorry.  I'm trying to find

14     the picture I'm looking for.

15              (Whereupon, there was a pause for

16     document examination.)

17              THE WITNESS:  Okay.  Yeah, if you go to

18     paragraph 185.

19     BY MS. BHATTACHARYYA:

20         Q.   Yes.

21         A.   And then if you go to this figure on page

Page 34

1    102, Figure 3 from Shin, --

2         Q.    Um-hum.

3         A.    -- you see that there's a -- a pump on

4    top of a cold plate heat exchanger.  Towards the

5    upper right of that figure, there's that big

6    component with the -- the interconnect standing out

7    of it, some high-powered dissipation CPU-type

8    component, and the pump is located directly on top

9    of the cold plate heat exchanger, so I would

10   consider them to be integrated.

11        Q.    Maybe it will help if we go to the Shin

12   reference itself.  I have already made that

13   available.  So, if you would go to your exhibit

14   folder, you will find the Shin reference --

15        A.    Oh, okay.

16        Q.    -- marked as Exhibit 1006.

17        A.    That is --

18        Q.    So, if you open that up, that will help

19   our discussion.

20        A.    Sure.  Okay.  Okay.  I have the Shin

21   reference open, and then if you go to, for example,

Page 35

1     Figure 3.  Are you there, Arpita?

2         Q.   Yes, I'm there.

3         A.   Okay.  Yeah, there's -- there's a

4     vibration-absorbing membrane, 19, between

5     the -- the pump and the heat exchanger, but since

6     they're essentially contacting one another through

7     that membrane, I would consider them to be

8     integrated.

9         Q.   Dr. Hodes, do you understand that the

10    parties stipulated to the construction of reservoir

11    as a single receptacle defining a fluid flow path,

12    right?

13        A.   Yes, I do understand that.

14        Q.   And did you apply that construction of

15    reservoir in your declaration?

16        A.   I did.

17        Q.   Let's look at Figure 1 of Shin, which is

18    Exhibit 1006.

19        A.   Okay.  Let me go to Figure 1.  Okay.  I

20    have it.

21        Q.   Can you tell me what forms the single

1    receptacle defining the fluid flow path?  I.e.,

2    what forms the reservoir in this cooling device

3    shown in Figure 1 of Shin?

4         A.   Yeah.  I wouldn't consider Figure 1 of

5    Shin to constitute a reservoir the way you have

6    defined it as a single receptacle defining a fluid

7    flow path.  I would say that Shin constitutes a

8    pump heat exchanger integrated together, but

9    getting back to what I stated previously, there are

10   more aggressive means by which you can integrate

11   the pump and the heat exchanger.  And for that, I

12   would refer to, for example, Duan, the prior art by

13   Duan in my declaration if you wish me to show you

14   that.

15        Q.   So, it's your opinion that Shin does not

16   disclose the reservoir?

17        A.   Yes.  I -- I do not consider Shin to have

18   disclosed a reservoir.

19        Q.   Okay.  Does Duan disclose a reservoir?

20        A.   Yes, Duan discloses a reservoir.

21        Q.   And the reservoir is a single receptacle,

Page 37

1    right?

2        A.   Yeah.  It's -- as you said before -- I'd

3    have to go back to my declaration, but it was a

4    single receptacle, I believe, to define a fluid

5    flow path.  So, in my opinion, Duan discloses a

6    reservoir, but not Shin.

7        Q.   And I have also shared the Duan -- the

8    Duan reference.  It's marked as Exhibit 1005.  If

9    you could open that up, please.

10       A.   Sure.  Okay.  I have Duan opening.  I'm

11   ready, Arpita, when you are.

12       Q.   Okay.  What components of Duan's cooling

13   device forms a single receptacle defining a fluid

14   flow path, i.e., a reservoir?

15       A.   Would it be okay if I showed you the

16   figures in my declaration, or would -- would you

17   prefer I stick with Duan?

18       Q.   We can go to your declaration.

19       A.   Okay.  I'll go to my declaration.  Okay.

20   I'm just looking through my declaration.

21            (Whereupon, there was a pause for

Page 38

1    document examination.)

2            THE WITNESS:  Okay.  If you can go to

3    Figure 2 on page 26, please.

4    BY MS. BHATTACHARYYA:

5        Q.   I'm there.

6        A.   I just want to go back to -- yeah.

7    Regarding Figure 2 on page 26, reservoir would be

8    what is between the lower cover 225 and

9    additionally what is in the accommodation chamber,

10   and additionally it would include the fluid that is

11   beneath cap 3.

12           So, in the context of Duan, I would

13   consider the reservoir as the portion of this

14   figure that contains the fluid between the -- the

15   liquid inlet shown at the top left of the figure

16   and the -- the liquid outlet shown by 31.  So, I

17   would consider all of that fluid to be within the

18   reservoir.

19       Q.   The term reservoir recited in the claims

20   of the 355 patent includes a pump chamber and a

21   thermal exchange chamber, correct?

Page 39

1          A.    That's my recollection.  I'd have to go

2     back to the claim itself to -- to confirm it,

3     but -- could you tell me which claim?

4          Q.    Sure.  Let's go to page 31 of your

5     declaration.

6          A.    Okay.  Yes.

7          Q.    Let me know when you're there.

8          A.    I'm there.

9          Q.    Do you see the heading (iii)?

10          A.    Yeah, I do.

11          Q.    And [1b] where it says -- and this is

12     part of Claim 1 of the 355 patent.  It recites, The

13     reservoir including:  A pump chamber housing an

14     impeller and defined at least in part by an

15     impeller cover and a double-sided chassis?

16          A.    Yes.

17          Q.    The impeller being positioned on one side

18     of the chassis and a stator of the pump is

19     positioned on an opposite side of the chassis; do

20     you see that?

21          A.    Yes.

Page 40

1          Q.    What forms the pump chamber of the

2     reservoir in Duan?

3          A.    Okay.   The pump chamber of the reservoir

4     in Duan -- I've got to go in my declaration.   Yeah.

5     So, the pump chamber in Duan -- if I go back to

6     Figure 2 on page 26, the pump chamber would be the

7     fluid side of the accommodation chamber 21 and also

8     the part of the device containing the liquid

9     between the impeller cover and the impeller.

10         Q.    Well, what do you mean by the fluid side

11    of the accommodation chamber 21?

12         A.    I mean the side of accommodation chamber

13    21 that doesn't have the -- the coil stage that has

14    the -- the liquid in it.

15         Q.    And you said that the pump chamber also

16    includes the part of the device containing the

17    liquid between the impeller cover and the impeller;

18    is that right?

19              MR. CHEN:   Objection.   Mischaracterizing

20    the testimony.

21              THE WITNESS:   I'm scrolling down through

Page 41

1   my declaration.

2           (Whereupon, there was a pause for

3   document examination.)

4           THE WITNESS:  Could you repeat the

5   question again, Arpita?  I'm sorry.

6   BY MS. BHATTACHARYYA:

7       Q.   I'm just trying to understand the

8   boundaries of what is the pump chamber of Duan in

9   your opinion.

10      A.   Okay.

11      Q.   If you -- if you want to scroll through

12  your declaration and then give me an answer, that

13  is fine.

14      A.   Yeah, just give me a second.  I'll scroll

15  through it.  Thanks.

16          (Whereupon, there was a pause for

17  document examination.)

18          THE WITNESS:  I would consider the pump

19  chamber, again, to be the portion of Duan -- of

20  Duan's invention that includes -- if I go to -- let

21  me go to another page.

Page 42

1              I'll go to page 35.  I would consider the
2       pump chamber to be the part of the structure that
3       holds the liquid, which is located between the
4       lower cover 225 and the inner wall of the
5       accommodation chamber 21, which you can see better
6       I guess on page 29.  So, that inner wall of the
7       accommodation chamber colored in lime green on page
8       29, that would also be part of the structure that
9       shrouds the liquid which is located within the pump
10      chamber.
11      BY MS. BHATTACHARYYA:
12           Q.   You said the inner wall of the
13      accommodation chamber.  What do you mean by that?
14           A.   I mean in reference to Figure 3 on page
15      29, the -- the wall of the accommodation chamber
16      that is on the liquid side and is in direct
17      physical contact with the liquid.
18           Q.   There is only one circumferential wall in
19      the accommodation chamber 21 of Duan, right?
20           A.   Yeah, and I'm -- well, I guess there's
21      a -- there's an inside of that structure that

1    touches the liquid, and there's an outside of that

2    structure that touches the surrounding air, you

3    know, outside the pump chamber.

4          So, I just wanted to be clear that I'm

5    talking about the -- the inner wall is what shrouds

6    the liquid and forms part of the overall structure

7    that constitutes the pump chamber.

8    Q.   I'm just confused by the term inner wall.

9    There is one wall that forms the accommodation

10   chamber 21 on Duan which has an inner surface that

11   contacts the liquid and an outer surface that

12   contacts the air; --

13   A.   Yes.

14   Q.   -- is that right?

15   A.   That's -- that's correct.  Sure.

16   Q.   And what forms the thermal exchange

17   chamber of the alleged reservoir in Duan?

18   A.   Sure.  Let me scroll through my

19   declaration and revisit precisely what's stated in

20   my declaration again.

21          So, yeah.  I mean, what forms the thermal

1    exchange chamber as -- I'll refer to a figure in a

2    minute, but just to read how I stated it when I

3    wrote the declaration was:  A thermal exchange

4    chamber disposed between the pump chamber and the

5    heat-generated component.

6              So, in Duan, the thermal exchange

7    chamber, if I go to -- let me just find the figure

8    where I defined it.

9              Let's just go to Figure 2 again on page

10   35 just because it's as good as any other figure.

11   The thermal exchange chamber is the chamber between

12   the cap 3 colored in light blue and the cooling

13   plate 1 colored in dark blue.  That's -- that's

14   what I considered the thermal exchange chamber.

15        Q.   The accommodation chamber of Duan and the

16   space between cap 3 and cooling plate 1, which

17   forms the thermal exchange chamber, are spatially

18   separated and connected by a tubing, correct?

19        A.   Could you repeat that question?

20        Q.   The accommodation chamber 21 of Duan,

21   which forms the pump chamber, and the region

Page 45

1    between cap 3 and cooling plate 1 of Duan, which,

2    in your opinion, forms the thermal exchange

3    chamber, are spatially separated and connected with

4    a tubing, correct?

5              MR. CHEN:  Objection.  Objection.  The

6    document speaks for itself.

7              THE WITNESS:  So, if I go to Figure 8 on

8    page -- actually, let me -- let me see if there's a

9    better figure.

10             Let me use a couple of figures in

11   combination.  So, if I go to Figure 8 on page 63 to

12   discuss the connection between the accommodation

13   chamber and the thermal exchange chamber, I would

14   refer you to what's labeled first liquid outlet 24

15   on the accommodation chamber.

16             So, that surface, if I go to

17   page -- let's see a good figure here.  Thirty-five,

18   that rectangle that I just showed on page 63, it's

19   co-extensive with the rectangle on what Duan refers

20   to as the lower cover.

21             Now, between that outlet on the lower

Page 46

1    cover and currently on the accommodation chamber,

2    since they're co-extensive, if I go to -- I'm

3    trying to look for a good figure.  Yeah, if I go to

4    Figure 8 on page 48 as an example, I -- I wouldn't

5    cons- -- I wouldn't characterize it as tubing

6    between the accommodation chamber/lower cover,

7    because in Figure 8 on page 48, you can see that

8    the -- it's hard to see, but the -- I'm just making

9    my screen bigger.  The hatch pattern doesn't

10   change.

11          So, there's a solid wall that comes up

12   from the cap and eventually becomes part of the

13   accommodation chamber.  They're monolithic.  So, in

14   my opinion, there's no tubing I guess is what I'm

15   trying to emphasize between the outlet to the lower

16   cover/accommodation chamber, and where the fluid

17   enters cap 3 through what's labeled 24 in Figure 8,

18   where it enters what we're also calling the thermal

19   exchange chamber.

20   BY MS. BHATTACHARYYA:

21       Q.   So, is that the -- strike that.

Page 47

1          So, staying with this annotated Figure 8

2     on page 48 of your declaration --

3          A.    Okay.

4          Q.    -- the component shown in the red box

5     which is annotated as the pump chamber --

6          A.    Yes.

7          Q.    -- and the component shown in the box

8     annotated in blue and referred to as the thermal

9     exchange chamber, --

10         A.    Yes.

11         Q.    -- those two regions, the red box and the

12    blue box, in combination with this opening 24 that

13    connects the pump chamber and the thermal exchange

14    chamber forms the reservoir in your opinion?

15         A.    Let me just go back to my declaration.

16    Just give me a second.  I have got to shrink my

17    font because I expanded it to see that hatching.

18              All right.  I'm scrolling through again.

19    Just give me a second.

20              (Whereupon, there was a pause for

21    document examination.)

Page 48

1              THE WITNESS:  Yeah.  If you go to

2    page -- it's page 30.  I drew a heavy red line

3    around what I considered to be the reservoir, and

4    it includes that passage that we were just

5    discussing.

6    BY MS. BHATTACHARYYA:

7         Q.   Let's go back to the annotated Figure 8

8    of Duan shown on page 48 of your declaration.

9         A.   Okay, sure.  Okay.  Okay.  I'm back

10   there.

11        Q.   The outlet 24 of Duan is positioned at

12   one end of Duan's cap 3, correct?

13        A.   Yes.  Correct.

14        Q.   Cooling liquid from Duan's accommodation

15   chamber 21 enters the space defined by cap 3

16   through this outlet 24, correct?

17        A.    Yeah.  I would say that that shape that

18   has three flat sides and one curved side, the

19   curved side representing the co-extensive opening

20   between the lower cover and the accommodation

21   chamber, yeah, that -- I agree with that.

Page 49

1   That's -- that's the space we're talking about.

2       Q.   Okay.  Cooling liquid flows from one end

3   of cap 3 to the other end and exits through outlet

4   31, correct?

5       A.   Yeah.  The cooling liquid, it flows

6   between the ends of cap 3 between the -- the cold

7   liquid enters at passage 24, and the hot liquid

8   leaves through 31.

9       Q.   Can we look at Shin, which is Exhibit

10  1006?

11      A.   Sure.  I'll open that again.  Shin.

12  Okay.  I have -- I have Shin open.

13      Q.   Can you please go to Figure 1 of Shin?

14      A.   Sure.  Oh, okay.  It's on the first page.

15  Okay.  I'm there.

16      Q.   Okay.  In Shin's cooling device shown in

17  Figure 1, the cooling liquid flows from pump 5 to

18  the heat sink 4, to a hose 6, correct?

