Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　　Plaintiff and<br>　　　　　Counterdefendant,<br><br>ASETEK USA, INC.,<br><br>　　　　　Counterdefendant,<br><br>　　v.<br><br>COOLIT SYSTEMS, INC.,<br><br>　　　　　Defendant and<br>　　　　　Counterclaimant,<br><br>COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.,<br><br>　　　　　Defendants,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>　　　　　Defendants. | CASE NO. 3:19-cv-00410-EMC<br><br>**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF ASETEK DANMARK A/S'S AND ASETEK USA, INC.'S OPPOSITION TO DEFENDANTS' DAUBERT MOTION TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF DR. NISHA MODY**<br><br>Date:　　　May 5, 2022<br>Time:　　　1:30 PM<br>Location:　Courtroom 5, 17th Floor<br>Judge:　　　Hon. Edward M. Chen |

Decl. of J. Smyth ISO Asetek's Opp. to Defs' Mot. to Exclude
Portions of the Expert Report of Dr. Nisha Mody
Case No. 3:19-cv-00410-EMC

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel for Plaintiff and Counterdefendant Asetek Danmark A/S ("Asetek") in the above-entitled action. I submit this declaration in support of Asetek's Opposition to Defendants' Daubert Motion to Exclude Portions of the Expert Report of Dr. Nisha Mody. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

**IDENTIFICATION OF EXHIBITS**

2. Attached hereto as **Exhibit A** is a true and correct copy of an excerpt of the Expert Rebuttal Report of John L. Hansen, dated December 8, 2021 (submitted for filing under seal).

3. Attached hereto as **Exhibit B** is a true and correct copy of an excerpt of the transcript from the January 5, 2022 deposition of Mr. John Hansen (submitted for filing under seal).

**RELEVANT FACTS CITED IN ASETEK'S MOTION**

4. Dr. John Abraham submitted two expert reports in this matter. Dkt. Nos. 396 and 399-4. Neither of Dr. Abraham's expert reports included any opinion or evidence that CoolIT's redesigns were available in 2015 and he has nowhere described facts or data that would support that apparent opinion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of April 2022, at Palo Alto, California

By: /s/ *Jeffrey D. Smyth*
Jeffrey D. Smyth
*Attorneys for Plaintiff and Counterdefendant ASETEK DANMARK A/S and Counterdefendant ASETEK USA, INC.*

1

DECL. OF J. SMYTH ISO ASETEK'S OPP. TO DEFS' MOT. TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF DR. NISHA MODY
CASE NO. 3:19-CV-00410-EMC