# Exhibit
# B

SUBMITTED FOR FILING UNDER SEAL

**Exhibit B - Submitted for Filing Under Seal**