Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:    (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | CASE NO. 3:19-cv-00410-EMC |
| Plaintiff and Counterdefendant, | **ASETEK DANMARK A/S'S AND ASETEK USA, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| ASETEK USA, INC., | |
| Counterdefendant, | |
| v. | |
| COOLIT SYSTEMS, INC., | |
| Defendant and Counterclaimant, | |
| COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD., | |
| Defendants, | |
| CORSAIR GAMING, INC. and CORSAIR MEMORY, INC., | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff and Counterdefendant Asetek Danmark A/S and Asetek USA, Inc. ("Asetek") hereby bring this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Asetek Danmark A/S's and Asetek USA, Inc.'s Opposition to Defendants' Motion for Summary Judgement and Exhibits to the Declaration of Arpita Bhattacharyya submitted in support of same, which contains, reflects, or summarizes information designated by Defendants CoolIT Systems, Inc. as confidential under the terms of the Stipulated Protective Order (Dkt. 51).

For documents designated as confidential by another party or non-party (the "Designating Party"), civil Local Rule 79-5(f) requires that a filing party "identify each document or portions thereof for which sealing is sought." Civil L.R. 79-5(f)(1). "Within 7 days of the motion's filing, the Designating Party must file a statement and/or declaration as described in subsection (c)(1)." Civil L.R. 79-5(f)(3).

**Papers Submitted for Partial Filing Under Seal**

The green highlighted portions of Asetek Danmark A/S's and Asetek USA, Inc.'s Opposition to Defendants' Motion for Summary Judgement contains, reflects, or summarizes information CoolIT has designated Confidential or Highly-Confidential Attorneys' Eyes Only. Based on these designations, Asetek respectfully requests that the green highlighted portions of Asetek Danmark A/S's and Asetek USA, Inc.'s Opposition to Defendants' Motion for Summary Judgement provisionally remain under seal. Pursuant to Civil Local Rule 79-5(f), CoolIT bears the responsibility to establish that the green highlighted portions of Asetek Danmark A/S's and Asetek USA, Inc.'s Opposition to Defendants' Motion for Summary Judgement or certain portions thereof are sealable.

**Papers Submitted for Filing Under Seal in Their Entireties**

**Exhibits C, D, and E** to the Declaration of Arpita Bhattacharyya in Support of Asetek Danmark A/S's and Asetek USA, Inc.'s Opposition to Defendants' Motion for Summary Judgement in their entirety have previously been designated Confidential or Highly-Confidential Attorneys' Eyes Only by CoolIT. Based on these designations, Asetek respectfully requests that these exhibits

1  provisionally remain under seal. Pursuant to Civil Local Rule 79-5(f), CoolIT bears the
2  responsibility to establish that the exhibits or portions thereof are sealable.

4  Dated: April 14, 2022            FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, LLP

6                                  By:   */s/ Arpita Bhattacharyya*
                                       Arpita Bhattacharyya
7                                      Attorneys for Plaintiff and Counterdefendant
                                       ASETEK DANMARK A/S and
8                                      Counterdefendant ASETEK USA, INC.