# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4      _____
                                        )
 5      ASETEK DANMARK A/S,             )
                                        )
 6              Plaintiff and           )
                Counterdefendant,       )
 7                                      )
        vs.                             ) No. 3:19-CV-00410-EMC
 8                                      )
        COOLIT SYSTEMS INC.,            )
 9                                      )
                Defendant and           )
10              Counterclaimant.        )
                                        )
11      COOLIT SYSTEMS USA INC.,        )
        COOLIT SYSTEMS ASIA PACIFIC     )
12      LIMITED, COOLIT SYSTEMS         )
        (SHENZHEN) CO., LTD.            )
13                                      )
                Defendants,             )
14                                      )
        CORSAIR GAMING, INC., and       )
15      CORSAIR MEMORY, INC.            )
                                        )
16              Defendants.             )
        _____)
17
18
19           VIDEOTAPED REMOTE DEPOSITION OF
20              DAVID B. TUCKERMAN, Ph.D.
21              Lake Stevens, Washington
22            Thursday, December 30, 2021
23              Volume I, Pages 1 - 275
24      Reported by:  CATHERINE A. RYAN, RMR, CRR,
        CSR No. 8239
25      Job No. 4997333
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4    _____
                                       )
 5    ASETEK DANMARK A/S,              )
                                       )
 6              Plaintiff and          )
                Counterdefendant,      )
 7                                     )
      vs.                              ) No. 3:19-CV-00410-EMC
 8                                     )
      COOLIT SYSTEMS INC.,             )
 9                                     )
                Defendant and          )
10              Counterclaimant.       )
                                       )
11    COOLIT SYSTEMS USA INC.,         )
      COOLIT SYSTEMS ASIA PACIFIC      )
12    LIMITED, COOLIT SYSTEMS          )
      (SHENZHEN) CO., LTD.             )
13                                     )
                Defendants,            )
14                                     )
      CORSAIR GAMING, INC., and        )
15    CORSAIR MEMORY, INC.             )
                                       )
16              Defendants.            )
      _____)
17
18           Videotaped remote deposition of DAVID B.
19    TUCKERMAN, Ph.D., Volume I, taken on behalf of
20    Defendant and Counterclaimant, by way of
21    video-telecommunication with the Witness appearing
22    in Lake Stevens, Washington, beginning at 9:04 a.m.
23    and ending at 7:12 p.m., on Thursday, December 30,
24    2021, before CATHERINE A. RYAN, Certified Shorthand
25    Reporter No. 8239.
```

Page 2

```
 1    APPEARANCES VIA VIDEO-TELECONFERENCE:
 2
 3    For Plaintiff and Counterdefendant:
 4         FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
           BY:  ARPITA BHATTACHARYYA, Ph.D.
 5         Attorney at Law
           3300 Hillview Avenue
 6         Palo Alto, California  94304
           (650) 849-6650
 7         arpita.bhattacharyya@finnegan.com
 8
 9
      For Defendants:
10
           COOLEY LLP
11         BY:  REUBEN CHEN
           Attorney at Law
12         3175 Hanover Street
           Palo Alto, California  94304-1130
13         (650) 843.5000
           rchen@cooley.com
14
           GREENBERG TRAURIG, LLP
15         BY:  KYLE D. CHEN
           Attorney at Law
16         1900 University Avenue, Fifth Floor
           East Palo Alto, California  94303
17         (650) 289-7887
           kchen@gtlaw.com
18
           DICKINSON WRIGHT
19         BY:  KENNETH J. DYER
           Attorney at Law
20         800 West California Avenue, Suite 110
           Sunnyvale, California  94086
21         (408) 701-6170
           kdyer@dickinsonwright.com
22
23
24    ALSO PRESENT VIA VIDEO-TELECONFERENCE:
25    SOSEH KEVORKIAN, Videographer, Veritext
```

Page 3

