# Exhibit F

```
 1            IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5    ASETEK DANMARK A/S,          )
                                   )
 6         Plaintiff and          )
           Counter-Defendant,     )
 7                                 )
      vs.                          ) Case No. 3:19-cv-00410-EMC
 8                                 )
      COOLIT SYSTEMS, INC.,        )
 9                                 )
           Defendant and          )
10         Counter-Claimant.      )
                                   )
11    COOLIT SYSTEMS USA INC.,     )
      COOLIT SYSTEMS ASIA PACIFIC  )
12    LIMITED, COOLIT SYSTEMS      )
      (SHENZHEN) CO., LTD.,        )
13                                 )
           Defendants,            )
14                                 )
      COSAIR GAMING INC., and      )
15    CORSAIR MEMORY INC.,         )
                                   )
16         Defendants.            )
      _____)
17
18
19          DEPOSITION OF DAVID TUCKERMAN, Ph.D.
20              MONDAY, DECEMBER 20, 2021
21
22
23    Reported Remotely and Stenographically by:
24    JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25    Job No. 4997330
```

Page 1

1

2

3

4

5

6

7      REMOTE DEPOSITION OF DAVID TUCKERMAN, Ph.D., located

8      in Lake Stevens, Washington, taken on behalf of the

9      Defendants and Counter-Claimants CoolIT entities and

10     Corsair entities, beginning at 9:05 a.m., on Monday,

11     December 20, 2021, sworn remotely by Janis Jennings,

12     Certified Shorthand Reporter No. 3942, CLR, CCRR,

13     located in the City of Walnut Creek, County of

14     Contra Costa, State of California.

15

16

17

18

19

20

21

22

23

24

25

Page  2

```
1       REMOTE APPEARANCES:

2


3       For Plaintiff and Counter-Defendant Asetek Danmark

4       A/S:

5            FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP

6            BY:  ARPITA BHATTACHARYYA, ESQ.

7            3300 Hillview Avenue

8            Palo Alto, California  94304

9            650.849.6600

10           arpita.byattacharyya@finnegan.com

11

12      For Defendants and Counter-Claimant CoolIT entities and

13      Corsair entities:

14           COOLEY RLLP

15           BY:  REUBEN CHEN, ESQ.

16                DUSTIN KNIGHT, ESQ.

17           3175 Hanover Street

18           Palo Alto, California  94304

19           650.843.5000

20           rchen@cooley.com

21           dknight@cooley.com

22

23           Also Present:

24                SOSEH KEVORKIAN, Videographer

25
```

                                                        Page  3

1                          I N D E X

2

3      WITNESS                                          PAGE

4      DAVID TUCKERMAN, Ph.D.

5

6

7               EXAMINATION BY MR. CHEN                    10

8               EXAMINATION BY MS. BHATTACHARYYA          249

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page  4

| | | |
|---|---|---|
| 1 | MS. BHATTACHARYYA:   No.   Dr. Tuckerman, have | 12:37 |
| 2 | you -- have you given a complete answer to the | 12:37 |
| 3 | previous question about Bonde?  If not, you can take | 12:37 |
| 4 | your time and give a complete answer.  Again, | 12:37 |
| 5 | Mr. Chen is not allowed to just withdraw his | 12:37 |
| 6 | question because he changes his mind. | 12:37 |
| 7 | MR. CHEN:  His answer actually went beyond | 12:37 |
| 8 | the question, so -- in any event. | 12:37 |
| 9 | BY MR. CHEN: | 12:37 |
| 10 | Q.   Is there anything else you would like to | 12:37 |
| 11 | add, Dr. Tuckerman?  I'm going to have to move the | 12:37 |
| 12 | deposition along, Dr. Tuckerman.  I will be seeking | 12:37 |
| 13 | additional time from the court if we continue in | 12:37 |
| 14 | this fashion today. | 12:37 |
| 15 | A.   Okay.  Sorry about that. | 12:37 |
| 16 | Q.   Anything else you'd like to add? | 12:37 |
| 17 | A.   I -- no, I -- | 12:37 |
| 18 | Q.   Okay.  Let me ask you this question then. | 12:37 |
| 19 | Dr. Tuckerman -- | 12:38 |
| 20 | A.   I don't think so at the moment. | 12:38 |
| 21 | Q.   Okay.  Dr. Tuckerman, would you agree that | 12:38 |
| 22 | that which infringes if later, anticipates if | 12:38 |
| 23 | earlier? | 12:38 |
| 24 | MS. BHATTACHARYYA:  Objection.  Calls for a | 12:38 |
| 25 | legal conclusion. | 12:38 |

