COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
ALEXANDRA LEEPER (307310)
aleeper@cooley.com
DEEPA KANNAPPAN (313573)
(dkannappan@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

GREENBERG TRAURIG, LLP
KYLE D. CHEN (SBN 239501)
kchen@gtlaw.com
1900 University, Avenue, 5th Floor
East Palo Alto, CA 94304
Telephone: (650) 289-7887
Facsimile: (650) 328-8508

Attorneys for Defendant and Counter-claimant
COOLIT SYSTEMS, INC. and Defendants
CORSAIR GAMING, INC. and CORSAIR
MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>    v.<br><br>COOLIT SYSTEMS, INC.,<br><br>    Defendant and<br>    Counter-claimant,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>    Defendants. | Case No. 3:19-cv-00410-EMC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXHIBIT 275 UNDER SEAL** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

CASE NO. 3-19-CV-00410-EMC
DEFENDANTS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL

Pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Defendant and Counter-Plaintiff CoolIT Systems, Inc. ("CoolIT") and Defendants Corsair Gaming, Inc. and Corsair Memory, Inc. (collectively, "Corsair") hereby ask the Court to consider filing under seal portions of Defendants' Reply in Support of Their Motion to Strike Exhibit 275 ("Reply") and Exhibit 11 to the Declaration of Reuben Chen ("Chen Declaration").

Redacted and unredacted versions of the Motion to Strike are being submitted with this request to partially seal. Asetek has designated the image of Exhibit 275 on page 8 of the Reply and Exhibit 11 to the Chen Declaration as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order entered in this Action. CoolIT does not take a position regarding whether the image of Exhibit 275 contains confidential information or whether it should be filed under seal, but is filing this motion to seal as required by the Local Rules and Protective Order, and to avoid publicly disclosing Asetek's allegedly confidential information.

For the foregoing reasons, Defendants respectfully request that the Court grant this Motion and enter the concurrently filed [Proposed] Order permitting Defendants to file the above-referenced document under seal.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

CASE NO. 3-19-CV-00410-EMC
DEFENDANTS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL

Dated: April 21, 2022

/s/ *Reuben H. Chen*

COOLEY LLP
HEIDI L. KEEFE (178960)
(hkeefe@cooley.com)
REUBEN H. CHEN (228725)
(rchen@cooley.com)
DANIEL J. KNAUSS (267414)
(dknauss@cooley.com)
LAM K. NGUYEN (265285)
(lnguyen@cooley.com)
ALEXANDRA LEEPER (307310)
(aleeper@cooley.com)
DEEPA KANNAPPAN (313573)
(dkannappan@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

DUSTIN M. KNIGHT (*pro hac vice*)
(dknight@cooley.com)
11951 Freedom Drive, 16th Floor
Reston, VA 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100

*Attorneys for Defendant and Counter-claimant COOLIT SYSTEMS, INC. and Defendants CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.*

GREENBERG TRAURIG, LLP
KYLE D. CHEN (SBN 239501)
(kchen@gtlaw.com)
1900 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 289-7887
Facsimile: (650) 328-8508

*Attorneys for Defendant CoolIT Systems, Inc.*

2.

CASE NO. 3-19-CV-00410-EMC
DEFENDANTS' ADMINISTRATIVE MOTION
FOR LEAVE TO FILE UNDER SEAL