| | |
|---|---|
| COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>REUBEN H. CHEN (228725)<br>(rchen@cooley.com)<br>DANIEL J. KNAUSS (267414)<br>(dknauss@cooley.com)<br>ALEXANDRA LEEPER (307310)<br>(aleeper@cooley.com)<br>DEEPA KANNAPPAN (313573)<br>(dkannappan@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Telephone:   (650) 843-5000<br>Facsimile:    (650) 849-7400 | DUSTIN M. KNIGHT (*pro hac vice*)<br>(dknight@cooley.com)<br>11951 Freedom Drive, 16th Floor<br>Reston, VA 20190<br>Telephone: (703) 456-8000<br>Facsimile: (703) 456-8100<br><br>GREENBERG TRAURIG, LLP<br>KYLE D. CHEN (SBN 239501)<br>kchen@gtlaw.com<br>1900 University, Avenue, 5th Floor<br>East Palo Alto, CA 94304<br>Telephone:   (650) 289-7887<br>Facsimile:    (650) 328-8508 |

Attorneys for Defendant and Counter-claimant
COOLIT SYSTEMS, INC. and Defendants
CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff and<br>        Counter-defendant,<br><br>  v.<br><br>COOLIT SYSTEMS, INC.,<br><br>        Defendant and<br>        Counter-claimant,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>        Defendants. | Case No.  3:19-cv-00410-EMC<br><br>**REPLY DECLARATION OF REUBEN H. CHEN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO STRIKE EXHIBIT 275** |

I, Reuben H. Chen, do hereby declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California, and am a partner with Cooley LLP, counsel for Defendant and Counter-claimant CoolIT Systems, Inc. ("CoolIT"), Defendant Corsair Gaming, Inc., and Defendant Corsair Memory, Inc. (collectively, "Defendants") in the above-entitled action. I submit this declaration in support of Defendants' Reply in Support of Their Motion to Strike Exhibit 275. The matters stated herein are based upon my personal knowledge, and if called as a witness, I would testify as to the following statements.

2. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from Plaintiff Asetek Danmark A/S's Objections and Responses to Defendant CoolIT Systems, Inc.'s First Set of Requests for Production of Documents and Things to Plaintiff Asetek Danmark A/S (Nos. 1-98), dated August 8, 2019.

3. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the deposition transcript of Himanshu Pokharnam, Ph.D., conducted January 10, 2022, including his deposition errata. Relevant portions of the deposition transcript have been highlighted for the convenience of the Court.

4. Attached hereto as **Exhibit 11** is a true and correct copy of a document marked as Exhibit 275 at the deposition of David Tuckerman, Ph.D., conducted on December 20, 2021.

5. Attached hereto as **Exhibit 12** is a true and correct copy of Declaration of Himanshu Pokharna, Ph.D., dated April 21, 2022.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

EXECUTED at Sunnyvale, California on this 21st day of April, 2022.

/s/*Reuben H. Chen*
Reuben H. Chen