# EXHIBIT 27

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4        _____
                                        )
 5        ASETEK DANMARK A/S,           )
                                        )
 6                 Plaintiff and        )
                   Counterdefendant,    )
 7                                      )
          vs.                           ) No. 3:19-CV-00410-EMC
 8                                      )
          COOLIT SYSTEMS INC.,          )
 9                                      )
                   Defendant and        )
10                 Counterclaimant.     )
                                        )
11        COOLIT SYSTEMS USA INC.,      )
          COOLIT SYSTEMS ASIA PACIFIC   )
12        LIMITED, COOLIT SYSTEMS       )
          (SHENZHEN) CO., LTD.          )
13                                      )
                   Defendants,          )
14                                      )
          CORSAIR GAMING, INC., and     )
15        CORSAIR MEMORY, INC.          )
                                        )
16                 Defendants.          )
          _____)
17
18           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19               VIDEOTAPED REMOTE DEPOSITION OF
20                  DAVID B. TUCKERMAN, Ph.D.
21                 Lake Stevens, Washington
22               Thursday, December 30, 2021
23                  Volume I, Pages 1 - 275
24        Reported by:  CATHERINE A. RYAN, RMR, CRR,
          CSR No. 8239
25        Job No. 4997333
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4       _____
                                       )
 5       ASETEK DANMARK A/S,           )
                                       )
 6              Plaintiff and          )
                Counterdefendant,      )
 7                                     )
         vs.                           )  No. 3:19-CV-00410-EMC
 8                                     )
         COOLIT SYSTEMS INC.,          )
 9                                     )
                Defendant and          )
10              Counterclaimant.       )
                                       )
11       COOLIT SYSTEMS USA INC.,      )
         COOLIT SYSTEMS ASIA PACIFIC   )
12       LIMITED, COOLIT SYSTEMS       )
         (SHENZHEN) CO., LTD.          )
13                                     )
                Defendants,            )
14                                     )
         CORSAIR GAMING, INC., and     )
15       CORSAIR MEMORY, INC.          )
                                       )
16              Defendants.            )
         _____)
17
18              Videotaped remote deposition of DAVID B.
19       TUCKERMAN, Ph.D., Volume I, taken on behalf of
20       Defendant and Counterclaimant, by way of
21       video-telecommunication with the Witness appearing
22       in Lake Stevens, Washington, beginning at 9:04 a.m.
23       and ending at 7:12 p.m., on Thursday, December 30,
24       2021, before CATHERINE A. RYAN, Certified Shorthand
25       Reporter No. 8239.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    APPEARANCES VIA VIDEO-TELECONFERENCE:
 2
 3    For Plaintiff and Counterdefendant:
 4         FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP
           BY:  ARPITA BHATTACHARYYA, Ph.D.
 5         Attorney at Law
           3300 Hillview Avenue
 6         Palo Alto, California  94304
           (650) 849-6650
 7         arpita.bhattacharyya@finnegan.com
 8
 9
      For Defendants:
10
           COOLEY LLP
11         BY:  REUBEN CHEN
           Attorney at Law
12         3175 Hanover Street
           Palo Alto, California  94304-1130
13         (650) 843.5000
           rchen@cooley.com
14
           GREENBERG TRAURIG, LLP
15         BY:  KYLE D. CHEN
           Attorney at Law
16         1900 University Avenue, Fifth Floor
           East Palo Alto, California  94303
17         (650) 289-7887
           kchen@gtlaw.com
18
           DICKINSON WRIGHT
19         BY:  KENNETH J. DYER
           Attorney at Law
20         800 West California Avenue, Suite 110
           Sunnyvale, California  94086
21         (408) 701-6170
           kdyer@dickinsonwright.com
22
23
24    ALSO PRESENT VIA VIDEO-TELECONFERENCE:
25    SOSEH KEVORKIAN, Videographer, Veritext
```

Page 3

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1                          INDEX

 2   WITNESS                                EXAMINATION

 3   DAVID B. TUCKERMAN, Ph.D.

     Volume I

 4                    BY MR. R. CHEN               8

