# EXHIBIT 28
## FILED UNDER SEAL
## (PUBLIC VERSION)