# Exhibit C

**Exhibit C**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5      ASETEK DANMARK A/S,            )
                                       )
 6          Plaintiff and              )
            Counter-Defendant,         )
 7                                     )
        vs.                            ) Case No. 3:19-cv-00410-EMC
 8                                     )
        COOLIT SYSTEMS, INC.,          )
 9                                     )
            Defendant and              )
10          Counter-Claimant.          )
                                       )
11      COOLIT SYSTEMS USA INC.,       )
        COOLIT SYSTEMS ASIA PACIFIC    )
12      LIMITED, COOLIT SYSTEMS        )
        (SHENZHEN) CO., LTD.,          )
13                                     )
            Defendants,                )
14                                     )
        COSAIR GAMING INC., and        )
15      CORSAIR MEMORY INC.,           )
                                       )
16          Defendants.                )
                                       )
17
18
19            DEPOSITION OF DAVID TUCKERMAN, Ph.D.
20                  MONDAY, DECEMBER 22, 2021
21
22
23      Reported Remotely and Stenographically by:
24      JANIS JENNINGS, CSR No. 3942, CLR, CCRR
25      Job No. 4997336
```

Page 1

```
 1
 2
 3
 4
 5
 6
 7      REMOTE DEPOSITION OF DAVID TUCKERMAN, Ph.D., located
 8      in Lake Stevens, Washington, taken on behalf of the
 9      Defendants and Counter-Claimants CoolIT entities and
10      Corsair entities, beginning at 9:10 a.m., on Wednesday,
11      December 22, 2021, sworn remotely by Janis Jennings,
12      Certified Shorthand Reporter No. 3942, CLR, CCRR,
13      located in the City of Walnut Creek, County of
14      Contra Costa, State of California.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      REMOTE APPEARANCES:
 2
 3      For Plaintiff and Counter-Defendant Asetek Danmark
 4      A/S:
 5          FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP
 6          BY:  ARPITA BHATTACHARYYA, ESQ.
 7          3300 Hillview Avenue
 8          Palo Alto, California  94304
 9          650.849.6600
10          arpita.byattacharyya@finnegan.com
11
12      For Defendants and Counter-Claimant CoolIT entities and
13      Corsair entities:
14          COOLEY RLLP
15          BY:  REUBEN CHEN, ESQ.
16               DUSTIN KNIGHT, ESQ.
17          3175 Hanover Street
18          Palo Alto, California  94304
19          650.843.5000
20          rchen@cooley.com
21          dknight@cooley.com
22
23          Also Present:
24               SOSEH KEVORKIAN, Videographer
25
```

Page 3

