Robert F. McCauley (SBN 162056)
  robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
  arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
  jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California 94304
Telephone:   (650) 849-6600
Facsimile:   (650) 849-6666

*Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.*

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Reuben H. Chen (SNB 228725)
  rchen@cooley.com
Daniel J. Knauss (SBN 267414)
  dknauss@cooley.com
Benjamin S. Lin (SBN 232735)
  blin@cooley.com
Deepa Kannappan (SBN 313573)
  dkannappan@cooley.com
Alexandra Leeper (SBN 307310)
  aleeper@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400
*additional attorneys listed in signature block*

*Attorneys for Defendant and Counterclaimant
COOLIT SYSTEMS, INC., and Defendants
COOLIT SYSTEMS USA INC., COOLIT
SYSTEMS ASIA PACIFIC LIMITED, COOLIT
SYSTEMS (SHENZHEN) CO., LTD., CORSAIR
GAMING, INC. and CORSAIR MEMORY, INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff and Counterdefendant,<br><br>ASETEK USA, INC.,<br><br>    Counterdefendant,<br><br>    v.<br><br>COOLIT SYSTEMS, INC.,<br><br>    Defendant and Counterclaimant,<br><br>COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.,<br><br>    Defendants,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>    Defendants. | CASE NO. 3:19-cv-00410-EMC<br><br>**FURTHER JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:       June 7, 2022<br>Time:      2:30 PM<br>Location:  Courtroom 5, 17th Floor<br>Judge:     Hon. Edward M. Chen |

Plaintiff and Counterdefendant Asetek Danmark A/S and Asetek USA, Inc. ("Asetek") and Defendant and Counterclaimant CoolIT Systems, Inc. ("CoolIT"), Defendants CoolIT Systems USA Inc., CoolIT Systems Asia Pacific Limited, and CoolIT Systems (Shenzhen) Co., Ltd., and Defendants Corsair Gaming, Inc. and Corsair Memory, Inc. (collectively, "Corsair") (all together, "Defendants") jointly submit this FURTHER JOINT CASE MANAGEMENT STATEMENT.

1. **Jurisdiction & Service**

The basis for the Court's subject matter jurisdiction over Asetek's claims and CoolIT's counterclaims are the patent laws of the United States, Title 35 of the United States Code. Specifically, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a). All parties have been served.

2. **Facts**

On February 14, 2022, the Court granted "a partial stay of litigation as to Asetek's '354, '355, '601, and '196 patents and CoolIT's '567 patent [fn] pending *inter partes* review of the '601 and '196 patents. The Court allows litigation to proceed as to Asetek's '362 patent and CoolIT's '330, '284, and '266 patents." Dkt. 380 at 3. At trial, Asetek currently plans to assert claims 17 and 19 from U.S. Patent No. 8,240,362 ("the '362 patent"), which is not subject to IPR. CoolIT plans to assert at trial claims 1, 4, 12, 14, and 15 of CoolIT's U.S. Patent No. 8,746,330, claims 3, 5, 15, and 20 of CoolIT's U.S. Patent No. 9,603,284, and claims 13 and 15 of CoolIT's U.S. Patent No. 10,274,266. CoolIT and Corsair deny Asetek's allegations of infringement. Dkt. Nos. 365, 366. Asetek denies CoolIT's allegations of infringement. Dkt. No. 273.

3. **Legal Issues**

   a) Whether the asserted Asetek Patents are valid and enforceable;

   b) Whether CoolIT infringes any valid and enforceable claim of the asserted Asetek Patents;

   c) Whether CoolIT's infringement of any valid and enforceable claim of the asserted Asetek Patents, if any, was willful;

   d) Whether the asserted CoolIT Patents are valid and enforceable;

  e) Whether Asetek infringes any valid and enforceable claim of the asserted CoolIT patents;

  f) Whether Asetek's infringement of any valid and enforceable asserted claim of the CoolIT Patents, if any, was willful;

  g) Whether this case is an exceptional case under 35 U.S.C. § 285 entitling any party to an award of attorneys' fees;

