# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### Northern District of California

### CIVIL MINUTES

**Date:** May 19, 2022          **Time:** 2:42-4:44          **Judge:** EDWARD M. CHEN
1 hour, 52 minutes

**Case No.**: 19-cv-00410-EMC          **Case Name:**  Asetek Danmark A/S v. Coolit Systems Inc

**Attorneys for Plaintiffs:** Robert McCauley and Arpita Bhattacharyya.
**Attorneys for Defendants:** Heidi Keefe, Alexandra Leeper, Benjamin Lin and Kyle Chen
**Also Present:**  Rueben Chen

**Deputy Clerk:** Vicky Ayala          **Court Reporter:** Joan Columbini

### PROCEEDINGS

Motion for Summary Judgment, Motions to Strike, Motion for Partial Summary Judgment, Motions in Limine and Motion for Miscellaneous Relief- held

### SUMMARY

Parties stated appearances.  Matters taken under submission.