1  Robert F. McCauley (SBN 162056)
     robert.mccauley@finnegan.com
2  Arpita Bhattacharyya (SBN 316454)
     arpita.bhattacharyya@finnegan.com
3  Jeffrey D. Smyth (SBN 280665)
     jeffrey.smyth@finnegan.com
4  **FINNEGAN, HENDERSON, FARABOW,**
     **GARRETT & DUNNER, LLP**
5  3300 Hillview Avenue
   Palo Alto, California  94304
6  Telephone:     (650) 849-6600
   Facsimile:     (650) 849-6666
7
   *Attorneys for Plaintiff and Counterdefendant*
8  *ASETEK DANMARK A/S and*
   *Counterdefendant ASETEK USA, INC.*

Heidi L. Keefe (SBN 178960)
  hkeefe@cooley.com
Reuben H. Chen (SNB 228725)
  rchen@cooley.com
Daniel J. Knauss (SBN 267414)
  dknauss@cooley.com
Benjamin S. Lin (SBN 232735)
  blin@cooley.com
Deepa Kannappan (SBN 313573)
  dkannappan@cooley.com
Alexandra Leeper (SBN 307310)
  aleeper@cooley.com
**COOLEY LLP**
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400
**additional attorneys listed in signature block*

*Attorneys for Defendant and Counterclaimant*
*COOLIT SYSTEMS, INC., and Defendants*
*COOLIT SYSTEMS USA INC., COOLIT*
*SYSTEMS ASIA PACIFIC LIMITED, COOLIT*
*SYSTEMS (SHENZHEN) CO., LTD., CORSAIR*
*GAMING, INC. and CORSAIR MEMORY, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S, <br><br>  Plaintiff and Counterdefendant, <br><br> ASETEK USA, INC., <br><br>  Counterdefendant, <br><br> v. <br><br> COOLIT SYSTEMS, INC., <br><br>  Defendant and Counterclaimant, <br><br> COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD., <br><br>  Defendants, <br><br> CORSAIR GAMING, INC. and CORSAIR MEMORY, INC., <br><br>  Defendants. | CASE NO. 3:19-cv-00410-EMC <br><br> **JOINT ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |

In accordance with the Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment and Granting in Part and Denying in Part Plaintiff's Motion for Partial Summary Judgment (Dkt. 496), and the Court's Order Granting in Part and Denying in Part Parties' Motions in Limine and Motions to Strike (Dkt. 497), the parties hereby submit a joint sealing request concerning the above orders.

The parties agree that the Court's Order concerning the parties' summary judgment motions (Dkt. 496) does not contain confidential information of either party and may be filed publicly in its entirety.

Pursuant to Civil Local Rules 7-11 and 79-5, Plaintiff and Counterdefendant Asetek Danmark A/S hereby requests that the Court seal portions of the Court's Order (Dkt. 497) concerning the parties' motions in limine and motions to strike. Highlighted and redacted versions of that order are being submitted with this request to partially seal. The highlighted portions of Dkt. 497 contain information that has been designated Highly Confidential – Attorneys Eyes Only by Asetek under the Protective Order entered in this Action and Asetek's request is supported by the declaration of Jeffrey D. Smyth, submitted concurrently herewith.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: September 17, 2022 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |

By: ___/s/ Jeffrey D. Smyth___
    Jeffrey D. Smyth

Robert F. McCauley (SBN 162056)
  robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
  arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
  jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:(650) 849-6600
Facsimile: (650) 849-6666

*Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.*

| | | |
|---|---|---|
| 1 | Dated: September 17, 2022 | COOLEY LLP/ GREENBERG TAURIG, LLP / DICKINSON WRIGHT RLLP |

By:    /s/ *Reuben H. Chen*
    Reuben H. Chen

    Heidi L. Keefe (SBN 178960)
     hkeefe@cooley.com
    Reuben H. Chen (SNB 228725)
     rchen@cooley.com
    Daniel J. Knauss (SBN 267414
     dknauss@cooley.com
    Benjamin S. Lin (SBN 232735)
     blin@cooley.com
    Deepa Kannappan (SBN 313573)
     dkannappan@cooley.com
    Alexandra Leeper (SBN 307310)
     aleeper@cooley.com
    **COOLEY LLP**
    3175 Hanover Street
    Palo Alto, CA 94304-1130
    Telephone: (650) 843-5000
    Facsimile:  (650) 849-7400

    Dustin M. Knight (*pro hac vice*)
     dknight@cooley.com
    **COOLEY LLP**
    11951 Freedom Drive, 16th Floor
    Reston, VA 20190
    Telephone: (703) 456-8000
    Facsimile:  (703) 456-8100

    *Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC. and Defendants COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD., CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.*

    Kyle D. Chen (SBN 239501)
     kchen@gtlaw.com
    **GREENBERG TRAURIG, LLP**
    1900 University, Avenue, 5th Floor
    East Palo Alto, CA 94304
    Telephone: (650) 289-7887
    Facsimile:  (650) 328-8508

    *Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC.*

    Kenneth J. Dyer (SBN 191192)
     KDyer@dickinsonwright.com
    **DICKINSON WRIGHT RLLP**
    800 West California Avenue, Suite 110
    Sunnyvale, CA 94086

Telephone: (408) 701-6170
Facsimile:  (884) 670-6009

*Attorneys for Defendant and Counterclaimant COOLIT SYSTEMS, INC. and Defendants COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.*

## ATTESTATION

Counsel for Asetek Danmark A/S and Asetek USA, Inc. hereby attests by his signature below that concurrence in the filing of this document was obtained from counsel for CoolIT Systems, Inc., CoolIT Systems USA Inc., CoolIT Systems Asia Pacific Limited, CoolIT Systems (Shenzhen) Co., Ltd., Corsair Gaming, Inc., and Corsair Memory, Inc.

Dated: September 17, 2022
        FINNEGAN, HENDERSON, FARABOW,
          GARRETT & DUNNER, LLP

        By:   /s/ *Jeffrey D. Smyth*
           Jeffrey D. Smyth
           *Attorneys for Plaintiff and Counterdefendant*
           *ASETEK DANMARK A/S and*
           *Counterdefendant ASETEK USA, INC.*