Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Arpita Bhattacharyya (SBN 316454)
arpita.bhattacharyya@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
**FINNEGAN, HENDERSON, FARABOW,**
  **GARRETT & DUNNER, LLP**
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:     (650) 849-6600
Facsimile:      (650) 849-6666

Attorneys for Plaintiff and Counterdefendant
ASETEK DANMARK A/S and
Counterdefendant ASETEK USA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, <br><br>　　　　　　Plaintiff and<br>　　　　　　Counterdefendant,<br><br>ASETEK USA, INC.,<br><br>　　　　　　Counterdefendant,<br><br>　　　　v.<br><br>COOLIT SYSTEMS, INC.,<br><br>　　　　　　Defendant and<br>　　　　　　Counterclaimant,<br><br>COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.,<br><br>　　　　　　Defendants,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>　　　　　　Defendants. | CASE NO. 3:19-cv-00410-EMC<br><br>**DECLARATION OF JEFFREY D. SMYTH IN SUPPORT OF THE PARTIES' JOINT ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |

I, Jeffrey D. Smyth, declare as follows:

1. I am an attorney licensed to practice before this Court and all courts of the State of California and am a Partner with Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, counsel of record for Asetek Danmark A/S ("Asetek") in the above-entitled action. I submit this declaration in support of the parties' Joint Administrative Motion for Filing Under Seal. The matters stated herein are based upon my personal knowledge, and, if called as a witness, I would testify as to the following statements.

2. I have reviewed the Court's Order Granting in Part and Denying in Part Parties' Motions in Limine and Motions to Strike (Dkt. 497). The parties have submitted a highlighted version of this order with their joint administrative motion to seal. The highlighted portions of the order contain highly sensitive and confidential financial information pertaining to sales of the Asetek products accused of infringement in this matter, which I believe would cause Asetek competitive harm if disclosed to a competitor or the general public, who could use the disclosed information to Asetek's detriment. Accordingly, Asetek requests that the highlighted information be filed under seal.

By my signature below, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 17, 2022        FINNEGAN, HENDERSON, FARABOW,
                                  GARRETT & DUNNER, LLP

                                By:    /s/ Jeffrey D. Smyth
                                    Jeffrey D. Smyth
                                    Attorneys for Plaintiff and Counterdefendant
                                    ASETEK DANMARK A/S S and
                                    Counterdefendant ASETEK USA, INC.