| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>  robert.mccauley@finnegan.com<br>Arpita Bhattacharyya (SBN 316454)<br>  arpita.bhattacharyya@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>  jeffrey.smyth@finnegan.com<br>**FINNEGAN, HENDERSON, FARABOW,**<br>  **GARRETT & DUNNER, LLP**<br>3300 Hillview Avenue<br>Palo Alto, California  94304<br>Telephone:     (650) 849-6600<br>Facsimile:     (650) 849-6666<br><br>*Attorneys for Plaintiff and Counterdefendant*<br>*ASETEK DANMARK A/S and*<br>*Counterdefendant ASETEK USA, INC.* | Heidi L. Keefe (SBN 178960)<br>  hkeefe@cooley.com<br>Reuben H. Chen (SNB 228725)<br>  rchen@cooley.com<br>Daniel J. Knauss (SBN 267414)<br>  dknauss@cooley.com<br>Benjamin S. Lin (SBN 232735)<br>  blin@cooley.com<br>Deepa Kannappan (SBN 313573)<br>  dkannappan@cooley.com<br>Alexandra Leeper (SBN 307310)<br>  aleeper@cooley.com<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone:     (650) 843-5000<br>Facsimile:     (650) 849-7400<br><br>*Attorneys for Defendant and Counterclaimant*<br>*COOLIT SYSTEMS, INC., and Defendants*<br>*COOLIT SYSTEMS USA INC., COOLIT*<br>*SYSTEMS ASIA PACIFIC LIMITED, COOLIT*<br>*SYSTEMS (SHENZHEN) CO., LTD., CORSAIR*<br>*GAMING, INC. and CORSAIR MEMORY, INC.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA -**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>     Plaintiff and Counterdefendant,<br><br>ASETEK USA, INC.,<br><br>     Counterdefendant,<br><br>     v.<br><br>COOLIT SYSTEMS, INC.,<br><br>     Defendant and Counterclaimant,<br><br>COOLIT SYSTEMS USA INC., COOLIT SYSTEMS ASIA PACIFIC LIMITED, COOLIT SYSTEMS (SHENZHEN) CO., LTD.,<br><br>     Defendants,<br><br>CORSAIR GAMING, INC. and CORSAIR MEMORY, INC.,<br><br>     Defendants. | CASE NO. 3:19-cv-00410-EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |

**[PROPOSED] ORDER**

1. The Court having reviewed the parties Joint Administrative Motion for Filing Under Seal and the Declaration of Jeffrey D. Smyth in Support of the Motion, and good cause appearing therefore, IT IS HEREBY ORDERED THAT the highlighted portions of the Court's Order (Dkt. 497) Granting in Part and Denying in Part Parties' Motions in Limine and Motions to Strike be filed partially under seal.

Dated: _____       _____
                                    Honorable Edward M. Chen
                                    United States District Court Judge
                                    Northern District of California

1

[Proposed] Order Granting Joint
Admin. Motion for Filing Under Seal
Case No. 3:19-cv-00410-EMC