19      A.   Correct.

20      Q.   And the cooling liquid enters heat sink 4

21  through hose 6 at one corner at the perimeter of

Page 50

1    Shin -- Shin's heat sink 4, correct?

2        A.   Yes.  The cooling liquid enters heat sink

3    4 through and at a corner of the perimeter of the

4    cold plate 4.  Indeed, correct.

5        Q.   And in Shin's device, the cooling liquid

6    in heat sink 4 flows from the corner of the

7    perimeter where it enters to the opposite corner

8    also at the perimeter and exits through hose 16,

9    correct?

10            MR. CHEN:  Objection.  Document speaks

11    for itself.

12            THE WITNESS:  I would say the cooling

13    liquid enters through 10, the cold plate, and exits

14    through 16, but I'm not sure exactly what the flow

15    path within the cold plate 4 could be, because, you

16    know, you could have longitudinal or transverse

17    fins in there or you could have plane fins in

18    there.

19            One -- a POSITO would design the flow

20    path based upon, for example, the uniformity, or

21    lack thereof of the heat flux coming into the base

Page 51

1    of the cold plate.

2              It's very common if the heat flux is high

3    in one region and relatively low in another region

4    to divert more of the flow to the region where the

5    heat flux is, say, 150 watts per centimeter squared

6    rather than, you know, a hundred watts per

7    centimeter squared.  So, I -- I really -- I think

8    the flow path in there is -- is up to the designer

9    for the particular application.

10             MS. BHATTACHARYYA:  I just noticed that

11   we have been going for close to an hour and a half.

12   Would you like to take a break, Dr. Hodes?

13             THE WITNESS:  I'd like to keep going, but

14   I'm more than happy to take a break if you would

15   like to.  Whatever -- whatever suits everyone is

16   fine with me.

17             MS. BHATTACHARYYA:  Let's take a

18   ten-minute break.

19             THE WITNESS:  Okay.  Sure.

20             MS. BHATTACHARYYA:  Would that be good?

21             (Recess taken -- 1:59 p.m.)

Page 52

1              (After recess -- 2:18 p.m.)

2     BY MS. BHATTACHARYYA:

3          Q.   Welcome back, Dr. Hodes.

4          A.   Thanks, Arpita.

5               MR. CHEN:  Dr. Hodes, can you hear me?

6               THE WITNESS:  Yes.

7               MR. CHEN:  Madame Court Reporter, can you

8     hear me?

9               THE COURT REPORTER:  Yes.  Yes.

10              MR. CHEN:  Thank you.

11    BY MS. BHATTACHARYYA:

12         Q.   Dr. Hodes, during the break, did you talk

13    to CoolIT's Counsel about the substance of your

14    deposition so far?

15         A.   No, I did not.

16         Q.   Before we took the break, you testified

17    that the Shin reference does not disclose a

18    reservoir, do you recall that?

19         A.   Yes.  In -- in the manner in which we

20    construed reservoir in my declaration, I do recall

21    that.

Page 53

1      Q.   The claim to reservoir has been construed

2   as a single receptacle defining a fluid flow path

3   in all of the IPRs against Asetek's patents,

4   correct?

5      A.   Correct.  That's my -- my

6   recollection -- my recollection.

7      Q.   So, a reservoir has been construed as a

8   single receptacle defining a fluid flow path for

9   Asetek's 354 patent as well, correct?

10     A.   I believe so.  Without going back to my

11  declaration, I can't confirm it, but that's my

12  recollection.

13         (Whereupon, Hodes Deposition Exhibit

14  2015, Declaration for 354 Patent, marked for

15  identification.)

16  BY MS. BHATTACHARYYA:

17     Q.   So, in the marked exhibits folder, I just

18  marked as Exhibit 2015 your declaration that you

19  submitted against Asetek's 354 patent, which is

20  Case Number IPR2020-00523.

21     A.   Okay.  I see it.

Page 54

1       Q.   Do you recognize Exhibit 2015 as your

2   declaration that you submitted in the petition

3   against Asetek's 354 patent?

4       A.   Yes, I do.

5       Q.   And the Shin reference that we have been

6   discussing is the same Shin reference for both

7   IPRs --

8       A.   Yes.

9       Q.   -- involving the 355 patent and the 354

10  patent, correct?

11      A.   Correct.

12      Q.   Let's go to paragraph 58 of your

13  declaration which is Exhibit 2015.

14      A.   Okay.  Paragraph 58.  Okay.  I'm -- I'm

15  there.

16      Q.   Okay.  In paragraph 58 of Exhibit 2015,

17  you said, Based on these disclosures, in my

18  opinion, a POSITA, which is P-O-S-I-T-A, would

19  understand that Shin discloses or suggests a

20  reservoir (the structural combination of heat sink

21  4, flexible hose 6, coolant discharge section

Page 55

1    coupler 7, water supply coupler 9, and impeller

2    case 11) configured to circulate a cooling liquid

3    there-through.  Do you see that?

4         A.   Yes, I do.

5         Q.   So, in the context of the 354 patent, it

6    is then your opinion that Shin does disclose a

7    reservoir formed by the combination of the heat

8    sink, the hoses, the couplers, and impeller case

9    11; is that right?

10        A.   Yes.  That's definitely what I wrote

11   there in my declaration.

12        Q.   But in the context of the 355 patent,

13   Shin does not disclose the reservoir, is that your

14   opinion?

15        A.   In the context of the 355 patent, I have

16   to go back to my declaration, but I don't

17   remember -- can I open my 355 declaration?

18        Q.   Sure.

19        A.   That was Exhibit 1003, right?  Okay.  I'm

20   just going to go to -- I'm scrolling through 355.

21             (Whereupon, there was a pause for

Page 56

1    document examination.)

2            THE WITNESS:  Yes.  So, in the context of

3    355, which is the patent that I reviewed -- the

4    declaration that I reviewed for today, I did not

5    discuss a reservoir in the context of Shin.  I

6    discussed the fact that Shin used a fan to cool a

7    radiator.  That was why I introduced Shin into this

8    declaration.

9    BY MS. BHATTACHARYYA:

10       Q.   The reservoir means the same thing in the

11   context of the 354 patent and the 355 patent,

12   right?

13       A.   Right.  Reservoir means the same thing in

14   the context of the 354 patent and the 355 patent.

15       Q.   So, Shin does disclose a reservoir,

16   correct?

17            MR. CHEN:  Objection.  Mischaracterizing

18   the testimony.

19            THE WITNESS:  Yes.  Again, you're right

20   in retrospect, but I did not review the 354

21   declaration in any depth like I did the 355.  So, I

Page 57

1    wasn't -- I didn't recollect in preparation

2    for -- for this particular deposition that

3    Shin -- I considered Shin a reservoir in 354.

4    Again, the only reason that I brought Shin into 355

5    was in reference to the -- to the radiator.

6    BY MS. BHATTACHARYYA:

7         Q.   So, in Shin, the -- the pump 5 is

8    connected to the heat sink 4 through a hose 6,

9    correct?

10        A.   Yes.  I'm going to open up Shin again

11   just to make sure that -- I will open Shin.  Okay.

12   Let me blow this up.

13        Q.   Take your time, Dr. Hodes.

14        A.   Yes.  So, in Shin, the -- the cold plate

15   4 is connected to the pump via inlet 10, and then

16   the coolant flows through the cold plate and out

17   17.

18        Q.   And in the declaration that you submitted

19   with the 354 patent, which is marked as Exhibit

20   2015, you testified that the pump 5 of Shin and the

21   heat -- heat sink 4, which are connected by a hose,

Page 58

1    together forms a reservoir, correct?

2        A.    Yes.  I'd have to verify it again, but

3    that's my recollection of what I just read in my

4    declaration for 354.

5        Q.    And in Shin, the pump 5 and heat sink 4,

6    along with hose 6, form a reservoir even though

7    there is a vibration-dampening component 19 between

8    the pump and the heat sink, correct?

9        A.    I'm just going to look at my declaration

10   in 354 again.  I just don't remember 354.  I'm just

11   scrolling through it.

12            (Whereupon, there was a pause for

13   document examination.)

14            THE WITNESS:  It's going to take me a

15   moment to find the relevant page that we were on,

16   that I was looking at before in Shin.

17   BY MS. BHATTACHARYYA:

18       Q.    I can tell you we were looking at

19   paragraph 58.

20       A.    Okay.

21       Q.    So that might help you.

Page 59

1        A.    Sure.  Let me go back to paragraph 58.

2              (Whereupon, there was a pause for

3    document examination.)

4              THE WITNESS:  Yes, that's what I stated

5    clearly in paragraph 58.

6    BY MS. BHATTACHARYYA:

7        Q.    Let's go to paragraph 62 of Exhibit 2015.

8        A.    Okay.  Okay.

9        Q.    In your opinion, impeller case 11 of Shin

10   forms the upper chamber, correct?

11       A.    Let me just read it.

12             (Whereupon, there was a pause for

13   document examination.)

14             THE WITNESS:  Yes.

15   BY MS. BHATTACHARYYA:

16       Q.    And heat sink 4 forms the lower chamber

17   of the alleged reservoir in Shin, correct?

18       A.    Let me just read.

19             (Whereupon, there was a pause for

20   document examination.)

21             THE WITNESS:  Yes.  Heat sink 4 in Shin

Page 60

1    forms the lower chamber; correct.

2    BY MS. BHATTACHARYYA:

3        Q.   Now, let's go back to paragraph 58 of

4    Exhibit 2015 and the annotation.

5        A.   Okay.  I'm there.

6        Q.   Okay.  Impeller case 11, which is the

7    alleged upper chamber of the reservoir, and heat

8    sink 4, which is the alleged lower chamber of the

9    reservoir in Shin, are separated by the

10   vibration-dampening member 19 and the pump motor

11   12, right?

12       A.   Right.

13       Q.   Have you looked at any of CoolIT's liquid

14   cooling products?

15       A.   No.  I have not received any samples of

16   CoolIT's products.  I glanced at their website, but

17   I wouldn't recognize the product if you put one in

18   front of me as their product.

19       Q.   Have you looked at any of Asetek's liquid

20   cooling products?

21       A.   No, I have not.  Again, I have glanced at

1    the two websites just to find out who the companies

2    were, but -- and maybe just glanced at photos, but

3    I don't even remember what they look like.

4         Q.   Does your research work in the field of

5    thermal management involve liquid cooling of

6    electronics?

7         A.   Yes, it does.

8         Q.   And what type of liquid cooling

9    technologies have you worked on?

10        A.   I have worked on direct liquid cooling

11   predominantly where the coolant in my research in

12   the form of liquid metal or water flows directly

13   through the -- the integrated circuit, the silicon,

14   as opposed to indirectly with the cooling of

15   interest here.

16        Q.   Have you ever worked on an indirect

17   liquid cooling technology for cooling electronics?

18        A.   So, my research has been focused in

19   recent years on direct liquid cooling, but I have

20   certainly used cold plates for indirect liquid

21   cooling in the lab and am very familiar

Page 62

1    with -- with them.

2              Just to add a little bit of context.  In

3    direct liquid cooling, the fluid is routed through

4    the semiconductor material, and an indirect liquid

5    cooling is routed through a cold plate attached to

6    it.  It's the same basic principle in terms of the

7    fluid mechanics and the transfer that govern how

8    effective a particular design is.

9        Q.   Have you ever worked on or developed an

10   all-in-one liquid cooling device that involves

11   integration of a pump and heat exchanger?

12       A.   I do have a lot of -- so, in -- in liquid

13   metal cooling, whether it's direct or indirect, the

14   pump is often -- yeah, in liquid metal cooling, the

15   pump is using -- it's usually a -- it can be a

16   magnetohydrodynamic pump, but it's still -- I

17   didn't work on liquid metal cooling, an all-in-one

18   system where it had developed a prototype or a

19   commercially-viable item that had that feature,

20   but, again, I'm very familiar with heat exchangers,

21   pumps, and so-called microchannel cooling, but I

Page 63

1    haven't personally worked on an all-in-one aspect

2    of it.

3              MS. BHATTACHARYYA:  I may actually be

4    done with this business.  Let me take a very short,

5    a couple-minute break, and I'll -- when I come

6    back, I will confirm if I have any more questions.

7              THE WITNESS:  Okay.

8              MS. BHATTACHARYYA:  I'll be back in just

9    a few minutes.

10             THE WITNESS:  Okay.

11             MR. CHEN:  Sure.

12             MS. BHATTACHARYYA:  Can we take a break?

13             THE COURT REPORTER:  Yes.

14             MR. CHEN:  Yes, please.  Thank you.

15             (Recess taken -- 2:43 p.m.)

16             (After recess -- 2:46 p.m.)

17             MS. BHATTACHARYYA:  I don't have any

18   further questions for this witness.

19             MR. CHEN:  Okay.  Thank you.  So, we

20   intend to redirect, and we'll take a break before

21   proceeding with our redirect.

1          MS. BHATTACHARYYA:  We just took a break.

2     Can you start now, Mr. Chen?

3          MR. CHEN:  No.  I -- I have to take a

4     break before I do my redirect.  So, it won't be

5     long.  Maybe 30 minutes, at the most.

6          MS. BHATTACHARYYA:  I'm sorry, how long?

7     You said you need 30 minutes?

8          MR. CHEN:  Yeah.

9          MS. BHATTACHARYYA:  That's an awfully

10    long time, but --

11         MR. CHEN:  It probably won't take that

12    long, but, I mean, I'm just saying -- I'm just

13    being safe.  So, I'll be back as soon as possible,

14    okay?

15         MS. BHATTACHARYYA:  Well, okay.

16         MR. DYER:  Can I just interject real

17    quick?  Rather than waiting 30 minutes for everyone

18    to come back, why don't -- Kyle, perhaps you could

19    just text Arpita when you're ready, and everyone

20    else assume we'll be back in 15 minutes.

21         MR. CHEN:  Yeah, sure.  I'll be

Page 65

1   back -- we'll be back as soon as possible.

2              MR. DYER:  My point is if you're not

3   back -- yeah, okay.

4              MS. BHATTACHARYYA:  No problem.

5              MR. CHEN:  Thank you.

6              (Recess taken -- 2:48 p.m.)

7              (After recess -- 3:20 p.m.)