```
 1                         INDEX
 2    WITNESS                                    EXAMINATION
 3    DAVID B. TUCKERMAN, Ph.D.
      Volume I
 4                    BY MR. R. CHEN                     8
 5                    BY MS. BHATTACHARYYA             246
 6                    BY MR. R. CHEN                   261
 7
 8
 9                        EXHIBITS
10    NUMBER             DESCRIPTION                 PAGES
11    Exhibit 289   Drawing; 1 page                     74
12
13    Exhibit 290   "Deposition of Donald E. Tilton,   106
14                  Ph.D., December 19, 2020, Asetek
15                  Danmark A/S vs. CoolIT Systems, Inc.;
16                  177 pages
17
18    Exhibit 291   "EXPERT REPORT OF DR. DAVID B.     138
19                  TUCKERMAN REGARDING INFRINGEMENT OF
20                  U.S. PATENT NOS. 8,240,362;
21                  10,613,601; AND 10,599,196"; 174 pages
22
23    Exhibit 291A  "Exhibit A to Dr. David Tuckerman's 138
24                  Infringement Report"; 3 pages
25    //
```

| | | |
|---|---|---|
| 1 | FURTHER EXAMINATION | 18:56:01 |
| 2 | BY MR. R. CHEN: | |
| 3 | Q   Dr. Tuckerman, Ms. Bhattacharyya asked you | |
| 4 | about paragraph 290 of your report in her | |
| 5 | examination, correct? | 18:56:11 |
| 6 | A   290.  290 of -- | |
| 7 | Q   Your report. | |
| 8 | So your report is Exhibit 291, correct? | |
| 9 | A   I'm sorry.  I was looking at 294.  Okay. | |
| 10 | Let me find 291.  Okay.  What was that paragraph | 18:56:54 |
| 11 | again?  290? | |
| 12 | Q   290. | |
| 13 | A   Okay.  Yes, yes. | |
| 14 | Q   So you see paragraph 290 of your report, | |
| 15 | correct? | 18:57:08 |
| 16 | A   Yes. | |
| 17 | Q   Other than Dr. Stein's report, do you cite | |
| 18 | any other evidence for any opinions in paragraph 290 | |
| 19 | of your report? | |
| 20 | A   No. | 18:57:22 |
| 21 | Q   Let's talk about the claim language just | |
| 22 | before paragraph 289 in your report. | |
| 23 | Do you recall Ms. Bhattacharyya asking you | |
| 24 | about the claim language? | |
| 25 | A   Yes. | 18:57:42 |

Veritext Legal Solutions
866 299-5127

```
 1        Q    Okay.  Does the word "curve" describe a        18:57:43
 2   shape?
 3        A    That -- it doesn't describe a specific
 4   shape.  I mean --
 5        Q    So a curve is not a specific shape?            18:58:06
 6             MS. BHATTACHARYYA:  Objection.  Asked and
 7   answered.
 8             THE WITNESS:  There are many different
 9   kinds of curves.
10   BY MR. R. CHEN:                                          18:58:18
11        Q    Okay.  Does the word "curve" describe a
12   category of shapes?
13             MS. BHATTACHARYYA:  Objection.
14   Mischaracterizes the -- the patent.  Outside the
15   scope of redirect.                                       18:58:43
16             THE WITNESS:  Yeah.  I mean, we're not
17   talking about shapes.  I mean, the word "shape"
18   isn't in there.
19   BY MR. R. CHEN:
20        Q    You have to answer the question I asked        18:58:55
21   you, Dr. Tuckerman.
22        A    Okay.  Repeat the question, please.
23        Q    Sure.
24             My question is:  Does the word "curve"
25   describe a category of shapes?                           18:59:06
```

```
 1                MS. BHATTACHARYYA:  Same objections as      18:59:11
 2     before.
 3                THE WITNESS:  It generally is understood
 4     to mean, you know, something that has some curvature
 5     on it.                                                 18:59:39
 6                MR. R. CHEN:  Right.  Right.  I agree with
 7     you.
 8          Q     So does the word "curve" cover a category
 9     of shapes?
10                MS. BHATTACHARYYA:  Same objection.  Asked  18:59:57
11     and answered.
12                THE WITNESS:  If we're talking about
13     shapes, it would describe shapes that have curvature
14     somewhere on them.
15     BY MR. R. CHEN:                                        19:00:17
16          Q     Okay.  So Ms. Bhattacharyya asked you
17     questions about the limitation where an outlet has
18     to be tangential to the circumference of the
19     impeller, correct?
20          A     Yeah, of the -- the circle defined by the   19:00:43
21     tips as they -- as they rotate.
22          Q     And you talked about an area of clearance
23     between the tips of the impeller and the pump volute
24     sidewall, correct?
25          A     That's right.                               19:01:13
```

Page 263

```
 1          Q    Okay.  Is there any evidence in your          19:01:14
 2     report that you point to to show that the outlet is
 3     in that area of clearance?
 4               MS. BHATTACHARYYA:  Objection.  The report
 5     speaks for itself.                                      19:01:33
 6               THE WITNESS:  One moment.
 7               MR. R. CHEN:  I'll -- I'll withdraw the
 8     question.
 9               THE WITNESS:  Well, okay.  I mean, I did
10     make measurements recently, but I don't see the         19:02:01
11     measurements in the report.
12     BY MR. R. CHEN:
13          Q    Okay.  So just to be clear, you made
14     measurements of the clearance area, but you did not
15     include those measurements in your report; is that      19:02:13
16     correct?
17          A    That -- that -- I did not include specific
18     measurements in the report.  I inspected the parts
19     and felt comfortable with the tangential claim,
20     but --                                                  19:02:33
21          Q    Did you take any pictures of the
22     measurements?
23          A    Well, there are -- there are pictures in
24     here.
25          Q    Of the measurements.  Did you take any        19:02:52
```

```
 1        I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4        That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing is a true
11   record of the testimony given.
12        Further, that if the foregoing pertains to the
13   original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [ X ] was [  ] was not requested.
16        I further certify that I am neither
17   financially interested in the action nor a relative
18   or employee of any attorney or any party to this
19   action.
20        IN WITNESS WHEREOF, I have this date
21   subscribed my name:  January 14, 2022.
22
23
24              _____
                Catherine A. Ryan, RMR, CRR
25              CSR No. 8239
```

Page 272