Page 121

| | | |
|---|---|---|
| 1 | THE WITNESS:  Honestly, I don't know if | 12:38 |
| 2 | that's -- that's necessarily true. | 12:38 |
| 3 | MR. CHEN:  Okay.  Thank you.  Let's take a | 12:38 |
| 4 | lunch break.  Let's go off the record. | 12:38 |
| 5 | THE VIDEOGRAPHER:  We're going off the | 12:38 |
| 6 | record at 12:38 p.m.  This is the end of media 5. | 12:38 |
| 7 | (Lunch recess.) | 12:38 |
| 8 | THE VIDEOGRAPHER:  We are on the record at | 13:19 |
| 9 | 1:19 p.m.  This is the beginning of media 6 in the | 13:19 |
| 10 | deposition of Dr. David Tuckerman. | 13:19 |
| 11 | BY MR. CHEN: | 13:19 |
| 12 | Q.   Dr. Tuckerman, welcome back. | 13:19 |
| 13 | A.   Thank you. | 13:19 |
| 14 | Q.   Dr. Tuckerman, you assert two grounds of | 13:19 |
| 15 | invalidity against the '330 patent.  One, | 13:19 |
| 16 | obviousness based on Antarctica alone; 2, | 13:19 |
| 17 | obviousness based on Antarctica in view of Chang; | 13:19 |
| 18 | correct? | 13:19 |
| 19 | A.   Yes. | 13:19 |
| 20 | Q.   Okay.  And in preparing your expert report, | 13:19 |
| 21 | did you review the Antarctica device? | 13:19 |
| 22 | A.   I did. | 13:19 |
| 23 | Q.   Did you physically review the Antarctica | 13:19 |
| 24 | device in preparing your report? | 13:19 |
| 25 | A.   I did. | 13:19 |

Page 122

1      Q.    Okay.  So you had a sample in on front of        13:19
2  you and you inspected it in preparation for your          13:19
3  report?                                                    13:20
4      A.    I did.                                           13:20
5      Q.    Did you perform that inspection in Palo Alto     13:20
6  or in Washington or somewhere else?                        13:20
7      A.    Palo Alto.                                       13:20
8      Q.    Okay.  And when did you inspect the device,      13:20
9  if you can recall the dates?                               13:20
10      A.    I believe it was July 5th.  Yeah, the day       13:20
11  after July 4th, I was down there.                         13:20
12      Q.    Okay.  Dr. Tuckerman, could you please go to    13:20
13  paragraph 55 of your report.  Are you there?              13:20
14      A.    Almost.  Okay.                                  13:20
15      Q.    Okay.  And you state in paragraph 55 of your    13:21
16  report:                                                    13:21
17            "The Antarctica is a fluid heat                 13:21
18            exchanger that is connected to a prior          13:21
19            art pump, a prior art reservoir, and a          13:21
20            prior art radiator in a closed loop             13:21
21            using 1/2 inch and 10-millimeter                13:21
22            hoses, as shown in Figure 3 of the              13:21
23            Asetek patents."                                13:21
24            Correct?                                         13:21
25      A.    Okay.  That's what I said.                      13:21

Page 123

| | | |
|---|---|---|
| 1 | Q.   Okay.  And so is it correct that the fluid | 13:21 |
| 2 | heat exchanger is separate from the pump, the | 13:21 |
| 3 | reservoir, the radiator, and the half-inch and | 13:21 |
| 4 | 10-millimeter hoses? | 13:21 |
| 5 | MS. BHATTACHARYYA:  Objection. | 13:21 |
| 6 | Mischaracterizes the record. | 13:21 |
| 7 | THE WITNESS:  Yeah.  Could you repeat the | 13:21 |
| 8 | question, please. | 13:21 |
| 9 | BY MR. CHEN: | 13:21 |
| 10 | Q.   Sure.  Is it correct that the fluid heat | 13:21 |
| 11 | exchanger is separate from the pump, the reservoir, | 13:22 |
| 12 | the radiator, and the half-inch and 10-millimeter | 13:22 |
| 13 | hoses? | 13:22 |
| 14 | A.   Well, I would -- | 13:22 |
| 15 | MS. BHATTACHARYYA:  Objection. | 13:22 |
| 16 | Mischaracterizes the record. | 13:22 |
| 17 | THE WITNESS:  I would not say that it's | 13:22 |
| 18 | separate from the hoses.  I considered the hoses, | 13:22 |
| 19 | you know, like the Y connection integral to the -- | 13:22 |
| 20 | to the cooling unit.  But the pump, the radiator, | 13:22 |
| 21 | sure, those were -- those were separate. | 13:22 |
| 22 | BY MR. CHEN: | |
| 23 | Q.   What's your understanding of the term | 13:22 |
| 24 | "reservoir"? | 13:22 |
| 25 | A.   Well, I think it's -- let me check the...  I | 13:22 |