 5                    BY MS. BHATTACHARYYA       246

 6                    BY MR. R. CHEN             261

 7

 8

 9                        EXHIBITS

10   NUMBER           DESCRIPTION              PAGES

11   Exhibit 289   Drawing; 1 page                74

12

13   Exhibit 290   "Deposition of Donald E. Tilton,    106

14                 Ph.D., December 19, 2020, Asetek

15                 Danmark A/S vs. CoolIT Systems, Inc.;

16                 177 pages

17

18   Exhibit 291   "EXPERT REPORT OF DR. DAVID B.      138

19                 TUCKERMAN REGARDING INFRINGEMENT OF

20                 U.S. PATENT NOS. 8,240,362;

21                 10,613,601; AND 10,599,196"; 174 pages

22

23   Exhibit 291A  "Exhibit A to Dr. David Tuckerman's   138

24                 Infringement Report"; 3 pages

25   //

                                              Page 4
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              EXHIBITS (Continued)

 2     NUMBER              DESCRIPTION            PAGES

 3     Exhibit 291B  "Exhibit B to Dr. David Tuckerman's    138

 4                   Infringement Report"; 13 pages

 5

 6     Exhibit 291C  "Exhibit C to Dr. David Tuckerman's    138

 7                   Infringement Report"; 19 pages

 8

 9     Exhibit 292   "EXHIBIT B"; 7 pages                   175

10

11     Exhibit 293   "JOINT STATEMENT REGARDING COLLATERAL   179

12                   ESTOPPEL AND JUDICIAL ESTOPPEL

13                   DEFENSES"; 48 pages

14

15     Exhibit 294   "REBUTTAL REPORT OF DR. JOHN P.        198

16                   ABRAHAM REGARDING INFRINGEMENT OF

17                   ASETEK DANMARK A/S'S ASSERTED PATENT

18                   CLAIMS"; 243 pages

19

20     Exhibit 295   "EXHIBIT A"; 18 pages                  218

21

22     Exhibit 296   "EXHIBIT C"; 30 pages                  220

23

24

25     //
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              PREVIOUSLY MARKED EXHIBITS

 2     NUMBER              DESCRIPTION              PAGES

 3     Exhibit 163 "U.S. PATENT:  8,240,362, ISSUE DATE:    57

 4                 August 14, 2012"; Bates

 5                 ASE-CLT00008003 - ASE-CLT00008029

 6

 7     Exhibit 78  "Laid-open Patent 2003-0031027"; Bates   59

 8                 COOLIT0004768 - COOLIT0004785

 9

10     Exhibit 168 "U.S. PATENT:  10,599,196, ISSUE DATE:   75

11                 March 24, 2020"; Bates ASE-CLT00047334

12                 - ASE-CLT00047369

13

14     Exhibit 175 "United States Patent, Lyon, Patent      80

15                 No.:  US 10,274,266 B2, Date of

16                 Patent:  Apr. 30, 2019"; Bates

17                 COOLIT0004352 - COOLIT0004378

18

19     Exhibit 167 "U.S. PATENT:  10,613,601, ISSUE DATE:  244

20                 April 07, 2020"; Bates ASE-CLT00048067

21                 - ASE-CLT00048090

22

23

24

25

                                              Page  6
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      Lake Stevens, Washington; Thursday, December 30, 2021

 2                      9:04 a.m.

 3

 4           THE VIDEOGRAPHER:  Good morning.  We are

 5      going on the record at 9:04 a.m. on December 30th,      09:04:32

 6      2021.

 7           This is Media Unit 1 of the video-recorded

 8      deposition of Dr. David Tuckerman, taken by counsel

 9      in the matter of Asetek Danmark A/S versus CoolIT

10      Systems, Incorporated, and all related               09:04:50

11      cross-actions, filed in the United States District

12      Court for the Northern District of California, case

13      No. 319-CV-00410-EMC.

14           This deposition is being held by Veritext

15      Virtual via Zoom web conferencing.                   09:05:09

16           My name is Soseh Kevorkian, from the firm

17      Veritext, and I'm the videographer.  Our court

18      reporter is Catherine Ryan, also from the firm

19      Veritext.

20           At this time, would counsel and all             09:05:21

21      present please identify themselves for the record.

22           MR. R. CHEN:  Yes.  This is Reuben -- oh,

23      go ahead, Arpita.

24           MS. BHATTACHARYYA:  This is Arpita

25      Bhattacharyya from Finnegan for Plaintiff Asetek     09:05:31
```

Page 7

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    Danmark A/S.                                      09:05:37

 2            MR. R. CHEN:  This is Reuben Chen from

 3    Cooley LLP for CoolIT and Corsair, and with me is my

 4    co-counsels, Kyle Chen and Ken Dyer.