```
 1                        I N D E X

 2

 3    WITNESS                                           PAGE

 4    DAVID TUCKERMAN, Ph.D.

 5

 6

 7              EXAMINATION BY MR. KNIGHT                  9

 8

 9

10

11                   QUESTIONS NOT ANSWERED

12

13                    PAGE           LINE

14                     53             24

15                    232             20

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1   question -- I just ask --                                16:12
 2          MR. KNIGHT:  Arpita, please stop.                 16:12
 3   BY MR. KNIGHT:                                           16:12
 4      Q.  Dr. Tuckerman, are you able to answer my          16:12
 5   question?                                                16:12
 6          MS. BHATTACHARYYA:  Rephrase your question        16:12
 7   or move on.                                              16:12
 8   BY MR. KNIGHT:                                           16:12
 9      Q.  Are you refusing to answer my question,           16:12
10   Dr. Tuckerman?                                           16:12
11      A.  I'm not refusing to answer the question.  I       16:12
12   would say that one could potentially take that           16:13
13   position.  If you were going to take that position,      16:13
14   which was not taken in Dr. Pokharna's report, I          16:13
15   would reserve the right to challenge the reasoning,      16:13
16   if -- if necessary.                                      16:13
17          I just don't have the, shall we say, the          16:13
18   cognitive ability to work through all the issues of      16:13
19   taking that position because it is not the position      16:13
20   that Dr. Pokharna took.  So I won't rule out that        16:13
21   you could take a position like that.  And if you'd       16:13
22   like to take a position like that, then we can, you      16:13
23   know, do a follow-up filing or something, I guess is     16:13
24   the way I'd answer the question.                         16:14
25          MR. KNIGHT:  Okay.  I think it's a good time      16:14
```

Page 176

| | | |
|---|---|---|
| 1 | to take a 10-minute break, if we can go off the | 16:14 |
| 2 | record. | 16:14 |
| 3 |       THE WITNESS:  Sounds good. | 16:14 |
| 4 |       MR. KNIGHT:  Great. | 16:14 |
| 5 |       THE VIDEOGRAPHER:  We're going off the | 16:14 |
| 6 | record at 4:14 p.m. | 16:14 |
| 7 |       (Off the record.) | 16:26 |
| 8 |       THE VIDEOGRAPHER:  We are on the record at | 16:26 |
| 9 | 4:26 p.m.  This is the beginning of media 8 in the | 16:26 |
| 10 | deposition of Dr. David Tuckerman. | 16:26 |
| 11 | BY MR. KNIGHT: | |
| 12 |   Q.  Welcome back, yet again, Dr. Tuckerman. | 16:26 |
| 13 |   A.  Likewise. | 16:26 |
| 14 |   Q.  Okay.  Dr. Tuckerman, I want to switch gears | 16:26 |
| 15 | a little bit and -- and talk about your | 16:27 |
| 16 | understanding of the term "plate."  So what is the | 16:27 |
| 17 | definition of the term plate that you applied in | 16:27 |
| 18 | your noninfringement report? | 16:27 |
| 19 |   A.  Well, I believe it -- there's no -- if I'm | 16:27 |
| 20 | not mistaken, there's no specific claim con- -- | 16:27 |
| 21 | no -- no specific construction on that term from the | 16:27 |
| 22 | court.  So I would use the plain and ordinary | 16:27 |
| 23 | meaning to a person skilled in the art as it | 16:27 |
| 24 | relates, you know, to this sort of field.  And I | 16:27 |
| 25 | understand it to be a -- basically rigid. | 16:27 |

Page 177

| | | |
|---|---|---|
| 1 | Now, rigid is not an absolute term.  There | 16:28 |
| 2 | is no such thing as a material that is completely | 16:28 |
| 3 | rigid.  It's a matter of degree.  But it's -- | 16:28 |
| 4 | rigidity is a key feature, and it would need to have | 16:28 |
| 5 | a -- you know, a -- it has in the general | 16:28 |
| 6 | understanding -- engineering understanding of a | 16:28 |
| 7 | plate is it has got two parallel faces, and the | 16:28 |
| 8 | lateral extent of the plate is -- you know, is | 16:28 |
| 9 | greater than -- I mean, it doesn't have to be | 16:28 |
| 10 | tremendously greater, but it has to be, you know, | 16:28 |
| 11 | noticeably greater than the width of the plate.  So | 16:28 |
| 12 | it has to have some -- you know, some aspect ratio. | 16:28 |
| 13 | And that's the basic plate idea.  And it is | 16:29 |
| 14 | used to -- in conjunction with being some sort of | 16:29 |
| 15 | structural member in something, you know, providing | 16:29 |
| 16 | strength, stiffness and such.  Now, it doesn't mean | 16:29 |
| 17 | it can't have features in it.  It can absolutely | 16:29 |
| 18 | have holes and slots.  I mean, you can't really use | 16:29 |
| 19 | a plate in engineering unless you're, you know, | 16:29 |
| 20 | generally doing something with it, attaching it to | 16:29 |
| 21 | something, attaching something to it.  You know, | 16:29 |
| 22 | interlocking it, whatever.  It's so -- clamping it, | 16:29 |
| 23 | you know, supporting it in some way. | 16:29 |
| 24 | So it -- you know, you can have features | 16:30 |
| 25 | that go all the way through.  You can have grooves | 16:30 |

Page 178