4. **Motions**

The following motions are currently under submission following oral argument on May 19, 2022:

|   | Hearing Date | Description | Submissions |
|---|---|---|---|
| 1. | 05/19/2022 at 1:30 p.m. | Defendants' Motion for Summary Judgement | Dkt. No. 387<br>Dkt. No. 427<br>Dkt. No. 447 |
| 2. | 05/19/2022 at 1:30 p.m. | Defendants' Motion to Strike Exhibit 275 | Dkt. No. 389<br>Dkt. No. 414<br>Dkt. No. 432 |
| 3. | 05/19/2022 at 1:30 p.m. | Defendants' Motion to Strike Asetek's Late-Disclosed Alleged Design-Arounds | Dkt. No. 391<br>Dkt. No. 424<br>Dkt. No. 439 |
| 4. | 05/19/2022 at 1:30 p.m. | Defendants' Daubert Motion to Exclude Portions of Expert Report of Dr. Nisha Mody | Dkt. No. 393<br>Dkt. No. 416<br>Dkt. No. 437 |
| 5. | 05/19/2022 at 1:30 p.m. | Asetek's Motion for Partial Summary Judgment | Dkt. No. 394<br>Dkt. No. 423<br>Dkt. No. 451 |
| 6. | 05/19/2022 at 1:30 p.m. | Defendants' Motion to Exclude Certain Opinions of Dr. David Tuckerman Regarding Invalidity and Non-Infringement of CoolIT's Patents and Infringement of Asetek's Patents | Dkt. No. 397<br>Dkt. No. 422<br>Dkt. No. 443 |
| 7. | 05/19/2022 at 1:30 p.m. | Defendants' Motion to Exclude the Expert Report of Dr. Carl-Frederick Stein Regarding Pump Impeller Designs and Performances | Dkt. No. 399<br>Dkt. No. 425<br>Dkt. No. 440 |

| 8. | 05/19/2022 at 1:30 p.m. | Asetek's Motion to Exclude Certain Opinions of Dr. John P. Abraham Under Daubert for Misconstruing and Misapplying the Parties' Stipulated Claim Construction | Dkt. No. 400<br>Dkt. No. 418<br>Dkt. No. 450 |
|---|---|---|---|
| 9. | 05/19/2022 at 1:30 p.m. | Defendants' Motion to Strike Portions of the Expert Report of Dr. David Tuckerman Regarding Invalidity of CoolIT's Patents | Dkt. No. 401<br>Dkt. No. 419<br>Dkt. No. 433 |
| 10. | 05/19/2022 at 1:30 p.m. | Asetek's Motion for Judicial Estoppel to Prevent Defendants from Taking Non-Infringement Positions that are Inconsistent with Prior Invalidity Positions | Dkt. No. 402<br>Dkt. No. 413<br>Dkt. No. 445 |
| 11. | 05/19/2022 at 1:30 p.m. | Asetek's Motion to Exclude Opinions of Mr. John L. Hansen Concerning CoolIT's Damages | Dkt. No. 405<br>Dkt. No. 418<br>Dkt. No. 449 |

The parties may file other appropriate motions as this case progresses.

5. **Amendment of Pleadings**

The parties' stipulated "Deadline to move to add parties or amend the pleadings" was February 12, 2021. Dkt. Nos. 222-2 (proposed scheduled), 227 (order adopting schedule).

6. **Evidence Preservation**

The parties certify that they have reviewed the Court's ESI Guidelines, and confirm that they have discussed and taken reasonable steps to preserve ESI. Each party shall take reasonable affirmative steps to continue to preserve evidence related to the issues presented by the action.

7. **Disclosures**

Asetek and CoolIT exchanged Rule 26(a)(1) initial disclosures on June 6, 2019. CoolIT served supplemental disclosures on July 16, 2021. Corsair served its initial disclosures on July 16, 2021.