8                       EXAMINATION

9              BY MR. CHEN:

10       Q.   Good afternoon, Dr. Hodes.  Oh, we can't

11  hear you for some reason.

12       A.   Oh, good afternoon.

13       Q.   Okay.  So, could you turn to Exhibit No.

14  2015?

15       A.   Sure.  It is still open.

16       Q.   What is Exhibit No. 2015?

17       A.   It is my declaration related to the 354

18  patent.

19       Q.   Okay.  Could you turn to paragraph 58?

20       A.   Sure.  Okay.  I'm at paragraph 58.

21       Q.   Do you recall earlier Counsel talked to

Page 66

1    you about paragraph 58?

2        A.   Yes.

3        Q.   Do you have any clarification that you

4    would like to make about that paragraph?

5        A.   I'm just going to read it.  Based on

6    these disclosures, in my opinion, a POSITA would

7    understand that Shin discloses or suggests a

8    reservoir, the structural combination of heat sink

9    4, flexible hose 6, coolant discharge section

10   coupler 7, water supply coupler 9, and impeller

11   case 11, configured to circulate a cooling liquid

12   there-through.  These elements are shown in Figure

13   1 and 2.

14           So, I go on to say, Accordingly

15   Batchelder, in view of Shin, discloses this

16   limitation.  So, the only thing that I would add to

17   what I said previously is that if you look at

18   Figure 2 on page 20, you can see the recirculation

19   of the coolant from the pump chamber to the thermal

20   exchange chamber, and the claim under consideration

21   is a reservoir configured to circulate the cooling

1    liquid there-through the reservoir including.

2            So, the reason that it added the material

3    from Shin to Batchelder is simply that if you look

4    at Figure 2 and Figure 1 on page 23, it better

5    indicates the recirculation path in Batchelder, but

6    I -- I personally saw the recirculation path in

7    Batchelder, but Shin is directed -- the addition of

8    Shin is -- is directed at the portion of Claim 1A

9    in the context where it says a reservoir configured

10   to circulate a cooling liquid there-through the

11   reservoir including.  So, Shin in and of itself

12   would not be the reservoir.  That's all I would

13   like to add.

14           MR. CHEN:  Okay.  Thank you, Dr. Hodes.

15   I'm done.

16           MS. BHATTACHARYYA:  I'll re-cross.

17                    REEXAMINATION

18            BY MS. BHATTACHARYYA:

19   Q.    Dr. Hodes, during the 30-to-35-minute

20   break that we took between the cross-examination

21   and redirect by Mr. Kyle Chen, did you discuss the

1    substance of the testimony that you gave on

2    redirect with Mr. Chen?

3         A.   Yes.

4         Q.   Did Mr. Chen --

5              MR. CHEN:  I want to caution --

6    BY MS. BHATTACHARYYA:

7         Q.   -- tell you the question that you were

8    going to be asked?

9              MR. CHEN:  I would like to caution the

10   witness not to reveal any attorney/client

11   privileged communication.

12             MS. BHATTACHARYYA:  Mr. Chen, that's

13   inappropriate.  Dr. Hodes is not your client.

14   BY MS. BHATTACHARYYA:

15        Q.   Dr. Hodes, you can answer my question.

16   Do you want me to repeat it?

17        A.   Yes.

18        Q.   Did Mr. Kyle Chen tell you the question

19   that he was going to ask you on redirect?

20        A.   I'm trying to remember to be honest with

21   you.  We discussed the matter that I just opined

Page 69

1   on.  I'm trying to remember if he -- if he -- the

2   question that he just asked was, do you wish to

3   clarify anything about what was discussed

4   previously?

5         MR. CHEN:  Again, I would like to caution

6   Dr. Hodes not to reveal any privileged

7   communications.

8         MS. BHATTACHARYYA:  Mr. Chen, that is

9   inappropriate.  Please stop coaching the witness.

10  There is no privilege -- attorney/client privilege

11  between you and Dr. Hodes.

12        MR. CHEN:  I am not coaching the witness.

13  There is privilege in terms of the communication

14  between Dr. Hodes and me.

15        MS. BHATTACHARYYA:  You are wrong.

16        MR. CHEN:  I disagree, but --

17        MS. BHATTACHARYYA:  I am entitled to know

18  the substance of your communication with Dr. Hodes.

19  BY MS. BHATTACHARYYA:

20     Q.   Dr. Hodes, you can answer my question.

21  Do you want me to repeat it?

Page 70

1      A.    Sure.  Please repeat it.

2      Q.    Did Mr. Kyle Chen tell you the question

3   that he was going to ask you on redirect?

4      A.    I don't recall him telling me precisely

5   the question, but we discussed that the redirect

6   would enable me to clarify views.

7      Q.    Did he tell you that -- and by he, I mean

8   Mr. Chen.  Did Mr. Chen tell you that you should

9   clarify on redirect your views regarding --

10  regarding paragraph 58 of Exhibit 2015?

11     A.    We discussed the substance of what I

12  clarified during that meeting, and I knew that I

13  would be given the opportunity to clarify.

14     Q.    Did Mr. Chen tell you he wanted you to

15  clarify that Shin does not disclose a reservoir?

16     A.    We discussed precisely the issues that I

17  clarified, and then I viewed it as necessary to

18  clarify them based on those discussions.

19     Q.    What did Mr. Kyle Chen tell you during

20  your meeting with him between my cross and his

21  redirect?

Page 71

1      A.    We had an exchange about the --

2            MR. CHEN:  I would like to caution the

3      witness not to reveal privileged communication.

4      That is not proper.

5            MS. BHATTACHARYYA:  Mr. Chen, you should

6      stop with your basis objections.  If you continue,

7      I'll call the Board.

8      BY MS. BHATTACHARYYA:

9      Q.    Dr. Hodes, please answer my question.

10     A.    I mean, I have been cautioned repeatedly

11     not to reveal attorney/client privileged

12     information, so I'm going to stop here.

13     Q.    As I said, there is no attorney/client

14     privilege between you, an expert, and Mr. Kyle

15     Chen, who is CoolIT's Counsel.  Mr. Chen knows

16     that, too.  So, if you are going to refuse to

17     answer, I'll have to call the Board.

18            May I remind you, Dr. Hodes, you are also

19     under oath here.

20            MR. DYER:  May I make a suggestion,

21     folks?  Why don't, Arpita, you and Kyle figure this

```
 1    out rather than putting Dr. Hodes in a position of

 2    being a legal expert?  I don't know the answer to

 3    this question, I'm sorry, off the top of my head,

 4    but I think if you need to get the Board involved,

 5    you should do that rather than putting him in the

 6    middle.  That seems to be the appropriate avenue.

 7            MS. BHATTACHARYYA:  Or he can just answer

 8    the question, and if Mr. Chen thinks that there

 9    is -- this was not appropriate, he can either show

10    me the rules, he can show me the case law, he can

11    deal with it later, too.  So, there's no point in

12    holding up this deposition right now.

13            MR. DYER:  I'm trying to be efficient

14    here.

15            THE WITNESS:  Again, I'm kind of stuck in

16    the middle.  I -- I'd rather have consensus among

17    the attorneys before I proceed further.

18            MS. BHATTACHARYYA:  Mr. Chen, are you

19    instructing the witness not to answer my question?

20            MR. CHEN:  I'm instructing the witness

21    not to reveal privileged communication.  I'm not
```

1   instructing the witness not to answer your

2   question.  I'm cautioning the witness not to reveal

3   privileged communication.  That's all I did.

4            MS. BHATTACHARYYA:  Mr. Chen, you're

5   confusing Dr. Hodes on what is privileged and what

6   is not.

7            My question to him was to tell me what

8   was discussed between you and Dr. Hodes, and he

9   doesn't know what is privileged and what is not.

10  So, our position is there is no privilege, so he

11  can answer the question.

12           MR. CHEN:  I disagree with you, but you

13  can keep asking the question.

14           MS. BHATTACHARYYA:  Well, he's not

15  answering it, so are you instructing him not to

16  answer?

17           MR. CHEN:  I am not instructing him not

18  to answer, but if he's not answering it, I'm not,

19  you know, going to force him to answer it.  You can

20  rephrase your question to make him more comfortable

21  in answering the question, but right now I think my

1   instruction is perfectly proper, that he should not

2   disclose privileged communication.

3            MS. BHATTACHARYYA:  I'll ask my question

4   again.  If Dr. Hodes does not answer the question,

5   I'll call the Board.

6            THE WITNESS:  Okay.

7   BY MS. BHATTACHARYYA:

8        Q.   What did Mr. Kyle Chen tell you during

9   your meeting with him in the break between my

10  cross-examination and his redirect?

11       A.   We discussed the fact that in my

12  declaration, Shin was an additional means to make

13  the recirculation in Batchelder clear.

14       Q.   Did Mr. Chen tell you he wanted you to

15  clarify that Shin does not disclose a reservoir?

16       A.   He made a -- we discussed the fact that

17  in my declaration, Shin was to further explain

18  Batchelder and the fact that my original position

19  on Shin not disclosing a reservoir in and of itself

20  was -- was valid.

21       Q.   Let's go to paragraph 96 of Exhibit 2015.

1      A.   Okay.  Sure.  I'm there whenever you're

2   ready.

3      Q.   In paragraph 96 of Exhibit 2015, which is

4   your declaration against Asetek's 354 patent, you

5   said, Shin discloses or suggests a radiator (heat

6   exchange section comprising heat exchangers 27, 28,

7   and 29 as shown in Figure 3) spaced apart from and

8   fluidly coupled to the reservoir (via 13 and 16, as

9   shown in Figures 2 and 3).  Do you see that?

10     A.   Yes.

11          MR. CHEN:  Objection.  This is beyond the

12   scope of the redirect.  You're not entitled to ask

13   questions beyond the scope of the redirect.

14          We were talking about paragraph 58.  This

15   is paragraph 96.  You never mentioned 96; neither

16   did I.

17   BY MS. BHATTACHARYYA:

18     Q.   Dr. Hodes, you can answer.

19     A.   Correct.

20          MR. CHEN:  I would move to strike this

21   portion of the testimony.  This is clearly outside

Page 76

1    of the scope of the redirect.

2           MS. BHATTACHARYYA:  Mr. Chen, again, can

3    you stop with your speaking objections?  We

4    discussed what the reservoir is or not in Shin

5    during your redirect, so I am asking him a question

6    or I'm about to ask him a question about the

7    reservoir of Shin which was clearly discussed

8    during redirect.

9    BY MS. BHATTACHARYYA:

10        Q.   Let me repeat my question.

11          MR. CHEN:  Note my objection.  I stand by

12   my objection, but go ahead.  Ask your question.

13   BY MS. BHATTACHARYYA:

14        Q.   In paragraph 96 of Exhibit 2015, you are

15   referring to the reservoir in Shin, correct?

16          MR. CHEN:  Mischaracterizing testimony.

17   The document speaks for itself.

18          THE WITNESS:  I'm just reading it again.

19   Shin discloses or suggests a radiator spaced apart

20   from and fluidly coupled to the reservoir.

21          So, my opinion on that one is to the

Page 77

1    extent that you consider what's shown in Figures 1

2    and 2 to constitute the reservoir in Shin, that I

3    am talking about the radia- -- the radiator in

4    reference to what's shown in Figures 1 and 2 of

5    Shin; correct.

6    BY MS. BHATTACHARYYA:

7        Q.   But that sentence in paragraph 96 of

8    Exhibit 2015 discusses Shin disclosing the

9    reservoir that's claimed in Asetek's patents,

10   correct?

11       A.   So, I -- when I wrote this part of the

12   declaration, my intent -- I'm just looking at what

13   claim it's in reference to.

14            I mean, the context of this particular

15   paragraph 96 is about the radiator being a part

16   separated by conduits, if you will, from the

17   reservoir.  I wasn't worried during this part of

18   the declaration as to whether or not Shin in and of

19   itself discloses a reservoir.  I was worried

20   about -- I wanted to get across the point that

21   there was a radiator that was separated from -- by

Page 78

1    conduit, substantial lengths of conduit what we

2    consider the reservoir, and what we considered the

3    reservoir relates to this -- to the discussion here

4    in paragraph 58 where my point was that Batchelder

5    in and of itself discloses the reservoir in my

6    opinion, but to make absolutely certain that the

7    circulation part of the reservoir was clear, you

8    could combine -- you could cap Shin on to

9    Batchelder.

10            So, I mean, the earlier part of

11   the -- the declaration was about what constituted

12   a -- constitutes a reservoir.  This part of the

13   declaration is about the radiator being separate

14   from the integrated pump and thermal exchange

15   chamber.  It's not really about defining the

16   reservoir.

17            So, I -- I do refer to Shin having a

18   reservoir, as you said, for sure, but to me,

19   that -- that reservoir is fairly loosely defined

20   here.  It's -- you know, Shin in and of itself

21   doesn't disclose a reservoir the way we've

Page 79

1    construed it, but I'm viewing it as a reservoir for

2    the purposes of showing that the radiator is

3    separated by a substantial physical distance from

4    the reservoir, which is in this context the

5    combination of the thermal exchange chamber and the

6    pump chamber.

7         Q.   Let's go to paragraph 99 of Exhibit 2015.

8         A.   Okay.

9         Q.   Specifically we can go to the part of

10   paragraph 99 which is on page 50 of your

11   declaration, Exhibit 2015.

12        A.   Okay.  Sure.  I'm on page 50.

13        Q.   Do you see the sentence starting with,

14   Moreover?  It says, Moreover, Shin teaches coupling

15   the radiator to the reservoir (to circulate liquid

16   away) and to space it apart from the reservoir (to

17   divert heat away from the reservoir), do you see

18   that?

19        A.   Yes, I do.

20        Q.   Here again in paragraph 99 of Exhibit

21   2015, you are referring to Shin having a reservoir,

1    correct?

2        A.    Yes, I am.  But I would respectfully add

3    this part of the declaration is not about defining

4    what constitutes a reservoir.  It's about having a

5    radiator that is not part of that all-in-one system

6    that is some distance away from the reservoir

7    separated by conduit.

8            I mean, I would say when I wrote this

9    portion of the declaration, I mean the term

10   reservoir to be the combination of the pump chamber

11   and the thermal exchange chamber.

12           You know, in Shin, et al., they're not

13   completely integrated.  There's conduit -- there's

14   tubing between them, so I'm talking about the

15   reservoir as I viewed the reservoir in the context

16   of Batchelder, that's supported by Shin, to

17   emphasize the circulation part.  So, it's -- that's

18   what I had in mind when I wrote this part of the

19   declaration.