Page  124

1     Q.    -- of the user manual, which is on Bates    13:27
2     No. ASE-CLT00045008.                               13:28
3     A.    Yeah.                                        13:28
4     Q.    Which part would you describe as the fluid   13:28
5     heat exchanger in Figure 2?                        13:28
6     A.    Well, it's a -- an integrated unit.  You     13:28
7     know, I mean, it's -- it collectively functions as 13:28
8     a -- as a fluid heat exchanger.                    13:28
9     Q.    So what --                                   13:28
10    A.    You have to put all the parts together.      13:28
11    Q.    Okay.  So it's not -- it's not No. 1?        13:28
12    A.    I would say you'd have to assemble it for it 13:28
13    to be -- function as a fluid heat exchanger.       13:29
14    Q.    Okay.  So there are multiple versions of     13:29
15    user manuals for Antarctica; correct?             13:29
16    A.    I don't know that.  I only know that this    13:29
17    document shows that there was a version 4.0 and a  13:29
18    4.1.  That's all I know.                           13:29
19    Q.    Okay.  So you wouldn't know how many         13:29
20    versions of user manuals there are; correct?       13:29
21    A.    No, I have no idea.                          13:29
22    Q.    Okay.  Could you please go to paragraph 54   13:29
23    in your report.  And at paragraph 54, you state:   13:29
24           "Asetek invented and sold the               13:30
25           Antarctica WaterChill CPU cooler in         13:30

                                    Page 127

```
1              the U.S. in 2004, prior to the           13:30

2              August 9, 2007 priority date of the      13:30

3              '330 patent."                             13:30

4              Correct?                                  13:30

5         A.   That's what it says, yes.                 13:30

6         Q.   Okay.  And what did you rely on for your  13:30

7    understanding that the specific Antarctica device  13:30

8    that you inspected in Palo Alto was publicly        13:30

9    available before August of 2007?                    13:30

10        A.   What I was shown was that they -- documents  13:30

11   showing that Antarctica was sold around 2004.       13:30

12   The -- I mean, clearly the object I was shown was   13:30

13   not sold because they still had it, so I couldn't   13:31

14   comment on -- on that.                              13:31

15        Q.   Do you know for a fact if the specific model  13:31

16   that you inspected was, in fact, sold prior to      13:31

17   August 9, 2007?                                     13:31

18             MS. BHATTACHARYYA:  Objection.  Calls for a  13:31

19   legal conclusion.                                   13:31

20             THE WITNESS:  I can't say that I know that  13:31

21   for certain.  That would have to be a question for  13:31

22   Asetek, I guess.                                    13:31

23             MR. CHEN:  Okay.  I'd like to introduce   13:31

24   Exhibit 268 into the record.  Exhibit 268 is a      13:31

25   document bearing Bates No. ASE-CLT00044691 to 44701.  13:32
```

Page 128

```
 1              (Exhibit 268 marked for identification.)   13:32
 2    BY MR. CHEN:                                         13:32
 3        Q.   Dr. Tuckerman, have you ever seen this      13:32
 4    document before?                                     13:32
 5        A.   It does not look familiar.                  13:32
 6        Q.   Okay.  I don't think you relied on it in    13:32
 7    your report.                                         13:33
 8        A.   Right.  And I wouldn't have seen it.  If it 13:33
 9    was at all relevant, we would -- I would have        13:33
10    included it, you know.                               13:33
11        Q.   So I'm going to go ahead and point you to a 13:33
12    sentence that's on ASE-CLT00044694.  And it's the    13:33
13    first sentence that reads:                           13:33
14             "The CPU blocks are where the               13:33
15             WaterChill Antarctica kits really vary      13:33
16             from the first generation water blocks."    13:33
17             [As read.]
18             Do you see that?                            13:33
19        A.   Yes.                                         13:33
20        Q.   Were there multiple generations of         13:33
21    WaterChill Antarctica?                               13:33
22        A.   I don't know.                               13:33
23             MR. CHEN:  I'd like to introduce            13:33
24    Exhibit 269, which is Bates numbered ASE-CLT00044702 13:33
25    to 44726.                                            13:34
```