 5            THE VIDEOGRAPHER:  Okay.  Thank you.       09:05:54

 6            Is that -- I think that's it or --

 7            THE WITNESS:  Do I have -- should I

 8    introduce myself, or does that come later?

 9            MR. R. CHEN:  Well, Doctor, we're going to

10    swear you in in just a minute.  Thank you.          09:06:06

11            THE VIDEOGRAPHER:  Catherine, whenever

12    you're ready.

13

14            DAVID B. TUCKERMAN, Ph.D.,

15    having been administered an oath, was examined and   09:06:25

16    testified as follows:

17

18                    EXAMINATION

19    BY MR. R. CHEN:

20        Q    Good morning, Dr. Tuckerman.              09:06:27

21        A    Good morning.

22        Q    Now, I know this is your third deposition

23    in this case, but, for the record, could you please

24    state your name.

25        A    David Bazeley -- middle name             09:06:38
```

Page 8

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    simulation.  You certainly wouldn't spend the money    10:14:35

2    and tool things for something that, you know,

3    someone might have made a goof, you know, or not

4    simulated it properly.

5              MR. R. CHEN:  All right.  Well, I think    10:14:47

6    we've been going for over an hour, so,

7    Dr. Tuckerman, would you like to take like a

8    ten-minute break, or would you like to keep going?

9              THE WITNESS:  Well, I'd just assume -- I

10   mean, unless people want to take a break, I'm    10:15:04

11   actually okay continuing for -- for a bit.  This is

12   kind of a funny day where it's -- I've got eight

13   inches of snow outside.  It's hard for me to go

14   outside, and, you know, I do have another deposition

15   tomorrow.  So I don't want it to drag on too late    10:15:19

16   tonight, so, you know --

17             MR. R. CHEN:  I'll try to be efficient,

18   yeah.  So why don't we continue, then, if there are

19   no objections to that.

20             THE WITNESS:  Yeah.    10:15:32

21             MR. R. CHEN:  Okay.  Great.  All right.

22        Q    As to their shapes, would you agree that a

23   curved blade has a different shape than a straight

24   blade?

25             MS. BHATTACHARYYA:  Objection.  Vague.    10:15:46

                                          Page 52

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            THE WITNESS:  Well, "curved" and          10:15:54
 2      "straight" certainly mean different things, for --
 3      for sure.
 4      BY MR. R. CHEN:
 5          Q    What is your definition of curved blades?    10:16:09
 6          A    A -- okay.  A definition of curved blade.
 7      A blade that has an -- an arc to it.  It's not --
 8      it's not everywhere linear.
 9          Q    What is your definition of radial blades?
10          A    So if I'm -- if I'm looking down on the --   10:17:11
11      on the impeller and -- you know, so straight down
12      looking down along the axis of rotation, okay, the
13      blade -- repeat the question, by the way, just to
14      make sure I'm --
15          Q    Again, what is your definition of radial   10:17:47
16      blades?
17          A    Right.  Okay.  So as I'm looking down on
18      the axis of rotation, I've got -- the impeller is
19      generally mounted on, like, a circular disk or
20      whatever, and the blade that I'm looking -- the     10:18:09
21      blades that I'm looking at would need to be along
22      the -- the radius of that -- the radius of that
23      circle.  So they -- they don't have to go all the
24      way to the center.  In fact, they can't because
25      normally that's where your inlet is, and they don't  10:18:31
```