```
 1   in it, slots, I mean, what have you.  But the basic      16:30
 2   structure from which you're starting is that             16:30
 3   parallel plate -- the parallel plane with, you           16:30
 4   know -- you know, a width-to-thickness ratio that        16:30
 5   is, you know -- I mean, I'd say, you know, at least      16:30
 6   two or more.                                             16:30
 7           The -- the -- well, let's see, what else         16:30
 8   goes into kind of understanding -- general               16:30
 9   understanding of a plate.  You know, it can -- you       16:30
10   know, it can be used in tension or flexure, but          16:30
11   flexure is not like a lot because of rigidity.  And     16:31
12   there's also terminology of thin plate versus thick     16:31
13   plate in the literature.  There's simpler equations    16:31
14   for modeling a thin plate where the thickness is       16:31
15   very much smaller than the lateral dimensions, and    16:31
16   there are somewhat more involved equations when       16:31
17   there -- that width-to-thickness ratio is not so      16:31
18   large.                                                16:31
19           And if you go real extreme with thinness      16:31
20   versus size, it would probably no longer be           16:31
21   considered a plate at that point.  It would be        16:31
22   considered a membrane.                                16:31
23           So those are kind of the boundaries of the    16:31
24   concept in engineering parlance.  And, you know,      16:31
25   it's also something that retains -- you know, in      16:31
```

| | | |
|---|---|---|
| 1 | virtue of being essentially rigid material, it | 16:32 |
| 2 | retains its shape.  You know, if you apply bending | 16:32 |
| 3 | forces, for example, it, you know, goes back to | 16:32 |
| 4 | where it was.  But on the other hand, you can exceed | 16:32 |
| 5 | the elastic limit, in which case, you know, you can | 16:32 |
| 6 | make a permanent deformation to it. | 16:32 |
| 7 |       That's kind of a -- more or less about it. | 16:32 |
| 8 | Q.   Okay.  Okay.  That was a very thorough | 16:32 |
| 9 | answer.  I appreciate that. | 16:32 |
| 10 |       So if we look at your noninfringement | 16:32 |
| 11 | report, what evidence do you cite to to support the | 16:32 |
| 12 | definition you gave today about a plate? | 16:32 |
| 13 | A.   Well, you know, because it's a plain and | 16:32 |
| 14 | ordinary meaning and I have been a working engineer | 16:32 |
| 15 | for 45 years, I didn't feel the need to give a | 16:33 |
| 16 | technical definition.  I mean, there are textbook | 16:33 |
| 17 | definitions, you know, that generally just use kind | 16:33 |
| 18 | of the simple thing I just said, which is that the | 16:33 |
| 19 | width is significantly greater than the thickness -- | 16:33 |
| 20 | Q.   Uh-huh. | |
| 21 | A.   -- you know.  But, you know, there's books | 16:33 |
| 22 | on the theory of plates and how they're used in | 16:33 |
| 23 | structures. | 16:33 |
| 24 | Q.   Uh-huh.  Uh-huh.  Okay.  Okay.  Have you | 16:33 |
| 25 | ever heard of a rubber plate before? | 16:33 |