8. **Discovery**

Fact discovery closed on August 31, 2021. (Dkt. No. 260.) Expert discovery closed on January 10, 2022 (Dkt. No. 325). The parties will discuss appropriate supplementation (e.g., updated sales of accused products) under Rule 26(e).

9. **Class Actions**

This case is not a class action.

10. **IPRs and Related Cases**

On August 19, 2021, the PTAB issued a Final Written Decision in CoolIT's IPR2020-00523 finding the asserted claims of Asetek's '354 patent unpatentable. On the same day, the PTAB also issued a Final Written Decision in CoolIT's IPR2020-00522 finding the asserted claims of Asetek's '355 patent unpatentable. Asetek believes the PTAB made errors of law and has appealed these decisions.

On September 30, 2021, the PTAB issued a Final Written Decision finding the asserted claims of CoolIT's 9,057,567 patent ("the '567 patent") unpatentable in IPR2020-00747. On October 12, 2021, the PTAB issued a Final Written Decision finding some of the asserted claims of CoolIT's '266 patent unpatentable and some of the asserted claims patentable in IPR2020-00825. On December 2, 2021, CoolIT filed a notice of appeal on the '567 patent and its appeal brief on May 24, 2022. On December 13, 2021, Asetek filed a notice of appeal concerning the claims of the '266 patent that the PTAB did not find invalid.

Further, the PTAB issued decisions instituting *Inter Partes* Review on Asetek's '601 and '196 patents on December 28, 2021 in IPR2021-01195 and IPR2021-01196. Final Written Decisions for those IPRs are expected in December 2022.

11. **Relief**

Each party is seeking damages for alleged infringement of its patents and a trebling of damages for alleged willful infringement; costs and attorney's fees in defending against this lawsuit; and such other relief as the Court deems just and proper. Each party believes the other is not entitled to any relief.

12. **Settlement and ADR**

This case has been referred to Magistrate Judge Sallie Kim for settlement purposes, and a further settlement conference is scheduled for September 13, 2022. Magistrate Judge Kim held three prior settlement conferences in this case (in December 2019, September 2020, and February 2022).

5

FURTHER JOINT CASE MANAGEMENT STATEMENT

13. **Consent to Magistrate Judge for All Purposes**

    Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.   ____ YES   __X__ NO

14. **Other References**

    This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. **Narrowing of Issues**

    The parties are not currently aware of issues that can be narrowed by agreement or motion. The parties have submitted motions for summary judgement and will continue to evaluate and work together to expedite the presentation of evidence at trial, but they do not have any specific joint proposals at this time.

16. **Expedited Trial Procedure**

    The parties do not believe that this is the type of case that can be handled on an expedited basis with streamlined procedures.

17. **Scheduling**

    Pursuant to the Court's February 17, 2022 Case Management and Pretrial Order for Jury Trial (Dkt. No. 382), the remaining deadlines in the current case schedule are as follows:

| Event | Dates |
| --- | --- |
| Meet and confer re pretrial conference statements | January 10, 2023 |
| Joint pretrial conference statement/trial briefs | January 31, 2023 |
| Objections due | February 7, 2023 |
| Pretrial conference | February 21, 2023 |
| Trial | March 13, 2023 |
| Estimate of trial length (in days) | 10 court days |

18. **Trial**

    The parties have requested that this case be tried by jury. The parties believe trial will likely take 10 court days.

1  19.  **Disclosure of Non-Party Interested Entities or Persons**

2  **Asetek's Statement:**

3  Asetek filed its L.R. 3-15 certification of interested parties on January 23, 2019, identifying

4  Asetek Holdings, Inc.; Asetek A/S; and Arbejdsmarkedets Tillaegspension.

5  **CoolIT's Statement:**

6  CoolIT filed its L.R. 3-15 certification on February 25, 2019. CoolIT certifies that other than

7  the named parties, there is no such interest to report.