20       Q.   But your report specifically defines

21   reservoir as the parties stipulated to, correct?

Page 81

1      A.   Yeah.  My -- my declaration defines

2    reservoir as a single receptacle defining a fluid

3    flow path.  I didn't view Shin in and of itself as

4    a single receptacle.

5      Q.   Did you discuss with Mr. Kyle

6    Chen -- strike that.

7           At the break that we had between my

8    cross-examination and your redirect by Mr. Kyle

9    Chen, did you discuss the fact that your 354

10   declaration said Shin discloses a reservoir?

11     A.   We discussed what was disclosed in terms

12   of what constitutes a reservoir in the context of

13   Batchelder and more unambiguously stated in the

14   context of Batchelder and Shin because Claim

15   1A -- it goes to Claim 1A on page 58-ish.  I'm just

16   scrolling through here.  Hold on a second.

17           (Whereupon, there was a pause for

18   document examination.)

19           THE WITNESS:  I'm trying to find 58.  I

20   think I'm way out -- I'm in the wrong place.  Hold

21   on a second.  I was going to page 58 rather than

Page 82

1    paragraph 58, that was the problem.

2           Yeah.  So, under paragraph 51, I said a

3    reservoir configured to circulate a cooling liquid

4    there-through the reservoir including.  So, we

5    discussed that insofar as circulating, the

6    circulation was clearer in Shin than it was in

7    Batchelder, although I found it to be sufficiently

8    clear in Batchelder in and of itself.  I just added

9    the material in Shin to be completely unambiguous.

10   And -- and then we discussed that Shin in and of

11   itself didn't disclose a reservoir.  We only

12   latched Shin on to Batchelder for that purpose that

13   I just discussed.

14   BY MS. BHATTACHARYYA:

15      Q.   You don't say anywhere in your

16   declaration for the 354 patent in paragraphs 96, 99

17   or elsewhere that you are deviating from the

18   parties' stipulated meaning of reservoir, right?

19      A.   That's -- yeah, I don't recall -- I

20   don't -- I don't do that; correct.  Again, I wasn't

21   focusing my thoughts on the definition of the term

Page 83

1    reservoir when I wrote that latter part of the

2    declaration around 99.

3            I was focusing on the fact that I wanted

4    to show in the prior art that there was a radiator

5    distant from the compact pump/heat sink assembly.

6            My motivation there was -- was simply

7    that both Shin and Batchelder were talking about

8    more compact cooling solutions, and in Shin, who is

9    addressing the same problem as Batchelder, the need

10   for more compact, quieter, lower cost,

11   easy-to-assemble liquid cooling solutions.

12           In Shin, it was made clear that there was

13   a radiator that was not part of that compact

14   structure.

15           MS. BHATTACHARYYA:  I have no further

16   questions for this witness.

17           MR. CHEN:  Yes, so I have a couple more

18   questions.

19                   RE-EXAMINATION

20           BY MR. CHEN:

21      Q.   So Dr. Hodes --

Page 84

1        A.    Yes.

2        Q.    -- can you turn to paragraph 99 of

3    Exhibit 2015, which is on page 49?

4        A.    Yes.

5        Q.    Could you please read that into the

6    record?

7        A.    Sure.  Given the well-documented need in

8    the prior art for managing heat emitted from

9    electronic components, a radiator is an obvious

10   additional component because the main purpose of a

11   radiator is dispersing heat that accumulates.  For

12   example, a POSITA would have known how to, and

13   would have been motivated to, modify Batchelder in

14   view of Shin to connect Batchelder's reservoir to

15   an outside or external radiator and a fan as

16   follows:

17          This is because the POSITA would have

18   been motivated to combine Shin with Batchelder to

19   further increase the heat management efficiency by

20   using an outside or external radiator such that the

21   liquid coolant flows upward while snaking through

Page 85

1    the inside of the heat exchanger as shown by 28 and

2    29.  This technique implements a radiator to allow

3    heat to escape the system.  Moreover, Shin teaches

4    coupling the radiator to the reservoir to circulate

5    liquid away and to space it apart from the

6    reservoir to defer heat away from the reservoir.

7    Adding a radiator to Batchelder would be an obvious

8    modification to improve Batchelder's objective of

9    cooling electronic components.

10           Therefore, Batchelder in view of Shin

11   renders obvious all limitations of Claim 1.

12      Q.   Now, in the first part on page 49 in

13   paragraph 99, --

14      A.   Yes.

15      Q.   -- which prior art did you refer to

16   regarding reservoir?

17      A.   Batchelder.

18      Q.   With respect to today's testimony, whose

19   opinion is that?

20      A.   It's my opinion.

21           MR. CHEN:  I don't have any further

Page 86

```
 1    questions.
 2            MS. BHATTACHARYYA:  One more
 3    question --
 4            THE WITNESS:  Sure.
 5            MS. BHATTACHARYYA:  -- on re-cross.
 6            THE WITNESS:  Sure.
 7                    RE-EXAMINATION
 8            BY MS. BHATTACHARYYA:
 9        Q.   Dr. Hodes, do you consider yourself a
10    POSITA, that is a person of ordinary skill in the
11    art, in the field of computer liquid cooling?
12            MR. CHEN:  It is outside the scope of the
13    redirect.  It's improper.
14            THE WITNESS:  I consider myself --
15            MR. CHEN:  Objection.
16    BY MS. BHATTACHARYYA:
17        Q.   Go ahead, Dr. Hodes.  You can answer the
18    question.
19        A.   Okay.  I consider myself an expert.  I
20    would state that I vastly exceed what's necessary
21    to constitute a POSITA as described in my
```

Page 87

1   declaration in the sense that I said that a POSITA

2   would have a bachelor's degree in mechanical or

3   electrical engineering and a few years of

4   experience in liquid cooling systems.

5           You know, I had -- I had that bachelor's

6   degree, and then I had a master's degree, which

7   also related to -- to two-phase cooling which

8   involves liquid cooling, and then I have about -- I

9   started getting interested in liquid cooling, I'd

10  say, nearly 20 years ago, and I have been working

11  on it or, you know, my first patent on it was in

12  the early 2000s.  I would have to go check.  It's

13  on my CV if you want me to check.

14          MS. BHATTACHARYYA:  No further questions

15  for the witness.

16          MR. CHEN:  Nothing here either.

17          (Whereupon, the deposition Marc Hodes,

18  Ph.D. was concluded at 4:01 p.m., and the reading

19  and signing of the transcript was not waived.)

20

21

Page 88

1    State of Maryland

2    County of Baltimore, to wit:

3              I, Michele D. Lambie, a Notary Public of

4    the State of Maryland, County of Baltimore, do

5    hereby certify that the within-named witness

6    personally appeared via Zoom before me at the time

7    and place herein set out, and after having been

8    duly sworn by me, according to law, was examined by

9    counsel.

10             I further certify that the examination

11   was recorded stenographically by me and this

12   transcript is a true record of the proceedings.

13             I further certify that I am not of

14   counsel to any of the parties, nor related to any

15   of the parties, nor in any way interested in the

16   outcome of this action.

17             As witness my hand this 3rd day of

18   November, 2020.

19

20                 *Michele D Lambie*

                   Michele D. Lambie

21

```
                                                          Page 89

 1     Kyle D. Chen, Esquire

 2     kchen@gtlaw.com

 3                         November 5, 2020

 4     RE:    Coolit Systems, Inc. v. Asetek Danmark A/S

 5          11/2/2020, Marc Hodes, Ph.D. (#4307734)

 6          The above-referenced transcript is available for

 7     review.

 8          Within the applicable timeframe, the witness should

 9     read the testimony to verify its accuracy. If there are

10     any changes, the witness should note those with the

11     reason, on the attached Errata Sheet.

12          The witness should sign the Acknowledgment of

13     Deponent and Errata and return to the deposing attorney.

14     Copies should be sent to all counsel, and to Veritext at

15     cs-midatlantic@veritext.com

16

17      Return completed errata within 30 days from

18     receipt of transcript.

19       If the witness fails to do so within the time

20     allotted, the transcript may be used as if signed.

21

22                     Yours,

23                     Veritext Legal Solutions

24

25
```

Page 90

1    Coolit Systems, Inc. v. Asetek Danmark A/S

2    Marc Hodes, Ph.D. (#4307734)

3                    E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   Marc Hodes, Ph.D.                         Date

25

Page 91

1    Coolit Systems, Inc. v. Asetek Danmark A/S

2    Marc Hodes, Ph.D. (#4307734)

3                    ACKNOWLEDGEMENT OF DEPONENT

4        I, Marc Hodes, Ph.D., do hereby declare that I

5    have read the foregoing transcript, I have made any

6    corrections, additions, or changes I deemed necessary as

7    noted above to be appended hereto, and that the same is

8    a true, correct and complete transcript of the testimony

9    given by me.

10

11   _____   _____

12   Marc Hodes, Ph.D.                    Date

13   *If notary is required

14                       SUBSCRIBED AND SWORN TO BEFORE ME THIS

15                       _____ DAY OF _____, 20___.

16

17

18                       _____

19                       NOTARY PUBLIC

20

21

22

23

24

25

**&**

& 2:13

**1**

**1** 35:17,19 36:3,4
39:12 44:13,16
45:1 49:13,17
66:13 67:4 77:1,4
85:11
**10** 50:13 57:15
**1003** 3:11 4:3 20:1
20:7,20 21:17
27:3 55:19
**1005** 3:12 4:6 37:8
**1006** 3:13 4:9
34:16 35:18 49:10
**102** 34:1
**11** 28:17 55:2,9
59:9 60:6 66:11
**11/2/2020** 89:5
**12** 60:11
**12:26** 1:12
**13** 75:8
**15** 9:19 10:1 14:20
64:20
**150** 51:5
**16** 50:8,14 75:8
**1600** 1:12
**16532** 88:20
**17** 57:17
**185** 33:18
**19** 35:4 58:7 60:10
**1900** 2:6
**1:59** 51:21
**1a** 67:8 81:15,15
**1b** 39:11

**2**

**2** 1:11 38:3,7 40:6
44:9 66:13,18
67:4 75:9 77:2,4

**20** 11:8 66:18
87:10 91:15
**2000s** 87:12
**2015** 3:15 53:14,18
54:1,13,16 57:20
59:7 60:4 65:14
65:16 70:10 74:21
75:3 76:14 77:8
79:7,11,21 84:3
**2019** 20:13
**2020** 1:11 88:18
89:3
**21** 40:7,11,13 42:5
42:19 43:10 44:20
48:15
**225** 38:8 42:4
**23** 67:4
**24** 45:14 46:17
47:12 48:11,16
49:7
**26** 38:3,7 40:6
**27** 75:6
**28** 75:6 85:1
**289-7887** 2:9
**29** 42:6,8,15 75:7
85:2
**2:18** 52:1
**2:43** 63:15
**2:46** 63:16
**2:48** 65:6
**2nd** 2:16

**3**

**3** 34:1 35:1 38:11
42:14 44:12,16
45:1 46:17 48:12
48:15 49:3,6 75:7
75:9
**30** 9:3 48:2 64:5,7
64:17 67:19 89:17
**30th** 20:13

**31** 38:16 39:4 49:4
49:8
**3300** 2:16
**35** 42:1 44:10
67:19
**354** 3:15 10:18
12:1 25:10,20
53:9,14,19 54:3,9
55:5 56:11,14,20
57:3,19 58:4,10,10
65:17 75:4 81:9
82:16
**355** 10:3,17 11:1,2
11:7,21 14:13
22:1,12 23:18
25:10,20 26:14
38:20 39:12 54:9
55:12,15,17,20
56:3,11,14,21 57:4
**3:20** 65:7
**3rd** 88:17

**4**

**4** 3:3,11,12,13
49:18,20 50:1,3,4
50:6,15 54:21
57:8,15,21 58:5
59:16,21 60:8
66:9
**40** 9:3,4
**4307734** 89:5 90:2
91:2
**48** 46:4,7 47:2
48:8
**49** 84:3 85:12
**4:01** 87:18

**5**

**5** 49:17 57:7,20
58:5 89:3
**50** 79:10,12

**51** 82:2
**53** 3:15
**58** 54:12,14,16
58:19 59:1,5 60:3
65:19,20 66:1
70:10 75:14 78:4
81:15,19,21 82:1
**5th** 2:7

**6**

**6** 49:18,21 54:21
57:8 58:6 66:9
**62** 59:7
**63** 45:11,18
**65** 3:3
**650** 2:9,18
**67** 3:4
**681** 10:18 12:1
25:10,20

**7**

**7** 55:1 66:10

**8**

**8** 27:2,4,9 29:19
45:7,11 46:4,7,17
47:1 48:7
**802** 1:13
**83** 3:4
**849-6650** 2:18
**86** 3:5

**9**

**9** 55:1 66:10
**94303** 2:8
**94304** 2:17
**96** 74:21 75:3,15
75:15 76:14 77:7
77:15 82:16
**99** 79:7,10,20
82:16 83:2 84:2
85:13

[ability - better]                                                    Page 2

**a**

**ability** 7:14
**absolutely** 78:6
**absorbing** 35:4
**accommodation**
  38:9 40:7,11,12
  42:5,7,13,15,19
  43:9 44:15,20
  45:12,15 46:1,6,13
  46:16 48:14,20
**accumulates** 84:11
**accuracy** 89:9
**acknowledgement**
  91:3
**acknowledgment**
  89:12
**acting** 27:11
**action** 88:16
**add** 20:15,17 62:2
  66:16 67:13 80:2
**added** 67:2 82:8
**adding** 85:7
**addition** 24:10
  67:7
**additional** 74:12
  84:10
**additionally** 38:9
  38:10
**additions** 91:6
**addressing** 83:9
**advising** 27:13
  28:7
**afternoon** 65:10
  65:12
**aggressive** 36:10
**ago** 13:10 23:16
  87:10
**agree** 48:21
**ahead** 76:12 86:17
**air** 43:2,12