                                        Page 129

```
 1              (Exhibit 269 marked for identification.)    13:34
 2   BY MR. CHEN:                                           13:34
 3       Q.    And I'd like to point -- have you seen this  13:34
 4   document before, Dr. Tuckerman?                        13:34
 5       A.    I don't believe -- I don't believe so.       13:34
 6       Q.    Okay.  And could I direct your attention to  13:34
 7   the page Bates numbered ASE-CLT00044702.               13:34
 8       A.    Oh, 702.  Okay.  It's up near the front.     13:35
 9   All right.                                             13:35
10       Q.    And are you there?                           13:35
11       A.    I am there.                                  13:35
12       Q.    Okay.  Thank you.                            13:35
13             Do you see the second to last paragraph that 13:35
14   reads:                                                 13:35
15             "The kit we received from Asetek is          13:35
16             pretty much their best kit.  It's            13:35
17             called the K12AT-L30/220V/Dual               13:35
18             Radiator Socket LGA755 kit, a                13:35
19             CPU/VGA/Chipset kit.  We opted the           13:35
20             version with the thick 1/2" tubing           13:35
21             for optimal flow.  Next to that the          13:35
22             kit has the heavy Hydor L30-II               13:36
23             included, a pump that can push               13:36
24             1200 liters of water per hour."              13:36
25             Do you see that?                             13:36
```

Page 130

1    the right one.  So we're talking about the '330        13:45

2    patent specifically right now?                         13:45

3        Q.    That's correct, yeah.                         13:45

4        A.    Ok.                                           13:45

5        Q.    And if you -- if you want, we can go through  13:45

6    claim 1.                                               13:46

7        A.    Just a moment, please.                       13:46

8        Q.    Uh-huh.                                       13:46

9        A.    Okay.  All right.  So I have -- I mean,       13:46

10   Exhibit A, chart 1, obvious in view of Antarctica,     13:46

11   so that's my position.                                 13:46

12       Q.    Right.  Again, that's -- so yes, so let me    13:46

13   just repeat the question.                              13:46

14             So do the Antarctica pictures and            13:46

15   discussions in the user manual render obvious each     13:46

16   and every element of the asserted claims of the '330   13:46

17   patent?                                                13:46

18             MS. BHATTACHARYYA:  Objection.  Calls for a   13:46

19   legal conclusion.  Mischaracterizes the record.  And   13:46

20   mischaracterizes Dr. Tuckerman's report on             13:46

21   invalidity of the '330 patent.                         13:46

22             THE WITNESS:  So the user manual isn't the    13:46

23   whole story.  I mean, I had to examine it myself to,   13:46

24   you know, render these conclusions.  I wouldn't have   13:46

25   been able -- you know, I wouldn't have done it just    13:46

                                         Page 136

| | | |
|---|---|---|
| 1 | based on not seeing the device. | 13:47 |
| 2 | BY MR. CHEN: | 13:47 |
| 3 | Q.   Are you aware that Asetek has produced | 13:47 |
| 4 | videos of Antarctica in this case? | 13:47 |
| 5 | A.   I was not aware of that. | 13:47 |
| 6 | Q.   Okay.  So you haven't seen those videos; | 13:47 |
| 7 | correct? | 13:47 |
| 8 | A.   That is correct. | 13:47 |
| 9 | Q.   Let's turn to paragraph 57 of your report. | 13:47 |
| 10 | Why don't you go ahead and read that paragraph and | 13:47 |
| 11 | let me know when you're finished. | 13:47 |
| 12 | A.   Okay.  All right. | 13:48 |
| 13 | Q.   Okay.  You've had a chance to review | 13:48 |
| 14 | paragraph 57; correct? | 13:48 |
| 15 | A.   Yeah, I have. | 13:49 |
| 16 | Q.   Okay.  And you state in paragraph 57 that | 13:49 |
| 17 | the space between adjacent fins is about 0.9 to 1 | 13:49 |
| 18 | millimeter; correct? | 13:49 |
| 19 | A.   Yes. | 13:49 |
| 20 | Q.   What evidence do you point to in your report | 13:49 |
| 21 | for this opinion? | 13:49 |
| 22 | A.   Well, okay.  So first there is Eriksen's | 13:49 |
| 23 | deposition; however, I didn't think that was | 13:49 |
| 24 | sufficient to be something I was going to swear to, | 13:49 |
| 25 | so I wanted to inspect the device personally.  And I | 13:49 |