Page 53

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    actually always have to go to the edge because        10:18:36
 2    you've got to have some clearance, but they have to
 3    be along the radius.  They have to be coincident
 4    with radial lines drawn from the center going
 5    outward, and that's the best way I can describe it.    10:18:50
 6         Q    Okay.  Okay.  I think I understand what
 7    you're saying.  So I think you're saying that radial
 8    blades have to intersect at the center of rotation.
 9              Is that correct or not quite accurate?
10         A    No, that's not what I said.                  10:19:13
11         Q    Okay.
12         A    I said that the blade needs to -- whatever
13    portion of blade there is needs to be aligned over a
14    radial -- over a radius.  So if I draw -- if I draw
15    a radius line, you know, geometric radius from the     10:19:46
16    center going outward from the center, then the --
17    wherever the blade is needs to be coincident with --
18    with that radius, but I didn't say anything about it
19    going all the way to the center.
20         Q    Right.  If you were -- if one were to        10:20:08
21    continue to extend the blade after it reaches --
22              Actually, let's -- let's do this.  Let's
23    go ahead and let's take a break --
24         A    All right.
25              MR. R. CHEN:  -- a five-minute break.        10:20:34
```

Page 54

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    with radii -- I mean, you know, the blades -- the      10:30:53

 2    blades are three-dimensional, right?  So we're

 3    talking about a view from the top, a projection onto

 4    two dimensions, okay, and if the blade -- you know,

 5    if you -- if you draw a -- if you imagine a radius,     10:31:07

 6    you know, aligned -- drawn from the center outward

 7    to infinity, okay, but starting at the center of

 8    rotation, if -- if the blade anywhere -- is

 9    anywhere -- if the blade -- if a blade can be

10    aligned entirely over a portion of that -- you know,   10:31:34

11    of one of those radius lines, then it's a radial

12    blade.  If it deviates anywhere from that along its

13    length, it is no longer radial.

14         Q    Is the term "curved blades" broader or

15    narrower than the term "nonradial blades"?            10:32:01

16         A    Well, it is a form of nonradial blade.

17    Certainly, you can't be curved and be radial at the

18    same time.  So it would be a -- I mean, it's a

19    subset of the class of nonradial blades, a curved

20    blade would be.                                       10:32:38

21         Q    So the terms "curved blades" and

22    "nonradial blades" do not have the same scope,

23    correct?

24              MS. BHATTACHARYYA:  Objection.  Vague.

25    Calls for a legal conclusion.                         10:32:57
```

Page 56

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1          THE WITNESS:  A curve, to me, implies that      10:33:11

2    there is, you know, some nonlinearity to the shape

3    of the blade so that it, you know, has an arc to it.

4    So they're not identical terms, no.

5          MR. R. CHEN:  Okay.  Let me introduce an       10:33:36

6    exhibit that is previously marked as Exhibit 163.

7          (Exhibit 163 was introduced.)

8    BY MR. R. CHEN:

9      Q    So, Dr. Tuckerman, do you see in the

10   Marked Exhibits folder Exhibit 163?                   10:34:26

11     A    I do.

12     Q    Okay.

13     A    Give me just a moment to download it so I

14   can put it in its own window.

15     Q    Sure.  Yeah.  No.  Please go ahead and do      10:34:38

16   that, and while you're doing that, Exhibit 163, for

17   the record, is US Patent No. 8,240,362, and the

18   specific exhibit has Bates Nos. ASE-CLT00008003 to

19   -8029.

20          And, Dr. Tuckerman, after you've              10:35:20

21   downloaded it, if I could ask you to go to claim 17

22   at the very end of this exhibit.

23     A    Okay.

24     Q    I'd like you to take a look at the claim

25   language.  Let me know when you're -- when you're at  10:35:39

                                              Page 57

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1      claim 17, and I'll point to -- point you to the        10:35:41

 2      particular limitation.

 3           A    Yeah.  Let me -- let me just read the

 4      whole claim, though.  Do you want to tell me which

 5      limitation you're going to focus on?                    10:36:06

 6           Q    Yeah.  Go ahead and look at the entire

 7      claim, and the limitation that I'm going to ask you

 8      about is a pump including a motor and an impeller

 9      having curved blades, and, specifically, I'm going

10      to focus on the language:  an impeller having curved    10:36:19

11      blades.

12           A    Okay.  So that's in the second-to-last

13      clause?

14           Q    That's correct, yep.

15           A    Okay.  All right.  So let me just read        10:36:31

16      through the whole claim so I have context.

17                (Pause.)

18           A    All right.

19           Q    Okay.  The claim language requires that

20      the blades of the impellers have to be curved,          10:38:59

21      correct?

22           A    Yes, that is how I read it.

23           Q    And the adjective "curved" modifies the

24      noun "blades," correct?