```
 1     A.   No, I've not.                                      16:33
 2     Q.   You've never encountered a rubber plate in         16:33
 3  your 40-some-odd years of engineering experience?          16:33
 4     A.   No, I wouldn't --                                  16:33
 5     Q.   Okay.
 6     A.   Rubber plate, no.                                  16:33
 7     Q.   Okay.  Okay.  Let's turn to the '330 patent.       16:33
 8     A.   Uh-huh.
 9     Q.   I believe I have previously introduced it.         16:34
10  Let me give you the exhibit --                             16:34
11     A.   Thank you.                                         16:34
12     Q.   -- number.  That would be Exhibit No. 263.         16:34
13     A.   263.  Okay.  Let me download that.                 16:34
14     Q.   I would like to direct your attention to the       16:34
15  asserted claims 1, 12 and 14, in particular.               16:34
16     A.   Okay.  Let me get that on the screen here.         16:34
17  So this is the '330 patent.                                16:34
18     Q.   That's right.                                      16:34
19     A.   Okay.  And -- yeah, Exhibit 263.  And the          16:34
20  claims being --                                            16:35
21     Q.   I would like you to look at claims 1, 12 and       16:35
22  14.                                                        16:35
23     A.   Okay.                                              16:35
24     Q.   I just want to confirm a couple things.            16:35
25     A.   Sure.                                              16:35
```

Page 181

| | | |
|---|---|---|
| 1 | Q. Okay. So in claims 1, 12 and 14, do those | 16:35 |
| 2 | claims expressly recite that the claimed plate | 16:35 |
| 3 | has compliant surfaces? | 16:35 |
| 4 | A. Let me -- | 16:35 |
| 5 | DEPOSITION REPORTER: Excuse me. Mr. | 16:35 |
| 6 | Knight, can I have that question again? | 16:35 |
| 7 | "So in claims 1, 12 and 14..." | 16:35 |
| 8 | BY MR. KNIGHT: | 16:35 |
| 9 | Q. Yeah. Do claims 1, 12 and 14 of the '330 | 16:35 |
| 10 | patent expressly recite that the claim plate has | 16:35 |
| 11 | compliant surfaces? | 16:35 |
| 12 | A. Well, I mean, I just did a search on the PDF | 16:35 |
| 13 | for the word "compliant" and found it nowhere in the | 16:36 |
| 14 | patent, so I would say no. | 16:36 |
| 15 | Q. Okay. And do claims 1, 12 and 14 of the | 16:36 |
| 16 | '330 patent expressly recite the material of the | 16:36 |
| 17 | claimed plate? | 16:36 |
| 18 | A. No. It's -- they're silent on the issue of | 16:36 |
| 19 | material. | 16:36 |
| 20 | Q. Okay. Dr. Tuckerman, in preparation for | 16:36 |
| 21 | your noninfringement report, did you review the | 16:37 |
| 22 | PTAB's final written decision in the IPR of the '266 | 16:37 |
| 23 | patent? | 16:37 |
| 24 | A. You know, I reviewed it a long time ago. | 16:37 |
| 25 | Q. Okay. | 16:37 |

Page 182

1    A.   Yeah.                                                16:37
2    Q.   But you did review it; is that correct?              16:37
3    A.   Well, let me -- let me make sure we are              16:37
4  talking about the right thing.  Can I see my -- let         16:37
5  me look at the Materials Considered list.                   16:37
6    Q.   It should be there.  And just for your               16:37
7  reference, the IPR of the '266 patent is                    16:37
8  IPR2020-00825.                                              16:37
9    A.   My Materials Considered exhibit is which             16:38
10 one, if you can help me out?                                16:38
11   Q.   Yeah.  Let me pull up the list.  It should           16:38
12 be Exhibit 276.                                             16:38
13   A.   Yes.  Okay.  All right.  And the document            16:38
14 you're referring to is?                                     16:38
15   Q.   It's the final written decision in                   16:38
16 IPR2020-00825.                                              16:38
17   A.   Yes.  That is in Materials Considered.               16:38
18   Q.   Okay.  Now, Dr. Tuckerman, is it your                16:38
19 understanding from the PTAB decision that they              16:38
20 construed the term "plate" and decided there was no         16:38
21 support and specification for a plate made of               16:38
22 compliant material?                                         16:38
23        MS. BHATTACHARYYA:  Objection.  Calls for a          16:39
24 legal conclusion.                                           16:39
25        THE WITNESS:  Just one moment, please.               16:39