8  20.  **Professional Conduct**

9  Counsel of record for the parties has reviewed the Guidelines for Professional Conduct for the

10  Northern District of California.

11  21.  **Other**

12  None.

13  Respectfully submitted,

14  Dated: May 31, 2022   FINNEGAN, HENDERSON, FARABOW,
           GARRETT & DUNNER, LLP

16  By: */s/ Jeffrey D. Smyth*
           Jeffrey D. Smyth

18  Robert F. McCauley (SBN 162056)
     robert.mccauley@finnegan.com
     Arpita Bhattacharyya (SBN 316454)
19   arpita.bhattacharyya@finnegan.com
     Jeffrey D. Smyth (SBN 280665)
20   jeffrey.smyth@finnegan.com
     **FINNEGAN, HENDERSON, FARABOW,**
21   **GARRETT & DUNNER, LLP**
     3300 Hillview Avenue
22   Palo Alto, California  94304
     Telephone: (650) 849-6600
23   Facsimile: (650) 849-6666

24   *Attorneys for Plaintiff and Counterdefendant*
     *ASETEK DANMARK A/S and*
25   *Counterdefendant ASETEK USA, INC.*

| | | |
|---|---|---|
| 1 | Dated: May 31, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ *Reuben H. Chen* <br>     Reuben H. Chen |
| 4 | | Heidi L. Keefe (SBN 178960) <br>  hkeefe@cooley.com |
| 5 | | Reuben H. Chen (SNB 228725) <br>  rchen@cooley.com |
| 6 | | Daniel J. Knauss (SBN 267414 <br>  dknauss@cooley.com |
| 7 | | Benjamin S. Lin (SBN 232735) <br>  blin@cooley.com |
| 8 | | Deepa Kannappan (SBN 313573) <br>  dkannappan@cooley.com |
| 9 | | Alexandra Leeper (SBN 307310) <br>  aleeper@cooley.com |
| 10 | | **COOLEY LLP** <br> 3175 Hanover Street |
| 11 | | Palo Alto, CA 94304-1130 <br> Telephone: (650) 843-5000 |
| 12 | | Facsimile:  (650) 849-7400 |
| 13 | | Dustin M. Knight (*pro hac vice*) <br>  dknight@cooley.com |
| 14 | | **COOLEY LLP** <br> 11951 Freedom Drive, 16th Floor |
| 15 | | Reston, VA 20190 <br> Telephone: (703) 456-8000 |
| 16 | | Facsimile:  (703) 456-8100 |
| 17 | | *Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC. and Defendants COOLIT* |
| 18 | | *SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS* |
| 19 | | *(SHENZHEN) CO., LTD., CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.* |
| 20 | | |
| 21 | | Kyle D. Chen (SBN 239501) <br>  kchen@gtlaw.com |
| 22 | | **GREENBERG TAURIG, LLP** <br> 1900 University, Avenue, 5th Floor |
| 23 | | East Palo Alto, CA 94304 <br> Telephone: (650) 289-7887 |
| | | Facsimile:  (650) 328-8508 |
| 24 | | |
| 25 | | *Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC.* |
| 26 | | Kenneth J. Dyer (SBN 191192) <br>  KDyer@dickinsonwright.com |
| 27 | | **DICKINSON WRIGHT RLLP** <br> 800 West California Avenue, Suite 110 |
| 28 | | Sunnyvale, CA 94086 <br> Telephone: (408) 701-6170 |

Facsimile: (884) 670-6009

*Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC. and Defendants COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.*

## ATTESTATION

Counsel for Asetek Danmark A/S hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for CoolIT Systems, Inc., CoolIT Systems USA Inc., CoolIT Systems Asia Pacific Limited, CoolIT Systems (Shenzhen) Co., Ltd., Corsair Gaming, Inc., and Corsair Memory, Inc.

Dated: May 31, 2022

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP

By: /s/ *Jeffrey D. Smyth*
Jeffrey D. Smyth
*Attorneys for Plaintiff and Counterdefendant ASETEK DANMARK A/S and Counterdefendant ASETEK USA, INC.*