**al** 80:12
**alcohol** 7:13,17
**alleged** 43:17
  59:17 60:7,8
**allotted** 89:20
**allow** 85:2
**alto** 2:8,17
**amount** 26:13
**annotated** 47:1,5,8
  48:7
**annotation** 60:4
**answer** 5:19 6:5
  6:11,17 7:5,12,14
  8:10 10:10 41:12
  68:15 69:20 71:9
  71:17 72:2,7,19
  73:1,11,16,18,19
  74:4 75:18 86:17
**answered** 32:12
**answering** 73:15
  73:18,21
**answers** 5:15
**apart** 75:7 76:19
  79:16 85:5
**appeal** 1:2 15:21
**appearances** 2:1
**appeared** 25:1
  88:6
**appended** 91:7
**appendix** 20:9
**applicable** 89:8
**application** 51:9
**apply** 35:14
**appropriate** 72:6
  72:9
**approximate**
  26:13
**approximately**
  8:20 9:2,17,19,20
  10:1,20 11:5

**arpita** 2:14 32:20
  35:1 37:11 41:5
  52:4 64:19 71:21
**arpita.bhattachar...**
  2:15
**art** 19:2,12 21:21
  22:12 36:12 83:4
  84:8 85:15 86:11
**asetek** 1:6 7:20,21
  12:6,10,11,18 13:2
  13:8 15:6,10,13
  17:6 89:4 90:1
  91:1
**asetek's** 10:3 11:1
  11:21 14:13 15:8
  16:14,15 17:4
  24:21 25:6,9,14,20
  26:14 53:3,9,19
  54:3 60:19 75:4
  77:9
**aside** 6:9 11:1
  17:2
**asked** 26:3 32:12
  68:8 69:2
**asking** 12:16
  73:13 76:5
**aspect** 63:1
**assemble** 83:11
**assembled** 23:6
  24:5
**assembly** 83:5
**assume** 64:20
**assumes** 22:21
**assuming** 23:1
**attached** 3:9,17
  20:9 62:5 89:11
**attorney** 6:6,9
  10:9 14:3,5 23:18
  24:11,15 68:10
  69:10 71:11,13
  89:13

**attorneys** 14:1
  23:17,21 24:2,10
  24:13 25:18 72:17
**available** 34:13
  89:6
**avenue** 1:13 2:6,16
  72:6
**aware** 21:1,4,8
**awfully** 64:9

**b**

**bachelor's** 87:2,5
**back** 15:4 23:20
  29:3 36:9 37:3
  38:6 39:2 40:5
  47:15 48:7,9 52:3
  53:10 55:16 59:1
  60:3 63:6,8 64:13
  64:18,20 65:1,1,3
**baltimore** 88:2,4
**base** 50:21
**based** 23:10 28:11
  50:20 54:17 66:5
  70:18
**basic** 5:4 62:6
**basically** 30:3
**basis** 25:16 71:6
**batchelder** 66:15
  67:3,5,7 74:13,18
  78:4,9 80:16
  81:13,14 82:7,8,12
  83:7,9 84:13,18
  85:7,10,17
**batchelder's** 84:14
  85:8
**beginning** 23:12
**behalf** 2:2,12 16:9
**believe** 15:12
  23:18 37:4 53:10
**beneath** 38:11
**better** 42:5 45:9
  67:4

**beyond** 75:11,13
**bhattacharyya**
  2:14 3:3,4,5 4:17
  10:13 13:4 19:3
  23:13 30:15 31:7
  32:2,18 33:19
  38:4 41:6 42:11
  46:20 48:6 51:10
  51:17,20 52:2,11
  53:16 56:9 57:6
  58:17 59:6,15
  60:2 63:3,8,12,17
  64:1,6,9,15 65:4
  67:16,18 68:6,12
  68:14 69:8,15,17
  69:19 71:5,8 72:7
  72:18 73:4,14
  74:3,7 75:17 76:2
  76:9,13 77:6
  82:14 83:15 86:2
  86:5,8,16 87:14
**big** 34:5
**bigger** 46:9
**bit** 62:2
**blow** 57:12
**blue** 44:12,13 47:8
  47:12
**board** 1:2 15:21
  71:7,17 72:4 74:5
**body** 18:10 29:16
**boundaries** 41:8
**box** 47:4,7,11,12
**break** 6:12,14,15
  6:18 51:12,14,18
  52:12,16 63:5,12
  63:20 64:1,4
  67:20 74:9 81:7
**breaks** 7:2
**briefly** 14:3
**bringing** 30:3

**brought** 57:4
**business** 63:4

**c**

**c** 4:1,20
**california** 2:8,17
  16:4
**call** 71:7,17 74:5
**called** 4:12 13:17
  18:1 62:21
**calling** 46:18
**cambridge** 1:13
**cap** 38:11 44:12,16
  45:1 46:12,17
  48:12,15 49:3,6
  78:8
**case** 1:5 6:7 12:5,6
  12:8,10,17,21 13:6
  13:8,16 17:21
  18:6 53:20 55:2,8
  59:9 60:6 66:11
  72:10
**caution** 10:8 68:5
  68:9 69:5 71:2
**cautioned** 71:10
**cautioning** 73:2
**centimeter** 51:5,7
**certain** 78:6
**certainly** 61:20
**certified** 3:13 4:9
**certify** 88:5,10,13
**chamber** 38:9,20
  38:21 39:13 40:1
  40:3,5,6,7,11,12
  40:15 41:8,19
  42:2,5,7,10,13,15
  42:19 43:3,7,10,17
  44:1,4,4,7,11,11
  44:14,15,17,20,21
  45:3,13,13,15 46:1
  46:6,13,16,19 47:5
  47:9,13,14 48:15

  48:21 59:10,16
  60:1,7,8 66:19,20
  78:15 79:5,6
  80:10,11
**change** 46:10 90:4
  90:7,10,13,16,19
**changed** 26:7
**changes** 89:10
  91:6
**characterize** 46:5
**chart** 23:4,5,14
  26:20
**chassis** 39:15,18
  39:19
**check** 28:19 87:12
  87:13
**chen** 2:4 3:3,4 6:3
  6:7,11,20 9:8,18
  9:19 10:2,8 11:10
  11:11,14 12:20
  14:6,8,15,16 15:1
  17:14,16 18:20
  22:20 24:11,16,18
  24:19 25:2,5,15
  30:10,21 31:12
  32:11 40:19 45:5
  50:10 52:5,7,10
  56:17 63:11,14,19
  64:2,3,8,11,21
  65:5,9 67:14,21
  68:2,4,5,9,12,18
  69:5,8,12,16 70:2
  70:8,8,14,19 71:2
  71:5,15,15 72:8,18
  72:20 73:4,12,17
  74:8,14 75:11,20
  76:2,11,16 81:6,9
  83:17,20 85:21
  86:12,15 87:16
  89:1

**chen's** 17:11
**circle** 15:4
**circuit** 61:13
**circulate** 55:2
  66:11,21 67:10
  79:15 82:3 85:4
**circulating** 82:5
**circulation** 78:7
  80:17 82:6
**circumferential**
  42:18
**claim** 23:4,5,14
  26:20 39:2,3,12
  53:1 66:20 67:8
  77:13 81:14,15
  85:11
**claimed** 77:9
**claims** 22:13 38:19
**clarification** 66:3
**clarified** 70:12,17
**clarify** 5:10 7:20
  12:15 69:3 70:6,9
  70:13,15,18 74:15
**clear** 28:3 43:4
  74:13 78:7 82:8
  83:12
**clearer** 82:6
**clearly** 59:5 75:21
  76:7
**client** 6:6,9 10:9
  19:11 27:10,16,17
  68:10,13 69:10
  71:11,13
**close** 30:7,12 31:9
  51:11
**closer** 29:10 30:4
**coaching** 69:9,12
**coil** 40:13
**cold** 29:12,14 34:4
  34:9 49:6 50:4,13
  50:15 51:1 57:14

57:16 61:20 62:5
**colored** 42:7 44:12
  44:13
**combination**
  45:11 47:12 54:20
  55:7 66:8 79:5
  80:10
**combine** 78:8
  84:18
**come** 29:10 63:5
  64:18
**comes** 46:11
**comfort** 18:11
**comfortable** 73:20
**coming** 10:6 50:21
**commencing** 1:12
**comment** 19:12
**commercially**
  62:19
**common** 51:2
**commonly** 15:20
**communication**
  10:9 68:11 69:13
  69:18 71:3 72:21
  73:3 74:2
**communications**
  69:7
**compact** 30:3 83:5
  83:8,10,13
**companies** 61:1
**company** 19:11
**complete** 91:8
**completed** 89:17
**completely** 7:6,15
  80:13 82:9
**complicated** 15:18
**component** 34:6,8
  44:5 47:4,7 58:7
  84:10
**components** 37:12
  84:9 85:9

**compound** 22:20
**comprising** 75:6
**computer** 86:11
**concerned** 18:11
**concluded** 87:18
**conduit** 30:6 32:17
  78:1,1 80:7,13
**conduits** 77:16
**confer** 6:8,21
**conferred** 14:3
**configured** 55:2
  66:11,21 67:9
  82:3
**confirm** 20:5,12
  39:2 53:11 63:6
**confused** 43:8
**confusing** 73:5
**connect** 84:14
**connected** 30:18
  32:9 44:18 45:3
  57:8,15,21
**connection** 45:12
**connects** 47:13
**cons** 46:5
**consensus** 72:16
**consider** 30:8,14
  30:19 31:5,10,17
  32:9 34:10 35:7
  36:4,17 38:13,17
  41:18 42:1 77:1
  78:2 86:9,14,19
**consideration**
  66:20
**considered** 8:14
  8:16 22:1 23:11
  28:14,16 31:19
  44:14 48:3 57:3
  78:2
**constitute** 36:5
  77:2 86:21

**constituted** 78:11
**constitutes** 36:7
  43:7 78:12 80:4
  81:12
**construction**
  35:10,14
**construed** 52:20
  53:1,7 79:1
**consult** 24:19
**consulting** 27:10
  27:16,19 28:4
**contact** 24:15,17
  31:4 42:17
**contacting** 31:15
  35:6
**contacts** 43:11,12
**containing** 40:8,16
**contains** 38:14
**content** 23:9
**context** 13:5,8
  38:12 55:5,12,15
  56:2,5,11,14 62:2
  67:9 77:14 79:4
  80:15 81:12,14
**continue** 71:6
**continued** 23:8
**conversation** 5:16
**cool** 27:14 28:8
  56:6
**coolant** 54:21
  57:16 61:11 66:9
  66:19 84:21
**cooley** 14:2,4
  17:14
**cooling** 18:4 27:13
  28:12 30:3 36:2
  37:12 44:12,16
  45:1 48:14 49:2,5
  49:16,17,20 50:2,5
  50:12 55:2 60:14
  60:20 61:5,8,10,14

61:17,17,19,21
  62:3,5,10,13,14,17
  62:21 66:11,21
  67:10 82:3 83:8
  83:11 85:9 86:11
  87:4,7,8,9
**coolit** 1:3 8:3,3,4
  12:7,18 13:2,9
  15:6,8,13 16:10,16
  17:3,8,19 21:12,15
  22:3 23:21 27:10
  27:20 28:2,4 89:4
  90:1 91:1
**coolit's** 5:7 15:11
  17:7 28:5 52:13
  60:13,16 71:15
**copies** 89:14
**corner** 49:21 50:3
  50:6,7
**correct** 15:11
  16:19 18:18 21:3
  21:10 25:17 28:6
  30:20 38:21 43:15
  44:18 45:4 48:12
  48:13,16 49:4,18
  49:19 50:1,4,9
  53:4,5,9 54:10,11
  56:16 57:9 58:1,8
  59:10,17 60:1
  75:19 76:15 77:5
  77:10 80:1,21
  82:20 91:8
**corrections** 91:6
**cost** 83:10
**counsel** 5:7 6:21
  9:7,8 22:2 23:6,21
  52:13 65:21 71:15
  88:9,14 89:14
**county** 88:2,4
**couple** 8:15,21
  13:13 24:12 25:11

[couple - discussed]                                                Page 5

25:13 45:10 63:5
83:17
**coupled**  75:8
76:20
**coupler**  55:1,1
66:10,10
**couplers**  55:8
**couplers**  55:1
**coupling**  79:14
85:4
**course**  22:1
**court**  5:13,18 7:9
12:9,17 15:5 16:1
16:6,10 17:18
19:8,19 52:7,9
63:13
**cover**  38:8 39:15
40:9,17 42:4
45:20 46:1,6,16
48:20
**cpu**  34:7
**cpus**  27:14 28:9
**crafted**  22:15
**cross**  67:16,20
70:20 74:10 81:8
86:5
**cs**  89:15
**csr**  1:21
**cup**  29:1
**current**  20:10,11
20:14
**currently**  23:7
46:1
**curved**  48:18,19
**cv**  20:9,16,18
87:13

**d**

**d**  1:14,21 4:1,20
88:3,20 89:1
**dampen**  31:16
**dampening**  58:7
60:10

**dampens**  32:6
**danmark**  1:6 7:21
89:4 90:1 91:1
**dark**  44:13
**date**  19:16 90:24
91:12
**dated**  20:12
**david**  4:21
**day**  5:15 25:7
88:17 91:15
**days**  8:9 89:17
**deal**  72:11
**dealing**  19:7
**decision**  8:19
**declaration**  3:11
3:15 4:3 8:14,17
13:1,6,7,10,15,21
14:9,10 16:12,13
17:5 18:2,7,12,14
18:16 19:5 20:2,6
20:10,20 21:2,5,9
21:13,17,18 22:6,9
22:10,15,18 23:3,7
23:10,11 24:6,7,7
25:2,3 26:14,21
27:3,9,20 28:18
29:20 31:20 32:17
33:1,10 35:15
36:13 37:3,16,18
37:19,20 39:5
40:4 41:1,12
43:19,20 44:3
47:2,15 48:8
52:20 53:11,14,18
54:2,13 55:11,16
55:17 56:4,8,21
57:18 58:4,9
65:17 74:12,17
75:4 77:12,18
78:11,13 79:11
80:3,9,19 81:1,10

82:16 83:2 87:1
**declarations**  13:19
17:2 24:8,20 25:6
25:9,14,20 26:12
**declare**  91:4
**deemed**  91:6
**defendant**  4:13
**defer**  85:6
**define**  37:4
**defined**  36:6 39:14
44:8 48:15 78:19
**defines**  80:20 81:1
**defining**  35:11
36:1,6 37:13 53:2
53:8 78:15 80:3
81:2
**definitely**  55:10
**definition**  82:21
**degree**  32:1 87:2,6
87:6
**degrees**  31:6 32:4
**deponent**  4:12
89:13 91:3
**deposed**  5:1,3 9:13
**deposing**  89:13
**deposition**  1:10
4:2,5,8 5:5 6:13
7:1,8,21 8:7,12
9:1,6 10:3,5,21
11:15,19 14:11,12
15:2 52:14 53:13
57:2 72:12 87:17
**depositions**  10:6
10:12,17
**depth**  56:21
**described**  86:21
**design**  50:19 62:8
**designer**  51:8
**details**  13:11
19:10,14