Page 137

```
 1    used like -- I used calipers to measure the fins at      13:49
 2    the base which is where I felt the most relevant          13:49
 3    dimension was because the base of the fins is where       13:49
 4    the most heat transfer occurs.                            13:49
 5            As fins -- you go up in fin height, they          13:50
 6    become less effective.  And so to me, the base was        13:50
 7    the relevant dimension to measure it at.  And I got       13:50
 8    readings, you know, between 9.9 and 1.0, so I was         13:50
 9    okay with that.                                           13:50
10        Q.   Did you make those measurements prior to         13:50
11    submitting your report or after you submitted your        13:50
12    report?                                                   13:50
13        A.   I made them prior.                               13:50
14        Q.   Okay.  Did you record those measurements         13:50
15    anywhere?                                                 13:50
16        A.   I did not, no.                                   13:50
17        Q.   And you don't include any evidence of those      13:50
18    measurements in your report; correct?                     13:50
19        A.   No.  I felt that the readings were close         13:50
20    enough that I didn't need to -- that combined with        13:50
21    the -- you know, Eriksen's testimony and my own           13:50
22    measurements.  I did -- I will say that after I saw       13:51
23    the rebuttal report from Dr. Pokharna, I got              13:51
24    concerned.  He measured the fins at the top; I had        13:51
25    measured them at the bottom.                              13:51
```

Page 138

```
 1              I would say that when you -- the           13:51
 2     measurement -- first of all, I would have expected  13:51
 3     fins to be larger at the top, that is an inherent -- 13:51
 4     channel widths to be larger at the top.  That's an   13:51
 5     inherent feature of machining.  And the technique    13:51
 6     that Dr. Pokharna used to measure is subject to      13:51
 7     error if you, you know, apply excessive force to     13:51
 8     the -- you know, to it because the copper is very,   13:51
 9     very soft.  And so the slightest little bit of force 13:51
10     will put an indentation in the copper and give you a 13:51
11     high reading.                                        13:52
12              But, you know, I had the additional concern 13:52
13     that, you know, was there any further corroboration, 13:52
14     you know, besides my own measurements at the base.   13:52
15     And counsel provided me a picture of the machining   13:52
16     document for the Antarctica device, and it showed    13:52
17     them with -- it showed the blades that they say they 13:52
18     used with calipers measuring that blade.             13:52
19              And they to got -- it was 0.93 millimeters  13:52
20     on the -- on the blade, because these were solid     13:52
21     grooves.  And so -- and then the box on the -- that  13:52
22     was next to it that the blades was identified with a 13:52
23     legend that led me to believe that it was a blade    13:53
24     that was intended to give you a nominal 1-millimeter 13:53
25     cut.                                                 13:53
```

Veritext Legal Solutions
866 299-5127

```
 1              And that made sense to me because you always   13:53
 2   get a cut that's wider than your blade.  And so a        13:53
 3   blade that is nominally designed to cut metal at 1       13:53
 4   millimeter might well be 0.93 millimeters wide.  So,     13:53
 5   you know, I, you know, concluded that, okay, it was      13:53
 6   designed for nominally 1 millimeter and I got           13:53
 7   measurements at the base 0.91.  Dr. Pokharna got        13:53
 8   higher measurements, I know that.                        13:53
 9              But, you know, I did say the space between    13:53
10   the adjacent pins is about a 0.9 to 1.0.  I didn't      13:53
11   say precisely.  I didn't take it out to the next        13:54
12   decimal digit.  So that's all the information I have    13:54
13   on the microchannel spacing.                            13:54
14      Q.  But none of the information that you're          13:54
15   referring to is actually cited and included in your     13:54
16   report; correct?  Other than Dr. -- excuse me,          13:54
17   Mr. Eriksen's deposition testimony?                     13:54
18      A.   Well, that's right.  Because I didn't -- at     13:54
19   the time I thought that was good enough.  You know,     13:54
20   I had his -- Eriksen's information and I had my own     13:54
21   measurements at the base, and I didn't think there      13:54
22   was going to be a dispute on the issue, so I didn't     13:54
23   pursue it further.                                       13:54
24      Q.  Did you see that Mr. Eriksen in his              13:54
25   deposition said that 0.6 to 0.8 was his best guess?     13:54
```

Page 140

```
 1      A.    Well, yeah, I did see that.              13:54

 2      Q.    Uh-huh.  Did you speak with Mr. Eriksen   13:54

 3   before you signed your expert report?             13:54

 4      A.    No.  I had never spoken with Mr. Eriksen. 13:54

 5      Q.    Okay.                                     13:54

 6      A.    As I said, I wasn't relying on -- I wouldn't 13:54

 7   have signed a report relying just on his say so.  13:55

 8   That's why I measured them myself.  And in point of 13:55

 9   fact, they were larger than -- than his            13:55

10   recollection.                                      13:55

11      Q.    And to your knowledge, did Mr. Eriksen    13:55

12   measure Antarctica's channel widths?              13:55

13      A.    I don't know what he did.  Like I said, I've 13:55

14   never had contact with him.                        13:55

15      Q.    Okay.                                     13:55

16      A.    And I'll also mention I don't know that the 13:55

17   device I got is representative.  I mean, you know, 13:55

18   there is manufacturing variations.  So, you know,  13:55

19   this is one sample.  Why did they have the sample; 13:55

20   maybe it was a reject they happened to have lying  13:55

21   around out of spec.  I just don't know.  You know, I 13:55

22   only know what I measured.                         13:55

23      Q.    Right.  There is no way for you to say with 13:55

24   certainty that the channel widths of the Antarctica 13:56

25   device that was on sale prior to August 9, 2007 was 13:56
```