25           A    Yes.                                          10:39:13
```

Page 58

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    you had used Dr. Stein's simulation results.  So at      18:26:33

 2    that time, you were not shown your report.  So I'm

 3    going to show your report and direct you to that

 4    paragraph so that if -- if there was any answer that

 5    you wanted to give in the context of your report,        18:26:50

 6    you can do that.

 7              Your report, which is the infringement

 8    report for the Asetek patents, is Exhibit 291.

 9              Do you have that handy?

10      A    I do.                                              18:27:06

11      Q    Let me direct you to paragraph 290 of

12    Exhibit 291.

13      A    Okay.

14      Q    Go ahead and read paragraph 290 of -- you

15    can -- you can read it silently.  When you are done,      18:27:31

16    you'll let me know, and I will ask you some

17    questions.

18      A    Okay.

19          (Pause.)

20      A    I've read that paragraph.                          18:28:57

21      Q    Okay.  Starting in the second sentence in

22    paragraph 290 of Exhibit 291, you say that "Although

23    the blades in the impeller in the H100i Liquid

24    Cooler are not literally curved, they are offset and

25    swept back compared with radial blades (which are        18:29:24
```

Page 247

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    traditionally understood to be what comprise a       18:29:27

 2    'straight-blade impeller').  As a result, the

 3    impeller in the H100i Liquid Cooler (hereinafter the

 4    'CoolIT impeller') is functionally equivalent to an

 5    impeller with backward-curved blades, and thus the    18:29:44

 6    H1" -- "H100i Liquid Cooler (and the other accused

 7    CoolIT/Corsair products) infringe claim 17 under the

 8    doctrine of equivalents."

 9              Do you see that?

10        A    Yes.                                         18:30:05

11        Q    Is that opinion independent of Dr. Stein's

12    simulation results?

13              MR. R. CHEN:  Objection.  Leading.

14    Outside the scope of my examination.

15              THE WITNESS:  Well, my knowledge of pump    18:30:31

16    fluid mechanics is that the sweep angle at the exit

17    is primarily the determinant of -- the sweep angle,

18    as it intercepts the circumference of -- of the

19    volute, is primarily the determinant of how the pump

20    performs and what the pump curve looks like.          18:30:56

21              And so my expectation was that a curved

22    blade -- they -- in particular, these are

23    backward-swept blades.  We're talking about both --

24    both the curved blade that Dr. Stein simulated and

25    the CoolIT linear but not radial blades.  Both of     18:31:23
```

Page 248

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
1    those have a -- an exit angle that is not          18:31:31

2    perpendicular to -- to the circumference.  It's not

3    a radial exit angle.  It's -- it's -- it has a sweep

4    back.  And so because that sweep back angle at the

5    exit is the primary determinant of how the pump      18:31:53

6    behaves, I expected that there would be similar

7    performance.  I thought Dr. Stein's data was

8    supportive of that.

9            So I would say that gave additional

10   confidence, but I -- it would have been my          18:32:11

11   expectation to -- that this result would have been

12   true, that the performance would be similar even

13   without the simulations.

14   BY MS. BHATTACHARYYA:

15       Q   And just so I'm clear, you are saying that  18:32:29

16   the performance of CoolIT's impeller would be --

17   strike that.

18            Would it be fair to say that your

19   expectation was, even before seeing the simulation

20   results, that CoolIT's impeller would behave like a  18:32:49

21   backward-curved impeller?

22            MR. R. CHEN:  Objection.  Leading.

23            THE WITNESS:  That was my expectation

24   prior to the simulation.

25   //
```

                                        Page 249

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    BY MS. BHATTACHARYYA:                                18:33:08

 2         Q    And does Dr. Stein's simulation support

 3    that -- support your opinion or expectation that

 4    CoolIT's impeller behaved like a backward-curved

 5    impeller?                                            18:33:26

 6              MR. R. CHEN:  Objection.  Leading.

 7              THE WITNESS:  It did -- it did support it,

 8    yes.

 9    BY MS. BHATTACHARYYA:

10         Q    And you said that the sweep angle at the   18:33:40

11    exit is the primary determinant of how pump

12    impellers behave.

13              Did I get that right?

14              MR. R. CHEN:  Objection.  Leading.

15              THE WITNESS:  It is -- it is a -- it's the  18:33:58

16    most important factor, I would say, yes.