```
 1   BY MR. KNIGHT:
 2       Q.   Uh-huh.
 3       A.   So I think, you know, in paragraph 52 of my      16:41
 4   noninfringement report --                                 16:41
 5       Q.   Uh-huh.                                          16:41
 6       A.   -- I state:                                      16:41
 7            "In fact, in the IPR filed by Asetek             16:41
 8            against CoolIT's '266 patent..."                 16:41
 9            By the way, is that the patent you had me        16:41
10   pull up, or did you have me pull up a different one?     16:41
11       Q.   I had you pull up the '330 patent, but the       16:41
12   '266 patent and the '330 patent both refer to a           16:41
13   plate.                                                    16:41
14       A.   Right.  Okay.  So in... But in regard to        16:41
15   the '266 patent:                                          16:41
16            "The PTAB agreed with Asetek that the            16:41
17            2007 provisional does not contain a              16:41
18            disclosure that would have conveyed              16:41
19            to a person of ordinary skill in the             16:41
20            art that the inventor had possession             16:41
21            of a manifold body defining a pair               16:41
22            of compliant surfaces (PTAB                      16:42
23            IPR2020-00825 final written decision             16:42
24            at 23)."  [As read.]                             16:42
25            So that is the document you're referring to?    16:42
```

Page 184

| | | | |
|---|---|---|---|
| 1 | Q. | Uh-huh. | |
| 2 | A. | "PTAB also found that the inventor | 16:42 |
| 3 | | substitution of the phrase 'rigid | 16:42 |
| 4 | | plate' for the phrase 'plate 240' | 16:42 |
| 5 | | in the '266 patent is objective | 16:42 |
| 6 | | intrinsic evidence that, as of 2012, | 16:42 |
| 7 | | the inventor considered plate 240, | 16:42 |
| 8 | | which he was contrasting with | 16:42 |
| 9 | | compliant insert 334, to be made of | 16:42 |
| 10 | | a rigid rather than compliant | 16:42 |
| 11 | | material. As the PTAB found the term | 16:42 |
| 12 | | 'plate' in the '330 patent claims, as | 16:42 |
| 13 | | well as the '284 patent claims in | 16:42 |
| 14 | | claims 13 and 15 of the '266 patent" -- | 16:42 |
| 15 | | [As read.] | |
| 16 | | Remind me again, was that the one we were | 16:43 |
| 17 | looking at or -- | | | 16:43 |
| 18 | Q. | We were looking at the '330 patent, but | 16:43 |
| 19 | again, both the '330 patent and the '266 patent | | | 16:43 |
| 20 | include the term "plate." | | | 16:43 |
| 21 | A. | Right. Okay. | 16:43 |
| 22 | | "The '330 patent claim cannot be | 16:43 |
| 23 | | construed to include both a rigid | 16:43 |
| 24 | | plate as well as a compliant gasket | 16:43 |
| 25 | | manifold because there is no written | 16:43 |

| | | |
|---|---|---|
| 1 | description support for a compliant | 16:43 |
| 2 | manifold body in the 2007 provisional | 16:43 |
| 3 | or the '330 patent."  [As read.] | 16:43 |
| 4 | Does that answer the question or... | 16:43 |
| 5 | Q.  I understand that you recited for me what is | 16:43 |
| 6 | in your report, but I don't think it answers my | 16:43 |
| 7 | question.  So I will ask my question again. | 16:43 |
| 8 | Is it your understanding that -- from the | 16:43 |
| 9 | PTAB decision, that they construed the term "plate" | 16:43 |
| 10 | and then they decided there was no support in the | 16:43 |
| 11 | specification for a plate made of compliant | 16:43 |
| 12 | material? | 16:43 |
| 13 | MS. BHATTACHARYYA:  Objection.  Asked and | 16:43 |
| 14 | answered. | 16:43 |
| 15 | THE WITNESS:  I have -- I mean, I quoted you | 16:44 |
| 16 | verbatim from the report.  It -- | 16:44 |
| 17 | BY MR. KNIGHT: | |
| 18 | Q.  I understand that, Dr. Tuckerman, and | 16:44 |
| 19 | then you -- | 16:44 |
| 20 | A.  I don't -- I will put it this way.  I don't | 16:44 |
| 21 | see support for a compliant plate, you know, in -- I | 16:44 |
| 22 | mean, I guess I'm not sure where -- how to answer | 16:44 |
| 23 | it.  I thought it kind of -- the excerpts here, I | 16:44 |
| 24 | thought, speak for themselves.  Or is -- is there a | 16:44 |
| 25 | different -- does your question mean something | 16:45 |

| | | |
|---|---|---|
| 1 | different than what I just said, and if so, what do | 16:45 |
| 2 | you see -- | 16:45 |
| 3 | Q.   Yeah.  So I'm not asking you to read your | 16:45 |
| 4 | report.  I'm actually asking you a question about | 16:45 |
| 5 | whether your understanding is that the PTAB in the | 16:45 |
| 6 | final written description construed the term | 16:45 |
| 7 | "plate." | 16:45 |
| 8 | MS. BHATTACHARYYA:  Objection.  Vague. | 16:45 |
| 9 | Asked and answered.  Calls for a legal conclusion. | 16:45 |