**developed**  62:9,18
**development**  28:5
**deviating**  82:17
**device**  36:2 37:13
40:8,16 49:16
50:5 62:10
**different**  13:2
16:20 26:9 31:6
**difficult**  26:10
**direct**  42:16 61:10
61:19 62:3,13
**directed**  67:7,8
**directly**  34:8
61:12
**disagree**  69:16
73:12
**discharge**  54:21
66:9
**disclose**  36:16,19
52:17 55:6,13
56:15 70:15 74:2
74:15 78:21 82:11
**disclosed**  36:18
81:11
**discloses**  36:20
37:5 54:19 66:7
66:15 75:5 76:19
77:19 78:5 81:10
**disclosing**  74:19
77:8
**disclosures**  54:17
66:6
**discuss**  19:2 22:2
45:12 56:5 67:21
81:5,9
**discussed**  22:12,13
22:14 25:1 56:6
68:21 69:3 70:5
70:11,16 73:8
74:11,16 76:4,7
81:11 82:5,10,13

discusses 77:8
discussing 48:5
54:6
discussion 14:7,21
22:4 34:19 78:3
discussions 23:4
25:4 70:18
dispersing 84:11
displaced 30:5
disposed 44:4
dissipation 34:7
distance 79:3 80:6
distant 83:5
district 12:9 15:5
16:1,3,6,10 17:18
divert 51:4 79:17
document 21:6
22:5 33:12,16
38:1 41:3,17 45:6
47:21 50:10 56:1
58:13 59:3,13,20
76:17 81:18
documentation
3:12 4:6
documented 84:7
double 39:15
dozen 26:17,19
dr 4:18 5:1 8:6
20:1 27:7 28:21
35:9 51:12 52:3,5
52:12 57:13 65:10
67:14,19 68:13,15
69:6,11,14,18,20
71:9,18 72:1 73:5
73:8 74:4 75:18
83:21 86:9,17
draft 21:16 22:8
22:18 23:2,3 24:6
26:20
drew 48:2

drugs 7:14,17
duan 3:12 4:6
36:12,13,19,20
37:5,7,8,10,17
38:12 40:2,4,5
41:8,19 42:19
43:10,17 44:6,15
44:20 45:1,19
48:8,11
duan's 37:12
41:20 48:12,14
duly 4:13 88:8
dunner 2:13
dyer 2:21 9:9,18
9:20 11:10,12,17
21:13,15 64:16
65:2 71:20 72:13

e

e 4:1,1,21 90:3,3,3
earlier 10:14 15:4
16:14 65:21 78:10
early 18:21 87:12
easy 83:11
edit 23:8
edited 22:14,16
23:5
editing 26:20
effective 62:8
efficiency 84:19
efficient 72:13
either 72:9 87:16
electrical 87:3
electronic 84:9
85:9
electronics 18:4
61:6,17
elements 66:12
emitted 84:8
emphasize 46:15
80:17

enable 70:6
ends 49:6
energy 29:9
engineering 87:3
enters 46:17,18
48:15 49:7,20
50:2,7,13
entirely 18:3
entitled 69:17
75:12
equilibrium 29:11
era 26:9
errata 89:11,13,17
escape 85:3
especially 12:12
esquire 2:4,14,21
89:1
essentially 20:13
28:11 35:6
estimate 10:4 11:3
et 80:12
etcetera 26:21
evaluated 28:20
evaluating 28:13
eventually 22:4,15
46:12
exactly 19:14
50:14
examination 3:1
4:12,16 33:12,16
38:1 41:3,17
47:21 56:1 58:13
59:3,13,20 65:8
67:20 74:10 81:8
81:18 83:19 86:7
88:10
examine 19:1
examined 8:13
88:8
example 34:21
36:12 46:4 50:20

84:12
exceed 86:20
exchange 29:8
38:21 43:16 44:1
44:3,6,11,14,17
45:2,13 46:19
47:9,13 66:20
71:1 75:6 78:14
79:5 80:11
exchanger 29:6,7
29:13,17 30:4,5,8
30:9,13,17,17,19
31:3,4,8,11,15
32:5,8,10,16 34:4
34:9 35:5 36:8,11
62:11 85:1
exchangers 27:14
28:8 29:19 30:1
62:20 75:6
exclusively 23:10
exhibit 3:8,11,12
3:13,15 4:2,5,8
20:1,7,20 21:17
27:3 34:13,16
35:18 37:8 49:9
53:13,18 54:1,13
54:16 55:19 57:19
59:7 60:4 65:13
65:16 70:10 74:21
75:3 76:14 77:8
79:7,11,20 84:3
exhibits 3:17
53:17
exits 49:3 50:8,13
expanded 47:17
expect 5:20
experience 28:12
87:4
expert 12:2,7,14
12:17 13:9 15:9
16:6 17:17 18:2

19:19 27:11 71:14
72:2 86:19
**expert's**  28:14
**explain**  74:17
**expressed**  22:5
23:9
**extensive**  45:19
46:2 48:19
**extent**  77:1
**external**  84:15,20

**f**

**face**  26:5,5
**facilitates**  29:8,15
**fact**  56:6 74:11,16
74:18 81:9 83:3
**facts**  22:21
**fails**  89:19
**fairly**  78:19
**familiar**  12:12
61:21 62:20
**fan**  56:6 84:15
**far**  18:10 19:1,10
52:14
**farabow**  2:13
**feature**  62:19
**february**  21:19
26:4
**feel**  5:9 6:13
**field**  61:4 86:11
**figure**  6:8 33:21
34:1,5 35:1,17,19
36:3,4 38:3,7,14
38:15 40:6 42:14
44:1,7,9,10 45:7,9
45:11,17 46:3,4,7
46:17 47:1 48:7
49:13,17 66:12,18
67:4,4 71:21 75:7
**figures**  37:16
45:10 75:9 77:1,4

**filed**  13:8 15:8,10
17:4,6
**filing**  27:18
**find**  33:13 34:14
44:7 58:15 61:1
81:19
**fine**  41:13 51:16
**finnegan**  2:13
**finnegan.com**  2:15
**fins**  50:17,17
**firm**  13:2,14,17,20
17:6,11,14 18:1
19:18
**first**  4:13 20:6
21:16 22:8,18
23:2,3 24:12
45:14 49:14 85:12
87:11
**five**  45:17
**flat**  48:18
**flexible**  54:21 66:9
**floor**  2:7,16
**flow**  35:11 36:1,7
37:5,14 50:14,19
51:4,8 53:2,8 81:3
**flows**  49:2,5,17
50:6 57:16 61:12
84:21
**fluid**  35:11 36:1,6
37:4,13 38:10,14
38:17 40:7,10
46:16 53:2,8 62:3
62:7 81:2
**fluidly**  75:8 76:20
**flux**  50:21 51:2,5
**focused**  19:15
61:18
**focusing**  82:21
83:3
**folder**  34:14 53:17

**folks**  71:21
**follows**  4:15 84:16
**font**  47:17
**force**  73:19
**foregoing**  91:5
**form**  58:6 61:12
**format**  23:7
**formed**  55:7
**forms**  35:21 36:2
37:13 40:1 43:6,9
43:16,21 44:17,21
45:2 47:14 58:1
59:10,16 60:1
**forth**  23:21
**found**  82:7
**foundation**  30:10
32:11
**free**  5:9 6:13
**frequent**  25:4
**friday**  11:13,18
**front**  20:4 60:18
**full**  4:19 9:2 26:17
**further**  31:18
63:18 72:17 74:17
83:15 84:19 85:21
87:14 88:10,13

**g**

**g**  4:1
**ganz**  13:17,20
16:11 17:5
**garrett**  2:13
**gas**  29:10
**gazette**  3:14 4:10
**general**  8:9,11
27:12
**generally**  5:15
**generated**  44:5
**gestures**  5:17
**getting**  36:9 87:9
**give**  5:14,19 25:11
28:21 33:10 41:12

41:14 47:16,19
**given**  19:10 70:13
84:7 91:9
**giving**  10:4
**glanced**  60:16,21
61:2
**go**  5:4 20:1 32:17
33:6,8,9,17,21
34:11,13,21 35:19
37:3,18,19 38:2,6
39:1,4 40:4,5
41:20,21 42:1
44:7,9 45:7,11,16
46:2,3 47:15 48:1
48:7 49:13 54:12
55:16,20 59:1,7
60:3 66:14 74:21
76:12 79:7,9
86:17 87:12
**goes**  81:15
**going**  8:21 9:12
10:8 19:14 29:1
51:11,13 53:10
55:20 57:10 58:9
58:14 66:5 68:8
68:19 70:3 71:12
71:16 73:19 81:21
**good**  4:18 44:10
45:17 46:3 51:20
65:10,12
**gotten**  19:13
**govern**  62:7
**grab**  29:1
**great**  29:4
**green**  42:7
**greenberg**  2:3
17:11 23:17 24:1
24:3,16,18 25:19
**gtlaw.com**  2:5
89:2

**guess**  12:19 42:6
  42:20 46:14

**h**

**h**  4:20 90:3
**half**  6:15 11:3
  51:11
**hand**  19:16 88:17
**handy**  12:8
**happy**  5:10 51:14
**hard**  5:17 6:1 46:8
**hardware**  29:8
**hatch**  46:9
**hatching**  47:17
**head**  5:16,17 72:3
**heading**  39:9
**hear**  52:5,8 65:11
**heat**  18:9 27:14
  28:8 29:5,7,12,15
  29:16,17,19 30:1,4
  30:5,8,9,13,16,17
  30:19 31:2,4,8,11
  31:14 32:5,8,10,16
  34:4,9 35:5 36:8
  36:11 44:5 49:18
  49:20 50:1,2,6,21
  51:2,5 54:20 55:7
  57:8,21,21 58:5,8
  59:16,21 60:7
  62:11,20 66:8
  75:5,6 79:17 83:5
  84:8,11,19 85:1,3
  85:6
**heavy**  48:2
**help**  34:11,18
  58:21
**henderson**  2:13
**hereto**  91:7
**high**  34:7 51:2
**higher**  31:21
**hillview**  2:16

**hired**  19:18
**hodes**  1:10 3:2,10
  3:11 4:2,3,5,8,11
  4:18,20 5:1 8:6
  20:1 27:7 28:21
  35:9 51:12 52:3,5
  52:12 53:13 57:13
  65:10 67:14,19
  68:13,15 69:6,11
  69:14,18,20 71:9
  71:18 72:1 73:5,8
  74:4 75:18 83:21
  86:9,17 87:17
  89:5 90:2,24 91:2
  91:4,12
**hold**  81:16,20
**holding**  72:12
**holds**  42:3
**honest**  68:20
**hose**  49:18,21 50:8
  54:21 57:8,21
  58:6 66:9
**hoses**  55:8
**hot**  49:7
**hour**  6:14,14
  51:11
**hours**  9:3,4,20,21
  10:1,4 11:8 26:18
  26:19
**housing**  31:3
  39:13
**hum**  34:2
**human**  18:10
**hundred**  51:6
**hypothetical**
  30:11 32:12

**i**

**i.e.**  22:6 36:1 37:14
**identification**  4:4
  4:7,10 53:15

**iii**  39:9
**impair**  7:14
**impeller**  39:14,15
  39:17 40:9,9,17,17
  55:1,8 59:9 60:6
  66:10
**implements**  85:2
**improper**  86:13
**improve**  85:8
**inanimate**  18:10
**inappropriate**
  68:13 69:9
**include**  38:10
**includes**  38:20
  40:16 41:20 48:4
**including**  22:11
  27:12 39:13 67:1
  67:11 82:4
**incomplete**  30:11
  32:11
**increase**  84:19
**index**  3:1,8
**indicates**  67:5
**indirect**  61:16,20
  62:4,13
**indirectly**  61:14
**influence**  7:13,16
**information**  71:12
**inlet**  38:15 57:15
**inner**  42:4,6,12
  43:5,8,10
**inside**  42:21 85:1
**insofar**  21:5 23:2
  82:5
**institution**  8:18
**instructing**  72:19
  72:20 73:1,15,17
**instruction**  74:1
**integrate**  31:18
  36:10