Page 141

```
 1   1 millimeter or less; correct?                    13:56

 2        MS. BHATTACHARYYA:  Objection.  Calls for a  13:56

 3   legal conclusion.  Mischaracterizes the record.   13:56

 4   Mischaracterizes prior testimony.                 13:56

 5        THE WITNESS:  Yeah.  I would have no way of   13:56

 6   knowing that.  I was given a device that I        13:56

 7   understood to be representative, and, you know, I 13:56

 8   measured it.                                       13:56

 9   BY MR. CHEN:                                       13:56

10     Q.   Right.  Okay.  In your report you state    13:56

11   that:                                              13:56

12          "A person of ordinary skill in the art     13:56

13          would have known that the fins in a        13:56

14          fluid heat exchanger should be disposed    13:57

15          in such a way that they would form         13:57

16          microchannels between adjacent fins."      13:57

17          Correct?

18          (Clarification requested by Reporter.)

19          MR. CHEN:  "...between adjacent fins."

20          DEPOSITION REPORTER:  Thank you.

21          THE WITNESS:  Well, sure.  I mean, like I  13:57

22   say, microchannels had been known at that time for 13:57

23   26 years and their benefits were well understood by 13:57

24   then.                                              13:57

25   / / /
```

Page  142

```
 1    BY MR. CHEN:                                      13:57

 2        Q.   And you also state in your report that:  13:57

 3             "This is because microchannels have       13:57

 4             large surface area to volume ratios       13:57

 5             and provide a large heat transfer         13:57

 6             surface area per unit fluid flow          13:57

 7             volume as compared to macro channels      13:57

 8             or mini channels."                        13:57

 9             Is that right?                            13:57

10        A.   Yeah.  I mean, it is correct.  There's    13:57

11    additional benefits that --                       13:58

12        Q.   No, no, I'm asking about your report.     13:58

13        A.   Yeah, that's what my report says, yeah.   13:58

14        Q.   Okay.  And in your report, is that the only  13:58

15    opinion you're -- you offer for why a person of    13:58

16    ordinary skill in the art would have implemented   13:58

17    microchannels?                                     13:58

18        A.   So in my Ph.D. thesis for sure I discussed  13:58

19    the higher heat transfer coefficient that you get.  13:58

20    I can't recall whether that is specifically         13:58

21    discussed in the report.  I -- it -- because it's a 13:58

22    subtler point.  But there is -- there is this        13:58

23    twofold effect that it's getting more surface area   13:59

24    and it's getting -- the narrower channels have       13:59

25    higher heat transfer coefficients, and both are --   13:59
```

Page 143

| | | |
|---|---|---|
| 1 | more because doing more costs more. | 18:46 |
| 2 | BY MS. BHATTACHARYYA: | 18:46 |
| 3 | Q.   Would you agree, then, that having a single | 18:46 |
| 4 | inlet and two outlets versus having multiple inlets | 18:46 |
| 5 | and outlets is a matter of engineering design | 18:46 |
| 6 | choice? | 18:46 |
| 7 | MR. CHEN:  Objection.  Leading.  Outside the | 18:46 |
| 8 | scope of my examination. | 18:46 |
| 9 | THE WITNESS:  Yes.  It's entirely a matter | 18:46 |
| 10 | of engineering design choice based on the | 18:46 |
| 11 | specifications and other constraints that you're | 18:46 |
| 12 | facing. | 18:46 |
| 13 | MS. BHATTACHARYYA:  I would like to | 18:46 |
| 14 | introduce an exhibit.  But, Mr. Chen, I do not | 18:46 |
| 15 | have -- I see I do not have the -- the ability to | 18:46 |
| 16 | add exhibits to the exhibit folder.  Can I email | 18:46 |
| 17 | that to you, Mr. Chen, and you can put that in?  Or | 18:46 |
| 18 | maybe the virtual -- Veritext Virtual host can help | 18:46 |
| 19 | me.  Is someone still there? | 18:47 |
| 20 | THE VIDEOGRAPHER:  Yes.  This is the | 18:47 |
| 21 | videographer.  I'm a little confused.  What do you | 18:47 |
| 22 | need help with, sharing an exhibit? | 18:47 |
| 23 | MS. BHATTACHARYYA:  Yes, sharing an exhibit, | 18:47 |
| 24 | but I see I do not have -- I'm not allowed to add | 18:47 |
| 25 | exhibits into the marked folder. | 18:47 |