17    BY MS. BHATTACHARYYA:

18         Q    And is the sweep angle at the exit of

19    CoolIT's impeller blades the same as you would see

20    with a backward-curved impeller blade?               18:34:27

21              MR. R. CHEN:  Objection.  Leading.

22              THE WITNESS:  Well, you know, there's a

23    variety of amounts of sweep that you can have in a

24    design.  So all I can really say is -- is that I

25    would expect that a curved blade that has a similar  18:34:53
```

Page 250

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1    sweep angle at the exit would behave comparably to         18:35:04

2    the -- you know, the linear nonradial blades with --

3    with the same amount of sweep.

4    BY MS. BHATTACHARYYA:

5        Q    And by "linear nonradial blades," are you        18:35:18

6    referring to CoolIT's impeller blades?

7              MR. R. CHEN:  Objection.  Leading.

8              THE WITNESS:  Yes.  That's what I'm

9    referring to in this case, yes.

10   BY MS. BHATTACHARYYA:                                       18:35:31

11       Q    Would you agree that the sweep angles of

12   CoolIT's impeller blades are different from what you

13   would expect to see from straight radial blades?

14             MR. R. CHEN:  Objection.  Leading.

15   Outside the scope of the examination.                       18:35:51

16             THE WITNESS:  Well, the sweep -- the sweep

17   angles of the CoolIT are not 90 degrees from the

18   circumference, so they're manifestly not radial.

19   BY MS. BHATTACHARYYA:

20       Q    Let's go to paragraph 289 of Exhibit 291.         18:37:02

21       A    Okay.

22       Q    Actually, let's go to the recitation of

23   the claim limitation, which is marked as 17F, which

24   is right before paragraph 289.  And I will represent

25   to you that the bolded sentence starting with the           18:37:31

                                              Page 251

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1    word "activating," which is right before        18:37:34

 2    paragraph 289, recites the limitation from claim 17

 3    of the '362 patent.

 4         A    Okay.

 5         Q    Can you take a moment to read that      18:37:49

 6    limitation?

 7              (Pause.)

 8         A    I've read it.

 9         Q    Okay.  Claim 17 of the '362 patent recites

10    "activating a pump to circulate a cooling liquid   18:38:13

11    through the reservoir and the heat radiator, the

12    pump including a motor and an impeller having curved

13    blades, the impeller being positioned in the

14    reservoir."

15              Do you see that?                          18:38:32

16         A    Yes.

17         Q    Claim 17 does not recite that the shape of

18    the impeller blade is curved or that the impeller

19    blades are curve shaped, right?

20              MR. R. CHEN:  Objection.  Leading.  Calls  18:38:49

21    for a legal conclusion.

22              THE WITNESS:  That's right.  It says

23    curved blades.  It doesn't use the word "shape."

24    BY MS. BHATTACHARYYA:

25         Q    Earlier during your cross, counsel for    18:40:15
```

Page 252

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1           I, DAVID B. TUCKERMAN, Ph.D., do hereby

2     declare under penalty of perjury that I have read

3     the foregoing transcript; that I have made any

4     corrections as appear noted, in ink, initialed by

5     me, or attached hereto; that my testimony as

6     contained herein, as corrected, is true and correct.

7           EXECUTED this _____ day of _____,

8     2022, at _____, _____.
              (City)                (State)

9

10                      _____

                        DAVID B. TUCKERMAN, Ph.D.

11                            VOLUME I

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 271

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

1       I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby

3   certify:

4       That the foregoing proceedings were taken

5   before me at the time and place herein set forth;

6   that any witnesses in the foregoing proceedings,

7   prior to testifying, were administered an oath; that

8   a record of the proceedings was made by me using

9   machine shorthand which was thereafter transcribed

10  under my direction; that the foregoing is a true

11  record of the testimony given.

12      Further, that if the foregoing pertains to the

13  original transcript of a deposition in a Federal

14  Case, before completion of the proceedings, review

15  of the transcript [ X ] was [  ] was not requested.

16      I further certify that I am neither

17  financially interested in the action nor a relative

18  or employee of any attorney or any party to this

19  action.

20      IN WITNESS WHEREOF, I have this date

21  subscribed my name:  January 14, 2022.

22

23

24       _Catherine A. Ryan_

        Catherine A. Ryan, RMR, CRR

25       CSR No. 8239

Veritext Legal Solutions
866 299-5127