| 10 | THE WITNESS:  I would have to re-read that | 16:45 |
| 11 | report in detail to see if they construed the term | 16:45 |
| 12 | "plate."  Do you want me to take a look through the | 16:45 |
| 13 | report or -- | 16:45 |
| 14 | BY MR. KNIGHT: | |
| 15 | Q.   I don't. | 16:45 |
| 16 | A.   Okay. | 16:45 |
| 17 | Q.   Now, but just to be clear, Dr. Tuckerman, | 16:45 |
| 18 | you considered the final written decision when | 16:45 |
| 19 | preparing the noninfringement report; is that | 16:45 |
| 20 | correct? | 16:45 |
| 21 | A.   Yes, as indicated by excerpts from it. | 16:45 |
| 22 | Q.   Okay.  And did you read the final written | 16:46 |
| 23 | decision in IPR2020-00825 from beginning to end in | 16:46 |
| 24 | preparation for your noninfringement report? | 16:46 |
| 25 | A.   I have read -- object -- sorry.  You have an | 16:46 |

Page 187

| | | |
|---|---|---|
| 1 | objection, Arpita? | 16:46 |
| 2 |       MS. BHATTACHARYYA:  No.  Just go ahead and | 16:46 |
| 3 | answer. | 16:46 |
| 4 |       THE WITNESS:  Okay.  I have read thousands | 16:46 |
| 5 | of pages of material that were given to me, and that | 16:46 |
| 6 | report was included in it.  So at one time, it was | 16:46 |
| 7 | read through, you know, in the limited time there | 16:46 |
| 8 | was to prepare this rebuttal, the -- I can't say for | 16:46 |
| 9 | sure that I read the whole report through again. | 16:46 |
| 10 |       I think that having a -- you know, having | 16:47 |
| 11 | material -- you know, I mean, if I give a textbook, | 16:47 |
| 12 | say, as Materials Considered that doesn't mean | 16:47 |
| 13 | everything in the textbook is relevant.  So what's | 16:47 |
| 14 | excerpted here are, in my view, relevant passages. | 16:47 |
| 15 | BY MR. KNIGHT: | 16:47 |
| 16 |    Q.   So sitting here today, you can't tell me | 16:47 |
| 17 | whether the PTAB final written decision provides a | 16:47 |
| 18 | construction for the term "plate" or not, can you? | 16:47 |
| 19 |       MS. BHATTACHARYYA:  Objection.  Same | 16:47 |
| 20 | objections.  Asked and answered multiple times now. | 16:47 |
| 21 |       THE WITNESS:  Without an opportunity to | 16:47 |
| 22 | refresh my memory by reading the report in its | 16:47 |
| 23 | entirety, I cannot answer that affirmatively. | 16:47 |
| 24 | BY MR. KNIGHT: | 16:47 |
| 25 |    Q.   Okay.  Okay.  All right.  In your invalidity | 16:47 |

| | | |
|---|---|---|
| 1 | report, you map the claimed plate to several prior | 16:48 |
| 2 | art references; is that correct? | 16:48 |
| 3 |     A.   Yeah, I -- | 16:48 |
| 4 |     Q.   Okay.  Great.  It is just to confirm.  It is | 16:48 |
| 5 | not a trick question.  I'm just laying a foundation. | 16:48 |
| 6 |     A.   That wasn't a fair -- | 16:48 |
| 7 |         MR. KNIGHT:  Yeah.  Okay. | 16:48 |
| 8 |         I would like to introduce into the record | 16:48 |
| 9 | what I will designate as Exhibit 0281. | 16:48 |
| 10 |         (Exhibit 281 marked for identification.) | 16:48 |
| 11 | BY MR. KNIGHT: | 16:48 |
| 12 |     Q.   Exhibit 0281 is United States Patent | 16:48 |
| 13 | Application Publication 2006/0096738 to Kang. | 16:48 |
| 14 |         MS. BHATTACHARYYA:  I'm not seeing the | 16:49 |
| 15 | exhibit yet. | 16:49 |
| 16 |         MR. KNIGHT:  Okay.  I just introduced the | 16:49 |
| 17 | exhibit.  Can you let me know if you see it? | 16:49 |
| 18 |         THE WITNESS:  What is the number of the | 16:49 |
| 19 | exhibit? | 16:49 |
| 20 |         MR. KNIGHT:  It should be exhibit 0281. | 16:49 |
| 21 |         THE WITNESS:  Okay.  I got it. | 16:49 |
| 22 | BY MR. KNIGHT: | 16:49 |
| 23 |     Q.   Great.  If you can open that up for me. | 16:49 |
| 24 |     A.   It's open. | 16:49 |
| 25 |     Q.   Great.  Okay.  Can you go to Figure 2 in | 16:49 |

```
1          I, JANIS JENNINGS, CSR No. 3942, Certified
2    Shorthand Reporter, certify:
3          That the foregoing proceedings were taken
4    before me at the time and place therein set forth, at
5    which time the witness was duly sworn by me;
6          That the testimony of the witness, the
7    questions propounded, and all objections and statements
8    made at the time of the examination were recorded
9    stenographically by me and were thereafter transcribed;
10          That the foregoing pages contain a full, true
11   and accurate record of all proceedings and testimony.
12          Pursuant to F.R.C.P. 30(e)(2) before
13   completion of the proceedings, review of the transcript
14   [X] was [ ] was not requested.
15          I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18          I declare under penalty of perjury under the
19   laws of California that the foregoing is true and
20   correct.
21          Dated this 3rd day of January 2022.
22
23                    _____
24                    JANIS JENNINGS, CSR NO. 3942
25                    CLR, CCRR
```

Page 236