**integrated**  30:14
  30:20 31:11,18
  34:10 35:8 36:8
  61:13 78:14 80:13
**integrating**  31:5,6
**integration**  27:13
  28:8 29:18,21
  30:9 32:1,4,10
  62:11
**intend**  63:20
**intent**  77:12
**interconnect**  34:6
**interest**  61:15
**interested**  87:9
  88:15
**interject**  64:16
**introduced**  56:7
**invention**  41:20
**involve**  15:19
  26:19 61:5
**involved**  23:17
  72:4
**involves**  6:5 18:17
  28:13 62:10 87:8
**involving**  11:1
  16:2 54:9
**ipr**  11:1,21 15:7
  18:17 20:3 27:20
**ipr2020-00522**  1:6
  20:3
**ipr2020-00523**
  53:20
**iprs**  53:3 54:7
**ish**  81:15
**issue**  6:9
**issues**  70:16
**item**  62:19
**iterated**  23:4
**iteration**  22:3
**iterative**  21:20

| **j** | lengths   30:6 32:16 | 77:12 | matter   14:8 18:3,5 |
|---|---|---|---|
| **january**   21:19    26:4 | 78:1 | **loosely**   78:19 | 18:7,17 19:17 |
| | **lesser**   24:13 | **lot**   22:3 28:12 | 68:21 |
| **k** | **light**   44:12 | 62:12 | **matters**   19:16 |
| **kchen**   2:5 89:2 | **lime**   42:7 | **low**   51:3 | 25:1 |
| **keep**   51:13 73:13 | **limitation**   66:16 | **lower**   38:8 42:4 | **mean**   7:21 8:3 9:8 |
| **ken**   2:21 24:3 | **limitations**   85:11 | 45:20,21 46:6,15 | 10:16 14:10 23:21 |
| **kind**   72:15 | **line**   48:2 90:4,7,10 | 48:20 59:16 60:1 | 24:2 26:6 27:16 |
| **knew**   70:12 | 90:13,16,19 | 60:8 83:10 | 27:17 28:7,11,16 |
| **know**   6:16 15:17 | **liquid**   27:12 28:12 | **m** | 29:18 32:21 40:10 |
| 15:19 19:9 24:14 | 29:9,16 38:15,16 | **m**   4:20 | 40:12 42:13,14 |
| 39:7 43:3 50:16 | 40:8,14,17 42:3,9 | **madame**   52:7 | 43:21 64:12 70:7 |
| 51:6 69:17 72:2 | 42:16,17 43:1,6,11 | **magnetohydrod...** | 71:10 77:14 78:10 |
| 73:9,19 78:20 | 45:14 48:14 49:2 | 62:16 | 80:8,9 |
| 80:12 87:5,11 | 49:5,7,7,17,20 | **main**   24:15 84:10 | **meaning**   82:18 |
| **known**   84:12 | 50:2,5,13 55:2 | **making**   30:2 46:8 | **means**   36:10 56:10 |
| **knows**   71:15 | 60:13,19 61:5,8,10 | **management**   18:5 | 56:13 74:12 |
| **kyle**   2:4 24:16,18 | 61:12,17,19,20 | 27:12 61:5 84:19 | **meant**   29:21 |
| 24:19 25:5,15 | 62:3,4,10,12,14,17 | **managing**   84:8 | **mechanical**   87:2 |
| 64:18 67:21 68:18 | 66:11 67:1,10 | **manner**   52:19 | **mechanics**   62:7 |
| 70:2,19 71:14,21 | 79:15 82:3 83:11 | **marc**   1:10 3:2,10 | **meet**   9:5,10,14 |
| 74:8 81:5,8 89:1 | 84:21 85:5 86:11 | 3:11 4:3,11,20 | 24:3 25:18 26:4 |
| | 87:4,8,9 | 87:17 89:5 90:2 | **meeting**   70:12,20 |
| **l** | **listed**   28:17 | 90:24 91:2,4,12 | 74:9 |
| **lab**   61:21 | **litigation**   12:3,9 | **marked**   3:10 4:3,6 | **meetings**   26:2 |
| **labeled**   45:14 | 12:15 15:5 16:1,7 | 4:10 20:7,20 | **member**   60:10 |
| 46:17 | 16:10 | 21:17 27:3 34:16 | **membrane**   35:4,7 |
| **lack**   50:21 | **little**   62:2 | 37:8 53:14,17,18 | **mentioned**   5:14 |
| **lacks**   30:10 32:11 | **llp**   2:3,13 14:2 | 57:19 | 16:14 23:15 75:15 |
| **lambie**   1:14,21 | **located**   30:16 34:8 | **maryland**   88:1,4 | **met**   9:7,11 10:2 |
| 88:3,20 | 42:3,9 | **massachusetts** | 11:9,11,12,14,17 |
| **latched**   82:12 | **long**   14:19 25:8 | 1:12,13 | **metal**   61:12 62:13 |
| **law**   7:9 13:14,17 | 64:5,6,10,12 | **master's**   87:6 | 62:14,17 |
| 13:20 17:6,14 | **longitudinal**   50:16 | **material**   23:11 | **michele**   1:14,21 |
| 19:18 72:10 88:8 | **look**   35:17 46:3 | 31:16,19 32:5 | 88:3,20 |
| **leading**   8:11 | 49:9 58:9 61:3 | 62:4 67:2 82:9 | **microchannel** |
| **leaves**   49:8 | 66:17 67:3 | **materials**   8:13,16 | 62:21 |
| **left**   38:15 | **looked**   8:17 60:13 | 9:1 10:16,16 22:2 | **midatlantic**   89:15 |
| **legal**   12:13 19:14 | 60:19 | 22:11,13 26:20 | **middle**   72:6,16 |
| 72:2 89:23 | **looking**   33:9,14 | 28:13,16,17,20 | **middleton**   18:2 |
| | 37:20 58:16,18 | | 19:18 |

mind  80:18
minute  44:2 51:18
  63:5 67:19
minutes  14:20
  63:9 64:5,7,17,20
mischaracterizing
  40:19 56:17 76:16
mistakes  21:2,8
misunderstandin...
  21:4
modification  85:8
modify  84:13
moment  58:15
monday  1:11
monolithic  46:13
months  13:10,13
  23:16
morning  4:18
  11:12
motivated  84:13
  84:18
motivation  83:6
motor  60:10
move  75:20

**n**

n  4:1
name  4:19 23:19
  24:12
named  88:5
names  24:9,14
nearly  87:10
necessary  70:17
  86:20 91:6
need  6:12,15 31:20
  33:5 64:7 72:4
  83:9 84:7
neither  75:15
never  26:1,1 28:1
  28:1 75:15
nod  5:16

nontechnical  19:9
northern  16:3
notary  1:14 88:3
  91:13,19
note  76:11 89:10
noted  91:7
noticed  51:10
notified  9:12
november  1:11
  88:18 89:3
number  12:8
  53:20

**o**

o  4:1,20 54:18
oath  7:5,9 71:19
object  6:3 18:10
  29:15
objection  6:10
  12:20 18:20 22:20
  30:10 31:12,13
  40:19 45:5,5
  50:10 56:17 75:11
  76:11,12 86:15
objections  30:21
  31:1 71:6 76:3
objective  85:8
objects  29:9
obvious  84:9 85:7
  85:11
october  20:13
office  1:1 15:20
  17:18 19:6,20
oh  34:15 49:14
  65:10,12
okay  5:6,12 6:2,19
  7:18 9:17 10:14
  10:20 13:14,19
  14:1,12 15:14,17
  16:18 19:4,17
  27:6,9 29:3 33:9
  33:17 34:15,20,20

35:3,19,19 36:19
37:10,12,15,19,19
38:2 39:6 40:3
41:10 47:3 48:9,9
48:9 49:2,12,14,15
49:16 51:19 53:21
54:14,14,16 55:19
57:11 58:20 59:8
59:8 60:5,6 63:7
63:10,19 64:14,15
65:3,13,19,20
67:14 74:6 75:1
79:8,12 86:19
once  9:12
ongoing  16:3
open  27:6 34:18
  34:21 37:9 49:11
  49:12 55:17 57:10
  57:11 65:15
opening  37:10
  47:12 48:19
opined  68:21
opinion  13:9 24:5
  36:15 37:5 41:9
  45:2 46:14 47:14
  54:18 55:6,14
  59:9 66:6 76:21
  78:6 85:19,20
opinions  20:19
  22:5,6,7 23:6,9,10
opportunity  70:13
opposed  61:14
opposite  39:19
  50:7
ordinary  86:10
original  74:18
outcome  88:16
outer  43:11
outlet  38:16 45:14
  45:21 46:15 48:11
  48:16 49:3

outside  31:12
  32:12 43:1,3
  75:21 84:15,20
  86:12
overall  30:2 43:6
owner  1:7 2:12
  21:6
owner's  8:18

**p**

p  4:1 54:18
p.m.  1:12 51:21
  52:1 63:15,16
  65:6,7 87:18
page  3:2 20:6
  33:21 38:3,7 39:4
  40:6 41:21 42:1,6
  42:7,14 44:9 45:8
  45:11,17,18 46:4,7
  47:2 48:2,2,8
  49:14 58:15 66:18
  67:4 79:10,12
  81:15,21 84:3
  85:12 90:4,7,10,13
  90:16,19
palo  2:8,17
paragraph  27:2,4
  27:9 28:10,17
  29:19 33:5,18
  54:12,14,16 58:19
  59:1,5,7 60:3
  65:19,20 66:1,4
  70:10 74:21 75:3
  75:14,15 76:14
  77:7,15 78:4 79:7
  79:10,20 82:1,2
  84:2 85:13
paragraphs  82:16
part  39:12,14 40:8
  40:16 42:2,8 43:6
  46:12 77:11,15,17
  78:7,10,12 79:9

80:3,5,17,18 83:1
83:13 85:12
**particular**   10:2,5
51:9 57:2 62:8
77:14
**parties**   35:10
80:21 82:18 88:14
88:15
**parts**   23:5
**party**   17:19
**passage**   48:4 49:7
**patent**   1:1,2,7 2:12
3:14,15 4:9 8:18
10:3,17,18,18 11:1
11:2,7 12:1,1,1
14:13 15:19,21
17:4,7,18 19:2,6
19:10,20 21:6
22:1,12 26:15
38:20 39:12 53:9
53:14,19 54:3,9,10
55:5,12,15 56:3,11
56:11,14,14 57:19
65:18 75:4 82:16
87:11
**patents**   15:8,11
16:2 19:12 24:21
25:6,10,15,21 53:3
77:9
**path**   35:11 36:1,7
37:5,14 50:15,20
51:8 53:2,8 67:5,6
81:3
**pattern**   46:9
**pause**   33:11,15
37:21 41:2,16
47:20 55:21 58:12
59:2,12,19 81:17
**pending**   6:17
**people**   5:16 26:5

**perfectly**   74:1
**perimeter**   49:21
50:3,7,8
**person**   9:14 21:14
25:19 26:2 86:10
**personally**   63:1
67:6 88:6
**perspective**   19:15
28:14
**pertinent**   18:5
**petition**   13:8
15:13 16:14 17:6
54:2
**petitioner**   1:4 2:2
12:11
**petitions**   15:7,10
16:15 17:3 27:18
**ph.d.**   1:10 3:2,10
3:11 4:3,11 87:18
89:5 90:2,24 91:2
91:4,12
**phase**   87:7
**phone**   9:16 14:17
**photos**   61:2
**physical**   42:17
79:3
**physically**   32:15
**picture**   33:14
**piece**   29:8
**place**   81:20 88:7
**plane**   50:17
**plate**   29:12,14
34:4,9 44:13,16
45:1 50:4,13,15
51:1 57:14,16
62:5
**plates**   61:20
**played**   24:13
**please**   4:18 5:9,14
5:18 6:13 37:9
38:3 49:13 63:14

69:9 70:1 71:9
84:5
**point**   65:2 72:11
77:20 78:4
**pollard**   13:18,20
16:11 17:5
**portion**   38:13
41:19 67:8 75:21
80:9
**posita**   54:18 66:6
84:12,17 86:10,21
87:1
**position**   72:1
73:10 74:18
**positioned**   39:17
39:19 48:11
**posito**   50:19
**possible**   64:13
65:1
**powered**   34:7
**precisely**   43:19
70:4,16
**predominantly**
61:11
**prefer**   37:17
**preliminary**   8:17
21:5
**preparation**   9:1
11:15,18 15:1
25:3,5 57:1
**prepare**   8:7 9:5
13:5,20 18:2
21:13
**prepared**   8:14
13:7 16:11 17:5
18:13 21:16,18,20
**preparing**   13:15
18:14,15 24:8,20
25:9,14,19 26:14
**present**   2:21

**previously**   11:4
36:9 66:17 69:4
**primary**   24:17
27:10
**principle**   62:6
**prior**   19:2,12
21:21 22:11 36:12
83:4 84:8 85:15
**privilege**   6:6,6,9
6:10 69:10,10,13
71:14 73:10
**privileged**   68:11
69:6 71:3,11
72:21 73:3,5,9
74:2
**probably**   64:11
**problem**   65:4 82:1
83:9
**proceed**   5:5 72:17
**proceeded**   22:2
**proceeding**   17:19
19:6,8,19,20 20:3
63:21
**proceedings**   15:18
15:19 27:21 88:12
**process**   18:13,15
21:20 24:20 25:8
25:11
**product**   60:17,18
**products**   28:5
60:14,16,20
**proper**   71:4 74:1
**prototype**   62:18
**provided**   21:21
**proximity**   30:7,13
**ptab**   15:20
**public**   1:14 88:3
91:19
**pump**   30:3,7,9,12
30:16,17,19 31:2,3
31:8,10,14,17 32:4

32:6,8,10,15 34:3
34:8 35:5 36:8,11
38:20 39:13,18
40:1,3,5,6,15 41:8
41:18 42:2,9 43:3
43:7 44:4,21 47:5
47:13 49:17 57:7
57:15,20 58:5,8
60:10 62:11,14,15
62:16 66:19 78:14
79:6 80:10 83:5
**pumps**   27:13 28:8
28:13 29:19 30:1
62:21
**purpose**   82:12
84:10
**purposes**   79:2
**put**   60:17
**putting**   72:1,5

**q**

**question**   5:11,19
6:4,6,11,17,18
8:10 15:5 16:5,21
19:4 22:17 41:5
44:19 68:7,15,18
69:2,20 70:2,5
71:9 72:3,8,19
73:2,7,11,13,20,21
74:3,4 76:5,6,10
76:12 86:3,18
**questions**   5:8,9,15
6:4,10 7:5,15 63:6
63:18 75:13 83:16
83:18 86:1 87:14
**quick**   64:17
**quieter**   83:10

**r**

**r**   3:4 4:1,20 90:3,3
**radia**   77:3

**radiator**   56:7 57:5
75:5 76:19 77:3
77:15,21 78:13
79:2,15 80:5 83:4
83:13 84:9,11,15
84:20 85:2,4,7
**read**   19:11,12 44:2
58:3 59:11,18
66:5 84:5 89:9
91:5
**reading**   28:10
76:18 87:18
**ready**   7:18 37:11
64:19 75:2
**real**   64:16
**really**   51:7 78:15
**reason**   26:3 57:4
65:11 67:2 89:11
90:6,9,12,15,18,21
**reasonably**   20:10
**recall**   13:14 24:7
52:18,20 65:21
70:4 82:19
**recalled**   23:19
**receipt**   89:18
**received**   22:11,13
23:3 60:15
**receptacle**   35:11
36:1,6,21 37:4,13
53:2,8 81:2,4
**recess**   51:21 52:1
63:15,16 65:6,7
**recirculation**
66:18 67:5,6
74:13
**recited**   38:19
**recites**   39:12
**recognize**   54:1
60:17
**recollect**   57:1

**recollection**   15:16
39:1 53:6,6,12
58:3
**record**   4:19 84:6
88:12
**recorded**   88:11
**rectangle**   45:18,19
**red**   47:4,11 48:2
**redirect**   63:20,21
64:4 67:21 68:2
68:19 70:3,5,9,21
74:10 75:12,13
76:1,5,8 81:8
86:13
**reexamination**
67:17
**refer**   7:20 15:20
36:12 44:1 45:14
78:17 85:15
**reference**   34:12,14
34:21 37:8 42:14
52:17 54:5,6 57:5
77:4,13
**referenced**   89:6
**referred**   47:8
**referring**   76:15
79:21
**refers**   45:19
**refuse**   71:16
**regarding**   38:7
70:9,10 85:16
**region**   44:21 51:3
51:3,4
**regions**   47:11
**regular**   25:15
**relate**   18:8
**related**   65:17 87:7
88:14
**relates**   18:9 78:3
**relation**   14:8,9
15:1 19:6