Page 260

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  That's Exhibit Share | 18:47 |
| 2 | which I'm not in charge of.  I think Janis can help. | 18:47 |
| 3 | If you want to share an exhibit, I've enabled you to | 18:47 |
| 4 | share the screen. | 18:47 |
| 5 | MS. BHATTACHARYYA:  I would have to mark | 18:47 |
| 6 | that exhibit as well.  So, Janis, do you -- do you | 18:47 |
| 7 | know what would be the best way of handling this? | 18:47 |
| 8 | THE VIDEOGRAPHER:  Should we go off the | 18:47 |
| 9 | record. | 18:47 |
| 10 | MR. CHEN:  Off the record. | 18:47 |
| 11 | MS. BHATTACHARYYA:  Sure. | 18:47 |
| 12 | THE VIDEOGRAPHER:  We're going off the | 18:47 |
| 13 | record at 6:47 p.m.  This is the end of media 8. | 18:47 |
| 14 | (Off the record.) | 18:51 |
| 15 | THE VIDEOGRAPHER:  We are on the record at | 18:57 |
| 16 | 6:57 p.m.  This is the beginning of media 10 in the | 18:57 |
| 17 | deposition of Dr. David Tuckerman. | 18:57 |
| 18 | (Exhibit 275 marked for identification.) | 18:57 |
| 19 | BY MS. BHATTACHARYYA: | 18:57 |
| 20 | Q.   Dr. Tuckerman, I just marked as Exhibit 275, | 18:57 |
| 21 | a document that -- it's an Asetek document, and I'm | 18:58 |
| 22 | sharing that on the screen now so that counsel and | 18:58 |
| 23 | you can see it. | 18:58 |
| 24 | Do you -- do you see -- do you see that on | 18:58 |
| 25 | the screen?  It's marked as Exhibit 275. | 18:58 |

Page 261

```
 1              MR. CHEN:  I object to the introduction of    18:58
 2   this exhibit.  It was not included in                    18:58
 3   Dr. Tuckerman's report.  It was not identified in        18:58
 4   any materials considered by Dr. Tuckerman.  It is        18:58
 5   late.  It is improper to be introducing this exhibit     18:58
 6   as part of this deposition.  I reserve all rights to     18:58
 7   move to strike it and all the rights with respect to     18:58
 8   expunging it.                                            18:58
 9   BY MS. BHATTACHARYYA:                                    18:58
10      Q.   Dr. Tuckerman, earlier in your deposition        18:58
11   when CoolIT and Corsair's counsel was questioning        18:58
12   you, you mentioned at looking at a machining             18:58
13   document.  Is Exhibit 275 the document that you were     18:58
14   referring to?                                            18:59
15              MR. CHEN:  And, Counsel, can I just get a     18:59
16   continuing objection on this exhibit?                    18:59
17              MS. BHATTACHARYYA:  Sure.                     18:59
18              THE WITNESS:  Yes, I recall you show -- you   18:59
19   showing this to me.                                      18:59
20   BY MS. BHATTACHARYYA:                                    18:59
21      Q.   And is this Exhibit 275 the document that        18:59
22   you referred to as the Asetek machining document         18:59
23   earlier in your deposition?                              18:59
24              MR. CHEN:  Objection.  Leading in addition    18:59
25   to my standing objection.                                18:59
```

Page 262

```
 1              THE WITNESS:  It is what I referred to, yes.  18:59
 2   BY MS. BHATTACHARYYA:                                 18:59
 3      Q.   You said that this document show -- showed   18:59
 4   you that the tool that was used to --                18:59
 5           (Clarification requested by reporter.)       19:00
 6   BY MS. BHATTACHARYYA:                                 19:00
 7      Q.   To machine the microchannels in the          19:00
 8   Antarctica had a width of 0.93 millimeter.  Do you   19:00
 9   recall that?                                          19:00
10           MR. CHEN:  In addition to my standing        19:00
11   objection, leading.                                  19:00
12           THE WITNESS:  Would you repeat the question, 19:00
13   please.                                              19:00
14   BY MS. BHATTACHARYYA:                                 19:00
15      Q.   Earlier in your deposition you said that     19:00
16   Exhibit 275 showed you a tool that was -- that is,   19:00
17   based on your understanding, the tool that was used  19:00
18   to machine the microchannels in the Antarctica       19:00
19   device.  You do you recall that?                     19:00
20           MR. CHEN:  In objection -- in addition to my 19:00
21   standing objection, objection.  Leading.             19:00
22   Mischaracterizes testimony.                          19:00
23           THE WITNESS:  Yes.  It's my understanding    19:01
24   that it's Asetek's assertion that this is the blade  19:01
25   that was used to cut the microchannels, and it is    19:01
```