**relative**   32:14
**relatively**   51:3
**relevant**   58:15
**remember**   13:11
15:12 24:9,14
26:6 55:17 58:10
61:3 68:20 69:1
**remind**   71:18
**renders**   85:11
**repeat**   41:4 44:19
68:16 69:21 70:1
76:10
**repeatedly**   71:10
**rephrase**   73:20
**report**   80:20
**reported**   1:20
**reporter**   5:13,18
52:7,9 63:13
**representing**
19:11 48:19
**required**   91:13
**research**   61:4,11
61:18
**reservoir**   35:10,15
36:2,5,16,18,19,20
36:21 37:6,14
38:7,13,18,19
39:13 40:2,3
43:17 47:14 48:3
52:18,20 53:1,7
54:20 55:7,13
56:5,10,13,15 57:3
58:1,6 59:17 60:7
60:9 66:8,21 67:1
67:9,11,12 70:15
74:15,19 75:8
76:4,7,15,20 77:2
77:9,17,19 78:2,3
78:5,7,12,16,18,19
78:21 79:1,4,15,16
79:17,21 80:4,6,10

[reservoir - sorry]                                                                                              Page 13

80:15,15,21 81:2
81:10,12 82:3,4,11
82:18 83:1 84:14
85:4,6,6,16
**respect**  28:4 30:1
30:2 85:18
**respectfully**  80:2
**response**  8:18 21:6
**restate**  5:11
**retained**  12:2,7,14
12:17 15:7,9 16:6
17:17 18:1
**retrospect**  56:20
**return**  89:13,17
**reuben**  14:6,7,15
14:16,21 17:14,16
**reveal**  10:9 68:10
69:6 71:3,11
72:21 73:2
**review**  21:5 56:20
89:7
**reviewed**  8:16
21:7 56:3,4
**reviewing**  10:15
26:19
**revisit**  43:19
**rewrote**  23:5
**right**  14:13 16:16
25:16 28:5 34:5
35:12 37:1 40:18
42:19 43:14 47:18
55:9,19 56:12,13
56:19 60:11,12
72:12 73:21 82:18
**role**  24:13
**roughly**  26:17
**routed**  62:3,5
**rpr**  1:21
**rules**  5:4 72:10

**s**

**s**  1:6 4:1,21 7:21
54:18 89:4 90:1,3
91:1
**safe**  64:13
**samples**  60:15
**saw**  67:6
**saying**  64:12
**says**  39:11 67:9
79:14
**scope**  31:12 32:13
75:12,13 76:1
86:12
**screen**  32:20,21
46:9
**scroll**  41:11,14
43:18
**scrolling**  33:2
40:21 47:18 55:20
58:11 81:16
**second**  5:19 33:10
41:14 47:16,19
81:16,21
**seconds**  28:21
**section**  54:21 66:9
75:6
**see**  6:7 26:16
27:14 32:20 33:1
33:2 34:3 39:9,20
42:5 45:8,17 46:7
46:8 47:17 53:21
55:3 66:18 75:9
79:13,17
**semiconductor**
62:4
**sense**  29:14 87:1
**sent**  22:17 23:14
89:14
**sentence**  77:7
79:13

**separate**  26:11
78:13
**separated**  31:9
32:5,15 44:18
45:3 60:9 77:16
77:21 79:3 80:7
**series**  5:8 19:12
**set**  88:7
**shake**  5:16
**shape**  48:17
**shared**  37:7
**sheet**  89:11
**shin**  34:1,11,14,20
35:17 36:3,5,7,15
36:17 37:6 49:9
49:11,12,13 50:1
52:17 54:5,6,19
55:6,13 56:5,6,7
56:15 57:3,3,4,7
57:10,11,14,20
58:5,16 59:9,17,21
60:9 66:7,15 67:3
67:7,8,11 70:15
74:12,15,17,19
75:5 76:4,7,15,19
77:2,5,8,18 78:8
78:17,20 79:14,21
80:12,16 81:3,10
81:14 82:6,9,10,12
83:7,8,12 84:14,18
85:3,10
**shin's**  49:16 50:1,5
**short**  30:18 63:4
**shortly**  26:6
**show**  36:13 72:9
72:10 83:4
**showed**  37:15
45:18
**showing**  79:2
**shown**  36:3 38:15
38:16 47:4,7 48:8

49:16 66:12 75:7
75:9 77:1,4 85:1
**shrink**  47:16
**shrouds**  42:9 43:5
**side**  39:17,19 40:7
40:10,12 42:16
48:18,19
**sided**  39:15
**sides**  48:18
**sign**  89:12
**signature**  20:6
88:20
**signed**  89:20
**significant**  30:5
**signing**  87:19
**silicon**  61:13
**simply**  67:3 83:6
**simultaneously**
24:9
**single**  35:11,21
36:6,21 37:4,13
53:2,8 81:2,4
**sink**  49:18,20 50:1
50:2,6 54:20 55:8
57:8,21 58:5,8
59:16,21 60:8
66:8 83:5
**situation**  32:15
**skill**  86:10
**slightly**  16:20
**small**  31:9
**snaking**  84:21
**soft**  31:16
**solid**  29:15 46:11
**solutions**  83:8,11
89:23
**soon**  64:13 65:1
**sorry**  14:11 23:1
24:2 30:21 33:4
33:13 41:5 64:6
72:3

**sounds** 15:9
**space** 31:9 44:16 48:15 49:1 79:16 85:5
**spaced** 75:7 76:19
**spatially** 44:17 45:3
**speaking** 76:3
**speaks** 45:6 50:10 76:17
**specifically** 79:9 80:20
**specified** 23:12
**spell** 4:19
**spend** 8:20 9:18
**spent** 10:15,21 11:8 26:13
**spoken** 21:14
**squared** 51:5,7
**stage** 40:13
**stages** 19:1
**stand** 20:19 76:11
**standing** 34:6
**start** 19:2 64:2
**started** 19:5 87:9
**starting** 79:13
**state** 4:19 27:10 29:11 86:20 88:1 88:4
**stated** 11:4 36:9 43:19 44:2 59:4 81:13
**states** 1:1
**stator** 39:18
**staying** 47:1
**stenographically** 88:11
**stick** 37:17
**stipulated** 35:10 80:21 82:18

**stop** 69:9 71:6,12 76:3
**strike** 46:21 75:20 81:6
**structural** 54:20 66:8
**structure** 42:2,8 42:21 43:2,6 83:14
**stuck** 72:15
**subject** 18:5,7
**submitted** 17:3 20:2 53:19 54:2 57:18
**subscribed** 91:14
**substance** 7:1 52:13 68:1 69:18 70:11
**substantial** 32:16 78:1 79:3
**sufficiently** 82:7
**suggestion** 71:20
**suggests** 54:19 66:7 75:5 76:19
**suits** 51:15
**supply** 55:1 66:10
**supported** 80:16
**supposed** 6:21
**sure** 4:20 7:12,19 8:8,13 11:2 17:1 20:4 26:16 27:4 29:21 32:7,19 33:7 34:20 37:10 39:4 43:15,18 48:9 49:11,14 50:14 51:19 55:18 57:11 59:1 63:11 64:21 65:15,20 70:1 75:1 78:18 79:12 84:7 86:4,6

**surface** 43:10,11 45:16
**surrounding** 43:2
**sworn** 4:13 88:8 91:14
**system** 30:2 62:18 80:5 85:3
**systems** 1:3 8:4 27:11 87:4 89:4 90:1 91:1

**t**

**t** 54:18 90:3,3
**take** 6:12,14,18 25:12 29:2 51:12 51:14,17 57:13 58:14 63:4,12,20 64:3,11
**taken** 1:11 51:21 63:15 65:6
**takes** 29:14
**talk** 5:20 14:15 52:12
**talked** 14:16 21:12 25:15 65:21
**talking** 9:18 32:4 43:5 49:1 75:14 77:3 80:14 83:7
**teaches** 79:14 85:3
**technical** 19:16,19
**technique** 85:2
**technologies** 61:9
**technology** 61:17
**tell** 4:13 8:6,8 10:20 33:5 35:21 39:3 58:18 68:7 68:18 70:2,7,8,14 70:19 73:7 74:8 74:14
**telling** 70:4
**ten** 23:16 51:18

**term** 38:19 43:8 80:9 82:21
**terminology** 12:16
**terms** 12:13 19:2 62:6 69:13 81:11
**testified** 4:15 52:16 57:20
**testifying** 7:9
**testimony** 22:21 40:20 56:18 68:1 75:21 76:16 85:18 89:9 91:8
**text** 64:19
**thank** 52:10 63:14 63:19 65:5 67:14
**thanks** 41:15 52:4
**thereof** 50:21
**thermal** 18:4,5 27:12 29:9 38:21 43:16,21 44:3,6,11 44:14,17 45:2,13 46:18 47:8,13 61:5 66:19 78:14 79:5 80:11
**thing** 56:10,13 66:16
**think** 51:7 72:4 73:21 81:20
**thinks** 72:8
**thirty** 45:17
**thoughts** 82:21
**three** 9:12 10:11 10:17 15:7 17:2,3 24:8,20 25:6,9,14 25:19 26:11 48:18
**time** 6:12,16 8:20 9:17 10:15,21 11:3,5,9,11,12,14 11:17 26:12,13 29:2 57:13 64:10 88:6 89:19

**timeframe**  89:8
**times**  23:8
**today**  5:5 7:1,15
  8:7,12 9:1,6,13
  10:21 11:15,19
  15:2 21:3 56:4
**today's**  11:1 85:18
**told**  5:7 6:20 26:17
**top**  30:16 34:4,8
  38:15 72:3
**total**  11:3
**touches**  43:1,2
**trademark**  1:1
**transcribe**  5:18
  6:1
**transcript**  3:9,17
  87:19 88:12 89:6
  89:18,20 91:5,8
**transfer**  18:9
  29:16 62:7
**translation**  3:13
  4:9
**transverse**  50:16
**traurig**  2:3 17:11
  23:18 24:1,3,16,18
  25:19
**trial**  1:2 15:21
**true**  88:12 91:8
**truth**  4:14,14,14
**truthfully**  7:5,15
**try**  5:14,20
**trying**  33:13 41:7
  46:3,15 68:20
  69:1 72:13 81:19
**tubing**  30:18 32:9
  44:18 45:4 46:5
  46:14 80:14
**turn**  27:2 65:13,19
  84:2
**two**  9:11,20 15:10
  15:15 25:7 28:21

29:9 30:14 47:11
  61:1 87:7
**type**  5:17 22:8,10
  34:7 61:8

**u**

**ultimately**  8:14
**um**  34:2
**unambiguous**  82:9
**unambiguously**
  81:13
**understand**  5:9
  6:4 7:2,4,10 8:1,4
  15:6 26:10 32:3
  35:9,13 41:7
  54:19 66:7
**understanding**
  16:8 29:5,7
**unexamined**  3:14
  4:9
**uniformity**  50:20
**unit**  1:13
**united**  1:1
**university**  2:6
**unrelated**  18:4
**upper**  34:5 59:10
  60:7
**upward**  84:21
**use**  45:10
**usually**  62:15

**v**

**v**  89:4 90:1 91:1
**vague**  12:20 15:15
  18:20 22:20
**valid**  74:20
**various**  12:13
**vastly**  86:20
**verbal**  5:14,19
**verify**  58:2 89:9
**veritext**  89:14,23

**veritext.com**
  89:15
**viable**  62:19
**vibration**  35:4
  58:7 60:10
**vibrations**  31:17
  32:6
**video**  9:15 14:17
  14:18
**view**  66:15 81:3
  84:14 85:10
**viewed**  28:15
  70:17 80:15
**viewing**  79:1
**views**  70:6,9
**vivek**  24:12
**vs**  1:5

**w**

**wait**  5:18
**waiting**  64:17
**waived**  87:19
**wall**  42:4,6,12,15
  42:18 43:5,8,9
  46:11
**want**  8:8 15:4 38:6
  41:11 68:5,16
  69:21 87:13
**wanted**  43:4 70:14
  74:14 77:20 83:3
**water**  29:1 55:1
  61:12 66:10
**watts**  51:5,6
**way**  7:8 21:20
  28:14 36:5 78:21
  81:20 88:15
**we've**  78:21
**website**  60:16
**websites**  61:1
**week**  9:2 10:6,12
  10:17

**week's**  10:15
  26:17
**weeks**  8:15,21
  9:12 24:4 25:11
  25:13
**welcome**  52:3
**went**  23:20
**wish**  36:13 69:2
**wit**  88:2
**witness**  3:2 10:11
  12:21 18:21 23:1
  30:12 31:2,14
  32:14 33:13,17
  38:2 40:21 41:4
  41:18 45:7 48:1
  50:12 51:13,19
  52:6 56:2,19
  58:14 59:4,14,21
  63:7,10,18 68:10
  69:9,12 71:3
  72:15,19,20 73:1,2
  74:6 76:18 81:19
  83:16 86:4,6,14
  87:15 88:5,17
  89:8,10,12,19
**word**  22:10,11
**words**  21:9
**work**  9:2 16:9
  17:7,10,13,15
  26:17 27:19 28:4
  61:4 62:17
**worked**  13:15 14:1
  24:10 61:9,10,16
  62:9 63:1
**working**  13:12
  19:5 26:11 87:10
**works**  7:8
**worried**  77:17,19
**worth**  10:15
**wrong**  69:15 81:20

| |
|---|
| **wrote**   44:3 55:10 <br> 77:11 80:8,18 <br> 83:1 |
| **x** |
| **xavier**   23:19 24:11 |
| **y** |
| **yeah**   10:7 12:21 <br> 26:6 33:17 35:3 <br> 36:4 37:2 38:6 <br> 39:10 40:4 41:14 <br> 42:20 43:21 46:3 <br> 48:1,17,21 49:5 <br> 62:14 64:8,21 <br> 65:3 81:1 82:2,19 |
| **year**   21:19 |
| **years**   61:19 87:3 <br> 87:10 |
| **yesterday**   14:16 |
| **z** |
| **zoom**   1:11 4:12 <br> 9:16 88:6 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.