Page 263

| | | |
|---|---|---|
| 1 | evident from the picture that it had a diameter of | 19:01 |
| 2 | 0.93 millimeters, which -- and then the box that | 19:01 |
| 3 | it's showing below, you may want to zoom out a | 19:01 |
| 4 | little bit, the -- Asetek asserts that that box | 19:01 |
| 5 | contains, I believe, the saw blades. | 19:01 |
| 6 | And the labeling on the box, I am a making | 19:01 |
| 7 | an inference from the 50-by-1-by-13, that the 50 is | 19:01 |
| 8 | probably a blade diameter, and the 1 refers to the | 19:01 |
| 9 | thick -- the nominal thickness of the cut that it's | 19:02 |
| 10 | supposed to make.  In other words, you know, if | 19:02 |
| 11 | you're trying to make a nominal 1-millimeter cut, | 19:02 |
| 12 | you're going to use a blade that is thinner than | 19:02 |
| 13 | that because there's what's called a kerf width that | 19:02 |
| 14 | you always get when you cut.  So it always -- you | 19:02 |
| 15 | always end up with a groove that's a little larger | 19:02 |
| 16 | than your blade.  But that blade would be consistent | 19:02 |
| 17 | with the kind of channels I saw on Antarctica. | 19:02 |
| 18 | BY MS. BHATTACHARYYA: | 19:02 |
| 19 | Q.   And, Dr. Tuckerman, in your answer, I | 19:02 |
| 20 | believe you said the blades had a diameter of 0.93 | 19:02 |
| 21 | millimeters.  Do you -- | 19:02 |
| 22 | A.   I would -- of thickness.  Thickness. | 19:02 |
| 23 | Thickness.  I'm sorry. | 19:02 |
| 24 | MR. CHEN:  In addition to my standing | 19:02 |
| 25 | objection, objection.  Leading.  Mischaracterizes | 19:02 |

Page 264

```
 1   testimony.                                          19:02

 2           THE WITNESS:  Yeah, I'm sorry, I -- yeah, I  19:02

 3   didn't think I said it had a diameter of 0.93, but  19:02

 4   if I did, I misspoke.  It has -- they're measuring  19:03

 5   the thickness of the blade, 0.93 millimeter.        19:03

 6   BY MS. BHATTACHARYYA:                               19:03

 7      Q.   So the thick -- okay.  Just so the record is 19:03

 8   clear, the thickness of the blade used to cut the   19:03

 9   microchannels in Antarctica is 0.93 millimeters;    19:03

10   correct?                                            19:03

11           MR. CHEN:  In addition -- in addition to my  19:03

12   standing objection, objection.  Leading.            19:03

13           THE WITNESS:  Yeah.  That -- that's the      19:03

14   information Asetek is providing me, you know, or you 19:03

15   and me.                                             19:03

16           MS. BHATTACHARYYA:  Okay.  I do not have any 19:03

17   further questions for Dr. Tuckerman.                19:03

18           MR. CHEN:  Let me take a five-minute break.  19:03

19           THE VIDEOGRAPHER:  We are going off the      19:03

20   record at 7:03 p.m.  This is the end of media 10.    19:03

21           (Off the record.)                           19:04

22           THE VIDEOGRAPHER:  We are on the record at   19:05

23   7:05 p.m.  This is the beginning of media 11 in the 19:05

24   deposition of Dr. David Tuckerman.                  19:05

25           MR. CHEN:  I do not have further questions   19:05
```

Page  265

```
 1              I, JANIS JENNINGS, CSR No. 3942, Certified

 2    Shorthand Reporter, certify:

 3              That the foregoing proceedings were taken

 4    before me at the time and place therein set forth, at

 5    which time the witness was duly sworn by me;

 6              That the testimony of the witness, the

 7    questions propounded, and all objections and statements

 8    made at the time of the examination were recorded

 9    stenographically by me and were thereafter transcribed;

10              That the foregoing pages contain a full, true

11    and accurate record of all proceedings and testimony.

12              Pursuant to F.R.C.P. 30(e)(2) before

13    completion of the proceedings, review of the transcript

14    [X] was [ ] was not requested.

15              I further certify that I am not a relative or

16    employee of any attorney of the parties, nor financially

17    interested in the action.

18              I declare under penalty of perjury under the

19    laws of California that the foregoing is true and

20    correct.

21              Dated this 4th day of January, 2022.

22

23              _____

24              JANIS JENNINGS, CSR NO. 3942

25              CLR, CCRR
```

Page 270